378

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

Case:2:20-cv-10193
Judge: Friedman, Bernard A.
MJ: Patti, Anthony P.
Filed: 01-24-2020 At 02:59 PM
PRIS BELL V MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL. (af)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

| Plaintiff's Information | | | | |
|---|---|---|---|---|
| **Name** CEDRIC BELL | | | **Prisoner No.** #248097 | |
| **Place of Confinement** MACOMB CORR.FAC. / COTTON CORR.FAC. | | | | |
| **Street** 34625-26 MILE ROAD 3500 N.ELM ROAD | **City** LENOX TOWNSHIP JACKSON | | **State** MI | **Zip Code** 48048 49201 |
| **Are there additional plaintiffs?** ☒ Yes | | ☐ No | | |

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.***

| Defendant's Information | | | | |
|---|---|---|---|---|
| **Name** STATE OF MICHIGAN ADMINISTRATIVE BOARD OF CLAIMS,ET AL (SEE ATTACHED) | | **Position** | | |
| **Street/P.O. Box** SEE ATTACHED | **City** | | **State** | **Zip Code** |
| **Are you suing this defendant in his/her:** ☐ Personal Capacity | | ☐ Official Capacity | ☒ Both Capacities | |
| **Are you suing more than one defendant?** ☒ Yes | | ☐ No | | |

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.***

1

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

**XXXX**es ▬▬▬ ▬▬▬▬▬

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | 00-73067, FILED JULY 7, 2000 |
| **Name of Court:** | EASTERN DISTRICT ▬▬ OF MICHIGAN |
| **Parties (Caption or Name of Case):** | HABEAS CORPUS MDOC V CEDRIC BELL #248097 |
| **Disposition:** | DENIED July 31, 200 NOT FILED IN 1 YEAR, I WAS OUT OF STATE ON A CASE, ALABAMA |

| | |
|---|---|
| **Docket or Case Number:** | |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | |

| | |
|---|---|
| **Docket or Case Number:** | |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

**SEE ATTACHED**

2a3a8eadd082dbe3

CONT:

= PAGE 2 =

## PREVIOUS LAWSUIT

**STATE CLAIMS** :

**CASE NO. # 19-000132-MP** :

**MICHIGAN COURT OF CLAIMS** :

**MICHIGAN DEPT.OF CORR, ET AL,** :

**PENDING:   ACTIVELY ONGOING:**

## ATTACHMENT

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

**PLEASE SEE ATTACHED**

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  Set forth each claim in a separate paragraph.  If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

**PLEASE SEE ATTACHED**

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

**PLEASE SEE ATTACHED**

3

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

   **I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on ____**JANUARY 13, 2020**____ (date).

                              Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

*ATTACHMENT CIVIL RIGHTS Complaint*

_____

CEDRIC BELL #248097

      PLAINTIFF,

                                            CIVIL ACTION NO.

-V-                                         #_____

                                                  COMPLAINT

STATE OF MICHIGAN ADMINISTRATIVE BOARD OF CLAIMS,
MICHIGAN DEPARTMENT OF CORRECTIONS -
DIRECTOR H. WASHINGTON,
K. LINDSEY WARDEN COTTON CORRECTIONAL FACILITY,
BRANDON PAYNE CORRECTIONS OFFICER,
NATHAN ROOT CORRECTIONS OFFICER,
SIMS PROPERTY ROOM CORRECTIONAL OFFICER,
JOSH CURTIS CORRECTIONS OFFICER,
RUAL CORRECTIONS OFFICER -
AT COTTON CORRECTIONAL FACILITY
IN JACKSON MICHIGAN,
RUSSELL RN NURSE CORIZON HEALTH CARE -
AT COTTON CORRECTIONAL FACILITY IN JACKSON MICHIGAN,

           DEFENDANTS

      INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES.

_____/

THE PARTIES TO THIS COMPLAINT

A.   THE PLAINTIFF

   NAME: CEDRIC MARK EARSKIN BELL

   #248097

   MACOMB CORRECTIONAL FACILITY

   34625 26 MILE ROAD

   LENOX TOWNSHIP, MICHIGAN.  48048

B.   THE DEFENDANTS

   DEFENDANT NO. 1

   NAME: UNKNOWN

   JOB TITLE: ADMINISTRATIVE BOARD OF CLAIMS

   ADDRESS: CONSTITUTIONAL HALL, 525 WEST ALLEGAN STREET,

       P.O. BOX 30026, LANSING, MICHIGAN.  48909

   EMPLOYER: STATE OF MICHIGAN.

   BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY
   _____ ;

   DEFENDANT NO. 2

   NAME: H. WASHINGTON

   JOB TITLE: DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS.

   ADDRESS: P.O. BOX 30003, LANSING, MICHIGAN,  48909

   EMPLOYER: STATE OF MICHIGAN.

   BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY
   _____ ;

   DEFENDANT NO. 3

   NAME: KEVIN LINDSEY

   JOB TITLE: WARDEN, COTTON CORRECTIONAL FACILITY

   ADDRESS: 3500 N. ELM ROAD, JACKSON, MICHIGAN.  49201

   EMPLOYER: MICHIGAN DEPARTMENT OF CORRECTIONS

   BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY
   _____ ;

   DEFENDANT NO. 4

   NAME: BRANDON PAYNE

   JOB TITLE: CORRECTIONAL OFFICER.

   ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

       JACKSON, MICHIGAN.  49201

   EMPLOYER: MICHIGAN DEPARTMENT OF CORRECTIONS.

   BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY_____ :

2

DEFENDANT NO. 5

    NAME: NATHAN ROOT

    JOB TITLE: CORRECTIONAL OFFICER

    ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

           JACKSON, MICHIGAN.  49201

    EMPLOYER: MICHIGAN DEPARTMENT OF CORRECTIONS.

    BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

—————————————————————————————————————————— ;

DEFENDANT NO. 6

    NAME: SIMS

    JOB TITLE: CORRECTIONAL OFFICER (PROPERTY ROOM).

    ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

           JACKSON, MICHIGAN.  49201

    EMPLOYER: MICHIGAN DEPARTMENT OF CORRECTIONS.

    BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

—————————————————————————————————————————— ;

DEFENDANT NO. 7

    NAME: JOSH CURTIS

    JOB TITLE: CORRECTIONAL OFFICER.

    ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

           JACKSON, MICHIGAN.  49201

    BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

—————————————————————————————————————————— ;

DEFENDANT NO. 8

    NAME: RUAL

    JOB TITLE: CORRECTIONAL OFFICER

    ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

           JACKSON, MICHIGAN.  49201

    BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

——————————————————————————————————————————

DEFENDANT NO. 9

    NAME: RUSSELL

    JOB TITLE: NURSE (RN)

    ADDRESS: COTTON CORRECTIONAL FACILITY, 3500 N. ELM ROAD

           JACKSON, MICHIGAN.  49201

    EMPLOYER: CORIZON HEALTH - MICHIGAN DEPARTMENT OF CORRECTIONS.

    BOTH CAPACITY, INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

I.    BASIS OF JURISDICTION AND VENUE

1.  This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of
    state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under
    28 U.S.C. section 1331 and 1343(a)(3). Plaintiff Bell seeks declaratory relief pursuant to 28 U.S.C.
    section 2201 and 2202. Plaintiff Bell claims for injunctive relief are authorized by 28 U.S.C.. section
    2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.  The Eastern District of Michigan is an appropriate venue under 28 U.S.C. section 1391(b)(2) because
    it is where the events giving rise to this claim occurred.

II. PLAINTIFF

3.  Plaintiff Cedric Bell, is and was at all times mentioned herein a prisoner of the State of Michigan in
    the Michigan Department of Corrections. I am currently confined in the Macomb Correctional
    Facility in Lenox Township, Michigan.

III. DEFENDANTS

4.  Defendants, unknown to me, State Administrative Board of Claims Members are responsible for
    reviewing prisoners claims of property lost or damage in the sole possession of Michigan Department
    of Corrections to ensure a fair and impartial decision is determined.

5.  Defendant H. Washington is the Director of the Michigan Department of Corrections. She legally is
    responsible for the operation and conduct of all Michigan Department of Corrections employees.

6.  Defendant K. Lindsey is the Warden of the Cotton Correctional Facility. He is responsible legally for
    the operation of said State prison and the welfare of all inmates of that prison.

7.  Defendant Brandon Payne is a Correctional Officer of the Michigan Department of Corrections who,
    at all times mentioned in this complaint, held the rank of Prison Guard and was assigned to Michigan
    Department of Corrections Prison, State.

8.  Defendant Nathan Root is a Correctional Officer of the Michigan Department of Corrections who, at
    all times mentioned in this complaint held the rank of Prison Guard Sgt., and was assigned to the
    Michigan Department of Corrections Prison, State.

9.  Defendant Sims is a Correctional Officer of the Michigan Department of Corrections who, at all times

4

mentioned in this complaint, held the rank of Prison Guard Property Room and was assigned to the Michigan Department of Corrections Prison, State.

10. Defendant Josh Curtis is a Correctional Officer of the Michigan Department of Corrections who, at all times mentioned in this complaint, held the rank as a Prison Guard Sgt. and was assigned to the Michigan Department of Corrections Prison, State.

11. Defendant Rual is a Corrections Officer of the Michigan Department of Corrections who, at all times mentioned in this complaint, held the rank as a Prison Guard and was assigned to the Michigan Department of Corrections Prison, State.

12. Defendant Russell is an RN Nurse for the Michigan Department of Corrections, contracted by Corizon Health who, at all times mentioned in this complaint, held the rank as a Prison Nurse RN and was assigned to the Michigan Department of Corrections Health Service State Prison.

13. Each Defendant is being sued individually and in his/her official capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

14. Section 1983 allows claims alleging the deprivation of any rights, privileges, or immunities secured by the Constitution and Federal Laws. 42 U.S.C. § 1983. I am suing under section 1983, my Federal Constitutional and statutory rights were violated by State Officials.

15. Defendants violated my (First Amendment rights) (Eighth Amendment rights), (Fourteenth Amendment rights), (all administrative remedies exhausted grievances and appeals to higher level officials and prisoner claims against the State of Michigan (partial relief) and no further relief is available for me at the administrative level by the State of Michigan Administrative Board of Claims. I am seeking redress for State Officials actions for retaliation and destroying my personal property.

16. All defendants were acting under color of state law and carry a badge of authority from the State of Michigan and acted as representatives of the State of Michigan.

17. Section 1983 allows defendants to be liable only when they have acted under color of any statute, ordinance, regulation, custom or usage of any state or territory or District of Columbia.

18. Each defendant acted under color of state law, local law, and federal.

5

IV FACTS

19. At all times relevant to this case, plaintiff Cedric Bell is a permanent handicap male prisoner and was in a handicap barrier free cell-11 unit B at Cotton Correctional Facility this is a single man cell. There are 12 handicap cells 1 through 12 as evidence will show by video tape.

20. On July 9, 2018, defendant Brandon Payne filed a false misconduct on plaintiff Bell, stating plaintiff Bell ran from him and would not stop running, and plaintiff was on the left side of the housing unit-B and defendant had to chase plaintiff until backup correctional officers arrived. (See Exhibit A attached Report and Finding).

21. Defendant Nathan Root stated plaintiff Bell refused a shake down and elevated the misconduct report, and placed plaintiff in Administrative Detention Segregation for disciplinary proceedings.

22. Defendant Nathan Root stated to plaintiff, I want to know what happened in that bathroom those 30 to 50 seconds you were in there, I watched the surveillance tape of you.

23. Defendants Payne and Root conspired and filed a false report of disciplinary conduct violation of disobeying a direct order.

24. Plaintiff Bell was placed in Administrative Segregation/Detention for 19 days without access to 1 hour exercise daily or 1 hour a week, access to mail out-going, store, any normal activities, visits.

25. Defendants Payne and Root entered plaintiff's prison cell B-11 and confiscated all plaintiff's personal property. Defendants did not itemize all property as outlined in prison Operating Procedure 04.07.112, CSJ-241-A property forms and receipts.

26. Defendants Payne and Root failed to secure personal property of plaintiff.

27. The property receipt did not list all personal property of plaintiff Bell and security seals was placed on the property and turned over to the property room.

28. Defendants Payne and Root displayed invidious discrimination based on race as I was punished for a false misconduct and property destroyed.

29. Plaintiff Bell saw there were 4 different investigators in this report. Joel Salinas (M.D.O.C. Hearings Investigator), Amador Ybarra, Sheryl Bailey, Josh Curtis all Michigan Department of Corrections Cotton Facility higher level officials (Sgt., Lt., Capt.) all these staff viewed the video surveillance

6

security tape and defendants report file and none intervened and attempted to stop the discrimination and equal protection violation of the plaintiff.

30.  Plaintiff filed facility grievance and it was rejected at all stages and appeal level to the Warden K. Lindsey and appeal level to Director H. Washington. (See attached Exhibits B). Grievance Step 1,2,3.

31.  Plaintiff Bell filed a Michigan Department of Corrections (DTMB-1104 Administrative Board Prisoner Property Claim) and listed everything that was missing. (See attached Exhibit C and receipts).

32.  The above defendants Payne, Root, Curtis all withheld the video surveillance security tape from the Administrative Law Judge at the first hearing, this hearing was postponed by the Administrative Law Judge to get access to the video tape.

33.  At the new hearing the Administrative Law Judge stated again the requested evidence of video surveillance security tape was missing and could not be found.

35.  Plaintiff Bell plea of actual innocence and the video tape will prove just that, I was never on the left side, nor did I ever run from staff, and I complied with the body shake down when staff requested it.

36.  Administrative Law Judge found me guilty because staff would not provide him the tape of the incident.

37.  Plaintiff Bell threatened to sue staff for tampering with evidence.

38.  At some point the evidence was turned over to the Administrative Law Judge, who changed his decision and dismissed the misconduct charge.

39.  Defendants engaged in deliberate and knowing fabrication of evidence that resulted in a constitutional violation and destroying personal property out of retaliation.

40.  On July 25, 2018, plaintiff after being released from segregation/detention and returning to Unit-B staff assigned plaintiff to cell B-24.

41.  Plaintiff Bell told unit staff that cell B-24 is not a handicap cell that's barrier free and facility staff was moving a prisoner out of B-24 to move me in the non-handicap cell.

42.  Unit staff called Control Center regarding the Medical Accommodation Notice. Unit staff told plaintiff someone would be over.

7

43. Plaintiff Bell was called to the unit desk and was told to go outside to the yard shack and speak with the Sgt., Curtis defendant and Rual.

44. Plaintiff Bell spoke directly to defendant Curtis, and stated I was not found guilty of any rule violations. Per policy I was to return to the cell I was removed from. (B-11 barrier free handicap cell).

45. The cell B-24 is not a handicap cell nor is it barrier free and here are my Medical Special Accommodation orders from the Michigan Department of Corrections Bureau of Health Service.

46. Defendant Curtis took the document looked at it and said I spoke to medical staff RN Russell and was told plaintiff Bell you don't have a valid Medical Accommodation.

47. Defendant Curtis stated at that time you either go lock in cell B-24 and let them figure it out tomorrow, or I am going to put you back in the hole for disobeying a direct order, and I promise you won't beat this ticket.

48. Plaintiff Bell stated to the defendant let me go get my mail off the table since you putting me the hole.

49. Defendant Curtis ordered defendant Rual to cuff him up, I was handcuffed behind my back. I stated to both defendants how can I use my medical cane if my hands are behind my back I wear braces on both legs. Defendants stated don't worry about it I got you.

50. This violates operating procedures if a prisoner is being escorted to segregation there are to be two staff members.

51. Defendant Rual allowed plaintiff to fall and get injured. Plaintiff was laying on the ground while defendant Rual was bending over plaintiff asking did you hurt yourself, other staff walked up to aide.

52. Defendant Curtis walked up and touched or grabbed defendant Rual by the arm and stated let them handle that, clearly meaning the black staff and staff to aid me until medical arrived.

53. Medical staff never arrived. Yet a wheelchair was sent I was placed in the chair and taken to health care.

54. Defendant Russell took plaintiff's blood pressure and temperature pulled up plaintiff's pant leg looked at the knee and stated he's all set.

55. Defendant never addressed the back issues plaintiff complained about or the actual knee.

56. Defendant Russell was provided a copy of a Medical Accommodation that's on plaintiff at all times.

8

Defendant Russell looked at defendant Curtis and stated I made an error Bell has a valid Medical Accommodation order. Defendant Curtis stated I don't care put him in the hole.

57. All the defendants were on video surveillance tape in medical health care on July 25, 2018.

58. Plaintiff Bell was later taken to Henry Ford Hospital's emergency room from injuries suffered and caused by defendant's Curtis, Rual and Russell.

59. Defendant Russell never addressed the back issue or knee as video surveillance tape will show as supporting evidence.

60. Defendants never provided plaintiff with any follow-up treatment as ordered by Henry Ford medical staff.

61. This violates the Eighth Amendment by Defendant Russell.

62. Plaintiff was placed in Administrative Segregation/Detention and given a disciplinary misconduct of disobeying a direct order by defendant Curtis.

63. Plaintiff bond was not revoked yet the defendants would not release plaintiff from Administrative Segregation/Detention and held plaintiff violating the Equal Protection rights of plaintiff Bell, and operating procedures.

64. Defendants told plaintiff them grievances you wrote regarding property you better not pursue them, or all the rest of your property will come up missing.

65. Plaintiff was held in Administrative Segregation without just cause.

66. Defendant Sims Property Room staff on August 7, 2018, came to cell L-10 in Administrative Segregation/Detention alone with a unit staff, and stated I found this in your property (extension cord) that's sold on prison store and asked me what do you want me to do with this.

67. Defendant Sims has pending grievances pending against him filed by plaintiff. Defendant had no lawful order to break the security seals placed on plaintiff's property by defendant Payne.

68. Defendant Sims never provided a reason why he was in plaintiff Bell's property.

69. Defendant Sims never provided a new property receipt with the new security seals numbers or a CSJ-241 A, B, C forms of property receipts. Defendant Sims stated and I quote I do what I want good luck with your property.

9

70. Defendant Sims violated policy and procedures 04.07.112 of the Michigan Department of Corrections Prisoner Property policy.

71. Defendant acted in retaliation of plaintiff filing a grievance on him in the May 2018 property destruction of plaintiff's RCA tv, music player and footlocker. Where plaintiff never received due process.

72. Defendant violated the equal protection of plaintiff and other constitutional rights.

73. Defendant K. Lindsey supported the actions of all defendants on grievances appeals as defendant Lindsey stated in the investigation into the personal property destruction of plaintiff Bell prisoner claim against the State of Michigan. Wrong doing/staff misconduct.

74. Defendant K. Lindsey offer/recommended payment of $45.80 to plaintiff.

75. Plaintiff requested (replace) all property or full reimbursement as outlined in the property claim and grievances.

76. Defendant K. Lindsey violated the equal protection rights of plaintiff Bell as defendant had sole possession of property.

77. Defendants Administrative Board claims of State of Michigan reviewed the actions of Michigan Department of Corrections staff and the investigation into the destruction of personal property in the sole possession of State of Michigan M.D.O.C. employees.

78. Defendant Administrative Board of Claims gave plaintiff $78.34 alone with defendant $45.80.

79. Defendants provided a total of $124.14 in the claim and denied any appeal and reconsideration.

80. Defendant Administrative Board of Claims would not respond to letters requesting appeal, reconsideration of discovery documents, investigative reports.

81. Plaintiff Bell's prisoner claim against the State of Michigan was a factual issues alone with receipts of purchase and evidence supported by grievances of state employees misconduct acting under color of state law.

82. Plaintiff requested that all personal property be replaced in the claim against the State of Michigan, or full reimbursement of $908.94.

83. All defendants have displayed invidious discrimination based on race, retaliatory motive and

10

conspired as defendants all deprivation of property and constitutional rights were violated.

84. Plaintiff personal property was sold to him by Law Books Fast Law Group, Jack L. Marcus, Dick Blick, Nasco Art Material, Access Corrections catalog, Union Supply, Walkenhorst, LL Bean, JC Penny.

85. Plaintiff has no other redress at state level as all defendants failed to respond to plaintiff's request for property return.

## EXHAUSTION OF LEGAL REMEDIES

86. Plaintiff Bell used the grievance procedures available at Michigan State prison to try to resolve the problem. On September 25, 2018 plaintiff presented the facts relating to this complaint. On October 1, 2018, plaintiff was sent a response stating the facility had no jurisdiction out side agency appeal stated same and appeal to Director's Office stated same no jurisdiction. Grievance number ARF/2016/10/2535/28G, final. December 10, 2018.

87. Plaintiff Bell again used grievance procedures and was rejected November 2, 2018 as well appeal rejected December 14, 2018, appeal to Director's office rejected February 14, 2019 stating multiple issues.

88. Plaintiff Bell filed Prisoner Claim Against the State of Michigan using a State Administrative Board claim form DTMS 1104 p, filed October 5, 2018, plaintiff would not give up his rights in the complaint. JCF-18-10-0046-19C, (7651). of $908.94.

89. Administrative Board of Claims decision April 30, 2019 $124.14.

90. All complaints and grievance and appeals and State claim attached as Exhibits A,B,C,D,E,F,G,H. provided by plaintiff.

## LEGAL CLAIMS

91. Plaintiff realleges and incorporates by reference paragraphs 1-90.

92. Defendants Brandon Payne and Nathan Root conspired and filed a false misconduct report and withheld the video evidence of actual innocence, and took sole possession of all personal property and destroyed it. These defendants acted in retaliation for grievance filed. Defendant Payne, Root actions violates plaintiff rights under the First Amendment, Eighth Amendment, Fourteenth

11

Amendment to the United States Constitution, and caused plaintiff pain, suffering and emotional distress.

93. Defendants Josh Curtis and Rual used excessive force against plaintiff Bell by denying him access to medical quad cane for walking and allowing plaintiff to fall and get injuries to his knee, back and head. Defendants violated the medical special accommodation orders. Plaintiff Bell violated no prison rules, nor acting disruptively in any way. Defendant Curtis and defendant Rual actions violated and continue to violate plaintiff Bell rights under the Eighth Amendment to the United States Constitution, and causing plaintiff pain, suffering and physical injury and emotional distress and stated you won't beat this misconduct.

94. Defendant Russell RN denied medical treatment to injuries to plaintiff Bell, as well as provide false information when she stated I did not have a Special Accommodation orders, then changed her mind after plaintiff Bell provided a copy out his pocket, Defendant stated I made a mistake plaintiff has a valid Special Medical Accommodation orders. This was stated to defendants Rual and Curtis, defendants action violated and continues to violate plaintiff Bell rights under the Eighth Amendment to the United States Constitution and Title 2, causing plaintiff Bell pain, suffering, physical injury and emotional distress.

95. Defendant Sims destroyed personal property in the sole possession of Michigan Department of Correction. On August 7, 2018, defendant Sims conspired with defendant Payne and broke the property seals on all personal property without authorization and came to segregation/detention cell L-10 to torment plaintiff and threaten him by displaying property belonging to plaintiff. Defendant never provided new security property seals or new property receipts as outlined in Operating Procedures 04.07.112. Defendant Sims and Payne violated plaintiff Bell rights under the Fourteenth Amendment to the United States Constitution and causing plaintiff Bell pain, suffering and emotional distress.

96. Defendant K. Lindsey witnessing the video evidence of defendants Payne and Root false report and video evidence of defendants Curtis and Rual false reports and the illegal action of destroying property by defendants Sims, Payne and plaintiff Bell appeals properly filed requesting the return of

12

property. Defendant K. Lindsey actions, failing to correct the two misconducts and return the personal property yet the encouraging the continuation of the misconduct by keeping the plaintiff in segregation/detention when bond was not revoked. Defendant K. Lindsey also is violating plaintiff Bell rights under the Eighth Amendment to the United States Constitution and causing plaintiff Bell pain, suffering, cruel and unusual punishment and emotional distress.

97. By threatening plaintiff Bell with false reports and destruction of personal property and physical injury for exercising of his rights to seek redress from the prison through use of the prisoner grievance procedure, defendants Lindsey, Payne, Root, Curtis, Rual, Sims, Michigan Department of Corrections, and Administrative Board members are retaliating against plaintiff Bell unlawfully, in violation of plaintiff Bell rights under the First Amendment to the United States Constitution. These actions have caused/is causing plaintiff Bell injury to his First Amendment rights.

98. Defendants Administrative Board of Claims State of Michigan, disregarded the physical evidence before them, video evidence of defendants violating the constitutional rights of plaintiff Bell as well as destroying plaintiff Bell personal property, segregating plaintiff without violating any rules, defendant refused to replace the property as outlined in the complaint, as this is a second property destruction of property by defendants. These actions are invidious discrimination based on race, and retaliatory motive that's supported by video evidence that defendants refused to turn over/withholding as it shows staff in the Michigan Department of Corrections displaying staff corruption. These illegal actions are causing plaintiff Bell injury to his First Amendment rights to the United States Constitution.

99. Plaintiff Bell has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of defendants unless this Court grants the declaratory and injunctive relief which this plaintiff seeks.

PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this Court enters judgment,

100. Granting plaintiff Bell a declaration that the acts and the omissions described herein violates his rights under the constitution and laws of the United States, and

13

101. A preliminary injunction ordering defendants Payne, Root, Curtis, Rual, Sims, Russell, Lindsey, H. Washington and Administrative Board of Claims to cease their physical violence and threats and property destruction towards plaintiff Bell, and

102. Granting plaintiff Bell compensatory damages in the amount of $100,000.00 against each defendant, jointly and severally.

103. Plaintiff Bell seeks punitive damages in the amount of $100,000.00 against each defendant, jointly and severally.

104. Plaintiff Bell seeks damages of $50,000.00 only from the Administrative Board of Claims members each as the evidence by plaintiff was disregarded.

105. As these defendants engaged in deliberate and knowing fabrication of reports and statements /evidence that resulted in constitutional violations, segregation/detention, destruction of property for the second time and the first claim is still not resolved from May 2018.

106. Plaintiff also seeks a jury trial on all issues triable by jury.

107. Plaintiff also seeks recovery of the costs in this suit, and

108. Any additional relief this Court deems just, proper, and equitable.

Respectfully submitted,

Dated: September 4, 2019

**CEDRIC BELL #248097**
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, Michigan 48048

## VERIFICATION

I have read the foregoing complaint and hereby verify that matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Lenox Township, Michigan on September 4, 2019.

CEDRIC BELL

14

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN


CEDRIC BELL #248097,      /                          CIVIL ACTION NO.
         PLAINTIFF,                                  \$ _____

V                                                    COMPLAINT

   MICHIGAN DEPT.OF CORRECTION,ET AL,                SUMMONS
   STATE ADMIN,BOARD OF CLAIM,ET AL ;
   CORIZON HEALTHCARE ET AL ._____/
         DEFENDANTS
      INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES.

_____/


         TO THE ABOVE -MENTION DEFENDANTS:
YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON PLAINTIFF, WHOSE
ADDRESS IS, 3500 N. ELM ROAD, JACKSON, MICHIGAN, COTTON CORR.FAC.
AN ANSWER TO THE COMPLAINT WHICH IS HERE-WITH SERVED UPON YOU WITHIN-
_____ DAYS AFTER SERVICE OF THIS SUMMONS UPON  YOU, EXCLUSIVE OF THE
DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGEMENT BY DEFAULT WILL TAKEN
AGAINST YOU FOR THE  RELIEF DEMANDED IN THE COMPLAINT. ANY ANSWER THAT
SERVE ON THE PARTIES TO THIS ACTION MUST BE FILED WITH THE CLERK OF THIS
COURT WITHIN A REASONABLE PERIOD OF TIME AFTER SERVICE.


DATE:_____          _____
                                CLERK OF THE COURT

## UNITED STATES DISTRICT COURT

## IN THE EASTERN DISTRICT OF MICHIGAN

CEDRIC BELL #248097,                               CIVIL ACTION NO.
_____PLAINTIFF,_____/
                                                      #_____
V

MICHIGAN DEPT.OF CORRECTIONS ET AL,                PREVIOUS LAWSUIT
STATE ADMINISTRATIVE BOARD OF CLAIMS, ET AL.
CORIZON HEALTHCARE, ████ ET AL,

      ████ DEFENDANTS
_____/
                                            JANUARY 13, 2020 (CB)
                                            ~~SEPTEMBER  4, 2019~~

---

### PREVIOUS LAWSUIT BY PLAINTIFF

1. PLAINTIFF CEDRIC BELL HAS FILED (NO) OTHER LAWSUIT DEALING WITH THIS
SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO THIS CAUSE.
2. THERE IS A CLAIM FILED BY ME IN THE MICHIGAN COURT OF CLAIMS FILED
SEPTEMBER 9,2019 DOCKET NO. ██████████ 19-000152-MP PLAINTIFF CEDRIC
BELL v MICHIGAN DEPT.OF CORRECTIONS ET AL. C/O SCULLY,C/O GARICA, C/O
MARSH, C/O SIMS, McKEE. LINDSEY, McCUMBER-HEMRY., IN LANSING MICHIGAN.
 THERE IS NO OUTCOME YET OF THE CASE PENDING.
MDOC STAFF TOOK SOLE POSSESSION OF ALL MY PERSONAL PROPERTY AT SAGINAW
CORR.FAC. PENDING TRANSFER.
STAFF CRUSHED MY RCA TV DAMAGED A METAL FOOTLOCKER ████ THAT CONTAIN
MUSICPLAYER/528 SONGS.
THIS HAPPEN (MAY 2,2018 )
 I FILED FACILITY GRIEVANCES, PRISONER CLAIM AGAINST THE STAE OF  MICHIGAN,
DEFENDANTS STATED I NEVER FILED A CLAIM, AFTER 4 MONTHS YET DEFENDANTS
FORGOT THEY PROVIDED ME CLAIM RECEIPTS ON TWO DIFFERENT OCCASION. AND I AM
GOING TO SUBMITT THEM TO THE COURT AS EVIDENCE TO SHOW DELIBERATE INDIFFER-
ENCE AND FALSIFYING DOCUMENTS TO MISLEAD AN INVESTIGATION. AS STAFF HAVE
CONSPIRED TO RETALIATION AND DESTRUCTION OF PERSONAL PROPERTY  THAT WAS
THEY FIRST CLAIM .THE JUDGE NAME IS, CHRISTOPHER MURRAY HONORABLE :

   THIS COMPLAINT NOW WAS A SECOND DESTRUCTION OF PROPERTY  60 DAYS LATER
THATS BEFORE THE COURT. NOW.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN


CEDRIC BELL #248097,                              CIVIL ACTION NO.
         PLAINTIFF;                               #_____


V                                                 REQUEST TO PROCEED IN
                                                      FORMA PAUPERIS

MICHIGAN DEPT.OF CORRECTIONS ET,AL,

STATE ADMINISTRATIVE BOARD OF CLAIMS ET,AL,

CORIZON HEALTHCARE,XXXX ET,AL;
         DEFENDANTS

_____

    PLEASE TAKE NOTICE, THAT UPONO THE DECLARATION/ AFFIDAVIT OF PLAINTFF
CEDRIC BELL, SWORN TO ON SEPTEMBER 4,2019, A MOTION WILL BE MADE  AT A
TERM OF THIS COURT,FOR AN ORDER PERMITTING PLAINTIFF TO PERSUE THIS ACTION
AS A POOR PERSON,UPON THE GROUND THAT SAID PLAINTIFF HAS INSUFFICIENT
INCOME AND PROPERTY TO ENABLE HIM TO PAY THE COST,FEES AND EXPENSES TO
PERSUE SAID ACTION,AND FOR SUCH OTHER AND FURTHER RELIEF AS THIS COURT
MAY DEEM JUST AND PROPER.

                JANUARY 13, 2020 (CB)
DATE. SEPTEMBER 4,2019 :                    RESPECTFULLY SUBMITTED BY:

                                            _____
                                            XXXXXXXXXXXXXXXX
                                            CEDRIC BELL 3248097
                                            MACOMB CORR.FAC.
                                            34625-26 MILE ROAD
                                            LENOX TOWNSHIP,MICHIGAN 48048
                                                 NEW ADDRESS
    TO: CLERK OF COURT                       3500 N. ELM ROAD
         UNITED STATES DISTRICT COURT        JACKSON, MICHIGAN-
     FOR THE EASTERN DISTRICT OF MICHIGAN                     49201
THEODORE LEVIN UNITED STATES COURTHOUSE      COTTON CORR. FAC.
231 WEST LAFAYETTE BLVD. ROOM 564
DETROIT,MICHIGAN .48226

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

CEDRIC BELL #248097,                          CIVIL ACTION NO.
          PLAINTIFF,
                                              #_____
V

MICHIGAN DEPT. OF CORRECTIONS,ET AL,          APPLICATION FOR
STATE ADMINISTRATIVE BOARD OF CLAIM,ET AL,    APPOINTMENT OF
CORIZON HEALTHCARE,ET AL.                     COUNSEL

                                JANUARY 13, 2020(CB)
          NEW ADDRESS        ~~SEPTEMBER 4, 2019~~
                   COTTON CORR.FAC. 3500 N. ELM ROAD  JACKSON, MI. 49201

CEDRIC BELL #248097, MACOMB CORR.FAC. 34625-26 MILE ROAD, LENOX TOWNSHIP,
MICHIGAN. 48048 .

I NEED AN ATTORNEY IN THIS ABOVE MATTER AS I AM NOT VERSED IN LAW, AND AM
BEING RETALIATED AGAINST BY MICHIGAN DEPARTMENT OF CORRECTIONS STAFF/EMPLOY-
EES, AND THEY ARE DESTROYING MY PERSONAL PROPERTY THATS IN THEIR SOLE
POSSESSION., AND DISPLAYING INVIDIOUS DISCRIMINATION BASED ON RACE, ALL
GRIEVANCES FILED ARE DENIED AS I REQUESTED PROPERTY BE REPLACED OR FULL
REIMBURSEMENT,AND IF MATTERS PROCEED TO COURT I WOULD LIKE TO BE COMPEN-
SATED,.

     I HAVE HAD FALSE REPORTS FILED AND DENIED ACCESS TO SECURITY SURVEILL-
ANCE VIDEO TAPES OF ACTUAL INNOCENT EVIDENCE, AS DIRECT BIAS WAS DISPLAYED
BY THE HEARING OFFICER,AS THEIR GUILTY RATIO WAS THEIR ONLY CONCERN.I HELD
IN SEGREGATION/DETENTION FOR NOT VIOLATING ANY RULES, MEDICAL ORDERS FROM
THE BUREAU OF HEALTH SERVICE BY MICHIGAN DEPARTMENT OF CORRECTIONS ARE
DENIED BY FACILITY STAFF, THE MEDICAL PRIVACY ACT ARE VIOLATED AND DIS-
REGARDED. ACTUAL  MEDICAL ACCOMMODATION ORDERS ARE DISREGARDED BY CORRECT-
IONAL OFFICERS, I HAVE BEEN INJURE BY THESE SAME STAFF ON JULY 25,2018 AND
VIDEO SURVEILLANCE TAPE EVIDENCE PROVE JUST THAT., I WEAR (AFO) BRACES ON
BOTH LEGS LEFT/RIGHT,, DENIED FOOTWEAR TO  ACCOMMODATE BRACES. MEDICAL
STAFF AND MDOC STAFF TOOK THE MEDICAL BOOTS AND BRACES PROVIDED BY DOCTORS
AFTER HAVING THEM FOR ALMOST 2 YEARS. STAFF/MEDICAL STATED I ASSAULTED A
PRISONER AUGUST 4,2017 BY MEDICAL STAFF AT CHIPPEWA CORR.FAC. I APPEALED.
IT WAS DENIED BY FACILITY STAFF(NOT A DOCTOR).

     MY RIGHTS WERE VIOLATED AT SRF MY FAMILY ORDER ME A SELF-HELP  LITIGAT-
ION MANUAL THAT HAD FORMATS TO AIDE ME IN MY APPEAL PROCESS TO THE COURTS

THE BOOK WAS DENIED BY SAGINAW CORR.FAC.,I FILED A GRIEVANCE STAFF TOLD
ME I WAS NOT GETTING THE BOOK TO USED AGAINST HIS CO-WORKERS. I WAS THEN
TRANSFERED TO  COTTON CORR.FAC. MAY 3,2018, AND WHEN I RECEIVED MY PRO-
PERTY IT WAS DESTROYED,I FILED GRIEVANCES THAT WERE DENIED,I FILES██X██
A PRISONERS CLAIM AGAINST THE STATE OF MICHIGAN. I WAS PROVIDE 3 DIFFERENT
RECEIPTS, THEN I WAS TOLD I NEVER FILED A CLAIM.THE CLAIM WAS FOR ████
$1,159..97. AS IT IS PENDING IN THE MICHIGAN COURT OF CLAIMS CASE#000132-MP.
█████████████████████████ THIS FIRST PROPERTY CLAIM HAS NOT BEEN RESOLVE.
FACILITY STAFF STAED I RAN FROM HIM AND WOULD NOT STOP RUNNING, THE SGT
VEIWTHE VIDEO SURVEILLANCE TAPE AND STATED I REFUSED A BODY SEARCH I WAS
THEN PLACED IN SEGREGATION/DETENTION BASE ON THESE TWO STAFF REPORTS I WAS
DENIED THE SECURITY SURVEILLANCE TAPE AS ACTUAL INNOCENT, AS I NEVER RAN
FORM ANYONE OR REFUSED THE BODY SHAKE DOWN. THE ADMINISTRATIVE LAW JUDGE
TOLD ME THERES NO VIDEO, AND STATED ITS TAPE OF THE INCIDENT, THE HEARING
WAS POSTPONE, AN I WAS TOLD AGAIN THERES NO TAPE. ████ I WAS FOUND GUILTY
I STATED TO THE ADMINISTRATIVE LAW JUDGE, I WAS GOING TO SUE AS MY EVIDENCE
OF ACTUAL INNOCENT IS BEING WITH-HELD BY THE ADMINISTRATION AND STAFF, AT
SOME █ THE ADMINISTRATIVE LAW JUDGE WAS GIVEN THE VIDEO, AND THE CHARGE
DISMISSED, JULY 25,2018., I WAS PLACED BACK IN SEGREGATION/DETENTION AS
MEDICAL HOUSING WAS NOT PROVIDE, AT NO TIME DID I EVER SEE MY PERSONAL
PROPERTY I WAS TRANSFERED TO ,ADRIAN CORR.FAC. SEPTEMBER ████ 2018, I
WAS WITHOUT PROPERTY FOR 8 DAYS,FACILITY STAFF WOULD NOT PROVIDE BASIC
HUMAN NEEDS A CHANGE OF CLOTHES,TOOTHPASE,TOOTHBRUSH SOAP AT ADRIAN  CORR.
FAC. AND WHEN I DID RECEIVE MY PERSONAL PROPERTY ALOT OF ITEMS WERE
MISSING,I FILED GRIEVANCES AS THEY WERE DENIED STATEING THEY HAD NO
JURISDICTION, I TEN FILED ANOTHER ████████ STATE ADMINISTRATIVE BOARD OF
CLAIM FOR █ 908.94, AGAIN MY FAMILY CONTACT DEPUTY DIRECTOR K,McKEE AND
FAX A COPY OF THE CLAIM TO HIM. COTTON CORR.FAC. LINDSEY GAVE ME $45.80
FOR MY ALL MY PROPERTY THE STATE BOARD OF CLAIM ADDED $78.34. TOTAL $124.14
THEN THE FACILITY TOOK THAT FOR RESTITUTION, AS IT IS I NEVER HAD A NOTICE
OR HEARING FOR RESTITUTION:, I CONTACTED THE ADMINISTRATIVE BOARD OF CLAIMS
REQUESTING RECONSIDERATION,. I NEVER RECEIVED A RESPONSE FORM THEM.
      I THEM FILE A CLAIM IN THE 30th CIRCUIT COURT IN INGHAM COUNTY, IT WAS
RETURN TO ME STATEING THEY DONT HAVE JURISDICTION AND SHOULD BE FILED IN
THE COURT OF APPEAL,I WAS █ PROVIDED█ INSTRUCTION SHEET WITH JURISDICTION
ON IT. SO I FORMATTED AND APPEAL BRIEF,DOCKETING STATEMENT AND ████████
I WAS TRANSFERED AGAIN DECEMBER 21,2018 TO MACOMB CORR.FAC. AT THIS TIME
I WENT OVER THE DOCUMENTS AND THEN FILED THEM IN THE COURT OF APPEALS,

WHERE THE JUDGE DISMISSED THE CASE AS IT WAS NOT THERE JURISDICTION
AS WELL. MY DOCUMENTS WERE RETURN.

    I CONTACTED THE JUDGE AND ASKED HIM WHO HAD JURISDICTION  AND THE
COURT ADDRESS, X AS THE INFORMATION I WAS PROVIDED WAS CLEAR. HIS CLERK
CONTACTED ME WITH THE PROPER ADDRESS WHICH IS THE SAME XXXX BUILDING,
AND I FILED THE XXXX FIRST CLAIM THERE  PENDING.
THE SECOND CLAIM WHERE FACILITY STAFF RETALIATED 60 DAYS LATER AND  DESTROYED
MY PROPERTY, AND PROVIDED $124.14, YET I ASKED FOR MY PROPERTY TO BE
REPLACED, OR FULL REIMBURSEMENT): AND I CLEARLY DID NOT GIVE MY RIGHTS OR
RELEASE STATE OF MICHIGAN,MDOC. OR IT'S AGENCIES FROM LIBLITIES.
AND DUE TO THE CONSTITUTIONAL VIOLATION AND CIVIL RIGHTS VIOLATION AS I WAS
TARGETED BY THESE STAFF/EMPLOYEES AS THEY ARE EMPLOYEED BY THE STATE OF
MICHIGAN ACTING UNDER COLOR OF STATE LAW AND REFUSED TO RETURN MY PROPERTY
OR REPLACE IT, YET I COULD NOT GET FULL REIMBURSEMENT TO TRY AND RERKEE
REPLACE WHAT STATE EMPLOYEES TOOK POSSESSION OF.
ON XXRXEXXXRXX AUGUST 7,2019 I RECEIVE LEGAL MAIL BY C/O EVANS AND IT WAS
OPEN IT CONTAIN SUMMONS FORMS, A, AND  B COMPLAINT. I ASKED WHY WAS MY
MAIL OPEN SHE STATED THIS HOW IT CAME., AGAIN SEPTEMBER 4,2019 MY LEGAL
WAS OPEN WHEN I WENT TO PICK IT UP,THIS VIOLATES PLOICY AND RB PROCEDURES
TO LEGAL MAIL OPEN ONLY IN MY PRESENTENCE C/O JONES STATED THIS HOW IT
CAME. I REQUESTED THE MAIL BE PHOTO, AS THE POST OFFICE WOULD HAVE RETURN
THE MAIL PACKAGE BACK TO THE COURTS AS DAMAGED, THIS MAIL CONTAIN  SUMMONS/
COMPLAINTS WITH THE COURT SEALS BY CLERK JEROME ZIMMER. I CONTACTED THE
AS I WAS MISSING COMPLAINTS . AND I FILED A GRIEVANCE REGARDING THE MAIL.
I WAS ALSO CONTACTED BY THE CLERK OFFICE REGARDING PAYMENT OWED, I NOTIFYED
THE COURTS THAT MDOC HAD PAID THEM IN JUNE OF 2019,AND MDOC STAFF P.JOHNSON
WAS WITH-HOLDING THE COURTS PAYMENT. AND I FILED A GRIEVANCE REGARDING
PRISONER FUNDS, AS THE CLERK OF COURT LETTER TO ME SHOWED THE LAST  PAYMENT
THEY RECEIVE FROM MDOC WAS FEB 2019.,YET I SENT THE CLERK OF COURT RECEIPTS
WHERE THE AMOUNT OWED WAS PAID JUNE 2019. AND THE CLERK CONTACTED MDOC.
AND THE RECEIVE  THE PAYMENT IN SEPTEMBERXXXX 2019, AT THIS TIME  A REPLACEMET
JACKET CAME TO THE FACILITY FROM KING SIZE CATALOG MY.BROTHER PAID FOR
WITH HIS CREDIT CARD. FACILITY STAFF AT MACOMB CORR.FAC. DENIED THIS JACKET
AS IT BEING HELD PENDING COURT DECISION, YET FACILITY STAFFS/EMPLOYEES CAN
DESTROY MY WINTER COAT AND JACKET ECT, YET I CANT HAVE THE JACKET, I WAS
RETALIATED STAFF AT MACOMB DENIED ME DUE RRXXXXXX PROCESS, BY TELLING THE
LT. NUEMEBUGER LET ME TAKE CARE OF I'LL GET YOUR JACKET SO YOU'LL SOMETHING.
I WAS TRANSFERED TO CHIPPEWA CORR.FAC XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3

SEPTEMBER 17,2019, I NEVER RECEIVED THE JACKET, I FILE AGRIEVANCES
AND SENT THEM TO MACOMB CORR.FAC.ABOURT THE JACKET,RETALIATION, FUNDS,
AND AS OF THIS DATE AND FILING I HAVE NOT RECEIVED A RESPONSE FROM THEM.

ON OCT 11,2019 I WAS PLACED IN PROTECTED CUSTODY BY CHIPPEWA CORR.FAC.
ADMINISTRATIVE OFFICE AS FACILITY STAFF WERE VIOLATING MY CONSTITUTIONAL
RIGHTS AS THEY TOOK POSSESSION OF ALL MY PROPERTY AND TARGETED MY LEGAL
DOCUMENTS AS MY FAMILY HAD COMPLETE ACCESS TO LEGAL COMPLAINTS I WAS
FILING AND THE COPIES WERE COMING IN THE MAIL, ON OCT,29,2019 I WAS TRANSFERED
FROM SEGREGATION TO CARSON CITY CORR,FAC. AGAIN I WENT  5 TO 6 DAYS WITH-
OUT PROPERTY AND FACILITY STAFF DENIED ME ACCESS TO BASIC HUMAN NEEDS,A
CHANGE OF CLOTHES,SOAP,TOOTHBRUSH,TOOTHPASE. AS THESE SAME STAFF WERE CLEARLY
AWARE OF THE ONGOING LEGAL PROCEEDING AND FILINGS IN THE COURTS. AND IN
NOVEMBER CARSON CITY CORR.FAC. STAFFS/EMPLOYEES INTERFERRED WITH E THE
LEGAL PROCEEDING IN CASE NO.19-000132 PENDING AND DENIED ME ACCESS TO
REGISTERED MAIL  RECEIPT CARD TO RETURN TO THE COURTS, C/O SMITH TOOK THE
LEGAL DOCUMENTS OUT THE ENVELOPE (SUMMONS/COMPLABNT RVEIWED THE CONTENTS
GAVE THEM TO ME AND THREW THE REGISTERED MAIL CARD IN THE TRASH, I DIRECTLY
REQUESTED THE CARD AND TOLD HIM THE REEES REGISTERED MAIL CARD WAS FOR THE
COURTS AS I CAN SHOW SERVICE MADE OR ATTEMPTED, I WAS GIVEN A DIRECT ORDER
TO IRETURN TO MY HOUSING UNITS I FOLLOWED THIS ORDER,AND REQUESTED THE UNIT
STAFF TO CONTACT THE SHIFT COMMANDER AND HE DID, AT THIS TIME 6 TO 7
DIFFERENT OFFICER CAME AND STARTED BULLYING,INTIMADATING ME AT NO TIME WAS
THE REGISTERED MAIL CARD GIVEN TO ME TO RETURN TO THE COURTS.YET STATED
THE ENVELOPE IS IN THE INSPECTOR BURNS OFFICE, AT THIS TIME I KNEW STAFF
WAS LIEING AS I SAW IT IN THE TRASH CAN. I FILED A GRIEVANCE ON ALL STAFF
THAT WERE INVOLBE DIRECTLY,AND UNIT STAFF TARGETED ME FOR RETALIATION,
BULLYING,INTIMADATION. I FILED 3 GRIEVANCES DIRECTLY FACILITY INSPECTOR
WILLIAMS AT CARSON CITY CORR.FAC.. ON DECEMBER 25,2019 FACILITY TOOK ALL
POSSESSION OF PROPERTY PENDING TRANSFER BACK TO COTTON CORR.FAC.  AND
DECEMBER 26,2019 COTTON CORR.FAC. DENIED ME ACCESS TO MEDICAL HOUSING
BARRIER FREE AS OULINE ON THE MEDICAL ACCOMMODATION  ORDERS YET  PROVIDED
MEDICAL HOUSING 3 HOURS LATER TO OTHER PRISONERS  TRANSFEREDING IN AFTER ME
YET THE FACILITY AGREED TO ACCOMMODATE ME PRIOR TO THE TRANSFER WHERE I WAS
PROPERLY HOUSED PER DOCTORS ORDER, YET STAFF PLACE ME IN  LEVEL 4 THIS
INCREASE IN LEVEL CUSTODY LEVEL WAS NOT DONE BY SECIRITY CLASSIFICATION
COMMITTEE MEMBERS,  I WAS THEN TAKEN OUT OF NON-MEDICAL CELL AND PLACED

SEGREGATION DOG CAGE STRIPPED OF CLOTHEING MEDICAL ▓▓▓▓ EQUIPMENT
PRODUCE  A URINE SAM●LE AS STAFF STATED I WAS HIGH ON DRUGS. PLACED BACK
IN LEVEL 4.,I FILED GRIEVANCES,AS I WAS AGAIN DENIED PROPERTY 9 DAYS,
AND FACILITY STAFF DENIED ME BASIC HUMAN NEEDS AS WELL PERSONAL PROPERTY
THESE GRIEVANCES WERE FILED DIRECTLY  WITH FACILITY INSPECTORS BAILEY AND
HOWARD.

 I WOULD VERY MUCH LIKE AN ATTORNEY TO HELP ME,SOMEONE LIKE (EVERETT C.PERRY,
OR JAMES K.FETT. AS I AM STILL DEALING WITH RETALIATION BY MICHIGAN DEPART-
MENT OF CORRECTIONS STAFFS/EMPLOYEES, AND WITHOUT PROPERTY BEING REPLACE,
OR FULL REIMBURSEMENT TO REPLACED/REORDER, AS THE (FIRST) PROPERT DESTRUCT-
ION IS STILL PENDING IN THE COURTS AND NOT RESOLVE,AND EVIDENCE WILL
SHOW AND PROVE MICHIGAN DEPARTMENT OF CORRECTIONS STAFF/ EMPLOYEES LISTED
DEFENDANTS CORIZON HEALTHCARE EMPLOYEES ▓▓▓▓ DENYED TREATMENT,DELAYED
TREATMENT VIOLATED THE PRIVACY ACT TITLE 2 VIOLATION.  AS THESE STAFFS/
EMPLOYEES PROVIDED FALSE INFORMATION TO  AN INVESTIGATION,TO MISLEAD AN
INVESTIGATION, AS RECORDS WILL SHOW I HAVE THE GRIEVANCES▓ IN SUPPORT
AS WELL GRIEVANCE REQUESTING THE VIDEO SURVEILLANCE TAPES BE PRESERVED
FOR COURT PROCEEDING, AS WELL MY REQUEST FOR  JUDICIAL REVIEW TO 30th
CIRCUIT COURT INGHAM FOR A FALSE MISCONDUCT DISOBEYING A DIRECT ORDER, AS
TO BARRIER FREE HOUSING YET THE COURT DENIED IT JAN 4,2019 AS I STILL
OWED THE COURT $122.00 FILING FEE THE APPEAL WAS RETURN TOO ME, YET  WAS
REFILED JAN 6,2020 AT COTTON CORR.FAC.

    I DONT HAVE ANY REDRESS AT THIS LEVEL OF STATE REMEDIES AND THE
RETALIATION OF DESTORYING MY PROPERTY AT WILL BY THE DIFFERENT STAFFS
AT THIS POINT SAME STAFFS, AND NOT REPLACING WHAT I HAD OR REIMBURSEMENT
EVEN WHEN THE ADMINISTRATIVE BOARD OF CLAIMS HAVE CLEAR  EVIDENCE OF
MDOC STAFF MISCONDUCT, IS WHY I REFUSE TO GIVE UP MY RIGHTS, AS STAFF/
EMPLOYEES ▓▓▓▓▓▓▓ CORRUPTION IS CLEAR EVEN IN LEVELS WHERE A PRISONER
DONT HAVE ACCESS TOO. , IF IT ▓▓▓▓ PLEASES THE COURT I NEED HELP.

    I DECLARE UNDER PENALTIES OF PERJURY THAT MY ANSWERS TO THE FOREGOING
IS I▓ TRUE AND THIS STATEMENT ARE FACTUAL AND TRUE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓x

    I UNDER STAND THAT THAT IF I AM ASSIGNED A LAWYER AND MY LAWYER ▓▓▓ FIND
OUT OR LEARNS, EITHER FROM MYSELF OR ELSE WHERE THAT I CAN AFFORD A LAWYER
THE LAWYER MAY GIVE THIS INFORMATION TO THE COURT.

    I UNDERSTAND THAT IF MY ANSWERS ON THIS ▓ APPLICATION TO PROCEED
IN FORMA PAUPERIS OR AFFIDAVIT IN SUPPORT OF APPLICATION FOR APPOINTMENT

OF COUNSEL ARE FALSE, MY CASE CAN BE DISMISSED.

I UNDERSTAND THAT MAKING THIS APPLICATION DOES NOT EXCUSE ME  FROM LITIGATING MY CASE, AND THAT IT IS STILL MY RESPONSIBILITY TO HAVE THE DEFENDANTS SERVED WITH SUMMONS AND  COMPLAINTS,IF I HAVE NOT ALREADY DONE SO.  THIS SHOULD HAVE BEEN FILED SEPTEMBER 7,2019 BUT DUE TO CIRCUMSTANCE OUT OF MY CONTROL,MDOC STAFFS AND TRANSFERS.

RESPECTFULLY  SUBMITTED BY:

CEDRIC BELL #248097
COTTON CORR.FAC.
3500 N. ELM ROAD
JACKSON, MICHIGAN. 49201

DATE EXCUTED: JANUARY 8,2020.

SWORN TO BEFORE ME THIS
9th DAY OF JANUARY,2020

NOTARY PUBLIC:

SIGN HERE.

SIGN HERE.

NEW ADDRESS

ERNEST PAZITKA
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Sep 8, 2025
ACTING IN COUNTY OF  Jackson

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

CIVIL ACTION NO.

# _____

CEDRIC BELL #248097,
    PLAINTIFF,

V

MICHIGAN DEPARTMENT OF CORRECTIONS,ET AL,

STATE ADMINISTRATIVE BOARD OF CLAIMS,ET AL,

CORIZON HEALTHCARE ET AL,


## AFFIDAVIT / DECLARATION OF CEDRIC BELL:

    I, CEDRIC BELL #248097, BEING DULY SWRON ACCORDING TO THE LAW DEPOSE
AND SAY THAT I AM THE PLAINTIFF IN THIS ABOVE MATTER ENTITLED PROCEEDING.
1. ON JULY 9,2018 DEFENDANT BRANDON PAYNE CORRECTIONAL OFFICER AT COTTON
CORRECTIONAL FACILITY, FILED A FALSE MISCONDUCT REPORT ON PLAINTIFF,STATING
CEDRIC BELL RAN FROM HIM AND WOULD NOT STOP RUNNING-: AS WELL BELL WAS
LOCATED ON THE LEFT SIDE OF THE HOUSING UNIT .:
2. DEFENDANT NATHAN ROOT CORRECTIONAL OFFICER (SGT)9LT.),AT COTTON CORRECT-
IONAL FACILITY AS WELL STATED,AFTER LOOKING AT THE SECURITY SURVEILLANCE
VIDEO TAPE, STATED PLAINTIFF BELL REFUSED A BODY SHAKE DOWN, AND DEFENDANT
NATHAN ROOT WANTED TO KNOW WHAT HAPPEN IN THE BATHROOM THOSE 20,30,40,50
SECONDS I WAS IN THE BATHROOM.
3. THE DEFENDANTS MISCONDUCT REPORT OF FALSE ACTIONS, PLACED PLAINTIFF
IN ADMINISTRATIVE SEGREGATION/ DETENTION.
4. PRIOR TO PLAINTIFF BEING PLACED IN SEGREGATION/DETENTION, PLAINTIFF WAS
REMOVED FROM UNIT 6 CELL 11 BARRIER FREE HOUSING, THIS IS A SINGLE XXXX
MAN CELL FOR HANDICAP, THERE ARE 12 CELLS THAT ARE BARRIER FREE WHEELCHAIR
ACCESSIBLE IN THIS UNIT,ALL MY PERSONAL PROPERTY WAS SECURED.
5. MY MEDICAL CONDITIONS ARE PERMANENT, I WEAR BRACES ON BOTH LEGS TO KEEP
BOTH FEET STRAIGHT FOR BALANCE AND WALKING, AND THE BUREAU OF HEALTHCARE
SERVICEAND MICHIGAN DEPARTMENT OF CORRECTIONS PROVIDED ME A MEDICAL SPECIAL
ACCOMMODATION ORDERS FOR MEDICAL HOUSING BARRIER FREE AND OTHER MEDICAL
SUPPLIES.

1

6. DEFENDANT BRANDON PAYNE, TOOK SOLE POSSESSION OF ALL MY PERSONAL PROPERTY THAT WAS SECURED IN CELL 11- 5 UNIT AND PLACED SECURITY SEALS ON 2 FOOTLOCKERS AND 1 GREEN DUFFLE BAG, 1 DAMAGE RCA COLOR TV THAT WAS BEING HELD FOR LEGAL PROCEEDINGS AS EVIDENCE AND 1 TYPEWRITER.

7. DEFENDANT FAIL TO PROPERLY ITEMIZE ALL PLAINTIFF PERSONAL PROPERTY ON A CSJ-241-A,B,C FORM PRISONER RE PERSONAL PROPERTY RECEIPTS THATS PROVIDED BY MICHIGAN DEPARTMENT OF CORRECTION AND THIS VIOLATES POLICY DIRECTIVE 04.07. 112 OF THE M.D.O.C.

8. PLAINTIFF CEDRIC BELL, NEVER SAW ANY OF HIS PERSONAL PROPERTY FROM JULY 9,2018 THRU SEPTEMBER 26,2018.

& 9. PLAINTIFF WAS HELD IN A DETENTION SEE CELL #10 IN L-UNIT VIDEO SURVEILLANCE REQUESTED WHEN WHEN DEFENDANT SIMS PROPERTYROOM OFFICER CAME TO THE CELL AUGUST 7,2018 ALONE WITH DETENTION OFFICER HENRZI AND OPEN THE FOOD SLOT WHERE FOOD TRAYS ARE REEE PASS AND STATED IN A CLEAR VOICE AND I QUOTE(WHAT DO YOU WANT ME TO DO WITH THIS THE DEFENDANT HELD UP A BROWN EXTENSION CORD) THAT ARE SOLD ON THE PRISON STORE. I JUST LOOKED AT HIM AND DID NOT REPLY AND HE STATED I FOUND THIS IN YOUR PROPERTY.

10. DEFENDANT SIMS HAD NO AUTHORIZATION TO BREAK THE SECURITY SEALS THAT WERE ON THE PERSONAL PROPERTY PLACED THEREE BY DEFENDANT BRANDON PAYNE.

11. DEFENDANT SIMS NEVER PROVIDED ME WITH NEW SECURITY SEALS OR PROPERTY RECEIPTS WITH THE LISTED NEW SECURITY SEALS NUMBERS OR WHAT PROPERTY HE REMOVED OR PROPERTY HE ADDED WITH HIS SIGNATURE ON THE RECEIPTS,AS OUTLINE IN POLICY DIRECTIVE,OPERATING PROCEDURES 04.07.112.

12. DEFENDANT SIMS NEVER PROVIDED A REASON (WHY) WAS HE IN THE PROPERTY OR BROKE THE SEALS ON THE FOOTLOCKERS AND DUFFEL BAG.

13. PLAINTIFF BELL HAD 3 ACTIVE PENDING GRIEVANCES PROPERTY RELATED AND 1 OF GRIEVANCE WAS AGAINST DEFENDANT SIMS AND PERSUED IN THE MICHIGAN COURT OF CLAIMS CASE NO.19-000132-MP, AND THIS DEFENDANT SIMS CLEARLY HAD ACCESS TO DESTROY PERSONAL PROPERTY AND DAMAGE THE OTHER FOOTLOCKER THATS CLEARLY VISIBLE INSIDE THE FOOTLOCKERREREEREEREGEREREEREE AND DONE WITH TOOLS THAT HE ONLY HAS ACCESS TOO.,THIS WAS DONE OUT OF RETALIATION FOR FILING THE GRIEVANCE ON HIM.

14. PLAINTIFF WAS TRANSFERED TO ADRIAN CORRECTIONAL FACILITY AND WENT WITHOUT PROPERTY 8 DAYS VIDEO OF SECURITY SURVEILLANCE TAPE WILL PROVE THIS,BEREREE M.D.O.C AND STAFF DENIED PLAINTIFF BASIC HUMAN NEEDS CHANGE OF CLOTHES, SOAP,TOOTHBRUSH,TOOTHPASS. ,M.D.O.C. AND STAFF VIOLATED THEIR OWN POLICY AND PROCEDURES OP,PD 04.07.112 STATES PROPERTY IS TO BE GIVE TO PRISONERS

TRANSFERING IN TO A NEW FACILITY WITHIN 24 HOURS AND THIS NEVER HAPPEN.

15. PLAINTIFF BELL AGAIN HAD LEGAL BRIEFS AND A APPEAL DESTROYED THAT WAS TO BE SUBMITTED TO THE COURT OF APPEALS AND PERSONAL PROPERTY THAT WAS MISSING AND REKSISKKER DESTROYED AND INDISRAY.

16. PLAINTIFF BELL FILED FACILITY GRIEVANCE AT ADRIAN CORR.FAC..THE GRIEVANCE COORDINATOR STATED THEY DONT HAVE JURISDICTION, I APPEAL TO THE WARDEN WHO AS WELL STATED THEY DID NOT HAVE JURISDICTION, AS WELL THE DIRECTOR STATED THEY DONT HAVE JURISDICTION.

17. PLAINTIFF BELL FILED ANOTHER GRIEVANCE AND SENT IT TO COTTON CORR. FAC. WHO HAD ACTUALLY TOOK POSSESSION OF ALL MY PERSONAL PROPERTY TO START WITH. GRIEVANCE COORDINATOR DEFENDANT McCUMBERY-HEMRY REJECTED THE GRIEVANCE I APPEAL TO WARDEN LINDSEY,DEFENDANT,AND THE DEFENDANT McCUMBER-HEMRY REJECTED THE APPEAL,CREATING DIRECT BIAS,AT ●●●● APPEAL A DIFFERENT GRIE-VANCE COORDINATOR SHOULD HAVE BEEN ADDRESSING THE MATTER PER POLICY, I APPEAL TO THE DIRECTOR AND IT WAS REJECTED AS WELL.

18. PLAINTIFF BELL FILED A PRISONER CLAIM AGAINST THE STATE OF MICHIGAN, AND PROVIDED A COPY TO MY BROTHER JOSEPH OSBORNE, WHO FAX A COPY TO THE DEPUTY DIRECTOR K.McKEE AND DIRECTOR H.WASHINGTON DEFENDANTS. TO SHOW THAT PLAINTIFF BELL WAS NOT GIVING UP HIS RIGHTS OR RELEASEING THE STATE X OF MICHIGAN OR IT'S AGENCIES FROM LIABILITIES.

19. PLAINTIFF BELL ALSO SENT A LETTER DIRECTLY TO DEPUTY McKEE DEFENDANT ON NOVEMBER 29,2018 REGARDING PERSONAL PROPERTY BEING DESTROYED BY FACILITY STAFF OUT OF RETALIATION (CLAIM #1 IN MICHIGAN COURT OF CLAIM #19-000132-MP), AS WELL THE NEW CLAIM # 2 RETALIATION, THE DEFENDANTS McKEE OR H.WASHINGTON NEVER PROVIDED A RESPOND.

20. THE ADMINISTRATIVE BOARD OF CLAIMS REFUNDED $79.14 THEE COTTON CORR.FAC. REFUNDED $45.00., THE CLAIM FILED WAS FOR $908.94 FOR THE PERSONAL PROPERTY IN THERE SOLE POSSESSION.

21. AT NO TIME DID I GIVE UP MY RIGHTS IN THIS CLAIM AGAINST THE STATE OF MICHIGAN AND IT'S AGENCIES, I REQUESTED PROPERTY BE REPLACED ,OR FULL REIM-BURSEMENT, AS OUT-LINED IN THE GRIEVANCES AND PRISONER CLAIM AND IF MATTERS PROCEED TO COURT I WOULD SEEK DAMAGES, AS I NEED ALL PROPERTY REPLACED.

22. AS ALL THE MICHIGAN DEPARTMENT OF CORRECTIONS STAFF LISTED ENGAGED IN DELIBERATED AND KNOWINGLY FABRICATION OF EVIDENCE THAT RESULTED IN MANY CONSTITUTIONAL VIOLATIONS AND DESTRUCTION OF PERSONAL PROPERTY,. AT NO TIME WAS ANY OF MY PROPERTY REPLACED OR FULL REIMBURSEMENT SO I COULD REPLACE MY PROPERTY

, YET FACILITY STAFF AN ADMINISTRATION TRANSFERED ME TO

ANOTHER FACILITY BECAUSE I WAS ACTING IN A PROTECTED RIGHT SEEKING
REDRESS THROUGH THE GRIEVANCE PROCEDUERS AND THE COURTS AS STAFF WERE
AT ADRIAN CORR.FAC. DID ACT IN RETALIATION BY NOT ALLOWING ME ACCESS TO
PERSUE BY LEGAL FILING.

23. PLAINTIFF BELL HAS FILED SUMMONS/COMPLAINTS AND APPEALS AND FOLLOWED
DIRECTIONS THAT WAS PROVIDED TO HIM AS 3 DIFFERENT COURTS STATED  THEY DID
NOT HAVE JURISDICTION I WAS THEN PROVIDED THE CORRECT ADDRESS TO FILED
BOTH CLAIMS, AS I WAS SEEKING REDRESS FOR MY PROPERTY THAT WAS DESTROYED
IN RETALIATION BY MICHIGAN DEPARTMENT OF CORRECTIONS XX THAT STARTED AT
SAGINAW CORR. FAC. OVER A LEGAL BOOK(SELF-HELP LITIGATION MANUAL ) ORDER
FROM PRISON LEGAL NEW,: AND WAS DENIED BY M.D.O.C. AND I FILED A GRIEVANCE
AGAINST STAFF AND M.D.O.C, AS THEY TOLD ME THEY WERE GOING TO DESTROY THE
BOOK. I WAS TRANSFERED FROM SAGINAW CORR.FAC. TO COTTON CORR.FAC., THEN TO
ADRIAN CORR.FAC, THEN TO, MACOMB CORR.FAC., THEN TO CHIPPEWA CORR.FAC.,
THEN TO CARSON CITY CORR.FAC. THEN BACK TO COTTON CORR.FAC..

24. EACH FACILITY USED RETALIATORY METHODS,INTIMADATION AND DESTRUCTION OF
PROPERTY IN THERE SOLE POSSESSION., AS I WAS SEEKING MY PROPERTY BE REPLACED
THROUGH THE GRIEVANCE PROCEDURES OF M.D.O.C. PD 04.07.112 AS WELL PRISONER
CLAIM AGAINST THE STATE OF MICHIGAN.

25. THE MICHIGAN COURT OF CLAIMS CLERK ANGELA DAVIS TOLD ME BY LETTER I
CAN ONLY XXX PERSUE 1 CLAIM IN THE COURT OF CLAIMS, AND THE VERY FIRST
CLAIM WAS FILED THER AS THE MDOC STATED I NEVERX FILED A CLAIM YET I
PROVIDED THE COURT EVIDENCE I FILED PROPERLY.

26. MY SECOND CLAIM  RETALIATION PROPERTY DESTRUCTION  M.D.O.C. AND THE
ADMINISTRATIVE BOARD OF CLAIM, GAVE A TOTAL OF $124.14 OUT OF $908.94
AND THEN THE XXXXXX M.D.O.C TOOK THAT FOR RESTITUTION THAT NOT EVEN COURT
ORDERED, .

27. PLAINTIFF REQUESTED ALL PROPERTY BE REPLACED. AS THE EVIDENCE I WILL
PROVIDE TO THE COURTS WILL SHOW THAT M.D.O.C. STAFF?EMPLOYEES ALL CONSPIRED
AND USED INVIDIOUS DISCRIMINATION BASED ON RACE AS THEY ATTEMPTED TO COVER
UP THE ACTS/VIOLATION OF PROPERTY DESTROYED IN THEIR SOLE POSSESSION.

28. AS I AM NOT VERSE IN THE LAWS OF THE CONSTITUTION IF IT PLEASE THE
COURT COULD THE HONORABLE JUDGE STATE THE PROPER CLAIM SO I CAN SEEK
REDRESS, AND STOP THE MICHIGAN DEPARTMENT OF CORRECTIONS AND IT'S
STAFF AND EMPLOYEES FROM DESTROYING MY PROPERTY.IF COUNSEL IS ████████.

4

IF COUNSEL IS NOT PROVIDED IN THIS MATTER.

29. AS DEFENDANT CURTIS ON JULY 25,2018, FILED A FALSE MISCONDUCT OF DISOBEYING A DIRECT ORDER, AS HE WAS TRYING TO FORCE ME INTO A NON- HAND-ICAP CELL THAT WAS NOT BARRIER FREE, I DEFENDANT CURTIS HAS HAD DEFEND-ANT RUAL HANDCUFF ME BEHIND MY BACK AND ESCORT ME BACK TO SEGREGATION,

30. DEFENDANT RUAL DENIED ME ACCESS TO MY QUADCANE TO WALK WITH, THIS DEFENDANT RUAL WAS ALONE, NO OTHER ESCORTING STAFF/EMPLOYEE AND THIS IS A VIOLATION OF POLICY AND PROCEDURES, AS 2 STAFF/EMPLOYEES ARE TO ESCORT PRISONERS .

31. DEFENDANT RUAL ALLOWED ME TO FALL AND GET INJURE INJURE, KNEE, BACK.

32. NURSE  RN RUSSELL TOOK MY TEMPERATURE, BLOOD PRESSURE,PULLED UP PLAINTIFF PANT LEG LOOKED AT THE KNEE AND STATED HE'S ALL SET.AT  NO TIME DID SHE LOOK AT THE (BACK) TO EVEN CHEC FOR INJURIES.

33. DEFENDANT RUSSELL WAS PROVIDED A COPY OF THE MEDICAL SPECIAL ACCOMMOD-ATION THAT PLAINTIFF KEEP IN HIS POCKET AT ALL TIMES, DEFENDANT RUSSELL LOOKED AT DEFENDANT CURTIS AND STATED I MADE A ERR ERROR PLAINTIFF BELL HAS A VALID VALID MEDICAL SPECIAL ACCOMMODATION ORDER.

34. DEFENDANT CURTIS STATED I DONT CARE PUT HIM IN THE HOLE/SEGREGATION.

35. ALL ACTIONS OF STAFF VIOLATION ARE ON SECURITY SURVEILLANCE VIDEO TAPE THAT I REQUESTED TO BE PRESERVED FOR LEGAL PROCEEDING.

36. PLAINTIFF BELL WAS LATER TAKEN TO HENRY FORD HOSPITAL EMERGENCYROOM FROM INJURIES SUFFER IN THE ACTUAL FALL AND REFALLING.

37. HENRY FORD HOSPITAL MEDICAL RECORDS ARE REQUESTED FOR COURT EVIDENCE.

38. MICHIGAN DEPARTMENT OF CORRECTIONS AND MEDICAL STAFF CONTRACTED BY CORIZON HEALTHCARE SERVICE. NEVER DID A FOLLOW UP CARE, AND THIS  THE SECOND MEDICAL ISSUE THAT MEDICAL STAFF/EMPLOYEES AND MICHIGAN DEPARTMENT OF CORRECTIONS HAS NEVER FLLOWED UP ON AS MACOMB  ME McLEARN HOSPATIAL EMERGEN-CEROOM DOCUMENTS WILL SHOWE, THE DENIAL OF MEDICAL TREATMENT AS ORDERED BY 3 DIFFERENT HOSPITAL EMERGENCYROOM,(2) HENRY FORD HOSPITAL,(1) MACOMB McLAREN HOSPITAL EMERGENCYROOM. AS THESE STAFF/EMPLOYEES AND CORIZON, VIOLATED THE 8th AMENDMENT OF PLAINTIFF.

    I CEDRIC BELL DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXCUTED AT COTTON CORRECTIONAL FACILITY, 3500, N.ELM ROAD, JACKSON MICHIGAN. 49201.

JANUARY 13,2020

SWRON TO BEFORE ME THIS 13th DAY

Jan OF JANUARY, 2020

Rell

NOTARY PUBLIC:

ERNEST PAZITKA
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Sep 8, 2025
ACTING IN COUNTY OF Jackson

RESPECTFULLY SUBMITTED BY:

CEDRIC BELL #248097
COTTON CORR.FAC.
3500 N.EML ROAD
JACKSON,MICHIGAN, 49201

*INCL.*
*CLAIM*

# EXHIBIT

# A

16
PAGES

# GRIEVANCE'S

① ADRIAN. CORR. FAC.
6 PAGES

② COTTON CORR. FAC.
8 PAGES

*1ˢᵀ EVIDENCE* *2ⁿᵈ CLAIM A*

TRANSFERED RETALIATION

COPY

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4747 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: |A|R|F|1|8|1|0| |1| |2|5|3|5|2|8|G|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | COTTON | TRANSFER | JULY 9, 2018 | 9/25/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **NONE I NEVER HAD**
If none, explain why. ACCESS TO MY PROPERTY, THE PROPERTY SLIP WAS INCORRECT BY C/O PAYNE WHO INVENTORY MY PERSONAL PROPERTY, ARUS CHADWELL, RUM PRICE, ACTING/DEPUTY WARDEN(s) PERSONALLY TOLD ME I'M NOT ADLOW ANY PERSONAL PROPERTY WHILE BEING HELD IN C-UNIT AT TIMES I DID NOT HAVE A MISCONDUCT OR BOND REVOKE.. I NEVER SAW ANY OF MY PROPERTY FROM 7/9/18 trU 9/25/18. AND ALL THE SEALS WERE DIFFERENT..

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. ON JULY 9, 2018 I WAS PLACED IN SEGREGATION DETENTION UNIT L-18 BY C/O PAYNE AND SGT ROOT ON A MISCONDUCT. MY CELL LOCK WAS B-11. VIDEO SURVEILLANCE EVIDENCE OF THIS INCIDENT WAS REQUESTED BY ME AS WELL THE HEARING OFFICER. VIDEO SURVEILLANCE WAS WITH-HELD AT BOTH HEARING I WAS FOUND GUILTY BY THE HEARING OFFICER, AT SOME POINT AND TIME THE VIDEO WAS FOUND AND TURN OVER TO THE ADMINISTRATIVE LAW JUDGE WHO REVERSED THE FINDINGS. AS I WAS NEVER ON THE LEFT SIDE OF THE UNIT OR RAN FROM STAFF C/O PAYNE AS HE CLEARLY STATED IN THE MISCONDUCT REPORT, AND SGT ROOT STATED AFTER VIEWING THE VIDEO TAPE I REFUSED A SHAKE DOWN, AS HE UPGRADED THE MISCONDUCT TO CLASS 1., MY PERSONAL PROPERTY WAS SEARCHED AND PACKED BY C/O PAYNE AS SEEN ON VIDEO SURVEILLANCE AND SEALS PLACED ON 2 FOOTLOCKERS, 1 DUFFEL BAG. THIS OFFICER C/O PAYNE FAIL TO FOLLOW OPERATING PROCEDURES AND POLICY DIRECTIVE 04.07.112 IN SECURING MY PROPERT) C/O PAYNE DID NOT ITEMIZE MY PROPERTY AND I AM MISSING ALOT OF PROPERTY THAT WAS IN THE CELL AS WELL IN MY FOOTLOCKERS THAT WERE BRANDNEW, I HAVE A COPY OF THE CSJ-241-A PRISONER PERSONAL PROPERTY RECEIPT OF WHAT I TRANSFERED IN WITH FROM SAGINAW CORR.FAC. AS WELL THE SECUREPAK ORDER RECEIVED 5/27/18. ALL THE LISTED PROPERTY I WOULD LIKE(REPLACED) OR THE (FUNDS/SECURED) TO REPLACED SOME CANT BE REPLACED. AS THESE STAFF MEMBERS ACTED IN RETAILATION, I WILL NOT GIVE UP MY RIGHTS IN A DTMB 1104 AS I WANT WHAT I HAD ON THE SALES RECEIPTS. IF PSF INVOLVE I WOULD LIKE REPLACEMENT, OR FULL REINBURSEMENT. AS WELL ON AUGUST 9, 2018

Grievant's Signature _____

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

NO JURISDICTION - OUTSIDE AGENCY
SEE ATTACHED

Respondent's Signature _____  Date _____  Reviewer's Signature _____  Date _____

Respondent's Name (Print) _____  Working Title _____  Reviewer's Name (Print) _____  Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | Grievant's Signature _____ Date _____ |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

25 OF 27

Case 2:20-cv-10193-MFL-APP   ECF No. 1, PageID.37   Filed 01/24/20   Page 37 of 100

2ND
CLAIM

EVIDENCE
FOR THE
COURT

STEP 1 GRIEVANCE ATTACHMENT 4 PAGES PER POLICY :

)CEDRIC BELL #248097 COTTON ,TRANSFERED, 7-3-18,,9-25-18 :

STATEMENT OF FACTS :     (ARF-18-10-2535-28G )

CONT:

C/O SIMS CAME TO L-UNIT CELL 10 SECOND SHIFT BETWEEN 2:30 AND 4:00 PM
SEE VIDEO SURVEILLANCE TAPE OF L-UNIT AS EVIDENCE, WITH STAFF MEMBER THAT
OPEN FOOD SLOT, AND C/O SIMS STATED IN A LOUD  CLEAR VOICE I FOUND THIS
IN YOUR FOOTLOCKER(EXTENSION CORD) THAT WAS ALTERED, THIS STAFF MEMBER NEVER
TOLD ME WHY HE WASIN MY PROPERTY, NOR DID HE PROVIDE ME NEW PROPERTY SEALS
ON AUGUST 7,2018. THIS VIOLATES POLICY AND PROCEDURES. I AM MISSING THE
FOLLOWING ITEMS. EVIDENCE OF PROPERTY SALES RECEIPTS,CSJ-241-A, PRIOR PROPERTY
PACKUP RECEIPTS DONE BY MDOC STAFF AT OTHER FACILITY, 1 WINTER COAT,-TRIPLE
FAT GOOSE DOWN, GRANDFATHER IN. 1 PAIR WOOL MITTINS, 2 NEW SWAETPANTS MAROON/
FORESTGREEN, 2 NEW SWEATSHIRT MARRON/FORESTGREEN, NEW 2 T-SHIRT CHOCLATE/
FORESTGREEN, 6 NEW BATH TOWELS, 9 NEW HAND TOWELS BLUE/DARK GREEN/GREEN,
NEW 1 3PACK KNOCKERS ATHLETIC T-SHIRT, NEW 2 PACK KNOCKERS BOXER BRIEFS,
NEW BOXER BRIEF 3/4 JOCKEY 1 PAIR, NEW JACKET FLEECE SHERP-LINED STEEL,
3 LAW BOOKS SELF-HELP, ALL HOBBYCRAFT ITEMS, HYGINE/FOOD ITEMS,COMPLETE
SECUREPAK UNOPEN,. C/O PAYNE AND SGT ROOT AND C/O SIMS ARE THE LAST KNOW
STAFF HAD SOLE POSSESSION OF MY PROPERTY VIDEO EVIDENCE PROVES THIS. I WAS
HELD IN DETENTION/SEGREGATION 19 DAYS WITHOUT 1 HOUR A DAY RECREATION THEN
ANOTHER 26 DAYS, AS STAFF TOLD ME I AM NOT ALLOW 1 HOUR A DAY, THE CRUEL
UNUSUAL PUNISHMENT, I WAS NOT ALLOWED MY LEGAL PROPERTY TO COMPLY WITH THE
COURTS CAS ENO 17-895-AA CEDRIC vs MICHIGAN DEPT,OF CORR., ARUS CHADWELL
PROVIDED THE LEGAL MAIL FROM THE COURTS AND I WAS DENIED TO RESPONSE TO THE
APPEAL THE COURT DISMISSED MY CASE, AND LATER I APPEAL TO THE SUPREME COURT
CASE NO.#159847 AND COA NO.5479+5. FACILITY HIGHER LEVEL OFFICIALS KNEW
THESE CONDITIONS ARUS CHADWELL,RUM PRICE, AND 2 DIFFERENT ACTING
WARDENS OF THE FACILITY K.LINDSEY AND JOHNSON. I WAS AGAIN RETALIATED
AGAINST ON JULY 25,2018 BY SGT CURTIS AND RUAN C/O WHO BOTH DISREGARDED THE
MEDICAL SPECIAL ACCOMMODATION ORDERS BY 7 DIFFERENT DOCTORS AND THERE ACTIONS
RESULTED IN INJURY, I REQUESTED THE MEDICAL INCIDENT REPORT,CRITICAL REPORT.,
AS WELL THE JULY 26,2018 HENRY FORD EMERGENCYROOM SUMMARY DISCHARGE REPORT
MEDICAL STAFF GAVE ME THEY COPY WAS NEVER GIVEN TO ME NOR WAS THE FOLLOW
UP TREATMENT OR THE PRESCRIBE MEDICATION FROM THE HOSPITAL AND THIS IS NOT
THE FIRST TIME TREATMENT HAS BEEN DENYED,AND DOCUMENTS MAY STILL  BE IN THE
HANDSOR POSSESSION OF 3RD SHIFT MEXICAN STAFF HANDS AS WELL SEGREGATION

SEGREGATION PROPERTY. WORKING  UNIT A AN B UNIT .SGT CURTIS NEVER
SECURED THAT PROPERTY. I CAN NOT GRIEVE A MISCONDUCT AND ACCORDING TO STAFF
MY PERSONAL PROPERTY EITHER AS THEY HAVE REJECTED ALL GRIEVANCES IN THE
PAST AS WELL INFORMATION ON CLAIM #7280  PROCESS 5-18-18 , NOR WAS IT
RETURN TO ME FOR CORRECTIONS, CONSIDERING IT WAS FOR $1,159.97 PROPERTY
DAMAGES. IF STAFF REPLACED▓▓▓▓▓ OR REPAIRED WHAT WAS IX DESTROYED THE PRICE
WOULD NOT BE THAT. MY ONLY OPTION NOW TO RESOLVE IS TO FILED, 42  U.S.C. 1983
IN THIS MATTER.

## RELIEF SOUGHT :

I WOULD LIKE C/O PAYNE AND SGT ROOT AND SGT CURTIS AND RUAL C/O TO REPLACE
MY PROPERTY, IT WAS IN A SINGLE MAN CELL SECURED B-11 WHERE I WAS LOCKING
BEFORE PRIOR TO THE FALSE MISCONDUCT REPORT. IF I HAVE TO FILED A  42 U.S.C.
1983 COMPLAINT AND LIST THE PROPERTY AS WELL THE VIDEO SURVEILLANCE TAPE
OF ACTUAL INNOCENT, I WOULD LIKE TO BE COMPENSATED $25,000.00 PER STAFF
MEMBER THATS WAS INVOLVE AS THEY ALL CONSPIRED TO DEPRIVE ME OF MY
CONSTITUTIONAL RIGHTS, EQUAL PROTECTION AND STAFF OPENLY DISPLAYED INVIDIOUS
DISCRIMINATION BASED ON ▓▓▓▓ RACE. AS WELL VIOLATING M.D.O.C  POLICY AND
PROCEDURES, BY ▓▓▓ TREATING ME DIFFERENTLY FROM OTHER PRISONERS.

## PROPOSED DISCIPLINARY ACTION :

I,REQUEST THE FOLLOWING STATE ADMINISTRATOR BE CONTACTED AND IMPOSE THE
APPROIATE DISCIPLINARY MEASURE PURSUANT TO MCL 791.203, AND 791.206 AS WELL
CIVIL SERVICE OF MICHIGAN  COMMISSION, RULE 2-10 AND MICHIGAN CIVIL SERVICE
RULE ON DISMISSAL OR SUSPENSION UNDER SEC.,32. AS THOSE RULES ARE INTERPRETED
THROUGH MDOC EMPLOYEE DISCIPLINE POLICY DIRECTIVE PD 02.03.100 AND MDOC
CORRECTIVE ACTIONS FOR EMPLOYEE PERFORMANCE PROBLEMS. (see POLICY DIRECTIVE
PD02.03.100) AMERICAN CORRECTION ASSOCIATION STANDARDS AND BHR ADMINISTRATOR
. IN SUMMARY AS TO THIS COMPLAINT/GRIEVANCE HAS BEEN SUBMITTED IN COMPLAIANCE
 WITH PROPER PROCEDURES, THIS COMPLAINT PRAYS NO MORE RETALIATION BE SUBJECTED
 TO HIM BY OTHER CORRECTIONAL OFFICERS EMPLOYEED BY MDOC PLEASE SEE
JCF-2018-05-1110-27B,,JCF-2018-05-1111-27Z,,JCF-2018-05-1112-19C. I DID A ▓▓▓▓▓
STATUS CHECK ON THIS CLAIM 9-11-18 WITH GRIEVANCE COORDINATOR McCUMBER-HENRY
 AT COTTON CORR.FAC. HER RESPONSE WAS I NEVER FILE A CLAIM AT COTTON CRR.FAC.
I HAVE EVIDENCE. MY CLAIM NOW IS ESTOPPED BY COTTON CORR.FAC., I  AM SEEKING
RELEIF BY 42 U.S.C. 1983.

## VERICATION :

I, THE COMPLAINT HAVE THE FOREGOING COMPLAINT/GRIEVANCE AND VERIFY THE
MATTERS ALLEGED ARE IN TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.                    SINCERELY
                                        CEDRIC BELL #248097

                         2a                ADRIAN CORR.FAC.
                                           2727 BEECHER STREET
                                        ADRIAN,MICHIGAN 49221

*MUST FILE THE*

*EVIDENCE*

*2ND CLAIM*

*A*

Michigan Department of Corrections
**GRIEVANCE REJECTION LETTER**

**DATE:** 10/1/2018

**TO:** BELL 248097 **LOCATION:** ARF 159B-3

**FROM:** Grievance Coordinator: Ream

**SUBJECT:** Receipt/Rejection/Denial for Step I Grievance

*FILE STEP 2*
*10/1/18*

Your Step I grievance regarding **lack of jurisdiction-out side agency**
was received in this office on **10/1/2018** and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.**

Any future references to this grievance should utilize this identifier: ARF / 2018 / 10 / 2535 / 28G

| | | | |
|---|---|---|---|
| _Ream_ | 10·1·18 | _Deputy Menes_ | 10/1/18 |
| **Respondent** | **Date** | **Reviewer** | **Date** |

*1*

CLAIM
A

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: **10·15·18**

Grievance Identifier: **A R F 1 8 1 0 2 5 3 5 2 8 6**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
**G.C.** by **10·17·18**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-8 | 7/9/18 | 10/12/18 |

**STEP II — Reason for Appeal** (ISSUE UNRESOLVE AT STEP 1) I TRANSFERED TO ARF(ARF)
9/19/18 AND DID NOT RECEIVE MY PERSONAL PROPERTY WITHIN 24 HOURS AS POLICY DIREC-
TIVE STATES AS WELL OPERATING PROCEDRUES 04.07.112. YET I RECEIVEINE THE PROPERTY
9/26/18. I FILED THE ABOVE AND. THE DECISION DID NOT MENTION THE ISSUE'S I'M
CONCERN ABOUT, THESE THIS PRESENTS A A FACTUAL ISSUE, I'M CONFUSED UNDER THESE
CIRCUMSTANCES. I DO NOT KNOW WHEATHER THERE WAS ANY DISCRIMINATION, CONSPIRACY,
OR RETAILATING MOTIVE. BUT THESE POSSIBILITIES SHOULD BE STRONGLY INVESTIGATIVE.
TO EXHAUST ADMINISTRATIVE REMEDIES BY SEEING THIS PROBLEM TO THE ATTENTION
OF HIGHER-LEVEL OFFICIALS SO THEY CAN TAKE WHATEVER ACTION NECESSARY TO MAKE SURE
THIS NEVER HAPPENS AGAIN. (ADMINISTRATIVE REMEDIES EXHAUSTED SEEKING RELEIF
UNDER 42 U.S.C. 1983).

**STEP II — Response**

Date Received by
Step II Respondent:

See attached

| Respondent's Name (Print) | Respondent's Signature | Date | Date Returned to Grievant: 10·22·18 |
|---|---|---|---|
| J. Campbell Warden | J. Campbell | 10·19·18 | |

**STEP III — Reason for Appeal** MDOC STAFF WAS IN SOLE POSSESSION OF MY PERSONAL
PROPERTY, I HAD NO CONTROL OVER THE WHO DID WHAT IN THIS RETALIATION MATTER BY
ALL THE LISTED STAFF. AS I ATTEMPTED TO PROTECT MY SELF AND EVIDENCE BY FILING
(JCF/2018/08/1943/28I), (JCF/2018/09/1964/28E). AS THESE STAFF MADE MY ADMINISTR-
RATIVE REMEDIES ■ EXHAUSTED. BY DENIEING ME ACCESS TO A FAIR HEARING, AND PLACING
IN SEGREGATION FOR A NON-RULE VIOLATION WHEN THE (BOND) WAS NOT REVOKED. BUT NOW
NOW PROPERTY IS MISSING SEE CLAIM FILED #7492. SEEKING RELEIF 42 U.S.C 1983.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

2ND
CLAIM

A

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name<br>**Bell** | Number<br>**248097** | Institution<br>**ARF** | Lock<br>**3-159-B** | Date of Incident<br>**7/9/2018** |
|---|---|---|---|---|
| Respondent<br>**Warden Campbell** | Title<br>**ARF Warden** | Date<br>**10/18/2018** | Grievance Identifier<br>**ARF/ 2018/10/2535/28G** | |

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 Prisoner/Parolee Grievances and the rejection is upheld at Step II.

*2nd CLAIM*

*A*



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

**STEP III GRIEVANCE DECISION**

103587
28G

To Prisoner:  Bell          #:  248097
Current Facility:  ARF
Grievance ID #:  ARF-18-10-2535-28G
Step III Received:  12/5/2018

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

**THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.**

Date Mailed:

DEC 10 2018

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

12/18/18  4:45 pm
RECEIVED
C/O REASONER

cc: Warden, Filing Facility:  ARF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

2ND STEP 4 9FA
SENT BACK TO OLD FACILITY
Case 2:20-cv-10128-MFL-APP ECF No. 1 PageID.43 Filed 01/31/20 Page 43 of 100
EVIDENCE STEP 1,2,3
COPY
2ND CLAIM
A

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____11/2/18_____     Grievance Identifier: | J C F | 18 | 11 | 2 3 6 5 | 2 8 | C |

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | COTTON | TRANSFER | JULY 9, 2018 | 9/25/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **NONE I NEVER HAD**
If none, explain why. **ACCESS TO MY PROPERTY, THE PROPERTY SLIP WAS INCORRECT BY C/O PAYNE WHO INVENTORY MY PERSONAL PROPERTY., ARUS CHADWELL, RUM PRICE, ACTING/DEPUTY WARDEN(s) PERSONALLY TOLD ME I'M NOT ABLOW ANY PERSONAL PROPERTY WHILE BEING HELD IN L-UNIT AT TIMES I DID NOT HAVE A MISCONDUCT OR BOND REVOKE.. I NEVER SAW ANY OF MY PROPERTY FROM 7/9/18 tru 9/25/18. AND ALL THE SEALS WERE DIFFERENT.**

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. **ON JULY 9,2018 I WAS PLACED IN SEGREGATION DETENTION UNIT L-10 BY C/O PAYNE AND SGT ROOT ON A MISCONDUCT. MY CELL LOCK WAS B-11. VIDEO SURVEILLANCE EVIDENCE OF THIS INCIDENT WAS REQUESTED BY ME AS WELL THE HEARING OFFICER. VIDEO SURVEILLANCE WAS WITH-HELD AT BOTH HEARING I WAS FOUND GUILTY BY THE HEARING OFFICER, AT SOME POINT AND TIME THE VIDEO WAS FOUND AND TURN OVER TO THE ADMINISTRATIVE LAW JUDGE WHO REVERSED THE FINDINGS. AS I WAS NEVER ON THE LEFT SIDE OF THE UNIT OR RAN FROM STAFF C/O PAYNE AS HE CLEARLY STATED IN THE MISCONDUCT REPORT. AND SGT ROOT STATED AFTER VIEWING THE VIDEO TAPE I REFUSED A SHAKE DOWN, AS HE UPGRADED THE MISCONDUCT TO CLASS 1.. MY PERSONAL PROPERTY WAS SEARCHED AND PACKED BY C/O PAYNE AS SEEN ON VIDEO SURVEILLANCE AND SEALS PLACED ON 2 FOOTLOCKERS, 1 DUFFEL BAG. THIS OFFICER C/O PAYNE FAIL TO FOLLOW OPERATING PROCEDURES AND POLICY DIRECTIVE 04.07.112 IN SECURING MY PROPERT C/O PAYNE DID NOT ITEMIZE MY PROPERTY AND I AM MISSING ALOT OF PROPERTY THAT WAS IN THE CELL AS WELL IN MY FOOTLOCKERS THAT WERE BRANDNEW, I HAVE A COPY OF THE CSJ-241-A PRISONER PERSONAL PROPERTY RECEIPT OF WHAT I TRANSFERED IN WITH FROM SAGINAW CORR.FAC. AS WELL THE SECUREPAK ORDER RECEIVED 5/27/18. ALL THE LISTED PROPERTY I WOULD LIKE(REPLACED) OR THE (FUNDS SECURED) TO REPLACED SOME CANT BE REPLACED. AS THESE STAFF MEMBERS ACTED IN RETALIATION. I WILL NOT GIVE UP MY RIGHTS IN A DTMB 1104 AS I WANT WHAT I HAD ON THE SALES RECEIPTS. IF PBF INVOLVE I WOULD LIKE REPLACEMENT, OR FULL REINBURSEMENT. AS WELL ON AUGUST's Signat 2018**

RESPONSE (Grievant Interviewed?)  ☐ Yes  ☑ No     If No, give explanation. If resolved, explain resolution.)

_____     _____     _____     _____
Respondent's Signature              Date              Reviewer's Signature              Date

_____     _____     _____     _____
Respondent's Name (Print)       Working Title         Reviewer's Name (Print)         Working Title

| Date Returned to Grievant: 11/2/18 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

H

(ADRIAN CORR.FAC.
NOW

## STEP 1 GRIEVANCE ATTACHMENT 4 PAGES PER POLICY:
CEDRIC BELL #248097 (COTTON) TRANSFERED, 7-9-18, 9-25-18

2nd CLAIM

### STATEMENT OF FACTS

C/O SIMS CAME TO SEEK L-UNIT CELL 10 SECOND SHIFT BETWEEN 2:30 AND 4:00 PM
SEE VIDEO SURVEILLANCE TAPE OF L-UNIT AS EVIDENCE WITH A STAFF MEMBER THAT
OPEN THE FOOD SLOT AND C/O SIMS STATED IN A LOUD CLEAR VOICE I FOUND THIS
IN YOUR FOOTLOCKER (EXTENSION CORD) THAT WAS ALTERED. THIS STAFF MEMBER
NEVER TOLD ME (WHY) HE WAS IN MY PERSONAL PROPERTY. NOR DID THIS STAFF MEMBER
PROVIDE ME NEW PROPERTY SEALS ON AUGUST 7,2018. THIS VIOLATES POLICY AND
PROCEDURES OF PD 04.07.112. I AM MISSING THE FOLLOWING ITEMS. EVIDENCE OF
THIS PROPERTY,SALES RECEIPTS,CSJ-241-A PRIOR BACKUP PROPERTY RECEIPTS DONE BY
OTHER MDOC STAFF AT OTHER FACILITY. 1 WINTER COAT TRIPLE FAT GOOSE,DOWN-
GRANDFATHER IN.1 PAIR WOOL MITTENS, XX NEW 2 SWEATPANTS MAROON/FOREST GREEN,
NEW 2 SWEATSHIRT MAROON/FOREST GREEN, NEW 2 T-SHIRT CHOCLATE/FOREST GREEN,
NEW 6 BATH TOWELS GREEN, 8 NEW 9 HAND TOWELS BLUE/DARK GREEN/GREEN, NEW
3 PACK KNOCKER ATHLETIC T-SHIRTS,NEW KNOCKER BOXER BREIFS 2 PACK, NEW BOXER
BREIFS JOCKEY 1 PAIR, NEW JACKET SHERP-STEEL., 3 LEGAL BOOKS, ALL HOBBYCRAFT
ITEMS, HYGEINE/ FOOD ITEMS. SECUREPAK. C/O PLAYNE AND SGT ROOT C/O SIMS
ARE THE LAST STAFF MEMBERS THAT HAD SOLE POSSESSION OF MY PERSONAL XXXX
PROPERTY VIDEOXXX EVIDENCE PROVES THIS., I WAS HELD IN A DETENTION CELL WITH OUT
1 HOUR A DAYXXXXXXXXXX RECREATION FOR OVER 45 DAYS, AS MDOC STAFF TOLD ME
I WAS NOT ALLOWED 1 HOUR A DAY .(THE CRUEL AND UNUSUAL PUNISHMENT) AT THE
HANDS OF THOSE STAFF MEMBERS. I WAS NOT ALLOW ANY LEGAL PROPERTY TO LITIGATE
THE COURT RESPONSE RECEIVED IN JULY 2018 CASE #17-395-AA CEDRIC BELL V
MICHIGAN DEPARTMENT OF CORRECTION, ARUS CHADWELL PROVIDED ME THE LEGAL MAIL
FROM THE COURTS,MY CASE WAS DISMISSED, NOW I HAVE TO APPEAL BY LEAVE OR
DIRECTLY TO FEDERAL COURT CONSIDERING THE CONSTITUTIONAL VIOLATION BY FACILITY
STAFF. AS HIGHER LEVEL OFFICIAL KNEW OF THESE CONDIOTIONS.ARUS CHADWELL,
RUM PRICE AND DIFFERENT ACTING WARDENS OF THE FACILITY. I WAS RETALIATED
AGAINST ON 7-25-18 BY SGT CURTIS AND C/O RUAL THEY BOTH DISREGARDED A
MEDICAL ACCOMMODATION ORDER(S) BY DOCTORS, 7 DIFFERENT DOCTORS. AND THEIR XXXX
ACTIOSRESULTED IN INJURY.IWAS DENIED THE MEDICAL INCIDENT REPORT,CRITIAL
REPORT AS WELL THE JULY 25,2018 EMERGENCYROOM REPORT FROM HENRY FORD HOSPITAL
AS WELL THE SEGREGATION PROPERTY THATSSTCURTIS MENTTON IN HIS REPORT OF
MISCONDUCT,YET I NEVER SHOULD HAVE BEEN IN THE SEGREGATION AS THE BOND WAS
NEVER REVOKED. THIS PROPERTY WAS NOT GIVEN TO ME AND MAY STILL BE IN THE
POSSESSION OF THE 3 RD SHIFT MEXICAN STAFF HANDS THAT WAS WORKING XX (A)
UNIT OR (B) UNIT BUT SGT CURTIS NEVER SECURED THAT XXXXXXXX SEGREGATION
PROPERTY. I CAN NOT GRIEVE A MISCONDUCTR AND ACCORDING TO FACILITY STAFF
MY PERSONAL PROPERTY EITHER. AS THEY HAVE REJECTED IN THE PAST AS WELL
INFORMATION ON (CLAIM #7283) I FILED AT COTTON CORR.FAC. YET STAFF
McCUMSER-HENRY TELLS ME I NEVER FILED A CLAIM AT THE FACILITY XX YET IT WAS
PROCESS ON MAY 15,2019 AND SENT TO THE WARDEN OFFICE STATED ON THE RECEIPT
SHE PROVIDED. NOR WAS IT RETURN TO ME FOR CORRECTING CONSIDERING IT WAS FOR
$1,159.97 PROPERTY DAMAGES. (IF) STAFF REPLACED OF (REPAIRED) WHAT THEY
DESTROYED THE PRICE WOULD NOT BE THAT MY XXX ONLY OPTION NOW IS TO FILE A
CLAIM WITH THE COURTS/AND 42 U.S.C 1983 IN XXX THIS MATTER,I WILL NOT GIVE
UP MY RIGHTS IN THIS MATTER AS I STATED ON THE PRISONER STATE OF MICHIGAN
ADMINISTRATIVE BOARD CLAIM I HAD TO FILL OUT AT ADRIAN CORR.FAC. CLAIM-
#7492 ,JCF 19-10-0046-19C TOTAL 5908.04 .
THIS IS THE INFORMATION I WAS PROVIDED AS I AS WELL PROVIDE TO MY FAMILY
TO MADE COPIES TO CONTACT HIGHER LEVEL OFFICIAL IN LANSING FOR HELP.

### RELIEF SOUGHT

I WOULD LIKE C/O PAYNE AND SGT ROOT AND SGT CURTIS AND C/O RUAL TO X REPLACE
THE ABOVE PROPERTY. I WAS IN A SINGLE CELL B-11 AND THE PROPERTY WAS SECURED
PRIOR TO THE (FALSE MISCONDUCT) BY C/O PAYNE AND SGT ROOT AND THE XXXXXXX
RETALIATION BY SGT CURTIS AND C/O RUAL ON JULY 25,2018 TO PLACE ME BACK

CEDRIC BELL #248097

A

IN DETENTION/SEGREGATION AND KEEP ME THERE WITHOUT REVOKEING THE
BOND,. IF I HAVE TO FILE IN THE COURT OF CLAIMS OR FILE 42 U.S.C 1983
FOR MY CONSTITUTIONAL RIGHTS BEING VIOLATE AND DEPRIVE AS THESE MDOC
ALL CONSPIRED TOGATHER. AS WELL DISPLAYED INDIVIOUS DISCRIMINATION
BASED ON RACE AS WELL VIOLATING THEIR OWN MDOC POLICY AND THE VIDEO
SURVEILLANCE TAPE OF ALL MATTERS AT THIS COTTON CORR.FAC. SHALL BE
USED AS EVIDENCE IN ALL COURT PROCEEDING. AS THESE ABOVE STAFF TREARTED
ME DIFFERENTLY THAN OTHER PRISONER,BECAUSE I HAD FILED GRIEVANCES
ABOUT MY PROPERTY. AND APPEAL TO THE COURTS IN THE MATTER OF 17-695-AA.
MY PROTECTED RIGHTS WERE VIOLATED.I WOULD LIKE $25,000.00 EACH.

## PROPOSED DISCIPLINARY ACTION

I REQUEST THE FOLLOWING STATE ADMINISTRATOR BE CONTACTED AND IMPOSE THE
APPROPIATE DISCIPLINARY MEASURE PURSUANT TO MCL 791.203, 791.206 AS WELL
CIVIL SERVICE OF MICHIGAN COMMISSION, RULE 2-10 AND MICHIGAN CIVIL SERVICE
RULE ON XXXX DISMISSAL OR SUSPENSION UNDER SEC.,32. AS THOSE RULES XXXX ARE
INTERPRETED THROUGH MDOC EMPLOYEE DISCIPLINE POLICY DIRECTIVE PD 02.03.100
AND CORRECTIVE ACTIONS FOR EMPLOYEE PERFORMANCE PROBLEMS.(see POLICY DIREC-
TIVE PD 02.03.130) AMERICAN CORRECTION ASSOCIATION STANDARDS AN BHR ADMINIS-
TRATOR. IN SUMMARY AS TO THIS COMPLAINT/GRIEVANCE HAS BEEN SUBMITTED IN
XXXXXXXX COMPLIANCE TO PROPER PROCEDURES THIS COMPLAINT PRAYS NO MORE
RETALIATION BE SUBJECTED TO HIM BY OTHER CORRECTIONAL OFFICER EMPLOYED BY THE
MICHIGAN DEPARTMENT OF CORRECTION. PLEASE SEE JCF-2018-05-1110-27B,
JCF-2018-05-1111-27Z, JCF-2018-05-1112-27Z, AND ADMINISTRATIVE BOARD CLAIM
FILE AT JCF #7280-SFR-18/05/0012/19CA
I DID A STATUS CHECK ON THIS CLAIM 9-11-18 WITH GRIEVANCE COORDINATOR
McCUMBER-HEMRY AT COTTON CORR.FAC. HER RESPONSE WAS I NEVER FILE A CLAIM
AT COTTON CORR.FAC. I HAVE THIS EVIDENCE. MY CLAIN IS NOW ESTOPPED BY
COTTONCORR.FAC. AS WELL GRIEVANCE MATTERS AS WELL.
SEEKING RELEIF BY 42 U.S.C. 1983 , IF SUMMONS AND COMPLAINT IN COURT OF CLAIMS
CANT RESOLVE.
EXECUTED: SEPT 25,2018

## VERIFICATION

I,THE COMPLAINT I HAVE THE FOREGOING COMPLAINT/GRIEVANCE AND VERIFY THE
MATTERS ALLEGED HEREIN ARE TRUE,AND INFORMATION,KNOWLEDGE TO SAID MATTERS
AND BELIEF.I CERTIFY UNDER REXXXE PENALTY OF PERJURY THAT THE FORGOING
IS TRUE AND CORRECT.

SINCERELY

CEDRIC BELL #248097
ADRIAN CORR.FAC.
2727 BEECHER STREET
ADRIAN ,MICHIGAN 49221

40 H

2 CLAIM

A

JcF18111 236528C

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:     11/2/2018

TO:     BELL          248097          LOCATION:   ARF     ARF

FROM:   Grievance Coordinator:  McCumber-Hemry

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding     **MULTIPLE ISSUES**
was received in this office on   **11/2/2018**     and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that you are in violation
of PD-03.02.130. This procedure states that you must limit your grievance to one (1) issue per
grievance. You have included more than one (1) issue as prescribed in this procedure.**

Any future references to this grievance should utilize this identifier:

     **JCF     /   2018  /   11  /  2365   /  28C**

| | | | |
|---|---|---|---|
| Respondent | Date | Reviewer | Date |

*5 9 F8 STEP 2 APPEAL* SEE ATTACHED 4 PAGES PER POLICY *2nd CLAIM*

A

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/09
CSJ-247B

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: | J | C | F | 1 | 8 | 1 | 1 | 1 | 2 | 3 | 6 | 5 | 2 | 8 | C |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | COTTON | ADRIAN | 7/9/18 | 12-4-18 |

**STEP II — Reason for Appeal** **(ISSUES UNRESOLVE AT STEP 1) THIS STEP 2 APPEAL WAS PROVIDE TO ME BY ADRIAN CORR.FAC. REAM ON THE ABOVE DATE AND NOT BY JCF STAFF AND NOT TIMELY AND THE DEADLINE DATE IS CLEARLY PAST...MY GRIEVANCE ISSUE IS REGARDING MY (PROPERTY) THAT WAS IN THE SOLE POSSESSION OF THE LISTED STAFF, AS WELL, IN GRIEVANCE COORDINATOR McCUMBER-HEMRY, AND WARDEN LINSEY, ADW/JOHNSON. HAS SHOWN DELIBERATE INDIFFERENCE AS A HIGHER LEVEL OFFICIALS REGARDING MY PERSONAL L PROPERTY AS I WILL FILE A LAWSUIT AGAINST THEM/OR ADD THEM TO THE LAWSUIT ALONE WITH THE LISTED OTHERS, AS I WAS ACTING IN A PROTECTED RIGHT, BEFORE THE RETALIATION AND MY STATEMENTS OF FACTS IN THE GRIEVANCE IS CLEAR, AND MY ATTEMPTS TO RESOLVE THE PROPERTY MATTER. (THE ONLY MULTIPLE ISSUES IS WHAT FACILITY STAFF ARE DOING).**

**STEP II — Response**

*See Attached*

Date Received by Step II Respondent: 12/12/18

Respondent's Name (Print) _____   Respondent's Signature _____   Date _____

Date Returned to Grievant: 12/17/18

**STEP III — Reason for Appeal** I RECEIVE THE STEP 2 APPEAL JANUARY 22, 2019 AT MACOMB CORR.FAC. AFTER BEING TRANSFERRED DEC 21, 2018,. MY APPEAL SHOULD BE GRANTED AS C/O PAYNE FILED A FALSE REPORT SAYING I RAN FROM HIM, AND SGT ROOT STATED I REFUSED A BODY SHAKE DOWN. YET THESE SAME STAFF TAMPERED WITH VIDEO EVIDENCE BY WITH-HOLDING FROM ADMINISTRATIVE LAW JUDGE WHO FOUND ME GUILTY. THEN CHANGE THE DECISION AFTER SEEING THE VIDEO. YET THE SAME REPORTING STAFFS MEMBER HAD SOLE POSSESSION OF MY PROPERTY, THAT I NEVER SAW UNTIL TRANSFERING.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

STEP 2 APPEAL  JCF-2018-11-2365-28C :

CEDRIC BELL // 248097 //COTTON // TRANSFERED // 7-9-18 // 12-4-18 //

AS THE DECISION  DID NOT MENTION THE ISSUE'S I AM CONCERN ABUT,THIS NOT
PRESENT A FACTUAL ISSUE. I AM CONFUSED UNDER THESE CIRCUMSTANCE.
I DONT KNOW WEATHER THERE WAS ANY DISCRIMINATION,CONSPIRACY,OR
RETALIATORY MOTIVE, BUT THESE POSIBILITIES SHOULD BE STRONGLY INVESTIGATED.
AS THE DEPUTY DIRECTOR MCKEE, AS WELL DIRECTOR H.WASHINGTON.
IN LANSING WERE CONTACTED WITH A COPY OF CLAIM OF PROPERTY FILED SEEKING
TO RESOLVE AS HIGHER LEVEL OFFICIAL IN THE DEPARTMENT OF CORRECTION
(BEFORE THEY BE NAME AS PART OF LAWSUIT ALONG WITH ,B.PAYNE,SGT ROOT,
SGT J.CURTIS,KRAB C/O RUAL,NURSE RN RUSSELL C/O SIMS,McCUMBER-HEMRY,
LINSEY,JOHNSON. AS ALL WERE DIRECTLY INVOLVE AND FAILURE TO ACTUALLY
INVESTIGATE,PROCESS COMPLAINTS,PROVIDE DOCUMENTS FOR ; LEGAL PROCEED-
INGS.,COVERING UP STAFF MISCONDUCT ABUSE OF POWER, CRUEL AND UNUSUAL
PURISHMENT,DISCRIMINATION INVIDIOUS BASED ON RACE. RETALIATION:
APPEALING TO THE WARDEN: COULD I PLEASE RECEIVE MY PROPERTY THAT SGT ROOT,
C/O PAYNE TOOK OUT CELL 8-11 LISTED ON THE PRISONER CLAIM FORM
#7492, PROPERTY CLAIM NUMBER JCF-18-19-0046-19C.

### RELIEF SOUGHT:

COMPENSATION IF MATTER PROCEED TO COURT DAMAGES FROM EACH STAFF MEMBER
AS THEY FAIL TO DO THEIR JOB AS STATE OFFICIALS IN HIGHER LEVEL POSITIONS
AND ABUSED THEIR POWER AND  DIRECT PREJUDICE,MONEY DAMAGES, AN INJUNCTION,
(DECLARATORY JUDGEMENT):(PUNITIVE DAMAGES): FOR INDIVIDUAL CAPACITY,,
AND NOMINAL DAMAGES:. $25,000.00 EACH AS ALL STAFF HAD THE OPPORTUNITY
TO CORRECT THE ABOVE, NOT COVER UP STAFF CORRUPTION THATS DIRECTLY IN
FRONT OF YOU AS THESE STAFF ARE CLEARLY WRONG, THEN TRANSFERED ME OUT
THE FACILITY AND DESTORYED MY LEGAL COURT DOCUMENTS IN REGARDS TO CASE
17-695-AA I WAS LITIGATING BEFORE THE FALSE  MISCONDUCT JULY 9,
2018, AND I NEVER SEEN ANY OF MY PROPERTY SINCE UNTIL SEPT,25,2018 AT
ADRIAN CORR.FAC. THE COMPLETE LEGAL PROCEEDING I WAS LITIGATING WAS
MISSING AS IT WAS AGAINST MICHIGAN DEPARTMENT OF CORRECTION AND STAFF
AT(URF) CHIPPEWA CORR.FAC.. I
   I RESPECTFULLY REQUEST THE WARDEN IN THIS APPEAL TO RETURN MY
PROPERTY,AS WELL A LOANER TV,RCA,OR KTV AS I HAD BEFORE MY TV WAS
DESTORYED BY STAFF, WHILE THE PENDING CLAIM IS ON GOING, THE FACILITY CAN
FORWARD THE TV TO THE FACILITY. I HOPE THIS APPEAL IS GRANTED.

C/O FILE
WARDEN LINSEY
DEPUTY DIRECTOR McKEE
DIRECTOR H.WASHINGTON
U.S. DISTRICT COURT CLERK OF COURT.

7 OF 8

A
2ND
CLAIM

# G. Robert Cotton Correctional Facility

## *Step II Grievance Response*

**Grievant:**   Bell # 248097

**Grievance #:**   JCF-2018-11-2365-28C

---

**I have reviewed the Step I grievance, Step I response along with the associated Step II reason for appeal.** The Step I grievance was rejected for the complaint being filed on a non-grievable issue.   At Step II you dispute the rejection.

**Grievance Rejected**
PD 03.02.130 "Prisoner/Parolee Grievances" defines what is grievable and non-grievable. The Step I grievance was rejected as multiple issues. This procedure states you must limit your grievance to one (1) issue per grievance. You have included more than one (1) issue as prescribed in this procedure.


The step I rejection has been reviewed by the Warden's office in accordance with P.D. 03.02.130 "Prisoner/Parolee Grievances" and the **REJECTION IS UPHELD AT STEP II**


**K. Lindsey, Warden**                                    12/14/18
**Respondent's Name/Position**      Respondent's Signature        Date

PROPERLY STEP 3 JCF
3.66B

STEP III ADMINISTRATIVE REMEDIES
EXHAUSTED

A

2ND CLAIM

**STATE OF MICHIGAN**
**DEPARTMENT OF CORRECTIONS**
**LANSING**

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

104809
28c

| | | |
|---|---|---|
| **To Prisoner:** | Bell | **#:** 248097 |
| **Current Facility:** | MRF | |
| **Grievance ID #:** | JCF-18-11-2365-28c | |
| **Step III Received:** | 2/4/2019 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

**Date Mailed:** FEB 1 4 2019

cc: Warden, Filing Facility: JCF

2nd
CLAIM

# EXHIBIT

24
PAGES

# B

# PRISONER CLAIM
# STATE ADMINISTRATIVE
# BOARD

# AND RECEIPTS TO
# SUPPORT

# 24 PAGES

EVIDENCE COPY

STATE USE ONLY

State Administrative Board Claim Number

248 7651

Department Claim Number

JCF-18-10-0046-19C

## PRISONER CLAIM AGAINST THE STATE OF MICHIGAN
### FOR PERSONAL PROPERTY LOSSES LESS THAN $1,000

In accordance with State Administrative Board policy, the following information is required for consideration of a claim against the State of Michigan by a prisoner held within a facility of the Michigan Department of Corrections. See page 2 for instruction and information before completing this form. No other person may file a claim on behalf of a prisoner.

B

| 1. PRISONER NAME (LAST, FIRST, MIDDLE INITIAL) | 2. PRISONER NUMBER | 3. FACILITY WHERE THE LOSS OCCURRED (or sending facility if during transfer) | 4. DATE AND TIME OF LOSS |
|---|---|---|---|
| BELL, CEDRIC M.E. | 248097 | COTTON CORR.FAC. (JCF) | 7/9/18 8:15p |

This form must be completed legibly in ink or typewritten. Forms that are not completed in ink or typewritten, or are not legible, will be returned to the prisoner for proper completion. Prisoners must provide summarized information in items #1 through #9 of this form. No further narrative is needed. If "see attached" is stated in any area of this form or any portion of this form is not complete, this claim will be returned to the prisoner for proper completion.

5. LIST YOUR ITEMS AND INDICATE WHETHER LOST, DAMAGED, OR STOLEN. CONTINUE ON A SEPARATE SHEET ONLY IF NECESSARY.

| PROPERTY ITEM | LOST, STOLEN OR DAMAGED? | $ AMOUNT (include shipping & handling) | PROPERTY ITEM | LOST, STOLEN OR DAMAGED? | $ AMOUNT (include shipping & handling) |
|---|---|---|---|---|---|
| a. WINTER COAT(BLUE TRIPLE FAT GOOSEDOWN | LOST | $175.00 | h. KNOCKER ATHLETIC(NEW) T-SHIRT 3 PACK | LOST | $7.90 |
| b. MITTIN WOOL | LOST | $40.00 | i. KNOCKER BOXER BRIEF 2-PACK (NEW) | LOST | $4.90 |
| c. 2 SWEATPANTS(NEW) MAROON/FOREST-GREEN | LOST | $29.50 | j. BRIEFS JOCKEY (NEW) | LOST | $14.50 |
| d. 2 SWEATSHIRT (NEW) MAROON/FOREST-GREEN | LOST | $23.50 | k. JACKET SHERP-STEEL (RED) | LOST | $74.99 |
| e. 2 T-SHIRT (NEW) CHOCOLATE/FOREST GREEN | LOST | $11.50 | l. 3 LEGAL BOOKS | LOST | $143.45 |
| f. 5 BATH TOWELS (NEW) GREEN | LOST | $12.00 | m. HYGEINE/FOOD | LOST | $104.96 |
| g. 9 HAND TOWEL (NEW) | LOST | $ 7.00 | n. SECUREPAK | LOST | $84.92 |

| 6. TOTAL CLAIM (include S&H) | 7. HOW DID YOU DETERMINE THE VALUE? DESCRIBE IN DETAIL THE METHOD YOU USED. ATTACH A COPY OF RELEVANT RECEIPTS, BILLS, OR OTHER SUPPORTING DOCUMENTS. List each document you have attached below. List any witnesses. SUBMITTED DOCUMENTS WILL NOT BE RETURNED. |
|---|---|
| $ $906.94 | 2 JACK L. MARCUS SALES RECEIPTS, 3 UNION SUPPLY SALES RECEIPTS, 2 WALKENHORST'S SALES RECEIPTS, 1 JC.PENNY SALES RECEIPT, 1 KINGSIZE SALE RECEIPT, 1 DICK DLICK SALES RECEIPT, 3 NASCO SALES RECEIPT, 1 FAST LAW xxxxxxxxx PUBLISHING ASSOCIATES BOOK RECEIPT, COLUMBIA HUMAN RIGHTS LAW REVIEW BOOK RECEIPT,.(PRIOR FACILITY(s) PERSONAL PROPERTY RECEIPTS CSJ-241-A FORMS |

8. EXPLAIN WHY YOU BELIEVE THE DEPARTMENT OF CORRECTIONS IS RESPONSIBLE AND YOU ARE NOT AT FAULT.

C/O PAYNE FILE MISCONDUCT ON ME I WAS TAKEN FROM CELL B-11 PLACE IN DETENTION CELL -10. PER SGT ROOT, AFTER 19 DAYS AN 2 HEARING, VIDEO SURVEILLANCE WAS TURN OVER. THE CHARGE WAS DISMISSED AS STAFF FILED A FALSE REPORT. AND VIDEO PROVE THAT. AFTER BEING RELEASE, SGT CURTIS FILED A MISCONDUCT SAME CHARGE I WAS PLACED BACK IN THE SAME CELL OUT OF RETALIATION AS STAFF DISREGARDED A MEDICAL ACCOMMODATION NOTICE., I NEVER SEEN ANY OF MY PERSONAL PROPERTY AFTER C/O/PAYNE FAILURE TO ITEMIZE TT

9. HAVE YOU FILED ANY OTHER CLAIMS AGAINST THE STATE OF MICHIGAN/DEPARTMENT OF CORRECTIONS RELATED TO THIS LOSS? IF YES, LIST THE CLAIM(S) BELOW AND ATTACH COPIES OF THE CLAIM(S).

NOT YET. I WILL NOT GIVE UP MY RIGHTS AS I'M REQUESTING ALL ITEMS BE (REPLACED) THAT I HAD. STAFF FILED A FALSE REPORT, 42 U.S.C 1983 MAY GIVE ME JUSTICE FOR WHAT WAS DONE.

☐ YES     ☒ NO XX

I certify that the above information is accurate to the best of my knowledge. I understand and agree that if this claim or any part thereof is approved or denied, I fully release and discharge the State of Michigan, its departments or agencies, from all other causes of action, liabilities, and damages I may pertaining to the items identified in this claim.

| Signature of Claimant | Printed Name of Claimant | Date |
|---|---|---|
| Cedric Bell | CEDRIC BELL | 10/5/18 |

appeared before me on 10.5.18 and signed the release above as a free act and deed.
(DATE)

| Signature of Notary | Printed Name of Notary | |
|---|---|---|
| J-SIEGEL | J SIEGEL | |

J-SIEGEL
Notary Public, Muskegon County, Michigan
My Commission Expires 1/27/2021
Acting in the County of Muskegon

County of Muskegon Acting in Tenamere County. My commission expires 01/27/21

Notary Public, State of Michigan

1 OF 2?

1

2nd
CLAIM

PRISONER CLAIM AGAINST THE STATE OF MICHIGAN

(1 PAGE ATTACHMENT)

CLAIM NUMBER #7492

DEPARTMENT NUMBER JCF-10-10-0046-19C

CEDRIC BELL,ME    #248097    COTTON CORR.FAC.  7/9/18  3:15pm

B

GRIEVANCE IS FILED AND SENT TO COTTON CORR,FAC, IN THE MATTER LATE
(QUESTION #5 PROPERTY LIST) HOBBYCRAFT BOX /LOST / $ 175.42.. *

(QUESTION # 7. )

5 PRIOR  PROPERTY RECEIPTS OF LISTED ITEMS. WHY DID THIS C/O PAYNE DISREGARD
OPERATING PROCEDURES AND POLICY DIRECTIVE 04.07.112 IN THE HANDLING OF
MY PROPERTY.THERES NO ITEMIZE LIST IT'S INCOMPLETE. PRISONER WAS  HOUSED
IN A SINGLE CELL., REQUESTING VIDEO SURVEILLANCE OF JULY 9,2018 TO THE
ADMINISTRATIVE BOARD OF CLAIMS THE SAME VIDEO HEARING ADMINISTRATIVE LAW
JUDGE SEEN AT HEARING, THAT FACILITY STAFF TRYED TO WITH HOLD FOR 2 HEARING
TO COVER UP STAFF CORRUPTION BY XX C/O PAYNE AND SGT ROOT, WHOM HAD SOLE
POSSESSION OF ALL MY PERSONAL PROPERTY AND THE LISTED IS MISSING.IF UNRESOLVE
ALL EVIDENCE ABOVE BE TURN OVER TO UNITED XXXXX STATE DISTRICT COURT FOR
42 U.S.C 1983X CLAIM.
I  WOULD LIKE TO REPLACE ALL THE ITEMS AND KNOW FUNDS TAKEN FROM ME FOR
RESTITUTION: AS I HAD THESE ITEMS BEFORE THERE WAS A RESTITUTION.


(QUESTION # 8 )

I NEVER SEEN ANY PERSONAL PROPERTY FROM JULY 9,2018 thru SEPT 26,2018
AFTER BEING TRANSFERED TO ANOTHER FACILITY ADRIAN CORR.FAC. WHERE I FOUND
OUT ALL THE MISSING PROPERTY THAT WAS CLEARLY DONE OUT OF XXXXXX RETAILATION


I CEDRIC BELL #248097 DO NOT RELEASE THE STATE OF MICHIGAN AND IT'S AGENCIES
FROM XXX LIABILITIES AND DAMAGES OF THE ABOVE AS I DO NOT KNOW IF MDOC STAFF
OR THE ADMINISTRATIVE BOARD OF CLAIM WILL (REPLACE MY PERSONAL PROPERTY).
OR PROVIDE THE FUNDS FOR ME TO REPLACE THE PROPERTY . WITHOUT IT BEING TAKEN .
IT'S A CIVIL MATTER REGARDING PERSONAL PROPERTY AS WELL IMPORTANTLY THE
C/O AND SGT FILED A FALSE REPORT AS WELL PLACED ME IN SEGREGATION FOR 19 DAYS
AND TREATED ME DIFFERENTLY FROM OTHER PRISONER WITH DELIBERATE INDIFFERENCE
THE FEDERAL COURTS SHOULD SEE THE VIDEO SURVEILLANCE TAPE AND HOW I SUFFERED
I'M TRYING TO RESOLVE THE MATTER.
   I AM SIGNING THE ABOVE AS THE INFORMATION IS 100% TRUE AS WELL THE
SALES RECIPTS AND PROPERTY RECEIPTS. CALL THE COMPANY AND CHECK THE INVOICES


                                    SINCERELY
                                    CEDRIC BELL #248097
                                    ADRIAN CORR.FAC.
                                    2727 BEECHER STREET
C/O FILE                            ADRIAN,MICHIGAN 49221
GRIEVANCE COORDINATOR(REAM)(ARF)
ADMINISTRATIVE BOARD OF CLAIMS
UNITED STATE DISTRICT COURT EASTERN DISTRICT


2 OF 27

2

*2nd CLAIM*

MARCUS INC.
. FOND DU LAC AVE.
MILWAUKEE WI 53216
PHONE: (414) 438-4999
    1-800-236-2611

Jack L Marcus Inc
5300 W. Fond du Lac Ave
Milwaukee, WI 53216
Phone: (414)438-4999
UPS# WI 575626

02/17/16
Order: 1940217
48446
Pkg ID 447472
Bulk

*B*

CUST# 48446
ORDER # 1940217
ORDER DATE: 02/17/16

THUMB CORRECTIONAL FACILITY
    BELL ID# 248097
3225 JOHN CONLEY DRIVE
LAPEER MI   48446

THUMB CORRECTIONAL FACILITY
  BELL ID# 248097
3225 JOHN CONLEY DRIVE
LAPEER MI   48446

***** NO CATALOGS ALLOWED ****

1940217

D CREDITS OR B/O ALLOWED

RETURNS ACCEPTED FOR 60 DAYS ONLY.  DEFECTIVE MERCHANDISE MUST BE RETURNED IMMEDIATELY.

PO # 35221    DPT #  1 PKGID: 447472
SHIPMENT: BULK    BATCH:657

| TY | ITEM DESCRIPTION | CART LOC. | PRICE | EXT PRICE |
|---|---|---|---|---|
| 2 | 446 BLUE MAGIC CONDITIONER ST157 | 3B I01R03 | 3.50 | 7.00 |
| 1 | 8155-FG-3X C+ SWEATPANT NO DRAWSTRING FG CC974MP | 2B F01R03 | 14.75 | 14.75 |
| 1 | 8155-MR-3X C+ SWEATPANT NO DRAWSTRING MR CC974MP | 2B F01R04 | 14.75 | 14.75 |
| 1 | 4303-FG-4X JERZ FG SWEATSHIRT 8 OZ 562MR | 2B G01R09 | 11.75 | 11.75 |
| 1 | 962R MENS SPORT SOCK 6 PK 821/6-W-QUARTER | 3A FLOOR | 5.50 | 5.50 |
| 1 | 8236 16 OZ MUG & LID 416L 16 OZ | 3B FLOOR | 1.50 | 1.50 |
| | CREDIT NOT ALLOWED IN MICHIGAN | | 0.00 | 0.00 |
| | MAROON SHIRTS NOT ALLOWED | | 0.00 | 0.00 |

EFUND IS BEING PROCESSED FOR THE FOLLOWING REASON(S):

 ORDER COULD NOT BE COMPLETED - SEE ABOVE COMMENTS

ASE NOTE:      ITEMS:    7
           ORDER # 1940217       52

EFUND IN THE AMOUNT OF  12.45
 BE SENT TO YOU.

TOTAL SALE AMOUNT:    55.25
        FREIGHT:     5.00

        DEPOSIT:    76.32
    CREDIT USED:     0.00

*NEW NEVER USE*

3 OF 27

*3*

(Please see reverse side for return and/or exchange instruction

*2nd CLAIM*

*B*

```
ECK L. MARCUS INC.
5300 W. FOND DU LAC AVE.
MILWAUKEE  WI  53216
PHONE: (414) 438-4999
        1-800-236-2611

CUST# 49201-3      DOUBLE SHIPMENT
ORDER# 1440542     DS191145
ORDERDATE: 12/24/13
```

```
G.ROBERT COTTON CORRECT. FAC.
CEDRIC BELL ID# 248097
3500 N. ELM RD.
JACKSON MI  49201
```

1440542

NO CREDITS OR B/O ALLOWED

PO# 32350   LBL:  15 DPT #  1
SHIPMENT:SEPARATE   BATCH: 987

| QTY | ITEM DESCRIPTION | CART LOC. | PRICE | EXT PRIC |
|-----|-----------------|-----------|-------|----------|
| 1 | 3503-2X-MR MR SWEATSHIRT JERZEES 9 OZ 4662M ✱ | 2B  F01R06 | 13.75 | 13.75 |
| 1 | 3508-XL-MR MR SWT-PANT W/POCKETS 9 OZ 4850MP | 2B  G01R05 | 13.75 | 13.75 |

```
ITEMS:    2           Sales Tax: 1.95        TOTAL SALE AMOUNT:  27.50
ORDER # 1440542    49                               FREIGHT:   5.00

                                                    DEPOSIT:  34.45
                                                CREDIT USED:   0.00
```

*TW*

*SWEAT PANTS # ON WAIST STAMPED*

*NEW NEVER USE*

*JACKET SAME WAY*

*4 OF 27*

*4*

2ND
CLAIM
B

# UNION SUPPLY Direct

1332 Toy Road,
Groveport, OH 43125
Phone: 877-366-3397
Fax: 877-264-2004
www.UNIONSUPPLYGROUP.com

REMIT TO:
P.O. Box 9018,
Rancho Dominguez
CA 90224-9018
Phone: 888.308.6466

| Date | Number |
|---|---|
| 6/9/2014 | INV2464699 |

Page 1 of 2

| SLMN | CUSTOMER # | SALES ORDER | PICK TICKET # | SHIP VIA | PAYMENT METHOD | | ORDER SOURCE |
|---|---|---|---|---|---|---|---|
| 430 | MI160Z | SO3199378 | PL2238882 | UPS 2 | UAC | | Mail-C |

**BILL TO:**

**SHIP TO:**
G.ROBERT COTTON
CORRECTIONAL
3500 N. ELM RD.
JACKSON, MI 49201

**ATTENTION**
bell

248097
,

| QTY ORD | QTY SHPD | ITEM # | DESCRIPTION | SIZE | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| Special Notes No special notes. | | | | | | | |
| 3 | 3 | 7527031 | BATH TOWEL GREEN 24"X50" | 24"x50" | EA | 2.00 | 6.00 |
| 2 | 2 | 7527012 | HAND TOWEL GREEN 16"X27" | 16"X27" | EA | 0.50 | 1.00 |
| 2 | 2 | 7527022 | HAND TOWEL DK GREEN 16"X27" | 16"X27" | EA | 0.50 | 1.00 |
| 1 | 1 | 5508011 | WEST BEND 6" CLEAR TABLE FAN | | EA | 14.55 | 14.55 |

*NEW NEVER USE*

*Total 6 Towels*
*6 wash clothe ?*
*8 Hand Towels 4/4 Dark Green*
*4 Hand Towels Blue/green 2*

5 OF 29

**5**



2ND
CLAIM

B

| | Date | Number |
|---|---|---|
| | 6/9/2014 | INV2464699 |

UNION SUPPLY
Direct

1321 Miry Road, PO Box 309,
Groveport, OH 43125
Phone: 877-366-3397
Fax: 877-264-2004
www.UNIONSUPPLYGROUP.com

REMIT TO:
P.O. Box 9018,
Rancho Dominguez
CA 90224-9018
Phone: 888.308.6466

Page 2 of 2

The following items were not shipped because they were out of stock at the time your order was placed. We apologize for the inconvenience and look forward to serving you again soon.

| Item # | Item name | Quantity |
|---|---|---|
| 7527011 | HAND TOWEL BLUE 16"X27" | 2.00 |

NEW NEVER USE

Tracking#1Z271E7F0392563467
Total Qty Shipped: 8

**Paid In Full**

6 OF 27

6

| | |
|---|---|
| SUBTOTAL | 22.55 |
| SHIPPING & HANDLING | 2.00 |
| SALES TAX | 1.35 |
| TOTAL | 25.90 |
| AMOUNT RECEIVED | 27.08 |
| REFUND ISSUED | 1.18 |



2ND CLAIM
B

# UNION SUPPLY Direct

3321 Trey Road, PO Box 809,
Groveport, OH 43125
Phone: 877-366-3397
Fax: 877-264-2004
www.UNIONSUPPLYGROUP.com

REMIT TO:
P.O. Box 9018,
Rancho Dominguez
CA 90224-9018
Phone: 888.308.6466

| Date | Number |
|------|--------|
| 6/9/2014 | INV2465311 |

Page 1 of 1

| SLMN | CUSTOMER # | SALES ORDER | PICK TICKET # | SHIP VIA | PAYMENT METHOD | | ORDER SOURCE |
|------|-----------|-------------|---------------|----------|----------------|--|--------------|
| 430 | MI160Z | SO3199388 | PL2238886 | UPS 2 | UAC | | Mail-C |

**BILL TO:**

**SHIP TO:**
G.ROBERT COTTON
CORRECTIONAL
3500 N. ELM RD.
JACKSON, MI 49201

**ATTENTION**
bell

248097

| QTY ORD | QTY SHPD | ITEM # | DESCRIPTION | SIZE | U/M | UNIT PRICE | EXTENDED PRICE |
|---------|----------|--------|-------------|------|-----|-----------|----------------|
| | | | Special Notes No special notes. | | | | |
| 3 | 3 | 7527009 | WASH CLOTH GREEN 12"X12" | 12"X12" | EA | 0.95 | 2.85 |
| 3 | 3 | 7527031 | BATH TOWEL GREEN 24"X50" | 24"x50" | EA | 2.00 | 6.00 |
| 2 | 2 | 7527012 | HAND TOWEL GREEN 16"X27" | 16"X27" | EA | 0.50 | 1.00 |
| 2 | 2 | 7527022 | HAND TOWEL DK GREEN 16"X27" | 16"X27" | EA | 0.50 | 1.00 |
| 2 | 2 | 7527011 | HAND TOWEL BLUE 16"X27" | 16"X27" | EA | 0.50 | 1.00 |
| 1 | 1 | 5508011 | WEST BEND 6" CLEAR TABLE FAN | | EA | 14.55 | 14.55 |



NEW NEVER USE

Tracking#1Z271E7F0392567123
Total Qty Shipped: 13

**Paid In Full**

7 OF 27

7

| | |
|---|---|
| SUBTOTAL | 26.40 |
| SHIPPING & HANDLING | 2.00 |
| SALES TAX | 1.58 |
| TOTAL | 30.10 |
| AMOUNT RECEIVED | 30.10 |
| REFUND ISSUED | 0.00 |

2nd CLAIM

# walkenhorst's

540 Technology Way, Napa, CA 94558
Phone Toll Free: 800-660-9255 · Fax 707-255-1974
www.walkenhorsts.com

## RETURN ORDER
### Special Purchase / OS

| Quote | Facility | Date | | Page |
|-------|----------|------|---|------|
| 3535998 | MI009 | 04/18/13 | | 1 |

# 3535998

B

Customer: MI009
SAGINAW CORRECTIONAL FACILITY
ATTN: INMATE ACCOUNTS
9625 PIERCE ROAD
FREELAND, MI 48623

Ship To:
CEDRIC BELL 248097
SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND, MI 48623

| Cust PO / Reference | | Terms | Rep | Ship Via | Quote | Facility |
|---|---|---|---|---|---|---|
| M20768 | | Prepaid | ML | UPS Ground | 3535998 | MI009 |

| L | | Item | Model | Description | Qty | Price | Amount | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 14 | 90624001 | dc02c | USCF Chess Set & Green Board | 1 | 9.90 | 9.90 | T |
| 2 | 14 | 6005002 | 2408L-BLK | Double-Six Black Plastic Dominoes | 1 | 8.50 | 8.50 | T |
| 3 | 12 | 19071182 | MDR-XD100 | Sony Digital Headphones | 1 | 22.90 | 22.90 | T |
| 4 | 11 | 21017066 | BBW3501 XL | Knocker Boxer Briefs White 2 Pack XL | 1 | 4.90 | 4.90 | T |
| 5 | 99 | 14022074 | 386766-141 11 | Nike T-Lite Leather Training Shoe 11 | 1 | 49.90 | 49.90 | T |
| 6 | X | 30 | | Shipping | 1 | 6.99 | 6.99 | T |
| 7 | Z | | | ***************************************** | | | | |
| 8 | Z | | | NOTE: ORDER RETURNED DUE TO YOUR CHECK | | | | |
| 9 | Z | | | BEING SHORT $ 4.90. PLEASE SEND | | | | |
| 10 | Z | | | ADDITIONAL FUNDS TO PAY FOR YOUR ORDER | | | | |
| 11 | Z | | | THANK YOU. | | | | |

NEW NEVER USE

Cancel
Refund 5/10/13

8 OF 27

8

| | |
|---|---|
| Subtotal | 103.09 |
| Sales Tax | 6.19 |
| Total | 109.28 |

Specifications are subject to change without notice. All included accessories and original purchase receipt are required for all returns. Returns must be made within 30 days or manufacturer's warranty period. Shipping charges are non-refundable. Other restrictions apply.

# WALKENHORST'S

540 Technology Way, Napa, CA 94558
Phone Toll Free: 800-660-9255 · Fax 707-261-4020
www.walkenhorsts.com

**SALES INVOICE**
**Special Purchase / OS**

| Invoice | Facility | Date | | Page |
|---|---|---|---|---|
| 2871468 | MI020 | 07/24/14 | | 1 |

## 2871468

*2nd CLAIM*

*B*

Customer: MI020
G Robert Cotton Corr Facility
Michigan Department of Corrections
Prisoner Accounting
4000 Cooper St.
Jackson, MI 49201
Jackson, MI 49201

Ship To:
CEDRIC BELL 248097
G Robert Cotton Corr Facility
3500 N Elm Road
JACKSON, MI 49201

| Cust PO / Reference | | Terms | Rep | Ship Via | Sales Order | Facility |
|---|---|---|---|---|---|---|
| M27880 | | Prepaid | AM | Ground Shipping | 1760503 | MI020 |

| L | | Item | Model | Description | Qty | Price | Amount | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 14 | 6005002 | 2408L-BLK | Double-Six Black Plastic Dominoes | 1 | 8.50 | 8.50 | T |
| 2 | | 34782001 | | Chess Set & Green Board | 1 | 9.90 | 9.90 | T |
| 3 | 11 | 21017027 | AKW001 2X | Knocker Athletic Shirts White 3 Pack 2XL | 1 | 7.90 | 7.90 | T |
| 4 | | 30 | | Shipping | 1 | 6.99 | 6.99 | T |
| 5 | | 50 | | Check Refund Issued | 1 | 0.00 | 0.00 | |
| 6 | Z | | | ****************************************** | | | | |
| 7 | Z | | | NOTE: REFUND TO TRUST FOR OUT OF STOCK | | | | |
| 8 | Z | | | KNOCKER BOXER BRIEF. THANK YOU. | | | | |
| 9 | 05 | 17021102 | Out of State Catalog | 2013-14 General Merch Catalog | 1 | 0.00 | 0.00 | |

*NEW NEVER USE*

*9 OF 27*

*9*

| | Subtotal | 33.29 |
|---|---|---|
| | Sales Tax | 2.00 |
| | Total | 35.29 |

Specifications are subject to change without notice. All included accessories and original purchase are required for all returns. Returns must be made within 30 days or manufacturer's warranty period. Shipping charges are non-refundable. Other restrictions apply.

7/24/2014 R-CK1 390384 $-5.19
7/24/2014 APPLY SO APPLIED $40.48
PD

*2nd CLAIM*

# Exchanges & Returns

. hope everything is 100% satisfactory. If something is not right, please use this form for Exchanges or Returns. Instructions and Reason Codes are on the other side.

| Invoice No. C374-20851 | Date Invoiced September 20, 2007 | Shipped via UPS | JCPenney Store 2625-2 |

| Return Code | Qty | Catalog Number | Item Description | Price | Tax | For Office Use Only: |
|---|---|---|---|---|---|---|
| _____ | 1 | A504-6753D | Boxers-R Pk3 36 Assorted 90 | 16.00 | 1.21 | 01 4 A 4.24 |
| _____ | 1 | A504-7205D | Briefs-R L Grey Heat OF | 14.00 | 1.06 | 02 2 A 3.71 |

*B*

01 F5037E1
02 D3237E2

Date _____
Amt. encl. _____
Other_____
Claim _____
Packages _____
Trans. Amt. _____
Per_____._____

| Terms CASH | 1Z8801520322828147 | PAGE 1 |

CEDRIC BELL
248097
4269 WEST M 80
KINCHELOE MI 49784

## RETURN LABEL

JCPENNEY
FULFILLMENT CENTER
Columbus, OH 43232-4730

*10 OF 27*

*NEW NEVER USE*

*10*

2nd CLAIM

BY: CEDRIC BELL 248097

34625 26 MILE RD
NEW HAVEN   MI 48048

SHIPPED TO:   CEDRIC BELL 248097

34625 26 MILE RD
NEW HAVEN   MI 48048

B

INVOICE #48550−2704/3   B/O

88081−005

SHIPPING DATE 02/09/17          CUSTOMER # 0901212035900   TYPE CAS

1165−31048−0852WA 02−37693 0          3XL
BIG

JACKET sherp full STEEL
SHIPPED

74.99          74.99

| | |
|---|---|
| TOTAL MERCHANDISE | $74.99 |
| MERCHANDISE SHIPPED LATER | $0.00 |
| MERCHANDISE SHIPPED | $74.99 |
| SHIPPING AND HANDLING | $0.00 |
| SALES TAX | $0.00 |
| ORDER TOTAL | $74.99 |
| CASH/CHECK/CERTIFICATE | $74.99 |

1−75B

VIEW NEVER USE

**RETURN ADDRESS**
2300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46283

NO POSTAGE
NECESSARY IF
MAILED IN THE
UNITED STATES

$7.50 DEDUCTED FROM REFUND    48550−2704/3

CEDRIC      BELL 248097
34625 26 MILE RD                48048

**PARCEL SELECT RTN SVC**
SMARTPOST                    PERMIT NO. 77050

SMARTPOST / RETURNS
PARCEL RTN SVC
56950

**NDC − USPS PARCEL RTN SVC**



9202 3946 5302 4329 2804 12



**F01**

(9611918) 6077572 29280412

| QTY | ITEM NUMBER | DESC. | PRICE | STATUS |
|---|---|---|---|---|
| 1 | 1165 WA 3769 0 | JACKET | 74.99 | SHIPPED |

TRACKING NUMBER
9202 3946 5302 4329 2804 12

INVOICE NUMBER
485502704026

IF YOU HAVE ANY QUESTIONS REGARDING YOUR KINGSIZE CREDIT
CARD, AVAILABLE CREDIT, OPEN TO BUY, PAYMENT DUE DATE
PLEASE CALL 1−800−695−0466.   THANK YOU FOR YOUR LOYALTY!
OUR RETURN ADDRESS IS:   KINGSIZE
2300 SOUTHEASTERN AVENUE
INDIANAPOLIS, IN 46283

2nd CLAIM

Packing List

# BLICK® art materials

B

C

www.dickblick.com
Dick Blick Art Materials
864 Enterprise Ave.
PO Box 1267
Galesburg, IL 61402-1267

ALL ITEM NEW

Customer Service    800-723-2787

Date Entered:  8/30/2016
Order Number:  16176811

Customer PO Number:  BELL 083016
Pick Number:  8025418
Shipment ID:  SIR1056034
BOL:  0000266103
Customer Number:  48140124

Payment Method:  CASH, CHECKS

**Ship-To Customer:**
MACOMB CORRECTIONAL FACILITY
CEDRIC MARK BELL 248097
34625 26 MILE RD
NEW HAVEN, MI 48048

**Bill-To Customer:**
SOUTHERN MICHIGAN REGIONAL
4000 COOPER ST
JACKSON, MI 49201-7510

Note Text:
CANCEL ALL BACKORDERS

| Carton Number | Order Line | Item Number | Item Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 00000530050182607258 | 0001 | 220461050 | SARGENT ART CLR PNCL 50/SET | 1 | 7.99 | $7.99 |
| 00000530050182607258 | 0002 | 131111103 | TAG BOARD MANILA 9X12 PK100 | 1 | 5.10 | $5.10 |
| 00000530050182607258 | 0003 | 204211009 | KIMBERLY PENCILS NO25 ASRTD | 1 | 7.71 | $7.71 |
| 00000530050182607258 | 0004 | 215022720 | PRISMCLR KNEAD ERASR GRY XLRG | 1 | 1.44 | $1.44 |
| 00000530050182607258 | 0005 | 208811012 | PILOT PARALLEL PEN ASRTD REFILL 12/PK | 1 | 3.90 | $3.90 |
| 00000530050182607258 | 0006 | 239161005 | ELMERS XTRM SCHL GLU 8 OZ. | 1 | 4.79 | $4.79 |
| 00000530050182607258 | 0007 | 208812022 | PILOT PARALLEL PEN BLK/RED CART 2.4MM | 1 | 9.63 | $9.63 |
| 00000530050182607258 | 0008 | 584681105 | SENSOFT SCISSORS 5IN SOFT HANDLES | 1 | 2.58 | $2.58 |
| 00000530050182607258 | 0009 | 211042006 | SPDBAL SUPER BLK INK PINT | 2 | 9.19 | $18.38 |

① Bottle leaking damaging some items
SPDBA1

10 to 30 peices of Tags board

Knead Eraser Gry.

9/20/16

Bell Kept Items still, Seal on Ink was off crack on
top on Bottle. OR IN Box. Bell refuse to return order.
said he would write Company. Copie of packing list
given to prisoner. with Notation.

| | |
|---|---|
| Total Pieces: | 10 |
| Sub-Total Amount: | $59.52 |
| Tax: | $3.57 |
| Shipping and Handling: | $0.00 |
| Total Amount: | $63.09 |

12 of 20    12    #83



*Handwritten annotations at top:* ALL NEW & NEVER USED — OPEN BOTTLE WAS IN USE ONLY — 2nd CLAIM

7146800 1 6
NEW HAVEN
FEDEX GRND

FDX
MI 48048

# NASCO FORT ATKINSON

PO BOX 463
463 PARK STREET
FORT ATKINSON, WI 53538-0463
Phone: (800) 558-9595   Fax: (920) 563-8296

**PACKING SLIP**
11/04/2016 10:06:11

PAGE   1

CUST ACCT NO.   948-00

SOLD TO:
CEDRIC BELL 248097
MACOMB CORR FAC
34625 TWENTYSIX MILE RD
NEW HAVEN MI 48048-3002

SHIP TO:
CEDRIC BELL 248097
MACOMB CORR FAC
34625 TWENTYSIX MILE RD
NEW HAVEN MI 48048-3002

ORDER NO.   71-4680-0
DATE   11/04/2016
PHIS   CONTRACT
REQ. SHIP DATE

POSTAGE: 2.00
QUOTED LEFT:   2.00

WPAP1L1
B  /WVB30
1  7

VIA  FEDEX GRND
FDX   EST. WEIGHT   6.1401

| LOCATION | QUANTITY | UNIT | CATALOG NO. | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | | NO B/O FIRM SHOW PRICE | | |
| A19-16E | 2 | EA | 9733370 (BX) AX | INK AUTHENTIC ULTRA BLK | 4.95 | |
| | | | TOTAL OF: 2 | INK AUTHENTIC ULTRA BLK | | 9.90 |
| A25-15G | 2 | EA | 9733151 (A) AX | INK DRAWING RED 1OZ | 3.78 | 7.56 |
| A25-15G | 1 | EA | 9733151 (B) AX | INK DRAWING CARMINE 1OZ | 3.78 | 3.78 |
| | | | TOTAL OF: 1 EA | DRAWING INK, 1 OZ/CARMINE | | |
| A25-15G | 1 | EA | 9733151 (C) AX | INK DRAWING RED VIOLET 1OZ | 3.78 | 3.78 |
| A25-15G | 1 | EA | 9733151 (F) AX | INK DRAWING TURQUOISE 1OZ | 3.78 | 3.78 |
| A25-16G | 1 | EA | 9733151 (K) AX | INK DRAWING WHITE 1OZ | 3.78 | 3.78 |
| A25-16G | 2 | EA | 9733151 (G) AX | INK DRAWING GREEN 1OZ | 3.78 | 7.56 |
| A25-17G | 1 | EA | 9733151 (Q) AX | INK DRAWING YELLOW 1OZ | 3.78 | 3.78 |
| A25-17G | 1 | EA | 9733151 (P) AX | INK DRAWING INDIGO 1OZ | 3.78 | 3.78 |
| A61-13E | 1 | QT | 9734874 AX | INK DRAW INDIA BLACK QT | 15.25 | 15.25 |
| A76-16G | 1 | ST | 9735859 AX | CUPS PALETTE REFILL ST/12 | 3.50 | 3.50 |
| 000-00- | | EA | ZS00001 (MI) AX | MICHIGAN SALES TAX-6% | | 4.56 |

The following items will be shipped separately, direct from the factory as soon as possible:

** Shipped direct   2

NOTE! Remainder of your order is being shipped from another location.

** Invoice to follow **

*Handwritten, bottom:* Thank You FOR YOUR ORDER

PLEASE REPORT ALL CLAIMS FOR DAMAGES AND/OR SHORTAGES WITHIN **10 DAYS** AFTER RECEIPT OF MERCHANDISE. MERCHANDISE MAY NOT BE RETURNED WITHOUT AUTHORIZATION, SEE BACK.

*Handwritten left margin:* 13 OF 27 — 3-12

*Handwritten bottom right:* 13



**NASCO FORT ATKINSON**

7146800 1 6
NEW HAVEN
FEDEX GRND

FDX
MI 48048

7146800 1 6
NEW HAVEN
FEDEX GRND

FDX
MI 48048

PO BOX 463
463 PARK STREET
FORT ATKINSON, WI 53538-0463
Phone: (800)558-9595 Fax: (920)553-8296

SOLD TO
CEDRIC BELL 248097
MACOMB CORR FAC
34625 TWENTYSIX MILE RD
NEW HAVEN MI 48048-3002

SHIP TO
CEDRIC BELL 248097
MACOMB CORR FAC
34625 TWENTYSIX MILE RD
NEW HAVEN MI 48048-3002

PACKING SLIP
11/04/2016 10:06:11

PAGE 2

CUST. ACCT. NO. 948-00

ORDER NO. 71-4680-0
DATE 11/04/2016

CUSTOMER P.O. NO.

CONTRACT

WPA211
B /WVB30
B 1
8

Handwritten: 14 OF 27

Handwritten: 1 BOX / 1 0

Handwritten: ONLY THE OPEN CRACK BOTTLE WAS IN USE

| LOCATION | QUANTITY | UNIT | VIA | CATALOG NO. | DESCRIPTION | EST. WEIGHT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|

VIA: FEDEX GRND

PN1S

POSTAGE: 2.00
QUOTED LEFT: 2.00
REQ. SHIP DATE

6.1401

Please take our survey at www.eNasco.com/survey.html for a chance to win $100!

FDX

Shipping & Handling:

Net Total: 71.01
Tax: .00
Less: 80.57
Total: 7.56-

Thank You
FOR YOUR ORDER

Handwritten: 14

0996

PLEASE REPORT ALL CLAIMS FOR DAMAGES AND/OR SHORTAGES
WITHIN **10 DAYS** AFTER RECEIPT OF MERCHANDISE.
MERCHANDISE MAY NOT BE RETURNED WITHOUT AUTHORIZATION (SEE BACK)

** LAST PAGE **

# NASCO FORT ATKINSON

PO BOX 901
901 JANESVILLE AVENUE
FORT ATKINSON, WI 53538-0901
Phone: (800)558-5595 Fax: (920)563-8296

| | |
|---|---|
| S O L D | CEDRIC BELL 248097 |
| T O | COTTON CORR FACILITY |
| | 3500 N ELM RD |
| | JACKSON MI 49201-7548 |

2423600 1 A
JACKSON
UPS

UPS
MI 49201

| | |
|---|---|
| S H I P T O | CEDRIC BELL 248097 |
| | COTTON CCRR FACILITY |
| | 3500 N ELM RD |
| | JACKSON MI 49201-7548 |

**PACKING SLIP**
8/13/2014 15:36:32

PAGE 1

CUST.ACCT.NO. 948-00

VIA UPS

| ORDER NO. | 24-2360-0 |
|---|---|
| | WHHPL1 |
| | 1 W /WVW30 |
| DATE | 8/13/2014 |
| | 17 |

CUSTOMER P.O. NO.

CONTRACT

REQ. SHIP DATE

JS1S
POSTAGE: 8.50
QUOTED LEFT: 8.50

| LOCATION | QUANTITY | UNIT | CATALOG NO. | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | | **NO B/O FIRM** | | |
| | | | | **SHOW PRICE** | | |
| A80-02D | 1 | PK | 9721294 AX | WIGGLE EYES BRIGHT PK100 | 3.95 T | 3.95 |
| A83-13E | 1 | EA | 9729730 AX | PENS CALLIGRAPHIC ST/5 | 6.70 T | 6.70 |
| | | | | * A83-13T | | |
| B30-08V | 1 | ST | 9703637 AX | POM POMS ASST PK300 | 4.65 T | 4.65 |
| 000-00 | 1 | EA | ZS00001(MI) AX | MICHIGAN SALES TAX-6% | 1.80 T | 1.80 |
| P08-04E | 12 | EA | SB41164 AX | GLUE WSH STK PURPLE .28OZ | .33 T | 3.96 |
| | | | | * P11-11V | | |
| W12-06C | 1 | PK | W03176 AX | NEEDLE ASSORTMENT PK50 | 2.20 T | 2.20 |

Please take our survey at www.eNasco.com/survey.html for a chance to win $100!

** Invoice to follow **

*Thank You*
FOR YOUR ORDER

| EST. WEIGHT | 2.5966 |
|---|---|

| | |
|---|---|
| Shipping & Handling: | |
| Net Total: | 23.26 |
| | 8.50 |
| Tax: | .00 |
| Less: | 31.76 |
| Total: | .00 |

PLEASE REPORT ALL CLAIMS FOR DAMAGES AND/OR SHORTAGES
WITHIN **10 DAYS** AFTER RECEIPT OF MERCHANDISE.
MERCHANDISE MAY NOT BE RETURNED WITHOUT AUTHORIZATION (SEE BACK)

** LAST PAGE **

0916

Handwritten annotations: 2nd CLAIM B, 15 OF 27, NEW NEVER USE, #86, 15

CLAIM
B

For LEGAL PROCEDURES

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER RECEIPT (Incoming Front Desk)

4835-0234 10/96
CAJ-234

| Prisoner | Articles will be delivered to the prisoner as checked | Number | Date |
| --- | --- | --- | --- |
| Bell | | 248 097 | 4-15-11 |
| | 1-Book, BATTLING THE ADMINISTRATION | | Lock 5-1 |

Received From: Prison legal news

Street

City 160 F 29

Received By: [signature]

Clerk, Information Desk

Value $34.95

16

16

16

to 87

2nd
CLAIM

B

FOR LEGAL PROCEDURES

17 OF 27

# Cash Sale

## FAST LAW PUBLISHING ASSOCIATES

P.O. Box 1422

Mount Vernon, WA  98273

| INVOICE#: | 494 |
|---|---|

| Shipping Date: | 2/23/2012 |
|---|---|

**Customer:**
Cedric Bell, #248097
Oaks Correctional Facility
1500 Caberfae Hwy.
Manistee, MI 49660

| Description | QTY | *Unit Price | Price |
|---|---|---|---|
| Winning Habeas Corpus & Post Conviction Relief | 1 | $58.50 | $58.50 |

| | | |
|---|---|---|
| Total: | $58.50 | |
| Amount Paid: | $58.50 | |

*Price includes shipping & handling.

Cash Sale

17

#88

2nd CLAIM
B

# Columbia Human Rights Law Review

435 West 116th St.
New York, NY 10027
Phone: (212) 854-1601

# Sales Receipt

| Date | Sale No. |
|------|----------|
| 10/23/2013 | 2230 |

| Sold To | | Ship To |
|---------|--|---------|



Cedric Bell #248097
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

| Check No. | Payment Method | Ship Via |
|-----------|----------------|----------|
|           |                |          |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Jailhouse Lawyer's Manual 9th Edition - Prisoner Order | 30.00 | 30.00 |

FOR
LEGAL
PROCEDURES

| | Total | $30.00 |

## PAID IN FULL

18 OF 27                18                #89

KRAFT AVENUE SE
GRAND RAPIDS, MI 49512
1-800-546-6283

# Packing Slip


ACCESS SECUREPAK B

| Package Id | Batch Id | Delivery Id | Page 1 of 2 |
|---|---|---|---|
| | MI_05212018_095619_113704 | | |

**37A-8342113-A**

20180521
144936

**Deliver To:**

CEDRIC M BELL 248097
G. Robert Cotton Facility Level I/II GP
(JCF)
1994 E. PARNALL ROAD
Jackson, MI, 49201
Housing: B-L-11

| | Order #: | Sys Ref#: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|---|
| | 10343327 | | 05/15/2018 | Michael Earskin | Michael Earskin |

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| | 37A | | 05/21/2018 | 21912 (6602402) | 28.02425 Lbs | Michigan Quarter 2 2018 Package Program 10711 |

| QTY ORD | QTY SHP | LT | ITEM # | U/M | DESCRIPTION | SIZE | COLOR | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | | 13 | EA | RAMEN - TEXAS BEEF 3 OZ | 3 OZ | | 0.34 | 6.80 |
| 3 | 3 | | 1712 | EA | HOT CHILI W/BEAN 11.25OZ | 11.25 OZ | | 2.65 | 7.95 |
| 2 | 2 | | 382 | EA | ZESTY GARLIC PKLE 9.6 OZ | 9.6 OZ | | 0.72 | 1.44 |
| 10 | 10 | | 5 | EA | I LUNCH-CAJUN SHRIMP | 2.25 OZ | | 0.63 | 6.30 |
| 1 | 1 | | 5070 | EA | FLOUR TORTILLA 8 OZ | 8 OZ 6CT 8 IN | | 0.92 | 0.92 |
| 2 | 2 | | 5110 | EA | STFD JALAPENO CHIP 6 OZ | 6 OZ | | 1.29 | 2.58 |
| 2 | 2 | | 5119 | EA | HOT BBQ CHIPS 6 OZ | 6 OZ | | 1.29 | 2.58 |
| 2 | 2 | | 5139 | EA | PRETZELS 11 OZ | 11 OZ | | 1.44 | 2.88 |
| 10 | 10 | | 5378 | EA | MICRO KETTLE CORN 2.9 OZ | 2.9 OZ | | 0.47 | 4.70 |
| 2 | 2 | | 3889 | EA | INSTANT RICE 8 OZ | 8 OZ | | 1.35 | 2.70 |
| 2 | 2 | | 6517 | STR | SQUEEZUM HOT SAUCE 12 PK | 7 G | | 0.51 | 1.02 |
| 1 | 1 | | 7036 | EA | LEMONADE 12 OZ | 12 OZ | | 2.19 | 2.19 |
| 2 | 2 | | 7991 | EA | CORN CHIPS 13 OZ | 13 OZ | | 1.93 | 3.86 |
| 1 | 1 | | 80000193 | EA | HUNTS BBQ SAUCE 18OZ | 18 OZ | | 1.91 | 1.91 |
| 1 | 1 | | 80000914 | EA | MSSN TRTLLS JLPNO 15 OZ | 15 OZ 6CT 10 IN | | 2.83 | 2.83 |
| 15 | 15 | | 80001716 | EA | BC HT SPCY SUM SAUS 1.625 OZ | 1.625 OZ | | 0.59 | 8.85 |
| 1 | 1 | | 80003408 | EA | KINGS NUT MXD W/PEANUTS 10OZ | 10 OZ | | 4.02 | 4.02 |
| 1 | 1 | | 892 | EA | SWEET FUSIONS TEA 19 OZ | 19 OZ | | 3.39 | 3.39 |
| 2 | 2 | | 910 | EA | TORTILLA CHIPS 12 OZ | 12 OZ | | 1.93 | 3.86 |
| 2 | 2 | | 9783 | EA | RFRIED BEANS SEVILLA 8OZ | 8 OZ | | 1.62 | 3.24 |
| 20 | 20 | | 983 | EA | LARGE STAMPED ENVELOPE | LARGE | | 0.54 | 10.80 |
| | | | | | | | **Section Total** | | **$84.82** |

*NEVER OPEN ANY ITEM* (handwritten)

#90 (handwritten)

19 OF 27 (handwritten)

19 (handwritten)

INMATE COPY

*TRANSFERED CONTRA PROPERTY NO DAMAGE PROPERTY 2nd Claim*

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER PERSONAL PROPERTY RECEIPT

1062985
1062986

CSJ-241-A  3/98
4835-3241

This receipt must be used whenever a prisoner's personal property is transferred or stored by the Department. Both the Packing Officer and Prisoner must sign the itemized receipt.

| Prisoner Name | Prisoner Number | Lock | Property Seal Number | Facility |
|---|---|---|---|---|
| Bell | 248097 | 6-166 | 1062987 | SRF |

Enter quantity for each item. Property limits for clothing and other items are established by PD 04.07.110 and PD 04.07.112. Any contraband including any altered item, item showing damage, any excess property should be listed in the space provided below.

HOW PACKED:   State Duffel Bag ✓   Cortech Box ___   Footlocker ✓   Other ___

| No. | ITEMS | No. | ITEMS | No. | ITEMS | No. | ITEMS |
|---|---|---|---|---|---|---|---|
| | **Personal Clothing** | | **Mandatory Health Care Items** | | **Personal Items** | | **Toilet Articles** |
| | Athletic Supporter | | Multi Vitamin/Nutritional Supplements | | Earrings - small post type | | Aftershave/Cologne |
| | Bathrobe | | Prescription Medication | 2 | Padlock(s) | | Comb |
| | Bedroom Slippers | | Shower Shoes | | Religious Items | | Cosmetic Items |
| | Belt - Buckle no larger than 2" x 2" | ✓ | **Appliances** AFO Braces/Ankle | 7 | Towels & Washcloths - non-white | 4 | Deodorant |
| 6 | Blouses/Shirts | | • AM/FM Portable Radio | | Shaving/Cosmetic Bag | | Denture Care Products |
| 2 | Boots/Overshoes Orthopedic | | • AM/FM Portable Walkman | | Sunglasses w/plastic lens & frame | | Disposable Razor |
| | Brassieres w/o underwire | | | 1 | Wedding Band/Set - plain | 1 | Hair Brush |
| | Dresses/Skirts | + | • Beard Trimmer | | Wrist Watch | 3 | Hair Care Products |
| | Girdles w/o metal stays | ✓ | • Black & White Television | | | 2 | Hand Soap/Soap Dish |
| 1 | Gloves - mittens | | • Calculator | ω | **Miscellaneous & Store Items** | 1 | Nail Clippers |
| | Handkerchiefs - white only | | • Cassette Tape Player | 2 | AC Adapter | | Razor, Disposable |
| 1 | Hat/Cap | | Curling Iron | 1 | Address Book | 3 | Skin Care - Lotion/Creams |
| | Jogging Suit | 1 | • Electric Shaver | 2 | Batteries | 8 | Shampoo |
| 1 | Lightweight Jacket | | Hair Dryer | 1 | Ear Buds/Ear Plugs | 1 | Talc/Powder |
| | Nylons/Pantyhose | | • Headphones | 1 | Extension Cord | 2 | Tooth Brush |
| | Pajamas | | Lamp | 2 | • Footlocker | 4 | Toothpaste/Powder |
| 2 | Shoes - Orthopedic | | | 1 | Glasses Case | | Skin Care - Lotion/Creams |
| | Slips | | **Leisure Time Items** | | Greeting Cards | | |
| 7 | Socks | | Album/Scrap Book | | Hangers | | **Food Items** |
| 2 | Sweaters - Sweat Pants | 8 | Books | 1 | Mirror | 1 | See Excess |
| | Sweatshirts | | Cassette Tapes | | Nicotine Patch | | |
| 1 | T-Shirts | | Cassette Tape Case | 10 | Pens/Pencils/Markers | | **Legal property** |
| | Trousers/Slacks/Jeans | 15 | Catalogs/Magazines/Newspapers | | Photo Tickets | | Calendar |
| | Walking/Athletic Shoes | Krx | Hobby Craft Items | 2 | Plastic Bowl | ✓ | Legal Papers |
| | Underwear: Shorts/Panties | | Leisure time Games - List: | | Plastic Tumbler | | Notary Embossers |
| | Underwear: Thermal | | • Tablet | N | Sewing Kit | | Notary Materials |
| 1 | Winter Coat/Jacket | 1 | MP3 Player | 2 | Spork | ✓ | Typewriter |
| | | | working condition | | Shoe Polish | | |
| | **Health Items** | 2 | Musical Instrument | 15 | Stamps | | **• Items w/asterisk must** |
| 2 | Eyeglasses | | Recreational Equipment | ✓ | Tobacco Products | | **be inscribed with the** |
| | Medic Alert Bracelet | | | 1 mug | Writing Paper & Envelopes | | **prisoner's number.** |

Damaged/Altered Property:

Excess Property/Other Contraband: (NOTE: In cases where prisoner is received at Level IV, V or VI due to a custody increase and has excess property not allowed at that level, use CSJ-241-B.)

See medical detail 10 chili, 11 coffee, 14 meat sticks, 2 teas, 6 cup soup, 4 rice, 12 condiments,

## Signature of Packing Officer and Prisoner if Available

Signature of packing officer and prisoner indicate that the property receipt is complete and correctly itemized.

| Officer | Scull | Date | 5-2-18 | Prisoner | [signature] | Date | 5/2/18 |

Officer's signature here indicates prisoner refused or was not available to sign this property receipt.

Officer _____ Date _____ Prisoner _____ Date _____

## Signature of Officer and Prisoner upon Return of Property

Complete this section if prisoner does NOT have excess property or property not allowed at the receiving facility.

Officer  **20 OF 27**   Prisoner  **20**   Date  #91

L-8

13 of 19
2nd CLAIM

B

# MICHIGAN DEPARTMENT OF CORRECTIONS
# PRISONER PERSONAL PROPERTY RECEIPT

CSJ-241-A (6/09)
4835-3241

This receipt must be used whenever a prisoner's personal property is transferred or stored by the Department. Both the packing officer and prisoner must sign the itemized receipt.

| Prisoner Name | Prisoner Number | Lock | Property Seal Number | Facility |
|---|---|---|---|---|
| Dell | 248097 | | 2381628379 | TCF |

Enter quantity for each item. Property limits for clothing and other items are established by PD 04.07.110 and PD 04.07.112. Any contraband, including any altered item, item showing damage, and any excess property should be listed in the space provided below.

How are items packed?

☒ State Duffle Bag  ☐ Cortech Box  ☒ Footlocker 2 LGL  ☒ Other: TV/Medic/radio/writer

| No. | ITEMS | No. | ITEMS | No. | ITEMS | No. | ITEMS |
|---|---|---|---|---|---|---|---|
| | **Personal Clothing** | | **Health Items** | | **Personal Items** | | **Toilet Articles** |
| | * Athletic Supporter | 4 | Eyeglasses IN Legal | | Earrings – small post type | | Aftershave/Cologne |
| | * Bathrobe | | Medic Alert Bracelet ✓ | ✓ | * Padlock(s) | ✓ | Comb |
| ✓ | * Belt – Buckle 2" x 2" max | | Mandatory Health Care Items | | Religious Items | | Cosmetic Items |
| ✓ | * Blouses/Shirts | ✓ | Multi Vitamin/Supplements | | Towel/Washcloth–nonwhite | ✓ | Deodorant |
| | * Boots/Overshoes | | Prescription Medication | | Shaving/Cosmetic Bag | | Denture Care Products |
| | * Brassieres (no underwire) | ✓ | Shower Shoes | | Sunglasses – plastic only | | Disposable Razor |
| | * Dresses/Skirts | | | | Wedding Band/Set – plain | ✓ | Hair Brush |
| | * Girdles w/o metal stays | | **Appliances** | | Wrist Watch | | Hair Care Products |
| ✓ | * Gloves/Mittens | | * AM/FM Radio | | | | Hand Soap/Soap Dish |
| ✓ | * Lightweight Jacket | | * Beard Trimmer | | **Miscellaneous & Store Items** | ✓ | Lotion/Creams |
| | * Nylons/Pantyhose | | * Calculator | ✓ | AC Adapter | ✓ | Nail Clippers |
| | * Shoes NOT | | * Cassette Tape Player | | Address Book | | Razor, Disposable |
| | * Slippers | | * Combination Radio/Tape Player | | Batteries | ✓ | Shampoo |
| | * Slips | | * Curling Iron | | Ear Buds/Ear Plugs | ✓ | Talc/Powder |
| | * Sweaters | | * Electric Shaver | | Extension Cord | | Tooth Brush |
| | * Sweatshirts NOT | | * Fan | 2 | * Footlocker 2 LGL | ✓ | Tooth Paste |
| | * Tank Tops (women only) | | * Hair Dryer | ✓ | Glasses Case | | |
| | * Trousers/Slacks/Jeans | | * Headphones | | Greeting Cards | | |
| | * Underwear: Undershirts | | * Lamp | ✓ | Hangers | | |
| | * Underwear: Shorts/Panties | ✓ | * Television | | Id Holder | | **Food Items** |
| | * Underwear: Socks | | * Surge Protector | ✓ | * Mirror | | |
| ✓ | * Underwear: Thermal | | | | Nicotine Patch | | IN LGL |
| | * Winter Coat/Jacket NOT | | **Leisure Time Items** | ✓ | Pens/Pencils/Markers | | |
| | | | * Album/Scrap Book | | Photo Tickets | | |
| | **May Possess/But Cannot be Worn** | | Books | ✓ | Plastic Bowl | | |
| | Pajamas | | Cassette Tapes | ✓ | Plastic Tumbler | | |
| | Hat/Cap | | * Cassette Tape Case | | Sewing Kit | | |
| | Jogging Suit | | Catalog/Magazine/Newspaper | ✓ | Spork | | |
| | Walking/Athletic Shorts | | Hobby Craft Items | | Shoe Polish | | |
| | These is NOT | | * Leisure Time Games | | Writing Paper & Envelopes | | |
| | **Legal Property** | | MP3 Player | | | | **\*Items w/asterick** |
| | Calendar | | Musical Instrument | | | | **must be inscribed** |
| | Legal Papers | | * Recreational Equipment | | | | **with the prisoner's** |
| | Typewriter | | | | | | **number.** |

Damaged/Altered Property:

NOT -4 pair Shoes — 1 Jacket 2 Sweatsuits
1 - RADIO        1 LT JACKet

Excess Property/Other Contraband: (NOTE: In cases where prisoner is received at Level IV or V due to a custody increase and has excess property not allowed at lower level, use CSJ-241-B.)

to MEDICAL DetAiled Items also sent to Property

## Signature of Packing Officer and Prisoner if Available

Signatures of packing officer and prisoner indicate that the property receipt is complete and correctly itemized.

| Officer | Date | Prisoner | Date |
|---|---|---|---|

Prisoner's signature here indicates prisoner refused or was not available to sign this property receipt.

| Officer | Date | Prisoner | Date |
|---|---|---|---|
| | 03-02-14 | | |

## Signature of Officer and Prisoner Upon Return of Property

Complete this section if prisoner does NOT have excess property or property not allowed at the receiving facility.

| Officer | Date | Prisoner | Date |
|---|---|---|---|
| 21 OF 21 | | | |

DISTRIBUTION: ☐ Property Office  ☐ With Prisoner

# 92

21

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER PERSONAL PROPERTY RECEIPT**

CSJ-241-A (6/09)
4835-3241

This receipt must be used whenever a prisoner's personal property is transferred or stored by the Department. Both the packing officer and prisoner must sign the itemized receipt.

| Prisoner Name | Prisoner Number | Lock | Property Seal Number | Facility |
|---|---|---|---|---|
| Bell | 248097 | | 0025947 | |

Enter quantity for each item. Property limits for clothing and other items are established in PD 04.07.110 and PD 04.07.112. Any contraband including any altered item, item showing damage, and any excess property should be listed in the space provided below.

How are items packed:
[X] State Duffle Bag [ ] Cortech Box [X] Footlocker with [ ] Other:

| No. | ITEMS | No. | ITEMS | No. | ITEMS | No. | ITEMS |
|---|---|---|---|---|---|---|---|
| | **Personal Clothing** | | **Health Items** | | **Personal Items** | | **Toilet Articles** |
| | * Athletic Supporter | | Eyeglasses | | Earrings – small post type | | Aftershave/Cologne |
| | * Bathrobe | | Medic Alert Bracelet | | * Padlock(s) | | Comb |
| | * Belt – Buckle 2" x 2" max | | Mandatory Health Care Items | | Religious Items | | Cosmetic Items |
| | * Blouses/Shirts | | Multi Vitamin/Supplements | | Towel/Washcloth–nonwhite | | Deodorant |
| | * Boots/Overshoes | | Prescription Medication | | Shaving/Cosmetic Bag | | Denture Care Products |
| | * Brassieres (no underwire) | | Shower Shoes | | Sunglasses – plastic only | | Disposable Razor |
| | * Dresses/Skirts | | **Appliances** | | Wedding Band/Set – plain | | Hair Brush |
| | * Girdles w/o metal stays | | * AM/FM Radio | | Wrist Watch | | Hair Care Products |
| | * Gloves/Mittens | | * Beard Trimmer | | **Miscellaneous & Store Items** | | Hand Soap/Soap Dish |
| | * Lightweight Jacket | | * Calculator | | AC Adapter | | Lotion/Creams |
| | * Nylons/Pantyhose | | * Cassette Tape Player | | Address Book | | Nail Clippers |
| | * Shoes | | * Combination Radio/Tape Player | | Batteries | | Razor, Disposable |
| | * Slippers | | * Curling Iron | | Ear Buds/Ear Plugs | | Shampoo |
| | * Slips | | * Electric Shaver | | Extension Cord | | Talc/Powder |
| | * Sweaters | | * Fan | | * Footlocker | | Tooth Brush |
| | * Sweatshirts | | * Hair Dryer | | Glasses Case | | Tooth Paste |
| | * Tank Tops (women only) | | * Headphones | | Greeting Cards | | **Food Items** |
| | * Trousers/Slacks/Jeans | | * Lamp | | Hangers | | |
| | * Underwear: Undershirts | | * Television | | Id Holder | | |
| | * Underwear: Shorts/Panties | | *Surge Protector | | Mirror | | |
| | * Underwear: Socks | | **Leisure Time Items** | | Nicotine Patch | | |
| | * Underwear: Thermal | | * Album/Scrap Book | | Pens/Pencils/Markers | | |
| | * Winter Coat/Jacket | | Books | | Photo Tickets | | |
| | **May Possess/But Cannot be Worn** | | Cassette Tapes | | Plastic Bowl | | |
| | Pajamas | | * Cassette Tape Case | | Plastic Tumbler | | |
| | Hat/Cap | | Catalog/Magazine/Newspaper | | Sewing Kit | | |
| | Jogging Suit | | * Hobby Craft Items | | Spork | | |
| | Walking/Athletic Shorts | | * Leisure Time Games | | Shoe Polish | | **\*Items w/asterick** |
| | **Legal Property** | | MP3 Player | | Writing Paper & Envelopes | | **must be inscribed** |
| | Calendar | | Musical Instrument | | | | **with the prisoner's** |
| | Legal Papers | | * Recreational Equipment | | | | **number.** |
| | Typewriter | | | | | | |

Damaged/Altered Property:

Excess Property/Other Contraband: (NOTE: In cases where prisoner is received at Level IV or V due to a custody increase and has excess property not allowed at that level, use CSJ-241-B.)

| **Signature of Packing Officer and Prisoner if Available** | | |
|---|---|---|

Signatures of packing officer and prisoner indicate that the property receipt is complete and correctly itemized.

| Officer | Date 10-1-19 | Prisoner | Date 10-1-19 |
|---|---|---|---|

Officer's signature here indicates prisoner refused or was not available to sign this property receipt.

| Officer | | Date |
|---|---|---|

| **Signature of Officer and Prisoner Upon Return of Property** | | |
|---|---|---|

Complete this section if prisoner does NOT have excess property or property not allowed at the receiving facility.

| Officer | Date | Prisoner | Date |
|---|---|---|---|

DISTRIBUTION: [ ] Property Office [X] With Property [ ] To Prisoner

22

22 of 29

#93

*75 of 79*
*2nd CLAIM*
*B*

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER PERSONAL PROPERTY RECEIPT**

CSJ-241-A 3/98
4835-3241

This receipt must be used whenever a prisoner s personal property is transferred or stored by the Department. Both the Packing Officer and Prisoner must sign the itemized receipt.

*Rudd Barton*

| Prisoner Name | Prisoner Number | Lock | Property Seal Number | Facility |
|---|---|---|---|---|
| CEDRIC BELL | 248097 | 4-225 | 0017455 | ECF |

Enter quantity for each item. Property limits for clothing and other items are established by PD 04.07.110 and PD 04.07.112. Any contraband including any altered item, item showing damage, any excess property should be listed in the space provided below.

*Seal 0017415*

HOW PACKED: State Duffel Bag ☒ Cortech Box ____ Footlocker ☒ # Other _____

| No. | ITEMS | No. | ITEMS | No. | ITEMS | No. | ITEMS |
|---|---|---|---|---|---|---|---|
| | **Personal Clothing** | | **Mandatory Health Care Items** | | **Personal Items** | | **Toilet Articles** |
| | Athletic Supporter | | Multi Vitamin/Nutritional Supplements | | Earrings - small post type | | Aftershave/Cologne |
| 1 | Bathrobe PANTS | | Prescription Medication | 1 | Padlock(s) | | Comb |
| | Bedroom Slippers SHIRT | 1 | Shower Shoes | | Religious Items | | Cosmetic Items |
| | Belt - Buckle no larger than 2" x 2" | 2 | Comb. Locks | | Towels & Washcloths - non-white | 5 | Deodorant |
| | Blouses/Shirts | | **Appliances** | | Shaving/Cosmetic Bag | | Denture Care Products |
| | Boots/Overshoes | | * AM/FM Portable Radio | | Sunglasses w/plastic lens & frame | | Disposable Razor |
| | Brassieres w/o underwire | | * AM/FM Portable Walkman | 1 | Wedding Band/Set - plain | | Hair Brush |
| | Dresses/Skirts | 1 | Beard Trimmer | | Wrist Watch | 2 | Hair Care Products |
| | Girdles w/o metal stays | | * Black & White Television | | | 2 | Hand Soap/Soap Dish 3 |
| | Gloves 1 mitten | 1 | * Calculator | | **Miscellaneous & Store Items** | 1 | Nail Clippers |
| | Handkerchiefs - white only | | * Cassette Tape Player | 1 | AC Adapter | | Razor, Disposable |
| 1 | Hat/Cap | | Curling Iron | 2 | Address Book | 3 | Skin Care - Lotion/Creams |
| | Jogging Suit | 1 | * Electric Shaver | | Batteries | 1 | Shampoo |
| | Lightweight Jacket | | Hair Dryer | 2 | Ear Buds/Ear Plugs | 4 | Talc/Powder |
| | Nylons/Pantyhose | 1 | * Headphones | 2 | Extension Cord | 17 | Tooth Brush |
| | Pajamas | | Lamp | 1 | * Footlocker 0017455 | 5 | Toothpaste/Powder |
| 2 | Shoes | | Q-tips | 2 | Glasses Case | | Skin Care - Lotion/Creams |
| | Slips | | **Leisure Time Items** | | Greeting Cards | | 1 EXT. CORD |
| 9 | Socks | | Album/Scrap Book | 2 | Hangers PAINT BRUSH 33 | | **Food Items** |
| | Sweaters | 18 | Books | 1 | Mirror PAINT | 1 | Allergy Tabs |
| | Sweatshirts | 12 | Cassette Tapes | | Nicotine Patch | 1 | Dental Floss |
| 4 | T-Shirts | 1 | Cassette Tape Case | 20 | Pens/Pencils/Markers | | **Legal property** |
| | Trousers/Slacks/Jeans | 6 | Catalogs/Magazines/Newspapers | | Photo Tickets | | Calendar |
| | Walking/Athletic Shoes | BOX | Hobby Craft Items | 3 | Plastic Bowl | | Legal Papers 18 Fol |
| 8 | Underwear: Shorts/Panties | | Leisure time Games - List: | 2 | Plastic Tumbler | | Notary Embossers |
| | Underwear: Thermal | | CHESS SET | | Sewing Kit ELECT RAZOR | | Notary Materials |
| 1 | Winter Coat/Jacket | | | 3 | Spork | | * Typewriter |
| | | 1 | BOX Hobbycraft | 3 | Shoe Polish | | |
| | **Health Items** | | | 13 | Stamps | | * Items w/asterisk must |
| 2 | Eyeglasses | | Musical Instrument | | Tobacco Products | | be inscribed with the |
| | Medic Alert Bracelet | | Recreational Equipment | | Writing Paper & Envelopes | | prisoner's number. |

Damaged/Altered Property:

1 RCA TV # H322E9B86                    Color RCA 9B86
1 MP3 pLayER (OUT TO REPAIR)

Excess Property/Other Contraband: (NOTE: In cases where prisoner is received at Level IV, V or VI due to a custody increase and has excess property not allowed at that level, use SCJ-241-B).

NOTE: 1 BOX OF PERSONAL PROPERTY AS CATCH-UP
Norelco Shaver    Why Motor
Casio Calculator    Con-Air Trimmer

**Signature of Packing Officer and Prisoner if Available**

Signature of packing officer and prisoner indicate that the property receipt is complete and correctly itemized.

Officer *Rudd Barton* Date 1/24/11        Prisoner _____ Date 1/24/11

Officer s signature here indicates prisoner refused or was not available to sign this property receipt

*Cedric Bell*        Officer _____ Date 1/25/11

**Signature of Officer and Prisoner upon Return of Property**

Complete this section if prisoner does NOT have excess property or property not allowed at the receiving facility.

1.1 #-23 OF 29 C-11    **23**    20-b-36    893-1779    94
                                11-31-31    730-1098

2nd CLAIM

B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER PERSONAL PROPERTY RECEIPT**

CSJ-241-A 3/98
4835-3241

This receipt must be used whenever a prisoner's personal property is transferred or stored by the Department. Both the Packing Officer and Prisoner must sign the itemized receipt.

| Prisoner Name | Prisoner Number | Lock | Property Seal Number | Facility |
|---|---|---|---|---|
| BELL | 248097 | 4-52-B | 1818/146680 | MRF |

Enter quantity for each item. Property limits for clothing and other items are established by PD 04.07.110 and PD 04.07.112. Any contraband including any altered item, item showing damage, any excess property should be listed in the space provided below.

HOW PACKED: State Duffel Bag _1_ Cortech Box ____ Footlocker _1_ Other ____

| No. | ITEMS | No. | ITEMS | No. | ITEMS | No. | ITEMS |
|---|---|---|---|---|---|---|---|
| | **Personal Clothing** | | **Mandatory Health Care Items** | | **Personal Items** | | **Toilet Articles** |
| | Athletic Supporter | | Multi Vitamin/Nutritional Supplements | | Earrings - small post type | | Aftershave/Cologne |
| | Bathrobe | | Prescription Medication | 2 | Padlock(s) | 2 | Comb |
| | Bedroom Slippers | 2 | Shower Shoes | | Religious Items FIBLE | | Cosmetic Items |
| 12 | Belt - Buckle no larger than 2" x 2" | | BAGS RICE | | Towels & Washcloths - non-white | 7 | Deodorant |
| | Blouses/Shirts | | **Appliances** | | Shaving/Cosmetic Bag | | Denture Care Products |
| | Boots/Overshoes | | AM/FM Portable Radio | | Sunglasses w/plastic lens & frame | | Disposable Razor |
| | Brassieres w/o underwire | | AM/FM Portable Walkman | | Wedding Band/Set - plain | | Hair Brush |
| | Dresses/Skirts | 1 | Beard Trimmer | | Wrist Watch | 4 | Hair Care Products |
| | Girdles w/o metal stays | | Black & White Television | 6 | CANDY BARS | 121 | Hand Soap/Soap Dish |
| | Gloves | | Calculator | | **Miscellaneous & Store Items** | 1 | Nail Clippers |
| | Handkerchiefs - white only | | Cassette Tape Player | | AC Adapter | | Razor, Disposable |
| X | Hat/Cap | | Curling Iron CABLE CORD | 2 | Address Book | 8 | Skin Care - Lotion/Creams |
| | Jogging Suit | | Electric Shaver | 4 | Batteries AA | 1 | Shampoo |
| 1 | Lightweight Jacket WHITE | | Hair Dryer | 3 | Ear Buds/Ear Plugs | | Talc/Powder |
| | Nylons/Pantyhose | | Headphones | 2 | Extension Cord | 5 | Tooth Brush |
| | Pajamas | | Lamp | | Footlocker | 1 | Toothpaste/Powder |
| | Shoes | 6 | HONEY BUNS | | Glasses Case RED | | Skin Care - Lotion/Creams |
| | Slips | | **Leisure Time Items** | 40 | Greeting Cards | | Q TIPS |
| 2 | Socks | 6 | Album/Scrap Book BAG CHIPS | | Hangers | | **Food Items** |
| 1 | Sweaters | 13 | Books | 8 | Mirror | 10 | CHIPS |
| 1 | Sweatshirts | 18 | Cassette Tapes | 1 | Nicotine Patch MIX NUTS | 4 | COFFEE |
| 4 | T-Shirts | 1 | Cassette Tape Case | 4/5 | Pens/Pencils/Markers | | **Legal property** |
| | Trousers/Slacks/Jeans | 4 | Catalogs/Magazines/Newspapers | | Photo Tickets | | Calendar |
| | Walking/Athletic Shoes | 1 | Hobby Craft Items BOX CASE | 3 | Plastic Bowl | 23 | Legal Papers FOLDER |
| 2 | Underwear: Shorts/Panties | | Leisure time Games - List: | 2 | Plastic Tumbler | | Notary Embossers |
| | Underwear: Thermal | 23 | INKS | | Sewing Kit DISH RINS | | Notary Materials |
| | Winter Coat/Jacket | 19 | ART PENS | 2 | Spork | | Typewriter |
| | PEANUT BUTTER | 1 | CHESS SET | 1 | Shoe Polish | 2 | BAGS FLR LETTR |
| | **Health Items** | 1 | WRITING PAD | | Stamps BAG CONDIMENTS | | **Items w/asterisk must** |
| | Eyeglasses | 2 | Musical Instrument MEAT | | Tobacco Products | | **be inscribed with the** |
| 2 | Medic Alert Bracelet | 2 | Recreational Equipment PICKLE 9 | | Writing Paper & Envelopes | | **prisoner's number.** |

Damaged/Altered Property:
1 AM/FM PORTABLE RADIO IN PRISON PROPERTY ROOM TOLD BY SAID PRISONER

Excess Property/Other Contraband: (NOTE: In cases where prisoner is received at Level IV, V or VI due to a custody increase and has excess property not allowed at that level, use SCJ-241-B).

**Signature of Packing Officer and Prisoner if Available**

Signature of packing officer and prisoner indicate that the property receipt is complete and correctly itemized.

Officer LAM L        Date 9.2.09        Prisoner X Kelvin Bell        Date 9.2.09

Officer's signature here indicates prisoner refused or was not available to sign this property receipt.

Officer _____        Date _____

**Signature of Officer and Prisoner upon Return of Property**

Complete this section if prisoner does NOT have excess property or property not allowed at the receiving facility.

Officer _____ Date _____        Prisoner _____        #95

24

Distribution: White to Property Office; Pink to Property; Canary with Prisoner

24-2-27

# EXHIBIT C

2nd
CLAIM
14 PAGES

# FALSE MISCONDUCT REPORT.

# ADMINISTRATIVE JUDGE DECISION AFTER 2 DIFFERENT HEARINGS

# 14 PAGES

EVIDENCE TO THE COURT

2nd CLAIM  C

COPY
DC-110 4/90
4835-5110

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONERY

TO: HEARING INVESTIGATOR

NAME SALINAS

NO. AND STREET or R.R. COTTON CORR. FAC.

CITY | STATE | ZIP

FROM:

NAME CEDRIC BELL

NO. 248097  LOCK L-10

INSTITUTION COTTON  DATE 7/25/18

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

DEAR HEARING INVESTIGATOR (SALINAS)

I HAD A HEARING ON 7/88/18 AND 7/25/18 FOR DISOBEYING A DIRECT ORDER, THE HEARING OFFICER WAS (SCHNEIDER O'11).

I WOULD LIKE A COMPLETE APPEAL PACKET THAT'S READABLE, OF ALL STATEMENTS; Supplemental Reports; CONFIDENTIAL STATEMENTS, VIDEO Surveillance Reports; WITNESS STATEMENTS.

THIS REQUEST IS MADE TIMELY; AND GIVE TO LEUNT ARIS CHADWELL.

THE DENIAL OF THE APPEAL PACKET IS A VIOLATION OF THE 4TH, 14TH AMENDMENT DUE PROCESS; THE FINDINGS OF GUILTY; NOT GUILTY; DISMISSED; .....COPIES OF THE APPEAL PACKET SHALL BE provided TO THE ACCUSED PRISONER, I WOULD LIKE THE APPEAL PACKET I WANT 17 DAYS ......PLEASE RETRIEVE THE APPEAL PACKET.

COPIED 7/31/18 Joel Salinas Hearings Investigator JCF

c/ FILE
7/25/18

PAGE 1 OF 14

1

COPY

2nd
CLASS II
C

MICHIGAN DEPARTMENT OF CORRECTIONS
CONDUCT REPORT

CSJ-228
10/10   4835-3228

| Prisoner Number: 248097 | Prisoner Name: BELL | | Facility Code: JCF | Lock: B-11 LIO | Violation Date: 7-9-18 | C |

| Time and Place of Violation: B unit 2015 | Contraband Removal Record Provided to Prisoner? ☐ Yes Date _____ ☒ N/A |

Misconduct Class: ☒ I ☒ II ☐ III    Charge(s): Disobeying direct order

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses):
On 7-9-18 While at the officers desk, I heard loud scuffing noise coming from the left lower B-Unit bathroom. While approching the bathroom, prjsoner Bell #248097 exited the bathroom. I told prisoner Bell #248097 to come here. Prisoner Bell turned and looked at me with direct eye contact from about 5 ft away and continued quickly to his Cell B-11. I yelled "Stop running" at no time did Prisoner Bell #248097 Comply with my clear and valid order Prisoner Idenified by prisoner ID card and OMNI

COPIED
7/31/18
Joel Salinas
Hearings Investigator-JCF

| Reporting Staff Member's Name (Print) Officer Payne | Reporting Staff Member's Signature | Date and Time Written 7-09-18   2130 |

REVIEW

Location/Verification/Condition of Evidence:

| Elevated to Class I at review? ☐ No ☒ Yes | If "yes", explain reason: PRISONER AUDIOS SHAKE DOWN/ CONTINUES TO CELL AND SLAMS DOOR BEHIND HIM |

## COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

| Status Pending Hearing: ☒ Bond ☐ Non-Bond List | ☐ Segregation ☒ Bond Revoked (must give reason) AUDIOS SHAKE DOWN. | ☐ Confinement to Cell/Room | ☐ Other |
Reason if Non-Bond:

| Date and Time Given this Status: 7-9-18   2030 | Who Notified in Housing Unit of Status: PAYNE |

| Hearing Investigator Requested? ☐ No ☒ Yes | Witnesses Requested? ☐ No ☒ Yes If yes, list: VIDEO |

| Relevant Documents Requested? ☐ No ☒ Yes If yes, list: WILL GIVE HI |

| Additional Comments: "NO ONE ASKS FOR A SHAKDOWN" "I NEVER RAN FROM NO OFFICER." | Prisoner Waives 24 Hour Notice of Hearing? ☐ No ☒ Yes Hearing Date: 7-11-18 |

| Reviewing Officer's Name (Print) N. Ross | Reviewing Officer's Signature | Review Date and Time 7-9-18  2258 |

| I have received a copy of this report. My signature does not necessarily mean that I agree with the report. ☐ Prisoner refused to sign. Copy given to prisoner. | Prisoner's Signature | Date 7/9/18 |

## WAIVER OF CLASS II OR III HEARING

| I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed. | Prisoner's Signature | Date |

## SANCTIONS IMPOSED (Hearing Investigator enters begin and end dates for Class II misconducts)

| ____ Days Toplock | Begins: ____ | Ends: ____ | ☐ Counseling/Reprimand (Class III only) |
| ____ Days Loss of Privileges | Begins: ____ | Ends: ____ | ☐ $ ____ Restitution (Class II only) |
| ____ Hours Extra Duty | Begins: ____ | Ends: ____ | |

Property Disposition If Applicable: _____

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

PAGE 2 OF 14

2

# CLASS I MISCONDUCT HEARING REPORT

| Prisoner Number | Prisoner Name | | Facility Code | Lock | Violation Date |
|---|---|---|---|---|---|
| 248097 | Bell | | JCF | L-10 | 07/09/2018 |

**Charge(s)**

**(020) Disobeying a Direct Order**

| If Charge Changed by Hearing Officer | Plea |
|---|---|
| | ☐ Guilty    ☒ Not Guilty |

| Misconduct Report Read to and Discussed with Prisoner ☒ (check if applies) | No Hearing Investigation Requested |
|---|---|
| Hearing Investigation Read to and Discussed with Prisoner ☒ (check if applies) | ☐ (check if applies) |

## EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

Prisoner present. The hearing was conducted in person. The prisoner was confined since July 9. HO read the misconduct report and investigation in their entirety to the prisoner. The hearing packet consists of the Misconduct Report (1 page), Prisoner's Personal Statement (1 page), email from HI Salinas (2 pages), Hearings Investigator Report (held confidential) (1 page), Misconduct Sanction Screening Form (1 page), email from C/O Payne (1 page, double-sided), and Offender Restriction Filter Report (1 page).

Prisoner's testimony: the prisoner pled not guilty. The prisoner said he wanted to write a statement, but he didn't have it ready when he saw the HI. HO asked the prisoner for his written statement, and he didn't have one. HO asked why, and he said he didn't write one because he didn't think he'd be allowed to bring one to HO. HO asked what happened here, and he said he went into the bathroom, and three prisoners were standing there together, one with his arms up. HO asked where they were, and he said not at a urinal, sink, or stall. The prisoner said he turned right around and *[...]* and he came face-to-face with the officer, within two feet of him.   **\*\*Continued on page 2.**

## REASONS FOR FINDINGS

COPIED
7/31/19
Joel Salinas
Hearings Investigator-JCF

## PROPERTY DISPOSITION (for contraband see PD 04.07.112)

## FINDINGS

| | | | | Reporting Code |
|---|---|---|---|---|
| Charge No. 1 | ☒ Guilty | ☐ Not Guilty | ☐ Dismissed | _____ |
| Charge No. 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | _____ |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | _____ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | _____ |

## DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

| | Begins | Ends | | |
|---|---|---|---|---|
| _____ Days of Detention | _____ | _____ | _____ Days Credit | |
| _____ Days Top Lock | _____ | _____ | _____ Hours Extra Duty | |
| _____ Days Loss of Privileges | _____ | _____ | $ _____ Restitution | |

| Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐ | Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: _____ (Check if Applies) ☐ |
|---|---|
| Date of Hearing **07/18/2018** | Name of Staff Member |

| Hearing Officer's Name | Hearing Officer's Signature | Date |
|---|---|---|
| 071 Schneider | *ALE Schneider* | 7/20/2018 |

DISTRIBUTION  ☐ Record Office  ☐ Central Office File  ☐ Prisoner  ☐ Counselor File  ☐ Hearing Investigator

PAGE 3 OF 14

**3**

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-240D  12/90
4835-4243

**CLASS I MISCONDUCT**          **HEARING REPORT – Continuation Page No.   2**
          (Type of Hearing)

| Prisoner Number | Prisoner Name | Institution | Violation/Notice Date |
|---|---|---|---|
| 248097 | Bell | JCF | 7/09/2018 |

(Continued from Page One: Evidence/Statements):
The officer said, "What's going on?"  The prisoner said, "I don't know."  The prisoner walked away, and the officer spoke to someone on his radio – the prisoner gestured to his shoulder showing HO how the officer called using the shoulder-mounted radio.  The prisoner said the officer never told him to stop.  The prisoner said he didn't hear the officer because someone's TV was on and the radio was on.  HO asked if he walked away "quickly" like the report states.  He denied it, saying he can't run because he has leg braces.  He said his feet hang.  HO asked how long it was once he got back to his cell that the officer arrived, and he said 20-30 seconds.  He said he was trying to get a candy bar out of his footlocker, which was open when the officer arrived.  HO asked the prisoner if he had anything else to add, and he said, "No sir."  HO asked the prisoner why the officer would fabricate this incident, and the prisoner said the reason he came down was false.  He asked what was going on if there was a scuffle noise – where's the evidence of a scuffle.  The prisoner said the video would show the officer talking on his radio, not to the prisoner.  HO explained again that there's no video, and the prisoner said that Sgt. Root told him he was on tape in the bathroom for 20-30 seconds.  The prisoner said Root therefore must have watched the video.  The prisoner also asked for witnesses in light of the lack of video.  He asked for Prisoners Berryman, TX, Ray, and Vaughn.  He said they all witnessed the incident.  However, he said he could only identify one of them adequately for the HI to find – Phillip Berryman, locks in cell 2 in B and uses a wheelchair.  HO asked the prisoner if he wanted HO to adjourn the hearing to get a statement from Root and Berryman, and he did.  HO explained about time limits and asked the prisoner if he wanted to waive the 7-day time limit and come back and finish this hearing next week, and he agreed to do so.  He then asked HO if he needed to sign something, and HO explained that HO does not have a document to sign due to being in segregation and the prisoner being unable to sign anyway due to being confined, but the officer present witnessed the prisoner's waiver of the time limits.  HO asked the prisoner if he still wanted to extend the time, and he said, "Don't matter.  Do what you need to do to find me not guilty."  The prisoner then said he doesn't mind it in segregation.

HO requests the following: (1) statement from Sgt. Root as to whether he watched video of this July-9 incident or told the prisoner he did and (2) a statement from Prisoner Berryman, lock 2 in B unit, in a wheelchair, as to what he saw or heard.  Please relist for July 25 with the new information.
Hearing adjourned July 18.

COPIED
7/31/18
Joel Salinas
Hearings Investigator-JCF

| HEARING OFFICER'S NAME & CMIS CODE (Typed) | Copy of Hearing Report personally handed to Prisoner by Hearing Officer this date | (check if applies) ☐ |
|---|---|---|
| ALE Schneider 071 | | |
| HEARING OFFICER'S SIGNATURE | Copy of Hearing Report Given to Staff Member by Hearing Officer for Delivery to Prisoner this date | (check if applies) ☐ |
| s/ ALE Schneider | Date of Hearing | Name & Clock No. of Staff Member |
| | 7/18/2018 | |

DISTRIBUTION:  White – Institution;  Green – Central Office;  Canary – Prisoner;  Pink – Visitor/Counselor;  Goldenrod – Hearing Investigator

PAGE 4 OF 14



# CLASS I MISCONDUCT HEARING REPORT

| Prisoner<br>248097 | Prisoner Name<br>**Bell** | Facility Code<br>JCF | Lock<br>L-10 | Violation Date<br>**07/09/2018** |
|---|---|---|---|---|

Charge(s)
**(020) Disobeying a Direct Order**

| If Charge Changed by Hearing Officer | Plea |
|---|---|
| | ☐ Guilty   ☒ Not Guilty |

| Misconduct Report Read to and Discussed with Prisoner | ☒ (check if applies) | No Hearing Investigation Requested | ☐ (check if applies) |
|---|---|---|---|
| Hearing Investigation Read to and Discussed with Prisoner | ☒ (check if applies) | | |

## EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

Prisoner present. The hearing was conducted in person. The prisoner was confined since July 9. HO read the misconduct report and investigation in their entirety to the prisoner. The hearing packet consists of the Misconduct Report (1 page), Prisoner's Personal Statement (1 page), email from HI Salinas (2 pages), Hearings Investigator Report (held confidential) (1 page), Misconduct Sanction Screening Form (1 page), email from C/O Payne (1 page, double-sided), and Offender Restriction Filter Report (1 page).

Prisoner's testimony: the prisoner pled not guilty. The prisoner said he wanted to write a statement, but he didn't have it ready when he saw the HI. HO asked the prisoner for his written statement, and he didn't have one. HO asked why, and he said he didn't write one because he didn't think he'd be allowed to bring one to HO. HO asked what happened here, and he said he went into the bathroom, and three prisoners were standing there together, one with his arms up. HO asked where they were, and he said not at a urinal, sink, or stall. The prisoner said he turned right around and left. He came face-to-face with the officer, within two feet of him.   **Continued on page 2.

## REASONS FOR FINDINGS

Disobeying a Direct Order is a prisoner's "[r]efusal or failure to follow a valid and reasonable order of an employee." PD 03.03.105B. Normally, commands from staff must be obeyed fully and immediately when given so that control and order can be maintained in the prison.

Due to circumstance out of their control, prison staff was not able to get the video for this ticket in a timely fashion. Although HO finally did obtain the video, it does not clearly support or refute the ticket allegations. Ideally, HO would have a statement from the authoring officer commenting on the timing of the order as it relates to the video so HO could pinpoint that moment. Due to the prisoner already having agreed to extend the hearing deadline once, HO declines to do so again to allow the officer input in light of the new evidence. Absent that testimony, HO finds that the prisoner did not hear or understand the order given. On the video, the officer was running across the lower lobby area and speaking into his radio at the time he and the prisoner looked at each other. It's not at all clear on the video that the prisoner should have known the officer was talking to him rather than into the radio.   **Continued on page 3.

## PROPERTY DISPOSITION (for contraband see PD 04.07.112)

### FINDINGS

| | | | | | |
|---|---|---|---|---|---|
| Charge No. 1 | ☐ Guilty | ☐ Not Guilty | ☒ Dismissed | Reporting Code | 020 |
| Charge No. 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | ____ |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | ____ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | ____ |

### DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

| | Begins | Ends | | |
|---|---|---|---|---|
| ____ Days of Detention | _____ | _____ | _____ | Days Credit |
| ____ Days Top Lock | _____ | _____ | _____ | Hours Extra Duty |
| ____ Days Loss of Privileges | _____ | _____ | $ _____ | Restitution |

| Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐ | Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: **7/25/2018** (Check if Applies) ☒ |
|---|---|
| Date of Hearing 07/25/2018 | Name of Staff Member  **HI Salinas - JCF** |

| Hearing Officer's Name<br>071 Schneider | Hearing Officer's Signature<br>*ALE Schmidt* | Date<br>7/25/2018 |
|---|---|---|

DISTRIBUTION  ☐ Record Office  ☐ Central Office File  ☐ Prisoner  ☐ Counselor File  ☐ Hearing Investigator



MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-240D  12/90
4835-4243

**CLASS I MISCONDUCT**

(Type of Hearing)

**HEARING REPORT – Continuation Page No.** ___2___

| Prisoner Number | Prisoner Name | Institution | Violation/Notice Date |
|---|---|---|---|
| 248097 | Bell | JCF | 7/09/2018 |

(Continued from Page One: Evidence/Statements):

The officer said, "What's going on?" The prisoner said, "I don't know." The prisoner walked away, and the officer spoke to someone on his radio – the prisoner gestured to his shoulder showing HO how the officer called using the shoulder-mounted radio. The prisoner said the officer never told him to stop. The prisoner said he didn't hear the officer because someone's TV was on and the radio was on. HO asked if he walked away "quickly" like the report states. He denied it, saying he can't run because he has leg braces. He said his feet hang. HO asked how long it was once he got back to his cell that the officer arrived, and he said 20-30 seconds. He said he was trying to get a candy bar out of his footlocker, which was open when the officer arrived. HO asked the prisoner if he had anything else to add, and he said, "No sir." HO asked the prisoner why the officer would fabricate this incident, and the prisoner said the reason he came down was false. He asked what was going on if there was a scuffle noise – where's the evidence of a scuffle. The prisoner said the video would show the officer talking on his radio, not to the prisoner. HO explained again that there's no video, and the prisoner said that Sgt. Root told him he was on tape in the bathroom for 20-30 seconds. The prisoner said Root therefore must have watched the video. The prisoner also asked for witnesses in light of the lack of video. He asked for Prisoners Berryman, TX, Ray, and Vaughn. He said they all witnessed the incident. However, he said he could only identify one of them adequately for the HI to find – Phillip Berryman, locks in cell 2 in B and uses a wheelchair. HO asked the prisoner if he wanted HO to adjourn the hearing to get a statement from Root and Berryman, and he did. HO explained about time limits and asked the prisoner if he wanted to waive the 7-day time limit and come back and finish the hearing next week, and he agreed to do so. He then asked HO if he needed to sign something, and HO explained that HO does not have a document to sign due to being in segregation and the prisoner being unable to sign anyway due to being cuffed, but the officer present witnessed the prisoner's waiver of the time limits. HO asked the prisoner if he still wanted to extend the time, and he said, "Don't matter. Do what you need to do to find me not guilty." The prisoner then said he doesn't mind it in segregation.

HO requests the following: (1) statement from Sgt. Root as to whether he watched video of this July-9 incident or told the prisoner he did and (2) a statement from Prisoner Berryman, lock 2 in B unit, in a wheelchair, as to what he saw or heard. Please relist for July 25 with the new information.
Hearing adjourned July 18.
Hearing re-convened July 25: the record now contains an email from Sgt. Root and Prisoner Witness Statement (Prisoner Berryman #107202) (1 page).

Prisoner's testimony: HO asked where this occurred, and the prisoner said down the stairs. HO asked the prisoner where his cell is, and he said downstairs also. He said he was on his porter detail, and he went to check the bathroom. That's when he saw the incident and left. His detail was from 8:00 pm to 4:00 am. The prisoner said he wanted specific questions asked of Berryman. HO asked the prisoner if he brought HO a written statement this time, and he did not. He said, "You didn't ask me to." He then said he wanted to know if he was part of the scuffle. HO asked why it matters because he's not accused of that here, and the prisoner understood. He then asked why the ticket was elevated when the ticket body doesn't say he was asked for a shakedown. HO asked the prisoner again why the officer would fabricate the allegations here, and he did not have an answer. HO asked the prisoner if he had anything else to add, and he asked, "Anything you need?"

After the hearing, HO asked the HI to check again to see if the video is available. The video was available, and it was downloaded for HO. There are two discs attached, both held confidential. Attached is a confidential supplemental report explaining the video situation. It is held confidential to avoid system capabilities, the release of which would jeopardize prison safety and security. **Continued on page 3.

| HEARING OFFICER'S NAME & CMIS CODE (Typed) | Copy of Hearing Report personally handed to Prisoner by Hearing Officer this date | |
|---|---|---|
| ALE Schneider 071 | | (check if applies) ☐ |
| **HEARING OFFICER'S SIGNATURE** | Copy of Hearing Report Given to Staff Member by Hearing Officer for Delivery to Prisoner this date 7/25/2018 | (check if applies) ☒ |
| s/ ALE Schneider | Date of Hearing | (Name & Clock No. of Staff Member) |
| | 7/25/2018 | HI Salinas - JCF |

DISTRIBUTION:  White – Institution;  Green – Central Office;  Canary – Prisoner;  Pink – Visitor/Counselor;  Goldenrod – Hearing Investigator

PAGE 6 OF 14

6

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-240D  12/90
4835-4243

CLASS I MISCONDUCT                    HEARING REPORT – Continuation Page No.  3
(Type of Hearing)

| Prisoner Number | Prisoner Name | Institution | Violation/Notice Date |
|---|---|---|---|
| 248097 | Bell | JCF | 7/09/2018 |

(Continued from Page One: Evidence/Statements):
Video: at 20:18:26, the prisoner exited his cell and proceeded quickly to the bathroom.  He passed the pillar into the bathroom at 20:18:39.  About 3-4 second later, two prisoners in the "lobby" area outside the bathroom jumped up and moved to look in.  At 20:18:49, the officer came running down the stairs toward the bathroom.  The prisoner exited the bathroom at 20:18:50 as the crossed the lobby area.  The officer was already on his radio, presumably calling for backup.  The officer remained on the radio until noted otherwise.  At 20:18:53, the prisoner turned toward the officer, and the officer seemed to look at the prisoner.  The officer still had the radio in front of his mouth, and they were about 10 feet away from each other.  The prisoner continued on his way, and the officer turned into the bathroom.  The officer never looked toward the prisoner as the prisoner walked away.  The prisoner walked back to his cell and arrived at 20:19:07.  The officer exited the bathroom at 20:19:06 and took his radio away from his mouth for the first time.  At that moment, the prisoner was turning the corner down the hall toward his room.  The officer turned and spoke to a backup officer who had arrived while walking towards the prisoner's cell.  The officer started running at 20:19:13.  The prisoner was then removed from his cell and his cell searched.

(Continued from Page One: Reasons for Findings):
The officer then proceeded past the prisoner into the bathroom while the prisoner walked away.  That would give the prisoner the impression that he had not just been summoned by the officer.  The prisoner then proceeded to his own room.  HO doesn't doubt that the officer gave an order – it's very likely considering he was running to respond to noise in the bathroom, and the prisoner was walking out.  The video shows that the noise started just after the prisoner entered – he was likely arguing or fighting with someone in the bathroom, especially considering his quick pace to get there.  But in light of the video, HO finds that the prisoner likely did not hear or understand what he was to do when the officer continued past him on the radio.  The charge is dismissed due to HO not having a clarifying statement from the officer due to lack of time.  This dismissal is a change in HO's findings at the hearing.  The prisoner was not called back out to discuss the new evidence because the evidence resulted in a change in his favor.

The Hearing Investigation Report, video, and supplemental confidential report are held confidential because their release would reveal the capabilities of the prison surveillance system, allowing prisoners to learn of and defeat prison security measures.
END OF REPORT.

| HEARING OFFICER'S NAME & CMIS CODE (Typed) | Copy of Hearing Report personally handed to Prisoner by Hearing Officer this date | (check if applies) ☐ |
|---|---|---|
| ALE Schneider 071 | | |
| HEARING OFFICER'S SIGNATURE | Copy of Hearing Report Given to Staff Member by Hearing Officer for Delivery to Prisoner this date 7/25/2018 | (check if applies) ☒ |
| s/ ALE Schneider | Date of Hearing 7/25/2018 | (Name & Clock No. of Staff Member) HI Salinas - JCF |

DISTRIBUTION:  White – Institution;  Green – Central Office;  Canary – Prisoner;  Pink – Visitor/Counselor;  Goldenrod – Hearing Investigator



C

**PRISONER'S PERSONAL STATEMENT AND ACCOUNT OF CHARGES:**

| Name | Bell | Number | 248097 | Lock | L10 | Date | 07/10/18 |
|------|------|--------|--------|------|-----|------|----------|

**STATEMENT:**

I was never given a direct order to stop.  He (Payne) never said anything to me and when I came out of the bathroom he asked what was going on and I said that I didn't know what was going on. When I walked to the bathroom, I was going in to check It as Im a porter in the unit.  I seen three guys in there and turned right around but I didn't know what they were doing  and left the area.  When the officr (Payne) seen me he asked me what was going on he immediately turned hi head to the radio he had  and was talking to someone on there.  He never told me to come here , stand there or anything like that So I went to me cell .  Again ,  he never gave me that indication he wanted  me to stand there in that spot. When he came around back to my cell he asked me what was I doing,   I opended the door  and he asked me to step out, I asked what the problem was and he asked me why I left the area. I told him that I was never told to stay anywhere by him and never did he mention anything about the scuffling noise inside his statement.  nor ran from him either.

Prisoner was unable to sign as he was in segregation and in restraints.

**WITNESSES :**

Video Footage — None Available

**NOTHING MORE TO ADD.**

**PRISONER'S SIGNATURE:**_____.



Salinas, Joel (MDOC)

| | |
|---|---|
| **From:** | Salinas, Joel (MDOC) |
| **Sent:** | Wednesday, July 11, 2018 10:10 AM |
| **To:** | Payne, ████ (MDOC) |
| **Cc:** | Ybarra, ████ (MDOC); Bailey, ████ (MDOC); Curtis, ████ (MDOC) |
| **Subject:** | Prisoner Bell #248097 |
| | |
| **Importance:** | High |

**Officer Payne, attached is a statement given to me during my interview with prisoner Bell, please read what he had to say of his version of what took place and tell me again …in detail what did take place, as the prisoner claims you gave him no direction whatsoever .**

**What was the issue with the bathroom, what exactly did you hear?**
**Was there a possible altercation in the bathroom involving prisoner Bell?**

**I need as much detail , again , of what took place. Be as descriptive as possible please.**

**Misconduct goes to court on Wednesday 7.18.18. So I need a response ASAP.**

**Second shift command , please ensure that this officer gets this and responds timely. Thanks**

**PRISONER'S PERSONAL STATEMENT AND ACCOUNT OF CHARGES:**

| Name | Bell | Number | 248097 | Lock | L10 | Date | 07/10/18 |
|---|---|---|---|---|---|---|---|

**PRIOSNER BELL'S STATEMENT:**

I was never given a direct order to stop. He (Payne) never said anything to me and when I came out of the bathroom he asked what was going on and I said that I didn't know what was going on. When I walked to the bathroom, I was going in to check It as Im a porter in the unit. I seen three guys in there and turned right around but I didn't know what they were doing and left the area. When the officr (Payne) seen me he asked me what was going on he immediately turned hi head to the radio he had and was talking to someone on there. He never told me to come here , stand there or anything like that So I went to me cell . Again , he never gave me that indication he wanted me to stand there in that spot. When he came around back to my cell he asked me what was I doing. I opended the door and he asked me to step out, I asked what the problem was and he asked me why I left the area. I told him that I was never told to stay anywhere by him and never did he mention anything about the scuffling noise inside his statement. I never ran from him either.

1

PAGE 9 OF 14

9

C

Prisoner was unable to sign as he was in segregation and in restraints.

**PRISONER BELL'S WITNESSES :**

Video Footage

**NOTHING MORE TO ADD.**

COPIED
7/31/19
Joel Salinas
Hearings Investigator-JCF

EVIDENCE IN SUPPORT OF STATEMENT and CLAIM C

**Salinas, Joel (MDOC)**

| | |
|---|---|
| **From:** | Payne, ⬛⬛⬛ (MDOC) |
| **Sent:** | Friday, July 13, 2018 8:03 PM |
| **To:** | Salinas, Joel (MDOC) |
| **Subject:** | RE: Prisoner Bell #248097 |

*COPIED 7/31/18 Joel Salinas Hearings Investigator-JCF*

On 7-9-18 While at the officers desk, I heard loud scuffing noise coming from the left lower B-Unit bathroom. While approaching the bathroom, prisoner Bell #248097exited the bathroom. I told prisoner Bell #248097 to come here. Prisoner Bell turned and looked at me with direct eye contact from about 5 ft. away and continued quickly to his Cell B-11. I said "Come back here" he kept walking quickly to his room at no time did Prisoner Bell #248097 Comply with my clear and valid order

**From:** Salinas, Joel (MDOC)
**Sent:** Friday, July 13, 2018 6:51 AM
**To:** Payne, ⬛⬛⬛ (MDOC)
**Cc:** Bailey, ⬛⬛⬛ (MDOC); Curtis, ⬛⬛ (MDOC); Ybarra, ⬛⬛⬛ (MDOC)
**Subject:** FW: Prisoner Bell #248097
**Importance:** High

## Please ensure this officer responds

**From:** Salinas, Joel (MDOC)
**Sent:** Wednesday, July 11, 2018 10:10 AM
**To:** Payne, ⬛⬛⬛ (MDOC)
**Cc:** Ybarra, ⬛⬛⬛ (MDOC); Bailey, ⬛⬛⬛ (MDOC); Curtis, ⬛⬛ (MDOC)
**Subject:** Prisoner Bell #248097
**Importance:** High

**Officer Payne, attached is a statement given to me during my interview with prisoner Bell, please read what he had to say of his version of what took place and tell me again …in detail what did take place, as the prisoner claims you gave him no direction whatsoever .**

**What was the issue with the bathroom, what exactly did you hear?**
**Was there a possible altercation in the bathroom involving prisoner Bell?**

**I need as much detail , again , of what took place. Be as descriptive as possible please.**

**Misconduct goes to court on Wednesday 7.18.18. So I need a response ASAP.**

**Second shift command , please ensure that this officer gets this and responds timely. Thanks**

**Salinas, Joel (MDOC)**

| | |
|---|---|
| **From:** | Salinas, Joel (MDOC) |
| **Sent:** | Monday, July 23, 2018 1:43 PM |
| **To:** | Root, ████ (MDOC) |
| **Cc:** | Bailey, ████ (MDOC); Ybarra, ████ (MDOC); Lavigne, ████ (MDOC) |
| **Subject:** | RElist info needed on the Bell #248097 misconduct |
| **Attachments:** | img02619.pdf |

Sgt. Root attached is a relist for more information from Hearing Officer Schneider. Please read and respond to what the H.O. is asking of you to respond to and return this back to me with a detailed response.

Thanks

Second shift command , please ensure that this Sergeant responds timely.

Thanks

*COPIED
7/31/18
Joel Salinas
Hearings Investigator-JCF*

1

PAGE 12 OF 14

12

2nd CLAIM

C

**alinas, Joel (MDOC)**

| | |
|---|---|
| **From:** | Root, ⬛⬛ (MDOC) |
| **Sent:** | Monday, July 23, 2018 7:08 PM |
| **To:** | Salinas, Joel (MDOC) |
| **Cc:** | Bailey, ⬛⬛ (MDOC); Ybarra, ⬛⬛ (MDOC); Lavigne, ⬛⬛ (MDOC) |
| **Subject:** | RE: RElist info needed on the Bell #248097 misconduct |

I do not recall watching the video, nor do I remember telling the Prisoner that I did.

**From:** Salinas, Joel (MDOC)
**Sent:** Monday, July 23, 2018 1:43 PM
**To:** Root, ⬛⬛ (MDOC)
**Cc:** Bailey, ⬛⬛ (MDOC); Ybarra, ⬛⬛ (MDOC); Lavigne, ⬛⬛ (MDOC)
**Subject:** RElist info needed on the Bell #248097 misconduct

Sgt. Root attached is a relist for more information from Hearing Officer Schneider. Please read and respond to what the H.O. is asking of you to respond to and return this back to me with a detailed response.

Thanks

Second shift command , please ensure that this Sergeant responds timely.

Thanks

COPIED
7/3/11/1
Joel Salinas
Hearings Investigator-JCF

1

PAGE 13 OF 14

*13*

2nd
CLAIM

C

**PRISONER WITNESS STATEMENT FOR:** Bell #248097

| Name | Berryman | Number | 107202 | Lock | B02 |
|------|----------|--------|--------|------|-----|

COPIED
1/26/18
Joel Salinas
Hearings Investigator-JCF

Date 1/07/2018

## STATEMENT:

Bell was sitting on base playing chess. He got up and walked over to the stairs closest to my room and went down to the lower level. He started walking towards his room and the officer never said nothing to him. Officer Payne was still at the desk and he jumped up from his chair and he ran down the right side of the unit and he ran down the stairs and I say 5 police came running into the unit and nobody had said nothing to that guy before. They had him step into the quite or day room. They were just talking to him and never ran from them or nothing.

## NOTHING MORE TO ADD.

**WITNESS SIGNATURE:** _107202_

PAGE 14 OF 14

14

# EXHIBIT

# D

*2nd*
*Claim*

# PROPERTY CLAIM
# DECISION FOR
# $ 124.14   3 PAGES

CLAIM DECISION    EVIDENCE TO THE COURT

2ND CLAIM

# MICHIGAN DEPARTMENT OF CORRECTIONS

*"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

COPY D



**DATE:**     May 13, 2019

**TO:**       Kevin Lindsey, Warden
              G. Robert Cotton Correctional Facility - JCF

**FROM:**     Richard Russell
              Grievance Section
              Office of Legal Affairs

**SUBJECT:**  Property Claim for:    Cedric Bell # 248097
                                     Property Claim Record #: 7651

Based upon the attached letter from the State Administrative Board, the amount of **$124.14** should be credited to the prisoner's account as soon as possible. Your facility is to pay the amount granted from your CSS&M account. Agency object code # 6231 must be used to track the amount paid for this claim. Please notify Jody Washington at WashingtonJ3@michigan.gov or by memo when this claim has been paid. Any questions regarding this claim can be brought to the attention of the Office of Legal Affairs.

In most cases, the processing of this payment should be completed within four weeks from the date of this memorandum. If the prisoner is not currently placed at your facility, the processing time may take up to eight weeks.

By copy of this memo, the prisoner is instructed to contact the Regional Business Office if the payment does not appear posted after the four to eight-week period. If this action does not resolve the posting of the payment, then the prisoner should contact the Office of Legal Affairs, Grievance Section, in Central Office.

Attachment(s)

**c:**    Cedric Bell # 248097  MRF
          Linda Rubingh, Southern Regional Business Office
          File

*1*

*2 d CLAIM*

*D*



**STATE OF MICHIGAN**
**STATE ADMINISTRATIVE BOARD**
LANSING

**GRETCHEN WHITMER**
GOVERNOR

4/30/2019

Mr. Richard Russell, Manager
Grievance & Appeals
Department of Corrections
Grand View Plaza
Lansing, MI 48909

Dear Mr. Russell:

> **Claimant / Inmate –**
>
> **If the Ad Board approved your claim and your account is not credited within 8 weeks, please write to the**
>
> **Department of Corrections Grievance & Appeals Section P. O. Box 30003 Lansing, MI 48909**

This is to advise you that the personal property loss claim of Cedric Bell in the amount of $908.94 was submitted in Section VII on the April 30, 2019, Finance and Claims Committee Agenda. Following review, the Committee recommended approval of $124.14.

The State Administrative Board adopted the recommendation for approval of $124.14 at its meeting on April 30, 2019. The claim file is being returned to the Department of Corrections. Please deposit the amount of $124.14 into the prisoners account. The State Administrative Board will take no further action on this item.

Sincerely,

Shelby Troub

Secretary, State Administrative Board

Enclosure

pc:   Cedric Bell #248097
      19-SAB/DOC-7651

**BOARD MEMBERS**
GRETCHEN WHITMER, GOVERNOR/CHAIRPERSON • GARLIN GILCHRIST, LIEUTENANT GOVERNOR
JOCELYN BENSON, SECRETARY OF STATE • DANA NESSEL, ATTORNEY GENERAL • JOCELYN BENSON, STATE TREASURER
SHEILA A. ALLES, SUPERINTENDENT OF PUBLIC INSTRUCTION • PAUL AJEGBA, MDOT DIRECTOR
CONSTITUTION HALL • 525 WEST ALLEGAN STREET • P.O. BOX 30026 • LANSING, MICHIGAN 48909
www.michigan.gov/adboard • (517) 388-5850 • EMAIL DTMB-StateAdBoard@michigan.gov



*2*


*Claim D*

RECEIVED
APR 1 0 2019
State Administrative Board



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

**DATE:** April 10, 2019

**TO:** Tammy Cooper
State Administrative Board

**FROM:** Richard D. Russell *RDR*
Hearings Administrator and Manager, Grievance Section
Office of Legal Affairs

**SUBJECT:** Prisoner DTMB 1104 Property Claim

**Prisoner Name: Bell, Cedric        Prisoner #:** 248097        **Rec#:** 7651

**MDOC-DTMB 1104 Claim #:    JCF-18-10-0046-19c    Rqstd Amount:** $908.94

**Alleged Loss Date:** 07/09/2018        **SAB #:** 18-SAB/DOC-7651

This claim has been reviewed and all supporting documents are attached. The prisoner alleges some of his items were not packed when he was sent to detention at the G. Robert Cotton Correctional Facility (JCF). JCF staff report the only items that are eligible for reimbursement are 2 sweatpants, 2 sweatshirts, 6 towels, and 9 hand towels.

The documentation supports reimbursements for the items listed below. The MDOC recommends reimbursement as follows:

| Item | Original Cost per Receipts | Purchase Date | Cost From Table | Depreciation Factor | Date of Loss | Age of Item Days | Reimbursement Recommended |
|---|---|---|---|---|---|---|---|
| Sweatpants x 2 | $29.50 | 2/17/2016 | | 0.6 | 7/9/2018 | 873 | $ 17.70 |
| Sweat shirt | $11.75 | 2/17/2016 | | 0.6 | 7/9/2018 | 873 | $ 7.05 |
| S/H | $5.00 | | | 1 | | 0 | $ 5.00 |
| Sweat shirt | $13.75 | 12/24/2013 | | 0.2 | 7/9/2018 | 1658 | $ 2.75 |
| S/H | $5.00 | | | 1 | | 0 | $ 5.00 |
| Towels x 6 | $12.00 | 6/9/2014 | | 0.2 | 7/9/2018 | 1491 | $ 2.40 |
| Handtowels x9 | $4.50 | 6/9/2014 | | 0.2 | 7/9/2018 | 1491 | $ 0.90 |
| S/H | $5.00 | | | 1 | | 0 | $ 5.00 |
| | | | | | | Total | $ 45.80 |

**MDOC Final Recommendation:** $45.80 for reimbursement.

*124.14*

**CC:** File

*Book 30 x .1 = 3.00*
*Book 58.50 x .1 = 5.85*
*Book 34.95 x .1 = 3.50*
*Jacket 74.99 x .8 = 59.99*
*Jacket 60 x .1 = 6.00*

*No pack or unpack receipt. No hearing for jackets.*

**3**

2nd
CLAIM

# EXHIBIT
# E

LETTER TO ADMINISTRATIVE
BOARD REQUESTING
RECONSIDERATION AND
COPIES OF ALL DOCUMENTS
TO APPEAL TO THE COURTS
FOR REDRESS.

2 PAGES

3 PAGES

*ADD
CLAIM*

TO:
STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
STATE ADMINISTRATIVE BOARD OF CLAIMS
ATTN: TAMMY COOPER:
ATTN: JODY WASHINGTON:
BOARD MEMEBERS,STATE ADMINISTRATIVE BOARD:

FR:
CEDRIC BELL #248097
MACOMB CORR.FAC.
34625 26 MILE ROAD
LENOX TOWNSHIP,MICHIGAN.
48048

*B*

MAY 20,2019

RE: ADMINISTRATIVE BOARD OF CLAIMS,(PROPERTY CLAIM # 7651 $908.94):

RE: AMOUNT REFUND PAID $124.14    :

DEAR TAMMY COOPER AND BOARD MEMBERS
ON MAY 20,2019 I RECEIVED A LETTER FROM YOUR OFFICE REGARDING MY CLAIM OF $908.94 REGARDING MY PERSONAL PROPERTY THAT WAS IN THE SOLE POSSESSION OF M.D.O.C. STAFF.

I WAS AWARDED $124.14 FROM ALL MY PROPERTY THAT WAS DESTROYED BY THESE STAFF MEMBERS WHO FILED A FALSE MISCONDUCT REPORT THAT I RAN FROM HIM AND A HIGHER LEVEL OFFICIAL WHO STATED I REFUSED A BODY SEARCH.

THE EVIDENCE PROVED THESE STAFF MEMBERS LIED AND VIDEO SURVEILLANCE SECURITY TAPE PROVE THIS, THESE SAME STAFF MEMBERS WITH-HELD THE VIDEO SURVEILLANCE TAPES FOR 2 DIFFERENT HEARINGS. THE ADMINISTRATIVE LAW JUDGE, SAW THIS EVIDENCE TAPE AND DISMISSED THE CHARGE AND REPORT BY C/O PAYNE AND SGT ROOT.

C/O PAYNE IS THE STAFF THAT TOOK POSSESSION OF MY PROPERTY,AND DID NOT RETURN IT.

I WAS RETALIATED AGAINST BY THESE STAFF MEMBERS AND THEY DESTROYED  MY PERSONAL PROPERTY.

IN MY CLAIM ON PAGE 2 OF ATTACHMENT I STATED I WOULD NOT GIVE UP MY RIGHTS AND RELEASE M.D.O.C OR IT'S ANGENCIES FROM LIABILITIES.

I STATED I WANTED MY PROPERTY(REPLACED). AT THE M.D.O.C. FINAL RECOMMEN-DATION IT WAS $45.80 THIS IS WHY I DID NOT GIVE UP MY RIGHTS., EVERY BOARD MEMBER IN MY ABOVE MATTER CANT FIND LEGAL BOOKS AT THE PRICE YOU LISTED, AND NO MENTION OF MY HOBBYCRAFT ITEMS, AS I PROVIDED SALES RECEIPTS FOR THE NEW ITEMS I HAD,. ADMINISTRATIVE BOARD DOCUMENTATION DONT SUPPORT MY LISTED ITEMS AND RECEIPTS.

MY PROPERTY IS NOT BEING REPLACED AND STAFF MISCONDUCT OF RETALIATION AND DESTROYING MY PROPERTY IS SUPPORTED BY EVIDENCE.

M.D.O.C. STAFF TOOK THE REFUND OF $124.14, FOR RESTITUTION, IN ALL GRIEVANCES RELATED TO THE ABOVE I CLEARLY REQUESTED THAT MY PROPERTY BE REPLACED AS WELL TO THE ADMINISTRATIVE BOARD OF CLAIMS MEMBERS, I DONT SEE

1



BELEIVE THE BOARD MEMBERS HAD A COMPLETE COPY OF MY COMPLAINT  AS THEY STATED (NO) PACK OR (UNPACK) RECEIPT. NO HEARING FOR JACKET.

I CEDRIC BELL #248097 WOULD LIKE A COPY OF THE INVESTIGATIVE  REPORT INTO MY CLAIM AND WHAT WAS SUBMITTED TO THE BOARD MEMBERS AS THE LISTED ITEMS IN THE XERXEXXXXXX APRIL 10,2019 REPORT IS MISSING ITEMS,AS WELL THE RESPONSE TO REPLACING MY ITEMS. AS I CANT REORDER ANYTHING LEGAL BOOKS, JACKET, WINTER COAT ect,ect HOBBYCRAFT ITEMS.

I WOULD LIKE THE RESPONSE FROM THE WARDEN OFFICE, C/O PAYNE ANY AND ALL, THE ADMINISTRATIVE BOARD DOCUMENTATION THATS RELATED TO THIS PROPERTY CLAIM MATTER.

AS I HOPE I HAVE AN APPEAL OF RIGHT TO THE BOARD MEMBERS FINAL DECISION OF $124.14 PAYMENT OF MY PROPERTY THAT M.D.O.C STAFF DESTROYED IN THERE POSSESSION OUT OF RETALIATION AND FALSE REPORT OF MISCONDUCT BY C/O PAYNE WHO TOOK POSSESSION OF MY PROPERTY WHERES THE VIDEO SURVEILLANCE  TAPE THAT WAS USED AT THE MISCONDUCT HEARING TO SUPPORT MY CLAIM.

I WOULD LIKE TO KNOW WHAT STATE OF MICHIGAN COURT HAS JURISDICTON OR FEDERAL COURT IN THIS PROPERTY MATTER IS THIS A STATE TORT CLAIM  OR FEDERAL TORT CLAIM OR 42 U.S.C. 1983 CLAIM. AS TO C/O PAYNE AND SGT ROOT WHO ACTUALLY HAD TOOK POSSESSION OF SAID PROIPERTY.

I RESPECTFULLY REQUEST THE APPEAL PROCEDURES IN THIS ABOVE MATTER ALONE WITH THE PROPER DOCUMENTATION XMBXBXX FROM THE INVESTIGATION AND APPEAL PROCEDURES DOCUMENTATION AND THE PROPER COURT JURISDICTION TO APPEAL TOO IN THIS MATTER., AS PART OF MY DUE PROCESS RIGHTS TO THE FORUTEENTH AMEND-MENT.,A FAIR IMPARTIAL HEARING. AS I WAS NOT PART OF ANY OF THE ABOVE AS STAFF ACTIONS VIOLATED THE CONSTITUTIONAL RIGHTS STATE AND FEDERAL OF THE STATE OF MICHIGAN THATS GUARANTEE.

I REQUEST THE ADMINISTRATIVE BOARD MEMBERS RECONSIDERATION TO MY EX CLAIM IN THE AMOUNT OF $908.94 AND NOT THE AMOUNT GIVEN OF $124.14 THAT WAS FINAL AND TAKEN BY M.D.O.C STAFF FOR RESTITUTION.

REPLACE THE ITEMS AS REQUESTED IN THE CLAIM AND GRIEVANCE OR FULL REIMBURSEMENT SO I CAN REORDER WHAT I HAD THAT WAS LISTED ALONE WITH THE RECEIPTS. OR THE GRIEVANCE REQUEST IF MATTER PROCEED TO THE COURT THE $25,000.00 PER STAFF AS THE VIDEO TAPE CLEARLY SHOWS STAFF FILED FALSE MISCONDUCT REPORT C/O PAYNE AND SGT ROOT AS THESE SAME STAFF C/O PAYNE AND SGT ROOT TOOK SOLE POSSESSION OF ALL MY PERSONAL PROPERTY UNDER FALSE PRETENSE AND THE XMBX 19 DAYS HELD IN SEGREGATION/MXXXM DETENTION THE WITH-HOLDING OF SECURITY SURVEILLANCE TAPE VIDEO EVIDENCE OF ACTUAL INNOCENT TO THE ADMINISTRATIVE LAW JUDGE AND 19 DAYS LATER TURN IT OVER SHOWS M.D.O.C STAFF CORRUPTION WITH DELIBERATE INDIFFERENCE AND RETALIATION.



IF THE BOARD MEMBERS OR OFFICE OF LEGAL AFFAIRS CAN FIND MY PROPERTY ITEMS AT THE PRICES LISTED THEY PROVIDED AND NEW AS MINES WAS I'LL BE WILLING TO EXCEPT THEM AS I GOT MY PROPERTY SALES SOME OF IT, AS I WOULD SURELY NEED THE PROPERTY, AS THE M.D.O.C HAVE NOT PROVIDE ME A JOB DETAIL TO MAINTAIN A NORMAL LIVING.

YET MY FAMILY PROVIDED THE FUNDS.

I REQUEST THE COURT THAT HAS JURISDICTION IN THIS MATTER, AND THE PROPER APPEAL DOCUMENTS TO THE CLAIM, NOTICES, RULES, OF APPEAL AND DISCOVERY PACKAGE THAT WAS USED IN THE ABOVE MATTER.

I PRAY FOR A RESPONSE IN THE ABOVE MATTER.

RESPECTFULLY SUBMITTED BY:

CEDRIC BELL #248097
MACOMB CORR.FAC.
34625-26 MILE ROAD
LEONX TOWNSHIP, MICHIGAN. 48048

C/C FILED 5 COPIES
ADMINISTRATIVE BOARD OF CLAIMS(TAMMY COOPER, JODY WASHINGTON AN MEMBERS):
MICHIGAN COURT OF CLAIMS :
FEDERAL DISTRICT COURT:

CMEB

3

# EXHIBIT
# F

8 PAGES

# FALSE MISCONDUCT
# BY CURTIS / RUAL

GRIEVANCE

JCF-18-04-1964-28E

5 PAGES
1, 2, 3

MICHIGAN DEPARTMENT OF CORRECTIONS

**MISCONDUCT REPORT**

CSJ-228
10/10   4835-3228

| Prisoner Number: 248097 | Prisoner Name: Bell | Facility Code: JCF | Lock: B-24 | Violation Date: 7/25/2018 |
|---|---|---|---|---|

| Time and Place of Violation: 2003 North Cotton Yard Shack | Contraband Removal Record Provided to Prisoner? ☐ Yes  Date _____  ☒ N/A |
|---|---|

Misconduct Class:  ☐ I  ☒ II  ☐ III     Charge(s): Disobeying A Direct Order

Describe Violation  (If contraband involved, describe in detail; identify any other employee witnesses):
On 7/25/2018 at 2003 hours after a conversation I instructed prisoner Bell that he was to remain locking in bunk B-24 for the night while I awaited permission from the Housing Deputy Warden to move him to a single bunk cell. Prisoner Bell responded " Let me go get my property and you can take me back to the hole".  Prisoner Bell did not consent to locking in his assigned lock. Prisoner Bell was placed in restraints and taken to segregation. Prisoner Bell was identified by his OTIS Facesheet.

| Reporting Staff Member's Name (Print) Sgt. Curtis | Reporting Staff Member's Signature | Date and Time Written 7/25/2018 2035 |
|---|---|---|

**REVIEW**

Location/Verification/Condition of Evidence:

Elevated to Class I at review:  ☐ No  ☒ Yes     If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OR CLASS I MISCONDUCT**

| Status Pending Hearing:  ☐ Bond  ☐ Non-Bond List  ☒ Segregation  ☐ Confinement to Cell/Room  ☐ Other | |
|---|---|
| Reason if Non-Bond:  ☐ Bond Revoked (must give reason) | |

| Date and Time Given this  Status: | Who Notified in Housing Unit of  Status: |
|---|---|

| Hearing Investigator Requested?  ☐ No  ☒ Yes | Witnesses Requested?  ☐ No  ☐ Yes  If yes, list: |
|---|---|

| Relevant Documents Requested?  ☐ No  ☒ Yes  If yes, list: | |
|---|---|

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing?  ☐ No  ☐ Yes  Hearing Date: |
|---|---|

| Reviewing Officer's Name (Print ) | Reviewing Officer's Signature | Review Date and Time |
|---|---|---|

| I have received a copy of this report. My signature does not necessarily mean that I agree with the report.  ☐ Prisoner refused to sign.  Copy given to prisoner. | Prisoner's Signature | Date |
|---|---|---|

**WAIVER OF CLASS I OR II HEARING**

| I understand I have a right to a hearing.  I waive my right to a hearing and plead guilty to all charges.  I also waive my right to appeal and accept the sanctions imposed. | Prisoner's Signature | Date |
|---|---|---|

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

| ____ Days Toplock | Begins: ____ | Ends: ____ | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|
| ____ Days Loss of Privileges | Begins: ____ | Ends: ____ | ☐ $ ____ Restitution (Class II only) |
| ____ Hours Extra Duty | Begins: ____ | Ends: ____ | |

Property Disposition If Applicable: _____

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |
|---|---|---|

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |
|---|---|---|

Distribution:  Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)