

HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

---

**H&P by Amir Sankari, MD at 02/03/17 0932 (continued)**

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > AS1.2 | 02/06/17 0854 | Amir Sankari, MD | Hospitalist | Sign |
| AS1.1 | 02/03/17 0939 | Amir Sankari, MD | Hospitalist | Sign |

---

**Consults by Firas Yazigi, MD at 02/03/17 1035**

Author: Firas Yazigi, MD
Filed: 02/03/17 1123
Editor: Firas Yazigi, MD (Physician)

Service: Cardiology - General
Note Type: Consults

Author Type: Physician
Status: Signed

Consult Orders:
1. Consult to Cardiology [244249170] ordered by Salvador Rojas, MD at 02/03/17 0934



**Cardiology**

**Joseph Naoum, MD, FACC**
**Natesh Lingam, MD, FACC**
**Firas Yazigi, MD, FACC**
**Vijay R. Patel, MD, FACC**
**Bradley Grincewicz, PA-C**
**Jaclyn Kournoian, NP-C**

This is a cardiology consultation staffed with attending Cardiologist Firas Yazigi, MD by[JK1.1] JACLYN KOURNOIAN, CNP[JK1.2]-C for[JK1.1] Cedric Bell[JK1.2] on[JK1.1] February 3, 2017[JK1.2].

**Primary Reason for Consultation:** Abnormal troponin

**HPI:**[JK1.1] Cedric Bell[JK1.2] is a[JK1.2] 52 y.o.[JK1.2] African American[JK1.1] male[JK1.2] with a past medical history of multiple gunshot wounds, Foot drop, former smoker, marijuana smoker presented to the emergency department from prison status post fall. Patient states he was walking back to his[JK1.1] cell[FY1.1] when his left knee gave out he fell to the ground hitting his right side. He los[JK1.1][FY1.1] consciousness after impact on the ground. When he came to he denies any confusion. Denies any loss of bowel or bladder function. Cardiology consulted for elevated troponin. Patient denies any dizziness, chest pain, chest pressure, exertional chest pain, palpitations or shortness of breath. Patient denies any previous syncopal episodes. On presentation troponin 0.08, 0.06, 0.04, EKG normal sinus rhythm without acute ischemic changes. Patient denies any previous cardiac workup. He is a former smoker. He occasionally smokes marijuana. He denies any family history of premature heart disease.

**Past Medical History:**[JK1.1]
**Past Medical History**

---

Generated on 2/6/2017 9:11 AM

9 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP                                          MRN: 34648424
15855 19 Mile Road                               DOB: 8/11/1964, Sex: M
Clinton Twp MI 48038-3504                        Adm: 2/2/2017, D/C: 2/3/2017

---

**Consults by Firas Yazigi, MD at 02/03/17 1035 (continued)**

Diagnosis                                                    Date
- Liver disorder
    *spot on liver ? found on CT*[JK1.2]


**Past Surgical History:**[JK1.1]
No past surgical history on file.[JK1.2]


**Social History:**[JK1.1]
**History**
Smoking Status
- Former Smoker
- Types:                          Cigarettes
- Quit date:                      1/1/1998
Smokeless Tobacco
- Not on file


**History**
Alcohol Use                                                  No


**History**
Drug Use
- Yes
- Special:                        Marijuana
    *Comment: 1997 last*[JK1.2]


**Family History:**[JK1.1]
No family history on file.[JK1.2]

**Allergies:**[JK1.1] Review of patient's allergies indicates not on file.[JK1.2]

**Home Medications:**[JK1.1]
No current facility-administered medications on file prior to encounter.

No current outpatient prescriptions on file prior to encounter.[JK1.2]


**REVIEW OF SYSTEMS**
**GENERAL:** No fever, chills, weakness or fatigue, weight: has been stable
**HEENT:** No blurred vision, double vision, hearing loss, sore throat or rhinorrhea.
**CV:** negative for chest pain, chest pressure/discomfort, dyspnea, exertional chest
pressure/discomfort, HTN, Hyperlipidemia and palpitations, Denies increased lower extremity edema
**RESP:** No SOB, wheezes, or cough,
**GI:** No nausea or vomiting. No abdominal pain. No constipation or diarrhea,
**GU:** No dysuria or hematuria,

Generated on 2/6/2017  9:11 AM

10 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

---

**Consults by Firas Yazigi, MD at 02/03/17 1035 (continued)**

**MUSCULOSKELETAL:** Patient complains of buckling of left knee on occasion, foot drop
**INTEGUMENTARY:** No rashes, lesions or wounds.
**NEURO:** No seizures, syncope, memory loss or paresthesia.
**ENDOCRINE:** No thyroid trouble, No excessive thirst or urination and No history of diabetes
**HEMATOLOGIC:** No bleeding tendencies, no history of DVT/PE, no recent prolonged immobility

**Current Hospital Medications:**

**Continuous Infusions:**

**PRN Meds:**[JK1.1]
acetaminophen[JK1.2]

**PHYSICAL EXAM**
VITALS:[JK1.1]
**Vitals:**

|  | 02/02/17 2330 | 02/03/17 0300 | 02/03/17 0737 | 02/03/17 1001 |
|---|---|---|---|---|
| BP: | (!) 141/84 | 110/63 | 115/71 | 125/75 |
| BP Location: | Left upper arm | Left upper arm |  |  |
| Pulse: | 86 | 69 | 83 | 84 |
| Resp: | 18 | 18 | 17 | 17 |
| Temp: | 36.3 °C (97.3 °F) |  | 36.2 °C (97.2 °F) |  |
| TempSrc: | Oral |  | Oral |  |
| SpO2: | 95% |  | 96% | 96% |
| Weight: |  |  |  |  |
| Height:[JK1.2] |  |  |  |  |

**GENERAL:**healthy, alert, cooperative, oriented, and in no acute distress
**HEAD:** Normocephalic, without obvious abnormality, atraumatic
**NECK:** normal and supple No JVD; No carotid bruit
**LUNGS:** normal effort Equal air entry, clear to ausculation
**HEART:** Normal S1S2 rhythm regular and rate normal, No MRG appreciated
**ABDOMEN:** soft, nondistended, normal bowel sounds and nontender
**EXTREMITIES:** no edema negative erythema

| L radial | 2+ | R radial | 2+ |
|---|---|---|---|
| L posterior tibial | 2+ | R posterior tibial | 2+ |
| L dorsalis pedis | 2+ | R dorsalis pedis | 2+ |

**NEUROLOGIC:** Alert and Oriented x 3 and Symmetric strength, Moving all extremities
**SKIN:** Warm, dry, No erythema, ecchymosis, lesions, wounds or rashes noted[JK1.1]

---

Generated on 2/6/2017 9:11 AM

11 of 36



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

**Consults by Firas Yazigi, MD at 02/03/17 1035 (continued)**

**Lab Results**

| Component | Value | | Date |
|---|---|---|---|
| TROPONIN I | 0.04 | | 02/02/2017 |
| NAS | 141 | | 02/02/2017 |
| BUN | 12 | | 02/02/2017 |
| CREATININE | 1.05 | | 02/02/2017 |
| POTASS | 4.0 | | 02/02/2017 |
| MG | 2.0 | | 02/02/2017 |
| WBC | 7.4 | | 02/02/2017 |
| HGB | 14.7 | | 02/02/2017 |
| MCV | 84.8 | | 02/02/2017 |
| PLT | 199 | | 02/02/2017 |
| INR | 1.04 | | 02/02/2017[JK1.2] |

All labs were reviewed. Telemetry was reviewed and presented to the Cardiologist who determined if any significant arrhythmias were present. All radiographic testing, including CT/MRI scans and X-rays, were also reviewed. Any echocardiograms; EKGs, cardiac stress tests, and cardiac catheterizations that are available were not only reviewed but also compared with previous test results at this facility.

Plan of care with discussed with patient and any available family members in detail. Subjective and objective findings were discussed with the attending cardiologist in detail.    [JK1.1]

**Impression:**[FY1.1]

1. Status post[JK1.1] mechanical[FY1.1] fall,  CT negative for acute process
2. Loss of consciousness secondary to trauma[JK1.1]/ concussion[FY1.1]
3. MI[JK1.1]nimal[FY1.1] elevation in troponin[JK1.1] in[FY1.1] clinical setting of trauma
4. History of multiple gunshot injuries to the lower extremities[JK1.1]
5. Questionable history of liver disease

**Recommendations:**[FY1.1]

1. Troponin trending down peak 0.08 of unknown significance possibly secondary to[JK1.1] blunt[FY1.1] trauma.  Patient denies any chest pain, chest pressure, exertional chest pain.  EKG normal sinus rhythm without acute ischemic changes.  No clinical[JK1.1] evidence of[FY1.1] ACS
2. Loss of consciousness likely secondary to trauma[JK1.1] and concussion[FY1.1].  No malignant arrhythmias noted on telemetr[JK1.1]y
3. Would recommend no further cardiac work up at this time
4[FY1.1]. Strongly encouraged continued smoking cessation
5.[JK1.1] Stable for discharge from cardiac standpoint

Generated on 2/6/2017  9:11 AM

12 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

**Consults by Firas Yazigl, MD at 02/03/17 1035 (continued)**

Further recommendation will be dictated based on patient's clinical course. Thank you Dr.[FY1.1] Salvador Rojas, MD[FY1.2] and Dr.[FY1.1] No primary care provider on file.[FY1.2] for allowing me to participate in the cardiac care of this interesting patient.[FY1.1]

This dictation was prepared using voice-to-text software. As a result, errors may occur. When identified, these errors have been corrected. While every attempt is made to correct errors during dictation, errors may still exist.[JK1.1]

**Revision History**

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > FY1.2 | 02/03/17 1123 | Firas Yazigl, MD | Physician | Sign |
| FY1.1 | 02/03/17 1118 | Firas Yazigl, MD | Physician | |
| JK1.2 | 02/03/17 1114 | Jaclyn Koumoian, CNP | Nurse Practitioner | Sign |
| JK1.1 | 02/03/17 1035 | Jaclyn Koumoian, CNP | Nurse Practitioner | |

**Results**

Chest 1 view (including portable)
(Accession 32921151) (Order 244111047)

**Imaging Information**

**Exam Information**

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| Chest 1 view (including portable) | Final | Thu Feb 2, 2017 12:50 PM | Thu Feb 2, 2017 1:05 PM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Danny Ma, MD | Feb 2, 2017 | Danny Ma, MD | Feb 2, 2017 |

**Study Result**

Patient MRN: 34648424
Patient Location: MAC
Requesting Physician: CHOPRA AMIT

| Date/Time | Exam Description | PACS Acc # |
|---|---|---|
| 2/2/2017 1:05 PM | CHEST 1 VIEW | 032921151 |

History: Unspecified fall initial encounter W 19.XXXA, Z04.3 encounter for examination positive aeration following accident. Fall

Technique: Frontal view the chest.

Page 13

Generated on 2/6/2017  9:11 AM

13 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP                                    MRN: 34648424
15855 19 Mile Road                         DOB: 8/11/1964, Sex: M
Clinton Twp MI 48038-3504                  Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Study Result (continued)

Comparison study 08/09/2009.

Findings:

Low lung volumes. There is no consolidation, pneumothorax, pleural effusion. Pulmonary vessels are normal.

There is bullet shrapnel or the right hemithorax and over the left lateral chest wall region. Otherwise bones are intact.

Impression: No acute pulmonary process.

Report reviewed and signed: DANNY MA, MD
Date signed: 2/2/2017 1:14 PM

### Questionnaire

| Order Entry | | |
|---|---|---|
| Question | Answer | Comment |
| 1. Is this exam portable? | Yes | |
| 2. Reason for Exam | Fall R/O fracture | |
| 3. If this injury is related to an accident, enter the date of the accident/injury: | | |
| 4. Contact number for exam questions: | | |
| 5. Is the patient ready for radiology? | Yes | |

**Results**                                    CT head without contrast (Accession 32921153) (Order 244111050)

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT head without contrast | Final | Thu Feb 2, 2017 12:50 PM | Thu Feb 2, 2017 2:28 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Danny Ma, MD | Feb 2, 2017 | Danny Ma, MD | Feb 2, 2017 |

Printed on 2/6/2017 9:11 AM

14 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP                                  MRN: 34648424
15855 19 Mile Road                       DOB: 8/11/1964, Sex: M
Clinton Twp MI 48038-3504                Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Study Result

Patient MRN: 34648424
Patient Location: MAC
Requesting Physician: CHOPRA AMIT

Date/Time        Exam Description        PACS Acc #
2/2/2017 2:28 PM   CT HEAD WITHOUT CONTRAST WITH     032921153

History: S09.90 XA. Injury of head. Trauma.

Technique: CT head is obtained without IV contrast.

Comparison: No prior CT head for comparison.

Findings: There is no acute intracranial hemorrhage, midline shift, or
mass effect. The ventricles are symmetric and normal size. No
extra-axial fluid collection. There is bilateral basal ganglia
calcification. Normal gray-white matter differentiation is seen.
Orbits intact.

There is thickening of the ethmoid air cells and right sphenoid sinus.

Impression:
No acute intracranial process. Mild sinus disease.

Report reviewed and signed: DANNY MA, MD
Date signed: 2/2/2017 2:57 PM

### Questionnaire

Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1.Protocol decision preference: | Radiologist determines exam protocol including IV contrast | |
| 2.Reason for Exam | Head trauma R/O bleed | |
| 3.Contact number for exam questions: | | |
| 4.If this injury is related to an accident, enter the date of the accident/injury: | | |
| 5.Is the patient ready for radiology? | Yes | |

### Results

CT cervical spine without contrast
(Accession 32921154) (Order 244111051)

15 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)
## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CT cervical spine without contrast | | Final | Thu Feb 2, 2017 12:50 PM | Thu Feb 2, 2017 2:28 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Danny Ma, MD | Feb 2, 2017 | Danny Ma, MD | Feb 2, 2017 |

### Study Result

Patient MRN: 34648424
Patient Location: MAC
Requesting Physician: CHOPRA AMIT

| Date/Time | Exam Description | PACS Acc # |
|---|---|---|
| 2/2/2017 2:28 PM | CT CERVICAL SPINE WITHOUT CONT | 032921154 |

History: Unspecified Fall W19.XXXA, Z04.3. Encounter for examination observation following accident. Evaluate for fracture.

Technique: CT cervical spine obtained without IV contrast. Two-dimensional and three-dimensional images obtained on an independent workstation for better evaluation of the cervical spine anatomy.

Comparison: No prior CT for comparison.

Findings: Normal curvature and anatomic alignment of the cervical spine. Vertebral body heights and disc spacing are normal. Odontoid process and lateral masses are satisfactory. Facets are aligned. Likely tiny Schmorl's node in the superior endplate of C4. Minimal spurring at C1-C2. No acute fracture subluxation. Central canal is patent. Prevertebral soft tissues within normal limits.

Impression:
No acute fracture or malalignment.

Report reviewed and signed: DANNY MA, MD
Date signed: 2/2/2017 3:00 PM

Printed on 2/6/2017 9:11 AM

16 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Questionnaire

#### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1.Protocol decision preference: | Radiologist determines exam protocol including IV contrast | |
| 2.Reason for Exam | Fall R/O fracture | |
| 3.Contact number for exam questions: | | |
| 4.If this injury is related to an accident, enter the date of the accident/injury: | | |
| 5.Is the patient ready for radiology? | Yes | |

---

### Order

Magnesium [LAB103] (Order 244111044)

**Magnesium [244111035]**                                                    Status: **Completed**
   Electronically signed by: Ian Skinner, DO on 02/02/17 1249
   Ordering user: Ian Skinner, DO 02/02/17 1249          Ordering provider: Ian Skinner, DO
   Authorized by: Amit Chopra, DO
   Frequency: Once 02/02/17 1249 – 1 Occurrences

---

### Result

Magnesium (Order 244111044)

Resulted: 02/02/17 1550, Result status: Final result

**Magnesium [244111044]**
   Ordering provider:   Ian Skinner, DO  02/02/17 1249     Resulting lab:   HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91285_20170 202135000MG | Serum | | 02/02/17 1440 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.0 | 1.8 – 2.3 mg/dL | | MCT |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 – MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

---

### Order

Basic Metabolic Profile [LAB15] (Order 244111045)

**Basic Metabolic Profile [244111036]**                                      Status: **Completed**
   Electronically signed by: Ian Skinner, DO on 02/02/17 1249
   Ordering user: Ian Skinner, DO 02/02/17 1249          Ordering provider: Ian Skinner, DO

Printed on 2/6/2017 9:11 AM



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Basic Metabolic Profile [244111036] (continued)

Authorized by: Amit Chopra, DO
Frequency: Now 02/02/17 1249 – 1 Occurrences

### Result

**Basic Metabolic Profile (Order 244111045)**

Resulted: 02/02/17 1550, Result status: Final
result

**Basic Metabolic Profile [244111045]**

| | | | |
|---|---|---|---|
| Ordering provider: Ian Skinner, DO 02/02/17 1249 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91285_20170 202135000LYT 7 | Serum | | 02/02/17 1440 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 135 – 145 mmol/L | | MCT |
| Potassium | 4.0 | 3.5 - 5.0 mmol/L | | MCT |
| Chloride | 103 | 98 – 111 mmol/L | | MCT |
| Carbon Dioxide | 29 | 21 – 35 mmol/L | | MCT |
| Anion Gap | 9 | 3 – 13 | | MCT |
| Blood Urea Nitrogen | 12 | 10 - 25 mg/dL | | MCT |
| Creatinine | 1.05 | <1.13 mg/dL | | MCT |
| Glucose | 84 | 50 - 140 mg/dL | | MCT |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | | MCT |
| GFR NonAfrican American | 81 | >60 ml/min/1.73m2 | | MCT |
| GFR African American | 94 | >60 ml/min/1.73m2 | | MCT |

Comment:
(NOTE)

GFR formula clinically validated in metabolically stable patients, age 18 to 70. GFR calculated using the CKD-EPI equation.
Reference: AJKD Vol.39, Sup.1 2002, pgs S46 to S75
For more information, please visit the Henry Ford Health System Pathology Department's electronic Laboratory User's Guide, search for GFR and see the links to the National Kidney Foundations GFR calculators at the bottom.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB | Unknown | 15855 19 Mile Road Clinton Township MI | 08/06/12 0908 - Present |

Generated on 2/6/2017 9:11 AM

18 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| | CLINTON TOWNSHIP LABORATORY | | 48038 | |

**Order** — CBC and Differential [LAB293] (Order 244111046)

### CBC and Differential [244111037]

Status: **Completed**

Electronically signed by: Ian Skinner, DO on 02/02/17 1249
Ordering user: Ian Skinner, DO 02/02/17 1249
Authorized by: Amit Chopra, DO
Frequency: Now, 02/02/17 1249 – 1 Occurrences

Ordering provider: Ian Skinner, DO

**Result** — CBC and Differential (Order 244111046)

Resulted: 02/02/17 1511, Result status: Final result

### CBC and Differential [244111046]

Ordering provider:   Ian Skinner, DO  02/02/17 1249

Resulting lab:   HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91285_20170 202135000CB CD | Serum | | 02/02/17 1440 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count | 7.4 | 3.8 - 10.6 K/uL | | MCT |
| RBC Count | 5.07 | 4.40 - 6.00 M/uL | | MCT |
| Hemoglobin | 14.7 | 13.5 - 17.0 g/dL | | MCT |
| Hematocrit | 43.0 | 41 - 53 % | | MCT |
| MCV | 84.8 | 80 - 100 fl | | MCT |
| MCH | 28.9 | 26 - 34 pg | | MCT |
| MCHC | 34.1 | 31 - 37 g/dL | | MCT |
| RDW | 14.1 | <14.5 % | | MCT |
| Platelet Count | 199 | 150 - 450 K/uL | | MCT |
| Neutrophil,% | 73 | % | | MCT |
| Lymphocyte,% | 20 | % | | MCT |
| Monocyte,% | 6 | % | | MCT |
| Eosinophil,% | 0 | % | | MCT |
| Basophil,% | 1 | % | | MCT |
| Neutrophil, Absolute | 5.40 | 1.80 - 7.70 K/uL | | MCT |
| Lymphocytes Absolute | 1.50 | 1.10 - 4.00 K/uL | | MCT |
| Monocytes, Absolute | 0.40 | 0.00 - 0.80 K/uL | | MCT |
| Eosinophils, Absolute | 0.00 | 0.00 - 0.70 K/uL | | MCT |
| Basophils, Absolute | 0.10 | 0.00 - 0.20 K/uL | | MCT |

Generated on 2/6/2017  9:11 AM

19 of 30



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Testing Performed By

| Lab – Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

### Order

Liver Profile [LAB20] (Order 244111059)

**Liver Profile [244111056]**

Electronically signed by: Ian Skinner, DO on 02/02/17 1348
Ordering user: Ian Skinner, DO 02/02/17 1348
Authorized by: Amit Chopra, DO
Frequency: Now 02/02/17 1349 – 1 Occurrences

Status: **Completed**

Ordering provider: Ian Skinner, DO

### Result

Liver Profile (Order 244111059)

Resulted: 02/02/17 1531, Result status: Final result

**Liver Profile [244111059]**

Ordering provider:  Ian Skinner, DO  02/02/17 1348     Resulting lab:  HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91292_20170 202135000LIV R | Serum | | 02/02/17 1440 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST/SGOT | 24 | <35 IU/L | | MCT |
| ALT/SGPT | 35 | <78 IU/L | | MCT |
| Protein, Total, Serum | 8.0 | 6.0 - 8.3 g/dL | | MCT |
| Albumin | 4.3 | 3.7 - 4.8 g/dL | | MCT |
| Bilirubin, Total | 0.3 | <1 mg/dL | | MCT |
| Bilirubin, Direct | 0.1 | 0 - 0.3 mg/dL | | MCT |
| Alkaline Phosphatase | 75 | <130 IU/L | | MCT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

### Order

PT/INR/PTT [LAB10079] (Order 244111060)

**PT/INR/PTT [244111057]**

Generated on 2/6/2017 9:11 AM

20 of 36



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/2/2017, D/C: 2/3/2017

## Imaging Information (continued)

### PT/INR/PTT [244111057] (continued)

Electronically signed by: Ian Skinner, DO on 02/02/17 1348          Status: **Completed**
Ordering user: Ian Skinner, DO 02/02/17 1348          Ordering provider: Ian Skinner, DO
Authorized by: Amit Chopra, DO
Frequency: Once 02/02/17 1349 - 1 Occurrences

### Result

PT/INR/PTT (Order 244111060)

Resulted: 02/02/17 1517, Result status: Final
result

### PT/INR/PTT [244111060]

Ordering provider:   Ian Skinner, DO  02/02/17 1348          Resulting lab:   HENRY FORD MACOMB CLINTON
TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91292_20170 | Serum | | 02/02/17 1440 |
| 202135000CO | | | |
| AGS | | | |

#### Components

| | Value | Reference Range | Flag | Lab MCT |
|---|---|---|---|---|
| Prothrombin Time | 13.4 | 12.1 - 14.5 sec | | MCT |
| INR | 1.04 | | | |

Comment:
Usual Intensity Therapeutic Range.. 2.0 to 3.0
High Intensity Therapeutic Range... 2.5 to 3.5
Common Critical Alarm Value............. 5.0

| | | | | |
|---|---|---|---|---|
| PTT | 27 | 22 - 36 sec | | MCT |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

BNP [LAB106] (Order 244111061)

### Order

#### BNP [244111058]

Electronically signed by: Ian Skinner, DO on 02/02/17 1348          Status: **Completed**
Ordering user: Ian Skinner, DO 02/02/17 1348          Ordering provider: Ian Skinner, DO
Authorized by: Amit Chopra, DO
Frequency: Once 02/02/17 1349 - 1 Occurrences

BNP (Order 244111061)

### Result

Resulted: 02/02/17 1526, Result status: Final
result

#### BNP [244111061]

Ordering provider:   Ian Skinner, DO  02/02/17 1348          Resulting lab:   HENRY FORD MACOMB CLINTON

Generated on 2/6/2017 9:11 AM

21 of 30



| | HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC | |
|---|---|---|
| | TOWNSHIP | MRN: 34648424 |
| | 15855 19 Mile Road | DOB: 8/11/1964, Sex: M |
| | Clinton Twp MI 48038-3504 | Adm: 2/2/2017, D/C: 2/3/2017 |

## Imaging Information (continued)

Resulted: 02/02/17 1526, Result status: Final result

### BNP [244111061] (continued)

TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H91292_20170 202135000BN P | Serum | | 02/02/17 1440 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BNP Result | 13 | <50 pg/mL | | MCT |
| Comment: Assay performed by SIEMENS Centaur | | | | |
| BNP Comment | | Interpretativ e Comment: | | MCT |

Comment:
Low Level: <50 pg/mL, CHF unlikely.
Intermediate Level: 51 to 200 pg/mL, CHF possible.
High Level: >200 pg/mL, CHF probable.
A BNP >50 pg/mL may exist in patients with chronic compensated CHF. A BNP >50 pg/mL may also be seen in normal elderly females, and in patients with valvular heart disease, acute coronary syndromes, acute PE, or cardiomyopathy.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

Salicylate level [LAB34] (Order 244249185)

### Salicylate level [244249177]

Status: **Completed**

Electronically signed by: **Jessica Pearl Bennett, DO on 02/03/17 2056**
Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056     Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2057 - 1 Occurrences

## Result

Salicylate level (Order 244249185)

Resulted: 02/03/17 2208, Result status: Final result

### Salicylate level [244249185]

| | | | |
|---|---|---|---|
| Ordering provider: | Jessica Pearl Bennett, DO 02/03/17 2056 | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 | Serum | | 02/03/17 2134 |

Generated on 2/6/2017 9:11 AM



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

Resulted: 02/03/17 2208, Result status: Final result

### Salicylate level [244249185] (continued)
0203210100SA
LI

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Salicylate | 3.0 | 0.0 - 30.0 mg/dL | | MCT |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

ABNORMAL Acetaminophen level [LAB43]
(Order 244249186)

### Acetaminophen level [244249178]

Status: Completed

Electronically signed by: **Jessica Pearl Bennett, DO** on 02/03/17 2056
Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056    Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2057 - 1 Occurrences

## Result

ABNORMAL Acetaminophen level (Order 244249186)

Resulted: 02/03/17 2208, Result status: Final result

### Acetaminophen level [244249186] (Abnormal)
Ordering provider: Jessica Pearl Bennett, DO 02/03/17 2056    Resulting lab: HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 0203210100AC MN | Serum | | 02/03/17 2134 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Acetaminophen, Serum | <4.0 | 10 - 30 ug/mL | L | MCT |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

Generated on 2/6/2017 9:11 AM

23 of 36



| | HFMH MACOMB HOSPITAL CLINTON BELL, CEDRIC | |
|---|---|---|
| | TOWNSHIP | MRN: 34648424 |
| | 15855 19 Mile Road | DOB: 8/11/1964, Sex: M |
| | Clinton Twp MI 48038-3504 | Adm: 2/3/2017, D/C: 2/3/2017 |

## Imaging Information (continued)

### Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| | TOWNSHIP LABORATORY | | | |

### Order

Ethanol [LAB46] (Order 244249187)

#### Ethanol [244249179]

Status: **Completed**

Electronically signed by: **Jessica Pearl Bennett, DO** on 02/03/17 2056

Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056 — Ordering provider: Jessica Pearl Bennett, DO

Authorized by: Jillian Davis-Baumann, DO

Frequency: Once 02/03/17 2057 - 1 Occurrences

### Result

Ethanol (Order 244249187)

Resulted: 02/03/17 2208, Result status: Final result

#### Ethanol [244249187]

| Ordering provider: | Jessica Pearl Bennett, DO 02/03/17 2056 | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 0203210100AL CO | Serum | | 02/03/17 2134 |

#### Components

| | Value | Reference Range % | Flag | Lab MCT |
|---|---|---|---|---|
| Alcohol | Negative | | | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

### Order

CBC and Differential [LAB293] (Order 244249188)

#### CBC and Differential [244249180]

Status: **Completed**

Electronically signed by: **Jessica Pearl Bennett, DO** on 02/03/17 2056

Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056 — Ordering provider: Jessica Pearl Bennett, DO

Authorized by: Jillian Davis-Baumann, DO

Frequency: Once 02/03/17 2057 - 1 Occurrences

### Result

CBC and Differential (Order 244249188)

Generated on 2/6/2017 9:11 AM

Page 24

24 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP                                    MRN: 34648424
15855 19 Mile Road                          DOB: 8/11/1964, Sex: M
Clinton Twp MI 48038-3504                   Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

Resulted: 02/03/17 2145, Result status: Final
result

### CBC and Differential [244249188]

| Ordering provider: | Jessica Pearl Bennett, DO 02/03/17 2056 | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|

**Specimen Information**

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 0203210100CB CD | Serum | | 02/03/17 2134 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count | 6.9 | 3.8 - 10.6 K/uL | | MCT |
| RBC Count | 5.04 | 4.40 - 6.00 M/uL | | MCT |
| Hemoglobin | 14.6 | 13.5 - 17.0 g/dL | | MCT |
| Hematocrit | 43.1 | 41 - 53 % | | MCT |
| MCV | 85.4 | 80 - 100 fl | | MCT |
| MCH | 28.9 | 26 - 34 pg | | MCT |
| MCHC | 33.9 | 31 - 37 g/dL | | MCT |
| RDW | 14.0 | <14.5 % | | MCT |
| Platelet Count | 211 | 150 - 450 K/uL | | MCT |
| Neutrophil,% | 70 | % | | MCT |
| Lymphocyte,% | 21 | % | | MCT |
| Monocyte,% | 6 | % | | MCT |
| Eosinophil,% | 2 | % | | MCT |
| Basophil,% | 1 | % | | MCT |
| Neutrophil, Absolute | 4.80 | 1.80 - 7.70 K/uL | | MCT |
| Lymphocytes Absolute | 1.50 | 1.10 - 4.00 K/uL | | MCT |
| Monocytes, Absolute | 0.40 | 0.00 - 0.80 K/uL | | MCT |
| Eosinophils, Absolute | 0.10 | 0.00 - 0.70 K/uL | | MCT |
| Basophils, Absolute | 0.10 | 0.00 - 0.20 K/uL | | MCT |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

**Order**

ABNORMAL Comprehensive Metabolic
Profile [LAB17] (Order 244249190)

### Comprehensive Metabolic Profile [244249182]

Status: **Completed**

Electronically signed by: Jessica Pearl Bennett, DO on 02/03/17
2056
Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056    Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2057 - 1 Occurrences

Generated on 2/6/2017 9:11 AM

25 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Comprehensive Metabolic Profile [244249182] (continued)

**Result**        **ABNORMAL Comprehensive Metabolic Profile (Order 244249190)**

Resulted: 02/03/17 2208, Result status: Final result

**Comprehensive Metabolic Profile [244249190] (Abnormal)**

| Ordering provider: | Jessica Pearl Bennett, DO 02/03/17 2056 | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 0203210100BC PRO | Serum | | 02/03/17 2134 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 97 | 50 - 140 mg/dL | | MCT |
| Sodium | 141 | 135 - 145 mmol/L | | MCT |
| Potassium | 4.0 | 3.5 - 5.0 mmol/L | | MCT |
| Chloride | 101 | 98 - 111 mmol/L | | MCT |
| Carbon Dioxide | 31 | 21 - 35 mmol/L | | MCT |
| Anion Gap | 9 | 3 - 13 | | MCT |
| Blood Urea Nitrogen | 13 | 10 - 25 mg/dL | | MCT |
| Creatinine | 1.08 | <1.13 mg/dL | | MCT |
| AST/SGOT | 39 | <35 IU/L | H | MCT |
| ALT/SGPT | 39 | <78 IU/L | | MCT |
| Alkaline Phosphatase | 77 | <130 IU/L | | MCT |
| Bilirubin, Total | 0.4 | <1 mg/dL | | MCT |
| Calcium | 9.5 | 8.5 - 10.5 mg/dL | | MCT |
| Protein, Total, Serum | 7.9 | 6.0 - 8.3 g/dL | | MCT |
| Albumin | 4.2 | 3.7 - 4.8 g/dL | | MCT |
| Globulin | 3.7 | 2.5 - 4.1 g/dL | | MCT |
| A/G Ratio | 1.1 | 0.9 - 1.8 | | MCT |
| Corrected Calcium | 9.7 | 8.7 - 10.1 mg/dL | | MCT |
| GFR NonAfrican American | 78 | >60 ml/min/1.73m2 | | MCT |
| GFR African American | 91 | >60 ml/min/1.73m2 | | MCT |

Comment:
(NOTE)

GFR formula clinically validated in metabolically stable
patients, age 18 to 70. GFR calculated using the CKD-EPI
equation.
Reference: AJKD Vol.39, Sup.1 2002, pgs S46 to S75
For more information, please visit the Henry Ford
Health System Pathology Department's electronic
Laboratory User's Guide, search for GFR and see

26 of 30



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

**Comprehensive Metabolic Profile [244249190] (Abnormal) (continued)**

Resulted: 02/03/17 2208, Result status: Final result

the links to the National Kidney Foundations GFR calculators at the bottom.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

Troponin I [LAB747] (Order 244249193)

**Troponin I [244249191]**

Status: **Completed**

Electronically signed by: **Jessica Pearl Bennett, DO** on 02/03/17 2107
Ordering user: Jessica Pearl Bennett, DO 02/03/17 2107    Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2108 - 1 Occurrences

Troponin I (Order 244249193)

## Result

Resulted: 02/03/17 2204, Result status: Final result

**Troponin I [244249193]**

Ordering provider: Jessica Pearl Bennett, DO 02/03/17 2107    Resulting lab: HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

**Specimen Information**

| ID | Type | Source | Collected On |
|---|---|---|---|
| F294904_2017 0203210100CT NI | Blood | | 02/03/17 2134 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.04 | <0.05 ng/mL | | MCT |

Comment
Negative for myocardial damage.
Note Reference Range change effective November 2013.
Test performed by Siemens Centaur Method.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

Page 27

Generated on 2/6/2017 9:11 AM

27 of 30



HFMH MACOMB HOSPITAL CLINTON    BELL, CEDRIC
TOWNSHIP                         MRN: 34648424
15855 19 Mile Road               DOB: 8/11/1964, Sex: M
Clinton Twp MI 48038-3504        Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Testing Performed By (continued)

| Lab - Abbreviation | Name LABORATORY | Director | Address | Valid Date Range |
|---|---|---|---|---|

## Order

Urinalysis [LAB347] (Order 244249183)

### Urinalysis [244249175]

Electronically signed by: **Jessica Pearl Bennett, DO on 02/03/17 2056**                    Status: **Completed**

Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056    Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2057 – 1 Occurrences

## Result

Urinalysis (Order 244249183)

Resulted: 02/03/17 2156, Result status: Final
result

### Urinalysis [244249183]

Ordering provider:   Jessica Pearl Bennett, DO  02/03/17     Resulting lab:   HENRY FORD MACOMB CLINTON
2056                                                         TOWNSHIP LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F295217_2017 0203214100UA | Urine | | 02/03/17 2145 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Type | Voided | | | MCT |
| Volume | 12 | mL | | MCT |
| Color | Yellow | | | MCT |
| Clarity | Clear | | | MCT |
| Specific Gravity | 1.016 | 1.005 – 1.030 | | MCT |
| urine pH | 6.0 | 5.0 – 7.5 | | MCT |
| Protein | Negative | mg/dL | | MCT |
| Glucose | Negative | mg/dL | | MCT |
| Ketones | Negative | mg/dL | | MCT |
| Bilirubin | Negative | | | MCT |
| Blood | Negative | | | MCT |
| Urobilinogen | Negative | <2.0 U/dL | | MCT |
| Nitrite | Negative | | | MCT |
| Leukocyte Esterase | Negative | | | MCT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

Page 28

Generated on 2/6/2017  9:11 AM

28 of 30



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

### Order

Drug Screen, urine [LAB10025] (Order
244249184)

#### Drug Screen, urine [244249176]

Electronically signed by: **Jessica Pearl Bennett, DO** on 02/03/17
2056
Ordering user: Jessica Pearl Bennett, DO 02/03/17 2056     Ordering provider: Jessica Pearl Bennett, DO
Authorized by: Jillian Davis-Baumann, DO
Frequency: Once 02/03/17 2057 - 1 Occurrences

Status: **Completed**

### Result

Drug Screen, urine (Order 244249184)

Resulted: 02/03/17 2220, Result status: Final
result

#### Drug Screen, urine [244249184]

Ordering provider:  Jessica Pearl Bennett, DO  02/03/17
2056

Resulting lab:  HENRY FORD MACOMB CLINTON
TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F295217_2017<br>0203214100UD<br>SC | Urine | | 02/03/17 2145 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Opiates, urine | Not detected | | | MCT |
| Comment:  300 ng per ml cutoff | | | | |
| Cocaine, metabolite, urine | Not detected | | | MCT |
| Comment:  300 ng per ml cutoff | | | | |
| Amphetamine, urine | Not detected | | | MCT |
| Comment:  1000 ng per ml cutoff | | | | |
| Cannabinoids, urine | Not detected | | | MCT |
| Comment:  50 ng per ml cutoff | | | | |
| Barbiturates, urine | Not detected | | | MCT |
| Comment:  200 ng per ml cutoff | | | | |
| Benzodiazepines, urine | Not detected | | | MCT |
| Comment:  200 ng per ml cutoff | | | | |
| Phencyclidine, urine | Not detected | | | MCT |
| Comment:  25 ng per ml cutoff | | | | MCT |
| Creatinine, Urine, Random | 145 | mg/dL | | MCT |
| Drug Screen Comment: | This immunoass ay drug of abuse screen | | | |

29 of 30



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 2/3/2017, D/C: 2/3/2017

## Imaging Information (continued)

Resulted: 02/03/17 2220, Result status: Final
result

**Drug Screen, urine [244249184] (continued)**

result is for treatment purposes only. It does not represent chain of custody testing for purposes of criminal prosecution. If confirmation of positive screen is needed, please contact the laboratory.

**Testing Performed By**

| Lab – Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 – MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## END OF REPORT

Generated on 2/6/2017 9:11 AM

30 of 30

BELL, CEDRIC                    ID:34648424        07-MAR-2017  14:19:18                    HENRY FORD HOSPITAL-ED   ROUTINE RECORD

11-AUG-1964 (52 yr)      Vent. rate            91    BPM      Normal sinus rhythm
Male      Black          PR interval          140    ms       Nonspecific T wave abnormality
                         QRS duration          78    ms       Abnormal ECG
Room:CC21                QT/QTc           346/425    ms       When compared with ECG of 03-FEB-2017 21:33,
Loc:854                  P-R-T axes        62  31     1        heart rate has decreased.
                                                              Confirmed by Goswami MD, Gunateet (49) on 3/7/2017 3:25:19 PM

                Technician: 139349
                Test ind:

COMMENTS:                                        Referred by:  COSTANDINOS TSAGARATOS        Read / Interpreted By:  Gunateet Goswami MD



25mm/s   10mm/mV   40Hz   8.0 SP2   12SL 241 HD  CID: 1

BID:49 FDT: 15:25 07-MAR-2017 ORDER: 244249216 ACCOUNT: 104483212

Page 1 of

1 of 15





HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

---

**ED Notes by Andrew John Alayoubi, RN at 03/07/17 1611**

| | | |
|---|---|---|
| Author: Andrew John Alayoubi, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 03/07/17 1612 | Status: Signed | Editor: Andrew John Alayoubi, RN (Registered Nurse) |

Pt arrived c/o abdominal pain, LLQ 7/10 starting x2 days ago. Denies N/V, and diarrhea. Pt escorted w/ police, pt is prisoner. VSS on RA, A&Ox4. Awaiting orders.

Electronically signed by Andrew John Alayoubi, RN at 03/07/17 1612

---

## Results

Chest 1 view (including portable)
(Accession 33034718) (Order 244249220)

---

### Imaging Information

#### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| Chest 1 view (including portable) | | Final | Tue Mar 7, 2017 2:31 PM | Tue Mar 7, 2017 2:36 PM |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Nanci Mercer, MD | Mar 7, 2017 | Nanci Mercer, MD | Mar 7, 2017 |

#### Study Result

Patient MRN: 34648424
Patient Location: MAC
Requesting Physician: TSAGARATOS COSTANDINOS

| Date/Time | Exam Description | PACS Acc # |
|---|---|---|
| 3/7/2017 2:36 PM | CHEST 1 VIEW | 033034718 |

EXAMINATION: CHEST 1 VIEW

EXAMINATION DATE: 3/7/2017 2:36 PM

COMPARISON/CORRELATION: Most Recent on Radiology Timeline

CLINICAL HISTORY: Cough R/O pneumonia

FINDINGS:
The lungs are clear and well aerated. The heart and mediastinum is normal in size and appearance. No focal consolidation, pleural effusion or pulmonary vascular congestion is seen. Note is made of metallic shrapnel overlying the soft tissues along the bilateral mid to lower chest region. The osseous structures are intact.

IMPRESSION:
No acute process.

---

Generated on 3/8/2017 2:13 PM



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Study Result (continued)

Report reviewed and signed: NANCI MERCER, MD
Date signed: 3/7/2017 2:39 PM

### Questionnaire

Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1.Is this exam portable? | Yes | |
| 2.Reason for Exam | Cough R/O pneumonia | |
| 3.If this injury is related to an accident, enter the date of the accident/injury: | | |
| 4.Contact number for exam questions: | | |
| 5.Is the patient ready for radiology? | Yes | |

## Results

CT abdomen pelvis with contrast
(Accession 33034719) (Order 244249210)

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT abdomen pelvis with contrast | Final | Tue Mar 7, 2017 2:32 PM | Tue Mar 7, 2017 4:44 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Steven Zuska, MD | Mar 7, 2017 | Steven Zuska, MD | Mar 7, 2017 |

### Study Result

Patient MRN: 34648424
Patient Location: MAC
Requesting Physician: TSAGARATOS COSTANDINOS

| Date/Time | Exam Description | PACS Acc # |
|---|---|---|
| 3/7/2017 4:44 PM | CT ABDOMEN AND PELVIS WITH CON | 033034719 |

CT abdomen and pelvis with contrast.

History: Left lower abdominal pain.

3 of 15



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Study Result (continued)

Technique: CT scan of the abdomen and pelvis was performed after the administration of oral and 75 mL nonionic contrast. Automated exposure software was utilized for dose reduction.

No relevant priors.

Findings: Evaluation of the visualized portions of the lung bases demonstrates no evidence of a focal infiltrative or consolidative process.

Within the subcapsular region of the left hepatic lobe, there is a low-attenuation lesion measuring up to 16 mm. This demonstrates subtle peripheral nodular discontinuous enhancement. Additional lesion which demonstrates peripheral nodular discontinuous enhancement is seen within the posterior aspect of the right hepatic lobe measuring up to 2.5 x 3.8 cm. Smaller of the 2 lesions partially fills in on the delayed phase imaging. Larger of the 2 lesion fills in with contrast on the delayed phase imaging. These are most compatible with hemangiomas. The gallbladder appears normal. There is no biliary ductal dilatation.

The spleen is normal in size.

Pancreas and bilateral adrenal glands appear normal.

The kidneys enhance homogeneously and symmetrically. Neither kidney demonstrates evidence of hydronephrosis or calculi. There are bilateral renal cysts. Largest cyst is located within the mid to upper pole region of the left kidney posteriorly measuring up to 5.3 cm. There is no hydronephrosis on either side. Neither kidney demonstrates evidence of a solid mass. Kidneys enhance homogeneously and symmetrically. There is symmetric renal excretion of contrast seen bilaterally.

The abdominal aorta demonstrates a normal course and caliber without evidence of aneurysmal dilatation.

Urinary bladder appears grossly unremarkable. There is posterior inferior impression on the bladder by the prostate gland. The prostate gland measures up to 5.2 x 3.9 cm.

There is no evidence of bowel wall thickening, and no evidence of a bowel obstruction. There are a few sigmoid colon diverticula, without CT evidence of diverticulitis. The appendix is well-visualized and appears normal.

There is no free intraperitoneal air or fluid.

Evaluation of the visualized osseous structures demonstrates no evidence of a suspicious osteolytic or osteoblastic process. There are mild multilevel degenerative changes and disc disease.

4 of 15



HFMH MACOMB HOSPITAL CLINTON BELL, CEDRIC
TOWNSHIP                              MRN: 34648424
15855 19 Mile Road                    DOB: 8/11/1964, Sex: M
Clinton Twp Mi 48038-3504             Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Study Result (continued)

Impression:
1. There are a few sigmoid colon diverticula, without CT evidence of
diverticulitis.
2. No focal inflammatory process within the abdomen or pelvis.
3. Hepatic hemangiomas.

Report reviewed and signed: STEVEN ZUSKA, M.D.
Date signed: 3/7/2017 4:49 PM

## Questionnaire

### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1.Protocol decision preference: | Radiologist determines exam protocol including IV contrast | |
| 2.Reason for Exam | Abdominal pain, left lower | |
| 3.Contact number for exam questions: | | |
| 4.If this injury is related to an accident, enter the date of the accident/injury: | | |
| 5.Is the patient ready for radiology? | Yes | |

## Order

**ABNORMAL CBC and Differential [LAB293] (Order 244249211)**

### CBC and Differential [244249198]

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1431**          Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1431      Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1431 - 1 Occurrences

## Result

**ABNORMAL CBC and Differential (Order 244249211)**

Resulted: 03/07/17 1519, Result status: Final result

### CBC and Differential [244249211] (Abnormal)

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1431 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|---|

Specimen Information

| ID | Type | Source | | Collected On |
|---|---|---|---|---|
| T487731_2017 0307144800CB | Serum | | | 03/07/17 1507 |

5 of 15



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

Resulted: 03/07/17 1519, Result status: Final result

### CBC and Differential [244249211] (Abnormal) (continued)

CD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count | 5.4 | 3.8 - 10.6 K/uL | | MCT |
| RBC Count | 5.18 | 4.40 - 6.00 M/uL | | MCT |
| Hemoglobin | 15.0 | 13.5 - 17.0 g/dL | | MCT |
| Hematocrit | 44.4 | 41 - 53 % | | MCT |
| MCV | 85.7 | 80 - 100 fl | | MCT |
| MCH | 29.0 | 26 - 34 pg | | MCT |
| MCHC | 33.9 | 31 - 37 g/dL | | MCT |
| RDW | 13.9 | <14.5 % | | MCT |
| Platelet Count | 171 | 150 - 450 K/uL | | MCT |
| Neutrophil,% | 77 | % | | MCT |
| Lymphocyte,% | 13 | % | | MCT |
| Monocyte,% | 9 | % | | MCT |
| Eosinophil,% | 0 | % | | MCT |
| Basophil,% | 1 | % | | MCT |
| Neutrophil, Absolute | 4.10 | 1.80 - 7.70 K/uL | | MCT |
| Lymphocytes Absolute | 0.70 | 1.10 - 4.00 K/uL | L | MCT |
| Monocytes, Absolute | 0.50 | 0.00 - 0.80 K/uL | | MCT |
| Eosinophils, Absolute | 0.00 | 0.00 - 0.70 K/uL | | MCT |
| Basophils, Absolute | 0.00 | 0.00 - 0.20 K/uL | | MCT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

ABNORMAL Basic Metabolic Panel [LAB15] (Order 244249212)

### Basic Metabolic Panel [244249199]

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1431**      Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1431      Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1431 - 1 Occurrences

## Result

ABNORMAL Basic Metabolic Panel (Order 244249212)

Resulted: 03/07/17 1535, Result status: Final result

### Basic Metabolic Panel [244249212] (Abnormal)

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1431 | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|

6 of 15



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

Resulted: 03/07/17 1535, Result status: Final result

### Basic Metabolic Panel [244249212] (Abnormal) (continued)

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| T487731_2017 0307144800LY T7 | Serum | | 03/07/17 1507 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 135 - 145 mmol/L | | MCT |
| Potassium | 4.3 | 3.5 - 5.0 mmol/L | | MCT |
| Chloride | 98 | 98 - 111 mmol/L | | MCT |
| Carbon Dioxide | 27 | 21 - 35 mmol/L | | MCT |
| Anion Gap | 13 | 3 - 13 | | MCT |
| Blood Urea Nitrogen | 13 | 10 - 25 mg/dL | | MCT |
| Creatinine | 1.18 | <1.13 mg/dL | H | MCT |
| Glucose | 90 | 50 - 140 mg/dL | | MCT |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | | MCT |
| GFR NonAfrican American | 71 | >60 ml/min/1.73m2 | | MCT |
| GFR African American | 82 | >60 ml/min/1.73m2 | | MCT |

Comment
(NOTE)

GFR formula clinically validated in metabolically stable
patients, age 18 to 70. GFR calculated using the CKD-EPI
equation.
Reference: AJKD Vol.39, Sup.1 2002, pgs S46 to S75
For more information, please visit the Henry Ford
Health System Pathology Department's electronic
Laboratory User's Guide, search for GFR and see
the links to the National Kidney Foundations GFR
calculators at the bottom.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

### Order

Magnesium [LAB103] (Order 244249213)

Magnesium [244249200]

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1431**    Status: **Completed**

7 of 15



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Magnesium [244249200] (continued)

Ordering user:  Brian Boguslawski, DO 03/07/17 1431       Ordering provider:  Brian Boguslawski, DO
Authorized by:  Costandinos Tsagaratos, DO
Frequency:  Once 03/07/17 1431 - 1 Occurrences

### Result

**Magnesium (Order 244249213)**

Resulted: 03/07/17 1544, Result status: Final result

#### Magnesium [244249213]

Ordering provider:   Brian Boguslawski, DO  03/07/17
1431

Resulting lab:   HENRY FORD MACOMB CLINTON
TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| T487731_2017 0307144800M G | Serum | | 03/07/17 1507 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.9 | 1.8 - 2.3 mg/dL | | MCT |

Testing Performed By

| Lab - Abbreviation 46 - MCT | Name HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Director Unknown | Address 15855 19 Mile Road Clinton Township MI 48038 | Valid Date Range 08/06/12 0908 - Present |
|---|---|---|---|---|

### Order

**Lactic Acid [LAB95] (Order 244249215)**

#### Lactic Acid [244249202]

Electronically signed by:  **Brian Boguslawski, DO on 03/07/17 1431**                    Status:  **Completed**
Ordering user:  Brian Boguslawski, DO 03/07/17 1431       Ordering provider:  Brian Boguslawski, DO
Authorized by:  Costandinos Tsagaratos, DO
Frequency:  Once 03/07/17 1431 - 1 Occurrences

### Result

**Lactic Acid (Order 244249215)**

Resulted: 03/07/17 1543, Result status: Final result

#### Lactic Acid [244249215]

Ordering provider:   Brian Boguslawski, DO  03/07/17
1431

Resulting lab:   HENRY FORD MACOMB CLINTON
TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| T487735_2017 0307144800LA CT | Serum | | 03/07/17 1507 |

Components

8 of 15



| HFMH MACOMB HOSPITAL CLINTON<br>TOWNSHIP<br>15855 19 Mile Road<br>Clinton Twp MI 48038-3504 | BELL,CEDRIC<br>MRN: 34648424<br>DOB: 8/11/1964, Sex: M<br>Adm: 3/7/2017, D/C: 3/7/2017 |
|---|---|

## Imaging Information (continued)

Resulted: 03/07/17 1543, Result status: Final result

### Lactic Acid [244249215] (continued)

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactic Acid, plasma | 1.3 | <2.2 mmol/L | | MCT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

Troponin I [LAB747] (Order 244249217)

### Troponin I [244249204]

Electronically signed by: **Brian Boguslawski, DO** on 03/07/17 1431      Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1431      Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1431 - 1 Occurrences

## Result

Troponin I (Order 244249217)

Resulted: 03/07/17 1536, Result status: Final result

### Troponin I [244249217]

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1431 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|---|

Specimen Information

| ID | Type | Source | | Collected On |
|---|---|---|---|---|
| T487731_2017 0307144800CT NI | Blood | | | 03/07/17 1507 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.04 | <0.05 ng/mL | | MCT |

Comment:
Negative for myocardial damage.
Note Reference Range change effective November 2013.
Test performed by Siemens Centaur Method.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

Generated on 3/8/2017 2:13 PM      Page 9

9 of 15

HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Testing Performed By (continued)

**Order**                                                    **ABNORMAL PT/INR/PTT [LAB10079]**
                                                                    **(Order 244249219)**

**PT/INR/PTT [244249206]**

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1431**          Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1431       Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1431 - 1 Occurrences

**Result**                                                   **ABNORMAL PT/INR/PTT (Order**
                                                                    **244249219)**

                                                      Resulted: 03/07/17 1526, Result status: Final
                                                                                           result
**PT/INR/PTT [244249219] (Abnormal)**

Ordering provider: Brian Boguslawski, DO 03/07/17       Resulting lab: HENRY FORD MACOMB CLINTON
                   1431                                                  TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| T487731_2017 | Serum | | 03/07/17 1507 |
| 0307144800C | | | |
| OAGS | | | |

Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| Prothrombin Time | 13.8 | 12.1 - 14.5 sec | | MCT |
| INR | 1.08 | | | MCT |
| Comment: | | | | |
| Usual Intensity Therapeutic Range.. 2.0 to 3.0 | | | | |
| High Intensity Therapeutic Range... 2.5 to 3.5 | | | | |
| Common Critical Alarm Value.............. 5.0 | | | | |
| PTT | 21 | 22 – 36 sec | L | MCT |
| Comment: Rechecked and verified | | | | |

**Testing Performed By**

| Lab – Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **46 - MCT** | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

**Order**                                                    Lipase [LAB99] (Order 249661409)

**Lipase [249661407]**

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1435**          Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1435       Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO

Generated on 3/8/2017 2:13 PM                                            Page 10

10 of 15



| | HFMH MACOMB HOSPITAL CLINTON | BELL,CEDRIC |
|---|---|---|
| | TOWNSHIP | MRN: 34648424 |
| | 15855 19 Mile Road | DOB: 8/11/1964, Sex: M |
| | Clinton Twp MI 48038-3504 | Adm: 3/7/2017, D/C: 3/7/2017 |

## Imaging Information (continued)

### Lipase [249661407] (continued)

Frequency: Now 03/07/17 1436 - 1 Occurrences

### Result                                            Lipase (Order 249661409)

Resulted: 03/07/17 1544, Result status: Final result

**Lipase [249661409]**

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1435 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|---|

Specimen Information

| ID | Type | Source | | Collected On |
|---|---|---|---|---|
| T487731_2017 0307144800LI P | Serum | | | 03/07/17 1507 |

Components

| | | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|---|
| Lipase | | 194 | 73 - 393 IU/L | | MCT |

**Testing Performed By**

| Lab – Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

### Order                                    Liver Profile [LAB20] (Order 249661410)

**Liver Profile [249661408]**

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1435**          Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1435          Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1436 - 1 Occurrences

### Result                                        Liver Profile (Order 249661410)

Resulted: 03/07/17 1544, Result status: Final result

**Liver Profile [249661410]**

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1435 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|---|

Specimen Information

| ID | Type | Source | | Collected On |
|---|---|---|---|---|
| T487731_2017 0307144800LI VR | Serum | | | 03/07/17 1507 |

Components

| | | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|---|

11 of 15



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

Resulted: 03/07/17 1544, Result status: Final result

**Liver Profile [249661410] (continued)**

| | | | |
|---|---|---|---|
| AST/SGOT | 30 | <35 IU/L | MCT |
| ALT/SGPT | 36 | <78 IU/L | MCT |
| Protein, Total, Serum | 8.0 | 6.0 - 8.3 g/dL | MCT |
| Albumin | 4.3 | 3.7 - 4.8 g/dL | MCT |
| Bilirubin, Total | 0.7 | <1 mg/dL | MCT |
| Bilirubin, Direct | 0.1 | 0 - 0.3 mg/dL | MCT |
| Alkaline Phosphatase | 77 | <130 IU/L | MCT |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

ABNORMAL Influenza A and B PCR, Nasopharynx [LAB5221] (Order 249661412)

**Influenza A and B PCR, Nasopharynx [249661411]**

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1436**                      Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1436      Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1437 - 1 Occurrences

## Result

ABNORMAL Influenza A and B PCR, Nasopharynx (Order 249661412)

Resulted: 03/07/17 1558, Result status: Final result

**Influenza A and B PCR, Nasopharynx [249661412] (Abnormal)**

Ordering provider: Brian Boguslawski, DO 03/07/17 1436      Resulting lab: HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| T487738_2017 0307144800FL UPCR | Nasopharynx | | 03/07/17 1507 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen Description | Nasopharynx | | | MCT |
| Influenza A PCR | DETECTED | | A | MCT |
| Influenza B PCR | Not detected | | | MCT |
| Influenza Comment | Test performed | | | MCT |

12 of 15



HFMH MACOMB HOSPITAL CLINTON
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

BELL,CEDRIC
MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

**Influenza A and B PCR, Nasopharynx [249661412] (Abnormal) (continued)**

Resulted: 03/07/17 1558, Result status: Final result

by the
Cobas Liat
System, an
automated
multiplex
real-time
RT-PCR
assay.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

## Order

**Troponin I [LAB747] (Order 244249218)**

### Troponin I [244249205]

Electronically signed by: **Brian Boguslawski, DO on 03/07/17 1431**                    Status: **Completed**
Ordering user: Brian Boguslawski, DO 03/07/17 1431        Ordering provider: Brian Boguslawski, DO
Authorized by: Costandinos Tsagaratos, DO
Frequency: Once 03/07/17 1731 - 1 Occurrences

## Result

**Troponin I (Order 244249218)**

Resulted: 03/07/17 2039, Result status: Final result

### Troponin I [244249218]

| Ordering provider: | Brian Boguslawski, DO 03/07/17 1431 | | Resulting lab: | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY |
|---|---|---|---|---|

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| T491034_2017 0307181600CT NI | Blood | | 03/07/17 1852 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.04 | <0.05 ng/mL | | MCT |

Comment:
Negative for myocardial damage.
Note Reference Range change effective November 2013.
Test performed by Siemens Centaur Method.

### Testing Performed By

13 of 15



HFMH MACOMB HOSPITAL CLINTON BELL,CEDRIC
TOWNSHIP
15855 19 Mile Road
Clinton Twp MI 48038-3504

MRN: 34648424
DOB: 8/11/1964, Sex: M
Adm: 3/7/2017, D/C: 3/7/2017

## Imaging Information (continued)

### Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 46 - MCT | HENRY FORD MACOMB CLINTON TOWNSHIP LABORATORY | Unknown | 15855 19 Mile Road Clinton Township MI 48038 | 08/06/12 0908 - Present |

---

**END OF REPORT**

---

14 6 of 15

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: MRF**
**COMPLETED BY: Kaelynn R. Pfeil**          **(03/07/2017 12:08 PM) 03/08/2017 2:45 PM**
03/07/2017 03/14/2017 Cipro 500 mg tablet                    1 po BID x 7 days ( pull 2 days from stock) start
loading dose ( 2 tabs tonight) then BID starting 3/8/17
03/07/2017 04/07/2017 prednisone 2.5 mg tablet               1 po q day x 1 month (trial)
**Site Medical Provider:** Kim R. Farris PA          03/07/2017

**(For UM use only)**

**Criteria Source: M & R      Interqual      Other**
**Criteria met: Yes      X      No          Deferred**

**Reviewer comments:  Consult podiatry at DWH**

**Recommendation for visit appointment:**

**# Visits:**

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  03/08/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Woods, Anthony R.
NUMBER:  139404
D.O.B.:  07/05/1957

# PRIORITY
# ★ MAIL ★

## MAILING ENVELOPE

Fr: CEDRIC BELL #348097
LOTON Corr. FAC.
3500 N. ELM ROAD
JACKSON, MICHIGAN.
49201

U.S MARSHALS

RECEIVED
JAN 24 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

TO:
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BOULEVARD,
DETROIT, MICHIGAN. 4822C

PS00000000013

EP14 July 2013
OD: 11.625 x 15.125



# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 20-10193 | **Judge:** Bernard A. Friedman | **Magistrate Judge:** Anthony P. Patti |

**Name of 1st Listed Plaintiff/Petitioner:**

Cedric Bell

**Name of 1st Listed Defendant/Respondent:**

State of Michigan Administrative Board of Claims et. al

**Inmate Number:** 248097

**Additional Information:**

No copies

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

Macomb Correctional Facility

34625 26 Mile Road
New Haven, MI 48048
MACOMB COUNTY

---

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____