UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cedric Bell , 248097,

        Plaintiff,

v.

Michigan Department of Corrections, et al,

        Defendant(s).
_____/

Case No. 20-10193

Judge Bernard A. Friedman

Magistrate Judge Anthony P. Patti

### ORDER DIRECTING SERVICE WITHOUT PREPAYMENT OF COSTS AND AUTHORIZING THE UNITED STATES MARSHAL TO COLLECT COSTS AFTER SERVICE IS MADE

     The Court has determined that plaintiff(s) may proceed in forma pauperis. The Court, therefore, ORDERS the United States Marshal to serve the appropriate papers in this case on defendant(s) without prepayment of the costs for such service. The Marshal may collect the usual and customary costs from plaintiff(s) after effecting service.

     The Court ORDERS plaintiff(s) to serve a copy of all future documents on defendant(s) or on defense counsel if legal counsel represents defendant(s). Plaintiff(s) shall attach to all original documents filed with the Clerk of the Court a certificate stating the date that plaintiff(s) mailed a copy of the original document to defendant(s) or defense counsel. The Court will disregard any paper received by a District Judge or a Magistrate Judge if the paper has not been filed with the Clerk or if it fails to include a certificate of service.

Date: March 5, 2021

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

### Certificate of Service

     I hereby certify that a copy of the foregoing document was served upon Plaintiff(s) on the date indicated below by first class mail.

Date: March 5, 2021

s/N. Ahmed
Deputy Clerk