UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097,

    Plaintiff,                                                  Civil Action No. 20-CV-10193

vs.                                                      HON. BERNARD A. FRIEDMAN

STATE OF MICHIGAN ADMINISTRATIVE
BOARD OF CLAIMS, et al.,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the Court on the motion to dismiss filed by non-party Michigan Department of Corrections ("MDOC") (ECF No. 47).  Magistrate Judge Anthony P. Patti has submitted a Report and Recommendation ("R&R") (ECF No. 50) in which he recommends that this motion be denied because the MDOC is not a party to this lawsuit and there are thus no claims to dismiss against it.  No party has objected to the R&R, and the objection period has expired.

        Having reviewed the complaint, second amended complaint, prior orders and opinions in this matter, and the MDOC's motion to dismiss, the Court agrees with the magistrate judge's analysis and recommendation.  Accordingly,

        IT IS ORDERED that Magistrate Judge Patti's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

        IT IS FURTHER ORDERED that the MDOC's motion to dismiss is denied.

IT IS FURTHER ORDERED that the MDOC shall (1) inform the Court, in writing, of the current employer of defendants Campbell and Cooper (e.g., MDOC, Corizon Health, etc.); and, (2) if either is or was an MDOC employee, provide his or her last known addresses to the U.S. Marshals Service, in accordance with Magistrate Judge Patti's September 21, 2021, order (ECF No. 44).

Dated: November 29, 2021
      Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 29, 2021.

Cedric Bell #248097
SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND, MI 48623

s/Johnetta M. Curry-Williams
Case Manager