UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097,

    Plaintiff,                         Civil Action No. 20-cv-10193
                                        HON. BERNARD A. FRIEDMAN
                                        MAG. ANTHONY P. PATTI

vs.

STATE OF MICHIGAN
ADMINISTRATIVE BOARD OF
CLAIMS, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## SEPTEMBER 13, 2022 REPORT AND RECOMMENDATION

      Before the Court is a motion for summary judgment filed by defendants Brandon Payne, Nathan Root, James Sims, Joshua Curtis, and Jeffrey Ruhl. (ECF No. 54). Plaintiff Cedric Bell filed a response, (ECF No. 68), and defendants filed a reply. (ECF No. 78). Magistrate Judge Anthony P. Patti has entered a report and recommendation in which he recommends that the Court grant the motion. (ECF No. 123). Bell requested (ECF No. 124) and was granted (ECF No. 126) an extension of time to object to the report and recommendation. The Court also sua sponte granted Bell an additional extension of time. (ECF No. 129). Bell has not filed an objection, and the time to do so has passed.

The Court has reviewed the motion, the response, and the reply. The Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's September 13, 2022, report and recommendation (ECF No. 123) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants Payne, Root, Sims, Curtis, and Ruhl (ECF No. 54) is GRANTED. All remaining claims against these defendants are dismissed.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: December 28, 2022
       Detroit, Michigan