UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097,

    Plaintiff,

vs.

STATE OF MICHIGAN
ADMINISTRATIVE BOARD OF
CLAIMS, *et al.*,

    Defendants.
_____/

Civil Action No. 20-cv-10193
HON. BERNARD A. FRIEDMAN
MAG. ANTHONY P. PATTI

## ORDER ACCEPTING REPORT & RECOMMENDATION TO GRANT DEFENDANT CAMPBELL'S MOTION FOR DISMISSAL (ECF NO. 101) AND GRANT DEFENDANT RUSSELL'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 110)

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Anthony Patti recommending that the Court grant MDOC defendant Campbell's motion for dismissal and grant MDOC JCF defendant RN Russell's motion for summary judgment. (ECF No. 132).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the motions and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's R&R (ECF No. 132) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that MDOC defendant Campbell's motion for dismissal (ECF No. 101) is GRANTED.

IT IS FURTHER ORDERED that MDOC JCF defendant RN Russell's motion for summary judgment (ECF No. 110) is GRANTED.

**SO ORDERED.**

Dated: February 24, 2023  
Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 24, 2023.

**Cedric Bell** #248097  
KINROSS CORRECTIONAL FACILITY  
4533 W. Industrial Park Drive  
KINCHELOE, MI 49788

s/Johnetta M. Curry-Williams  
Case Manager