UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097,

    Plaintiff,　　　　　　　　　　Civil Action No. 20-cv-10193
　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　MAG. ANTHONY P. PATTI

vs.

STATE OF MICHIGAN
ADMINISTRATIVE BOARD OF
CLAIMS, *et al.*,

    Defendants.
_____/

## **ORDER ACCEPTING REPORT & RECOMMENDATION (ECF NO. 135)**

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Anthony Patti recommending that the Court grant several dispositive motions while staying a final ruling as to defendant Corizon Health. (ECF No. 135). Specifically, the R&R recommends that this Court should grant the motion to dismiss filed by Kristopher Steece, Eutrilla Taylor, Lisa Andray, and Stacey Ream (ECF No. 64); the motion to dismiss filed by Corizon Health, Inc., Maimoona Husain, and Marianne McKissick (ECF No. 71); the motion to dismiss filed by Caroline Rivard-Babisch (ECF No. 75); and the motion to dismiss filed by Randall Haas, Sandra Tyler, and Erin Parr-Mirza (ECF No. 111).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the motions, as well as the suggestion of bankruptcy and notice of automatic stay filed by defendant Corizon Health, Inc. (ECF Nos. 64, 71, 75, 111, and 134). Plaintiff Cedric Bell filed ECF No. 83 as a combined response to ECF Nos. 64, 71, and 75, which the Court has also reviewed.[1] The Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's R&R (ECF No. 135) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the motion to dismiss filed by defendants Kristopher Steece, Eutrilla Taylor, Lisa Andray, and Stacey Ream (ECF No. 64) is GRANTED; the claims against these defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that the motion to dismiss filed by defendants Corizon Health, Inc., Maimoona Husain, and Marianne McKissick (ECF No. 71) is

---

[1] Bell also filed an extended response brief to ECF Nos. 101, 110, and 111 which the magistrate judge struck, instead granting Bell additional time to file a conforming response which "clearly identifies the dispositive motion to which it responds." (ECF No. 122, PageID.1223-24). Bell failed to file any such conforming response.

GRANTED IN SO FAR AS the claims against defendants Husain and McKissick are dismissed with prejudice.

IT IS FURTHER ORDERED that the motion to dismiss filed by Caroline Rivard-Babisch (ECF No. 75) is GRANTED; the claims against this defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that the motion to dismiss filed by defendants Randall Haas, Sandra Tyler, and Erin Parr-Mirza (ECF No. 111) is GRANTED; the claims against these defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that the time period in which to object to the portion of the R&R relating to Corizon Health only is STAYED pursuant to the suggestion of bankruptcy and notice of automatic stay (ECF No. 134).

**SO ORDERED.**

Dated: March 16, 2023
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on March 16, 2023.

| | |
|---|---|
| **Cedric Bell** #248097<br>KINROSS CORRECTIONAL FACILITY<br>4533 W. Industrial Park Drive<br>KINCHELOE, MI 49788 | s/Johnetta M. Curry-Williams<br>Case Manager |