UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097

       Plaintiff,                    Civil Action No. 20-cv-10193
                                            HON. BERNARD A. FRIEDMAN
                                            MAG. ANTHONY P. PATTI

vs.

STATE OF MICHIGAN
ADMINISTRATIVE
BOARD OF CLAIMS, *et al.*,

       Defendants.
_____/

## **ORDER ADOPTING REPORT & RECOMMENDATION (ECF NO. 143)**

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Anthony P. Patti recommending that the Court grant the motion to dismiss filed by defendants Jenkins-Grant and Hering. (ECF No. 143).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's R&R (ECF No. 143) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the motion to dismiss filed by MDOC defendants Jenkins-Grant and Hering (ECF No. 137) is GRANTED; the claims against these defendants are DISMISSED WITH PREJUDICE.

**SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: June 5, 2023
Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on June 5, 2023.

**Cedric Bell** #248097
KINROSS CORRECTIONAL FACILITY
4533 W. Industrial Park Drive
KINCHELOE, MI 49788

s/Johnetta M. Curry-Williams
Case Manager