UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CEDRIC BELL #248097,

     Plaintiff,              NO. 2:20-cv-10193

v                          HON. BERNARD A. FRIEDMAN

STATE OF MICHIGAN      MAG. ANTHONY P. PATTI
ADMINISTRATIVE BOARD
OF CLAIMS, *et al.*,

     Defendants.

_____/

Exhibit B

MDOC Step III Grievance Report,
with Attached Grievances (65pp)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CEDRIC BELL #248097,

      Plaintiff,                  NO. 2:20-cv-10193

v                            HON. BERNARD A. FRIEDMAN

STATE OF MICHIGAN         MAG. ANTHONY P. PATTI
ADMINISTRATIVE BOARD
OF CLAIMS, *et al.*,

      Defendants.

---

| | |
|---|---|
| Cedric Bell #248097 | CHAPMAN LAW GROUP |
| *In Pro Per* | Wedad Suleiman (P81970) |
| Saginaw Correctional Facility | Attorney for Corizon Health, Dr. Husain |
| 9625 Pierce Road | and PA McKissick |
| Freeland, MI 48623 | 1441 West Long Lake Road, Suite 310 |
| | Troy, MI 48098 |
| Allan J. Soros (P43702) | (248) 644-6326 |
| Assistant Attorney General | |
| Attorney for MDOC Defendants | |
| Michigan Department of Attorney General | |
| MDOC Division | |
| P.O. Box 30217 | |
| Lansing, MI 48909 | |
| (517) 335-3055 | |

---

### AFFIDAVIT FOR STEP III GRIEVANCES

I, Carolyn Nelson, Departmental Analyst, hereby certify that the attached MDOC

Prisoner Step III Grievance Report is a true and accurate copy of the report generated for Cedric

Bell, #248097. This report is taken from the Michigan Department of Corrections (MDOC)

database that tracks all prisoner/parolee grievances filed at Step III, which have been responded

to at Step III. Following the report is a true and correct copy of the underlying grievance

documentation received at Step III for the grievances referenced in the report that are highlighted

and marked with an "X."  For grievances not checked in the last column, the grievance has been

received but a response has not been completed as of the date of the report.  This report and the

grievance(s) attached are regularly compiled and maintained in the course of the operation of the

MDOC.

_____
Carolyn Nelson, Departmental Analyst

Subscribed and sworn to before me, a Notary Public,
on the _29_ day of _September_ _____, 2021

_____
Doug Kline - Notary Public

Soros\FED Intake\Bell 2020-0290627-A\

DOUG KLINE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CLINTON
My Commission Expires April 10, 2024
Acting in the County of _Ingham_



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:** 248097   **Last Name:** Bell   **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2020 | URF-19-11-3037-28B | 28B | 8 | 11/20/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 5/20/2020 |
| Notes: | | | | | | | | | | |
| 5/4/2020 | URF-19-11-3091-07A | 07A | 8 | 11/26/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 5/20/2020 |
| Notes: | | | | | | | | | | |
| 5/4/2020 | URF-19-11-3038-26A | 26A | 8 | 11/20/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 5/20/2020 |
| Notes: | | | | | | | | | | |
| 3/10/2020 | MRF-19-10-1418-17b | 17b | 17 | 10/8/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/20/2020 |
| Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                        *00003*



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:** 248097        **Last Name:** Bell        **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | MRF-19-08-1226-19Z | 19Z | 17 | 8/29/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 2/25/2020 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | MRF-19-09-1328-28B | 28B | 17 | 9/18/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/24/2020 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | MRF-19-09-1300-28E | 28E | 17 | 9/12/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/24/2020 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | MRF-19-09-1329-15B | 15B | 17 | 9/18/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 2/24/2020 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00004



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:** 248097   **Last Name:** Bell   **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2020 | URF-19-10-2694-03B | 03B | 8 | 10/9/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/24/2020 |

Notes:

| 12/13/2019 | MRF-19-07-1062-01Z | 01Z | 17 | 7/30/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/8/2020 |

Notes:

| 12/13/2019 | MRF-19-07-1063-01C | 01C | 17 | 7/30/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/8/2020 |

Notes:

| 12/13/2019 | MRF-19-07-1064-28B | 28B | 17 | 7/30/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/8/2020 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-10193*

00005



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:** 248097  **Last Name:** Bell  **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2019 | MRF-19-05-0628-28C | 28C | 17 | 5/6/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/8/2020 |
| Notes: | | | | | | | | | | |
| 10/1/2019 | MRF-19-05-0769-28E | 28E | 17 | 5/29/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/25/2019 |
| Notes: | | | | | | | | | | |
| 8/12/2019 | MRF-19-04-0556-17Z | 17Z | 17 | 4/29/2019 | ☐ | ☐ | ☑ | ☐ | ☑ | 9/19/2019 |
| Notes: | | | | | | | | | | |
| 8/6/2019 | MRF-19-05-0658-28E | 28E | 17 | 5/10/2019 | ☐ | ☐ | ☐ | ☑ | ☑ | 8/27/2019 |
| Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00006



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

| Prisoner #: | 248097 | Last Name: | Bell | | First Name: | Cedric |

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2019 | JCF-18-11-2365-28c | 28c | 12 | 11/2/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/14/2019 |

Notes:

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2019 | SRF-18-02-0159-28E | 28E | 28 | 1/10/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/15/2019 |

Notes:

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2019 | SRF-18-03-0221-28e | 28e | 28 | 3/5/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 3/4/2019 |

Notes:

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2019 | SRF-18-03-0222-1Z | 1Z | 28 | 3/5/2018 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/14/2019 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00007



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:** 248097     **Last Name:** Bell          **First Name:** Cedric

| | Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/2/2019 | JCF-18-08-1943-28I | 28I | 12 | 8/30/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/14/2019 |

Notes:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | 1/2/2019 | ARF-18-10-2714-28C | 28C | 13 | 10/23/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/14/2019 |

Notes:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | 1/2/2019 | ARF-18-11-2858-27 | 27B | 13 | 11/8/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/14/2019 |

Notes:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | 12/5/2018 | ARF-18-10-2721-27C | 27C | 13 | 10/24/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/10/2018 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                              *00008*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097      **Last Name:**   Bell            **First Name:**   Cedric

| | Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | 12/5/2018 | ARF-18-10-2635-28C | 28c | 13 | 10/15/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/10/2018 |
| | Notes: | | | | | | | | | | |
| ✕ | 12/5/2018 | ARF-18-10-2535-28G | 28G | 13 | 10/1/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/10/2018 |
| | Notes: | | | | | | | | | | |
| | 12/5/2018 | JCF-18-09-1964-28E | 28E | 12 | 9/4/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/10/2018 |
| | Notes: | | | | | | | | | | |
| | 10/18/2018 | SRF-18-03-0293-7A | 7A | 28 | 3/28/2018 | ☐ | ☐ | ☑ | ☐ | ☑ | 11/1/2018 |
| | Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*              *00009*
*USDC-ED No. 2:20-cv-10193*



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:** 248097 **Last Name:** Bell **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/2018 | JCF-18-05-1111-27Z | 27Z | 12 | 5/11/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/23/2018 |
| Notes: | | | | | | | | | | |
| 10/17/2018 | JCF-18-05-1110-27B | 27B | 12 | 5/11/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/23/2018 |
| Notes: | | | | | | | | | | |
| 10/17/2018 | JCF-18-05-1112-27Z | 27Z | 12 | 5/11/2018 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/23/2018 |
| Notes: | | | | | | | | | | |
| 3/23/2018 | SRF-17-12-1480-28B | 28B | 28 | 12/19/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 4/6/2018 |
| Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

*00010*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:** 248097 **Last Name:** Bell **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/23/2018 | URF-17-12-3784-28A | 28A | 8 | 12/28/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 4/6/2018 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2018 | URF-17-10-3081-21Z | 21Z | 8 | 10/17/2017 | ☐ | ☐ | ☑ | ☐ | ☑ | 2/13/2018 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2018 | URF-17-11-3428-28E | 28E | 8 | 11/27/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/13/2018 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2018 | URF-17-11-3430-28E | 28E | 8 | 11/27/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/13/2018 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

*00011*



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:**   248097      **Last Name:**   Bell      **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2018 | URF-17-10-3196-28e | 28E | 8 | 10/30/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/13/2018 |

Notes:

| 1/22/2018 | URF-17-11-3429-28E | 28E | 8 | 11/27/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/13/2018 |

Notes:

| 12/14/2017 | URF-17-07-2119-07A | 7A | 8 | 7/17/2017 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/17/2018 |

Notes:

| 12/14/2017 | URF-17-10-3128-28e | 28E | 8 | 10/23/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/11/2018 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*                 *00012*
*USDC-ED No. 2:20-cv-10193*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:** 248097     **Last Name:** Bell          **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2017 | URF-17-10-3127-28e | 28E | 8 | 10/23/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/11/2018 |

Notes:

| 12/14/2017 | URF-17-10-3077-28e | 28E | 8 | 10/17/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/11/2018 |

Notes:

| 11/22/2017 | URF-17-09-2681-15Z | 15Z | 8 | 9/6/2017 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/19/2017 |

Notes:

| 11/22/2017 | URF-17-09-2763-28E | 28E | 8 | 9/15/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/19/2017 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00013



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097      **Last Name:**   Bell      **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/2017 | URF-17-10-2953-28C | 28c | 8 | 10/4/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/19/2017 |
| Notes: | | | | | | | | | | |
| 11/22/2017 | URF-17-09-2682-28C | 28C | 8 | 9/6/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/19/2017 |
| Notes: | | | | | | | | | | |
| 11/22/2017 | URF-17-08-2646-27A | 27A | 8 | 8/31/2017 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/19/2017 |
| Notes: | | | | | | | | | | |
| 3/3/2017 | MRF-16-12-2886-12Z | 12Z | 17 | 12/21/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/28/2017 |
| Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                                00014



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**　248097　　**Last Name:**　Bell　　　　**First Name:**　Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2017 | MRF-16-12-2285-12Z | 12Z | 17 | 12/21/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/28/2017 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2017 | MRF-16-11-2152-28E | 28E | 17 | 11/18/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/28/2017 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2017 | MRF-16-11-2169-28E | 28E | 17 | 11/22/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | 2/28/2017 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2017 | MRF-16-11-2162-12D | 12D | 17 | 11/22/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/28/2017 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*　　　　　　　　　　　　　　　　　*00015*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097     **Last Name:**   Bell          **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | **MRF-16-10-1923-28A** | **28A** | **17** | 10/7/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | **12/31/2016** |

**Notes:** duplicate to MCF 16-10-1922-12z

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | **MRF-16-10-1925-28B** | **28B** | **17** | 10/7/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | **12/31/2016** |

Notes:

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | **MRF-16-09-1735-28C** | **28C** | **17** | 9/9/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | **12/31/2016** |

Notes:

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | **MRF-16-10-1937-12Z** | **12Z** | **17** | 10/10/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | **1/31/2017** |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                   00016



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

| Prisoner #: | 248097 | **Last Name:** | Bell | **First Name:** | Cedric |
|---|---|---|---|---|---|

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | MRF-16-10-1922-12Z | 12Z | 17 | 10/7/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2017 |

Notes:

| 12/16/2016 | MRF-16-10-1906-12I | 12I | 17 | 10/2/2016 | ☑ | ☐ | ☐ | ☐ | ☑ | 1/20/2017 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes:

| 12/16/2016 | MRF-16-10-1921-17Z | 17Z | 17 | 10/7/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/13/2017 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes:

| 12/16/2016 | MRF-16-10-1886-08Z | 08Z | 17 | 10/1/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/9/2017 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes:



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097      **Last Name:**   Bell      **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | MRF-16-10-1938-28B | 28B | 17 | 10/10/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | 12/31/2016 |

Notes:

| 3/3/2016 | TCF-16-01-0006-28e | 28e | 31 | 1/6/2016 | ☐ | ☐ | ☐ | ☑ | ☑ | 3/22/2016 |

Notes:

| 3/3/2016 | TCF-15-12-0566-15d | 15d | 31 | 12/9/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/31/2016 |

Notes:

| 3/3/2016 | TCF-16-01-0025-07a | 07a | 31 | 1/13/2016 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/31/2016 |

Notes:



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**  248097     **Last Name:**  Bell          **First Name:**  Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2016 | TCF-15-11-0551-15d | 15d | 31 | 11/24/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/15/2016 |

Notes:

| 2/1/2016 | SRF-15-10-1961-15b | 15b | 28 | 10/8/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/15/2016 |

Notes: @TCF

| 1/9/2016 | TCF-15-10-0470-01h | 01h | 31 | 10/20/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/30/2016 |

Notes:

| 1/9/2016 | TCF-15-11-0552-28i | 28i | 31 | 11/24/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/14/2016 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                    *00019*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:** 248097    **Last Name:** Bell    **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2015 | TCF-15-08-0398-03f | 03f | 31 | 8/25/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/29/2016 |

Notes:

| 9/9/2015 | TCF-15-07-0330-02z | 02z | 31 | 7/15/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/2/2016 |

Notes:

| 9/9/2015 | TCF-15-08-0365-07f | 07f | 31 | 8/5/2015 | ☑ | ☐ | ☑ | ☐ | ☑ | 3/2/2016 |

Notes:

| 7/10/2015 | JCF-15-05-0847-28e | 28e | 12 | 4/14/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/13/2015 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00020



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097   **Last Name:**   Bell   **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2015 | JCF-15-04-0996-28e | 28e | 12 | 4/27/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/13/2015 |

Notes:

| 7/10/2015 | JCF-15-05-1092-28e | 28e | 12 | 5/4/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/13/2015 |

Notes:

| 6/5/2015 | TCF-15-04-0225-15g | 15g | 31 | 4/28/2015 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/2/2015 |

Notes:

| 5/11/2015 | JCF-15-02-0460-28e | 28e | 12 | 2/25/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 11/24/2015 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                        *00021*



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:** 248097   **Last Name:** Bell   **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2015 | JCF-15-03-0520-28e | 28e | 12 | 3/6/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 11/24/2015 |
| Notes: | | | | | | | | | | |
| 7/31/2014 | JCF-14-06-1526-27b | 27b | 12 | 6/25/2014 | ☐ | ☐ | ☑ | ☐ | ☑ | 2/2/2015 |
| Notes: | | | | | | | | | | |
| 4/25/2014 | JCF-14-03-0654-28b | 28b | 12 | 3/24/2014 | ☐ | ☐ | ☑ | ☐ | ☑ | 7/31/2014 |
| Notes: | | | | | | | | | | |
| 4/25/2014 | JCF-14-02-0317-01g | 01g | 12 | 2/7/2014 | ☐ | ☐ | ☑ | ☐ | ☑ | 6/24/2014 |
| Notes: | | | | | | | | | | |



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:** 248097    **Last Name:** Bell    **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2014 | URF-13-10-2910-28e | 28e | 8 | 10/14/2013 | ☐ | ☐ | ☐ | ☑ | ☑ | 4/24/2014 |

Notes: 12-27-13 grievance URF-13-10-2910-17b rec'd missing Step II response. Appears he sent directly to Step III from Step I. Returned to P 2-18-14 informing him that he should have gone to Step II first. Issue is no longer timely.  BAS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2014 | URF-13-09-2663-19e | 19e | 8 | 9/25/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/16/2014 |

Notes: 1/16/14 Returned to P under cover letter requesting Step I & II documents. SL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/2014 | JCF-14-01-0245-17i | 17i | 12 | 1/29/2014 | ☐ | ☐ | ☑ | ☐ | ☑ | 6/12/2014 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2014 | SRF-13-11-1996-01h | 01h | 12 | 11/15/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/7/2014 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*                      00023
*USDC-ED No. 2:20-cv-10193*



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:**   248097   **Last Name:**   Bell   **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2014 | JCF-13-11-1930-10a | 10a | 12 | 11/7/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/28/2014 |

Notes:

| 1/21/2014 | SRF-13-08-1469-28a | 28a | 12 | 8/30/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/1/2014 |

Notes:

| 1/21/2014 | SRF-13-08-1468-28a | 28a | 12 | 8/30/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/1/2014 |

Notes:

| 12/27/2013 | URF-13-10-2909-28e | 28e | 8 | 10/14/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/24/2014 |

Notes: 12-27-13 grievance URF-13-10-2909-28a received missing Step II response. Appears he did not go thru Step II prior to filing at Step III. Returned to P 2-14-14 advising issue is no longer timely…..BAS.       Rec'd 04/04/2014.

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*     00024
*USDC-ED No. 2:20-cv-10193*



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

| Prisoner #: | 248097 | **Last Name:** | Bell | **First Name:** | Cedric |
|---|---|---|---|---|---|

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2013 | URF-13-09-2733-8g | 8g | 8 | 9/27/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |

Notes:

| 11/27/2013 | SRF-13-08-1467-7z | 7z | 8 | 8/26/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes: No date for Step I Grievance response

| 11/27/2013 | URF-13-10-2780-27z | 27z | 8 | 10/2/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes:

| 11/21/2013 | SRF-13-09-1600-28b | 28b | 8 | 9/19/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |
|---|---|---|---|---|---|---|---|---|---|---|

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*　　　　　　　　　00025



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:**   248097      **Last Name:**   Bell          **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2013 | SRF-13-09-1518-17a | 17a | 8 | 9/6/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |

Notes:

| 11/21/2013 | SRF-13-09-1599-28b | 28b | 12 | 9/19/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 1/31/2014 |

Notes:

| 8/19/2013 | SRF-13-06-1031-28a | 28a | | 6/18/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/18/2013 |

Notes:

| 8/19/2013 | SRF-13-06-1030-17a | 17a | | 6/18/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/18/2013 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                                        00026



# MDOC Prisoner Step III Grievance Report

**1/1/2013 to Present**

**Prisoner #:** 248097   **Last Name:** Bell   **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/2013 | SRF-13-06-0976-28b | 28b | | 6/5/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/18/2013 |

Notes:

| 8/19/2013 | SRF-13-06-0977-28b | 28b | | 6/5/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 12/18/2013 |

Notes:

| 7/19/2013 | SRF-13-04-0741-15z | 15z | | 4/18/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |

Notes:

| 7/19/2013 | SRF-13-04-0650-28a | 28a | | 4/4/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*   00027



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097   **Last Name:**   Bell   **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/19/2013 | SRF-13-04-0651-28a | 28a | | 4/4/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |

Notes:

| 7/19/2013 | ECF-12-10-3186-17a | 17a | | 10/4/2012 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/31/2013 |

Notes:

| 7/19/2013 | SRF-13-04-0649-17i | 17i | | 4/4/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |

Notes:

| 7/19/2013 | SRF-13-04-0746-15z | 15z | | 4/22/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*    00028
*USDC-ED No. 2:20-cv-10193*



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

| Prisoner #: | 248097 | **Last Name:** | Bell | | **First Name:** | Cedric |

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/19/2013 | SRF-13-04-0715-28i | 28i | | 4/15/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |
| Notes: | | | | | | | | | | |
| 7/19/2013 | SRF-13-02-0339-28i | 28i | | 2/9/2013 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/31/2013 |
| Notes: | | | | | | | | | | |
| 7/19/2013 | SRF-13-02-0419-07a | 07a | | 2/27/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 10/31/2013 |
| Notes: | | | | | | | | | | |
| 7/19/2013 | SRF-13-02-0338-07a | 07a | | 2/19/2013 | ☐ | ☐ | ☐ | ☑ | ☑ | 10/31/2013 |
| Notes: | | | | | | | | | | |

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                                                                    *00029*



# MDOC Prisoner Step III Grievance Report

### 1/1/2013 to Present

**Prisoner #:**   248097        **Last Name:**   Bell                **First Name:**   Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2013 | SRF-13-02-0294-28i | 28i | | 2/12/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 6/27/2013 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | ECF-12-08-2752-28b | 28b | | 8/29/2012 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/29/2013 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | ECF-12-08-2753-28b | 28b | | 8/29/2012 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/29/2013 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | ECF-12-09-2855-17b | 17b | | 9/6/2012 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/29/2013 |

Notes:

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*                                                                            *00030*



# MDOC Prisoner Step III Grievance Report

## 1/1/2013 to Present

**Prisoner #:** 248097 **Last Name:** Bell **First Name:** Cedric

| Step III Rec'd | Grievance Identifier | Grievance Catagory | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | ECF-12-08-2750-15b | 15b | | 8/29/2012 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/26/2013 |

Notes:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | ECF-12-08-2751-28i | 28i | | 8/30/2012 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/26/2013 |

Notes: No step 1 date

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | |

Notes: 03/23/2017-Returned to P under cover letter Requesting Steps I&II DOCS- (MRF-16-12-2331-19Z)AM

*Cedric Bell #248097 v SOM Administrative Board of Claims, et al.*
*USDC-ED No. 2:20-cv-10193*

00031



STATE OF MICHIGAN

**GRETCHEN WHITMER**
GOVERNOR

**DEPARTMENT OF CORRECTIONS**
LANSING

**HEIDI E. WASHINGTON**
DIRECTOR

## STEP III GRIEVANCE DECISION

104151
28C

| | |
|---|---|
| **To Prisoner:** | Bell      #:   248097 |
| **Current Facility:** | MRF |
| **Grievance ID #:** | ARF-18-10-2714-28C |
| **Step III Received:** | 1/2/2019 |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**   JAN 1 4 2019

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

cc: Warden, Filing Facility: ARF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

SEE ATTACH 4 PAGES   STEP 1

TO: WARDEN OFFICE
ARDEN CAMPBELL

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: **11-20-18**

Grievance Identifier: |A|R|R|/|18|4|0| |2|7|/|A| |2|8|C|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
JAN 02 2019
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ **C.C.** _____ by **11-28-18**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10-19-18 | 11-17-18 |

**STEP II** — Reason for Appeal (ISSUE UNRESOLVE AT STEP 1) COMPLAINT WAS TIMELY. MEDICAL
CONDITION I HAVE IS PERMANENT. AND THE STEP 1 COMPLAINT/GRIEVANCE IS PROPERLY
FILED BASED ON THE INFORMATION I WAS TOLD BY (NURSE SUPERVISOR MARINE) NOTHING ✗
IN WRITING, NO NAMES, DATES. ANYTHING OTHER THAN WORD OF MOUTH. I HAVE A SERIOUS
MEDICAL NEED, CONDITION AS WELL THE NOW SERIOUS MEDICAL ✗✗✗✗ ✗✗✗✗ NEED THATS
BEING NEGLECTED AND MEDICAL REPORTS FROM THE LISTED 3 DIFFERENT EMERGENCYROOM
PROVES THIS .(RN.NETHERCOTT, NURSE MANAGER) HAS PROVIED HIS/HER REASON FOR THE
REJECTION OF THE GRIEVANCE/COMPLAINT. BUT YOU RN NETHERCOTT CAN NOT PROVIDE ✗✗✗✗
(ANY) DOCTOR'S WHO HAS PROVIDE ANY FOLLOW UP TREATMENT OR HAS SEEN/TREATED ME
OR HAS REMOVE WHAT MEDICAL STAFF ATTEMPTING TO SAY WHATS CANCEL, WHATS GOING ON
WITH THESE FOLLOW UPS, 9-23-16, 9-22-16, 2-4-17, 2-7-17 ALL FROM EMERGENCYROOM HOSP.

**STEP II** — Response

| | Date Received by Step II Respondent: |
|---|---|

*See attached*

| Respondent's Name (Print) S. Campbell/Warden | Respondent's Signature S. Campbell | Date 11-20-18 | Date Returned to Grievant: 11-26-18 |
|---|---|---|---|

**STEP III** — Reason for Appeal (FACTUAL ISSUE'S) THE ABOVE WAS SENT TO THE WARDEN OFFICE
A HIGHER LEVEL OFFICIAL AT THE FACILITY REGARDING A SERIOUS MEDICAL CONDITION
OF NEGLECT, DELAY, ✗✗✗✗ NO TREATMENT. THE APPEAL WAS NOT FORWARD TOO MEDICAL HIGHER
LEVEL OFFICIAL IN JACKSON, OR CORIZEN MEDICAL IN LANSING, ✗ OR TO THE DIRECTOR
H.WASHINGTON, AS WHAT HAS/HAVE BEEN PROVIDE BY DOCTOR'S, YET TAKEN AWAY YEARS ✗✗✗✗
LATER AND NOT BY A DOCTOR(s). BECAUSE I HAVE FILED GRIEVANCES REGARDING TREATMENT
AS IT IS CLEAR, STAFF CONSPIREING OR CLEAR RETALIATION FOR FILING.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name | Number | Institution | Lock | Date of Incident |
|---|---|---|---|---|
| **Bell** | **248097** | **ARF** | **3-159-B** | **10/19/2018** |
| Respondent | Title | Date | Grievance Identifier | |
| **Warden Campbell** | **ARF Warden** | **11/20/2018** | **ARF/ 2018/10/2714/28C** | |

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 Prisoner/Parolee Grievances and the rejection is upheld at Step II.

**GRIEVANCE/COMPLAINT STEP 2 ATTACHMENT**
**ARF/201810/2714/28C**

CEDRIC BELL // 248097 // ADRIAN // 3-159-B // 10-19-18 //11-17-18 **XXXXXXXXXXXX**

AND THE LAST EMERGENCYROOM 7-26-18 HENRY FORD HOSPITAL,ALSO SEE McLAREN MACOMB
HOSPITAL**XXXX** ALSO SEE MOUNTCLEMENS REGIONAL MEDICAL CENTER ., **XXXXXXX**
NOW THE QUESTION IS., WHAT FACILITY DOCTOR HAS DONE THE FOLLOW UPS TO ALL THESE
EMERGENCYROOM RETURN. (AS THEY CAN/WILL BE DEPOSE):
 RN,NURSE NETHERCOTT (NURSE MANAGER) HAS STATED MY MEDICAL CONDITION AND
FOLLOW UP TREATMENT IS UNTIMELY AS WELL THE NAMES OF THE(DOCTORS) X WHO HAS
DONE THE FOLLOWUP AT THESES FACILITY OR ANYOTHER FACILITY AS **XXX** WELL ANY
OUTSIDE CLINIC TREATMENT THATS BEEN PROVIDE.
MEDICAL STAFF STATED I HAVE  MULTIPLE ISSUES., THE STATEMENT**X** OF FACTS IS
TRUE AND WHAT WAS STATED WHEN IS WAS CALLED OVER TO AN BACK OFFICE AND SAW
NURSE **XXXXXXXXX** SUPERVISOR MARINE. AND ME BEING TOLD SOMETHING HAS BEEN CANCEL
AND THE **XXXX** POINT IS WHAT DOCTOR HAS DONE THIS.
AS THE WORDING IN THE POLICY IS CLEAR PD. 04.06.160 MEDICAL DETAILS AND
SPEICAL ACCOMMODATION NOTICES/ORDERS.
AS WELL THE VIOLATION OF PD.04.06.155 OFFENDERS WITH DISABILITES. AND PD.03.04
HEALTHCARE.,
ALL THE MEDICAL RECORDS FROM THE ACTUAL HOSPITAL EMERGENCYROOMS AND ALL THE
MDOC FACILITY DOCTOR(s) THAT HAS ADDRESS THE ABOVE MEDICAL CONDITIONS AS WELL
TREATMENT AND FOLLOWUP TREATMENT. SHOULD AND WILL BE RELEASED TO THE (CDC)
AND OTHER HUMAN RESOURCE HEALTH ADVOCACY. AS TO THE INFORMATION THAT IS
PROVIDE BY NURSE MANAGER AND THE NON-TREATMENT PROVIDE BY CORIZON MEDICAL
HEALTH .CONTRACTED BY **XXXXXXXXX** MICHIGAN DEPARTMENT **XXX**CORRECTION.

THIS GRIEVANCE/COMPLAINT IS APPEAL TO FACILITY WARDEN,HERE AT ADRIAN CORR.FAC.
A HIGHER LEVEL OFFICIAL IN THE HOPES OF TREATMENT,AS WELL ACCOMMODATION OF
MEDICAL BOOTS/BRACES THAT ARE IN (URF MEDICAL STORE ROOM) THAT ITURN IN TO
GO **XXXXXXXXXXXXX** OUT FOR REPAIR, YET WAS NEVER RETURN, WHEN A DOCTOR ACTUALLY
PROVIDE THESE ITEMS.OR THE RETURN OF MY PERSONAL BOOTS THAT I **XXX** ORDER *IT WAS*
TURN IN AT DWH ONCE I WAS GIVEN THE ABOVE..WHY DIDN'T A DOCTOR TAKE AWAY THE
ABOVE OR DISCONTINUE THE MEDICAL ACCOMMODATION AS IT WOULD BE INHUMANE AS THE
PRIOR GRIEVANCE STATED THE ONLY THING WAS REMOVE WAS DUPLICATE.
 THIS IS THE RESPONSE FROM MEDICAL STAFF AT STEP 2 APPEAL RESPOND AND NOW
IT'S NOT BEING FOLLOWED AND DISREGARDED. AND THIS IS ENDANGERING MY LIFE..
MY ADMINISTRATIVE REMEDIES ARE **XXXXX** EXHAUSTED. SEEKING HELP FROM OUT SIDE
RESOURCES AND 42 U.S.C. 1983. FOR  FIRST AMENDMENT  VIOLATIONS BY RN NETHERCOTT
NURSE SUPERVISOR AND RN NURSE SUPERVISOR MARINE, AS WELL EIGHT AMENDMENT
VIOLATION, I WOULD LIKE TO BE COMPENSATED MONETARY DAMAGES AS WELL THE **XXXXXXX**
REPLACEMENT OF MY PERSONAL BOOTS TO ACCOMMODATE  MY AFO BRACES LEFT/RIGHT
AS WELL THE FOOTWARE FACILITY STAFF HAS AS I PROVIDE A SALE RECEIPT TO THE
FOOTWARE I HAVE ON TO RUM THOMAS. YET WHAT I WAS PROVIDE BY DWH ARE IN A BOX
PENDING ANOTHER HEARING THAT I HAVE NOT RECEIVE.CONSIDERING THE FRIST ONE WAS
REVERSED OR LABEL AS WRONG. I AM ATTEMPTING TO RESOLVE THIS MATTER SO I CAN
FOCUS ON WHATS IMPORTANT. NOT INVIDIOUS DISCRIMINATION BASED ON RACE WITH
DELIBRATE INDIFFERENCE THAT CAN SHOWN THROUGHOUT THE FACILITY.
(SEE# KITE'S MEDICAL REQUESTS)|.*Bl*
9-5-18,8-14-18, 8-6-18,7-8-18 AS WELL THE MEDICAL FOLLOW UPS FROM(9-22-16)
AND AFTER,AM I HAVING PROBLEMS NOW YES THEY HAVE NEVER STOP. THE ACTIONS OF
STAFF ARE CLEAR RETALIATION AS THE OTHER FACILITY.I WOULD LIKE THE NAMES OF
THESE DOCTOR'S AS WELL **XXX** WHO TREATED AT THESE APPOINTMENT(s) THAT WERE MADE
AS WELL THE RESPONSE'S THAT BEING PLACE IN MY MEDICAL FILE., CONSIDERING
MEDICAL STAFF ARE SAYING MY MEDICAL TREATMENT,COMPLAINT'S ARE UNTIMELY AND I'M
NOT ENTITLE TO TREATMENT.SO MY REQUESTS ARE REJECTED.

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00035



*4 PAGES ATTACHED*

4835-4247 10/94
CSJ-247A

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I  10-23-18   Grievance Identifier: |A|R|F|1|8|1|0| |2|7|1|4| |7|2|C|
                                                                              28C

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10-19-18 | 10-19-18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?  OCT 19, 2018
If none, explain why.  SPOKE DIRECTLY TO (RN MARINE) WHO STATED SHE WAS NURSE SUPERVISOR HERE AT ADRIAN CORR.FAC., SHE STATED I SAW DOCTOR JULY 2,2018 AND MY SPECIAL ACCOMMODATION NOTICE WAS CANCEL BY A FACILITY DOCTOR. AND THE FOOTWEAR ARE BEING TAKEN THAT I HAVE TO ACCOMMODATE THE AFO BRACES..

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.   ON THE ABOVE DATE I WAS ON CALLOUT TO MEDICAL,AT NO TIME DID I REQUEST TREATMENT FOR THIS ABOVE MATTER. I HAVE A SPECIAL ACCOMMODATION NOTICE FOR BOOTS TO ACCOMMODATE MY (AFO) BRACES MY FAMILY PAID FOR MY BOOTS AS WELL THE BRACES ON MY LEFT/RIGHT FEET.,I BEEN HAD THESE AFO BRACES NON-BI-LATERIAL SINCE 1998. MY FAMILY REPLACED THE OLD ONE WITH THESE. BOOTS WAS ORDER 2012 OR 2013 I GOT THE RECEIPTS. MY MEDICAL BOX CONDITION IS PERMANENT, NERVE DAMAGES,PARALYSIS, FROM 18 GUNSHOT WOUNDS. MY LEFT AND RIGHT FEET HANG DOWN THE BRACES KEEP THEM STRAIGHT. MY FOOTWEAR WERE AUTHORIZED IN 1996, THESE ARE THE LISTED DOCTOR'S THAT HAVE TREATED ME IN THE MICHIGAN DEPARTMENT OF CORRECTION MEDICAL HEALTHSERVICE. ANITA M.- NORONHA MD., ARDESHIR FAGHIHNIA MD., MICHAEL R. ENGELSGJERD MD., ROBERT A.WEST- OVER MD., RAMESH C. KILARU MD., BIENVENIDO B. CANIAS MD., AS WELLOUTSIDE DOCTORS I WILL PROVIDE THE NAMES FROM HENRY FORD HOSPITAL, McLEARN MACOMB HOSPITAL DETROIT RECIVING HOSPITAL AS TO MY MEDICAL CONDITION. AS FACILITY MEDICAL STAFF ACTION CAN/WILL LEAD TO DAMAGES AND ME BACK IN A WHEELCHAIR. AND DESTROY WHAT I HAVE REBUILT TO STAY ON MY FEET WALKING. THIS AND THE ACTION OF STAFF HAVE VIOLATED MY EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

(SEE ATTACH 4 PAGES PER POLICY)          Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No   If No, give explanation. If resolved, explain resolution.)
See attached

Also untimely

HOW IS IT UNTIMELY
HE SAW MEDICAL THAT DATE

| Respondent's Signature | Date 11-8-18 | Reviewer's Signature | Date 11-13-18 |
|---|---|---|---|
| Keen                   | CRP          | ADW.WHITE            | ADW.3 |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 11-14-18 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink – Process to Step One; Goldenrod – Grievant.

**" STEP 1 GREIVANCE ATTACHMENT**

CEDRIC BELL /// #248097 /// ADRIAN /// 3-159-B /// 10-19-18 /// 10-19-18 //

AT THIS TIME. I CEDRIC BELL HAVE NOT SEEN A FACILITY(MDOC) DOCTOR REGARDING MY DROP FEET, OR A DOCTOR TO REMOVE THE BOOTS THAT ACCOMMODATE THE LEFT/RIGHT AFO BRACES OR THE ORTHOPEDIC ATHLETIC SHOE THAT DO THE SAME THING.

(PD/OP04.06.160 SPECIAL ACCOMMODATION) WORDING IS CLEAR AND STATES A DOCTOR AUTHORIZATION OR R (AFTER) TREATMENT IS WHATS NEEDED TO REMOVE ANY MEDICAL ACCOMMODATION FROM A PRISONER..

I WOULD LIKE TO KNOW THE NAME OF THE DOCTOR THAT TREATED ME AND REMOVE BOOTS AND ATHLETIC SHOES ON JULY 2,2018.,

THIS IS WHAT(RN MARINE NURSING SUPERVISOR) TOLD ME ON OCT 19,2018 ,BUT THE PROBLEM IS THERES NO DOCUMENTATION OF THIS, XXXXX THIS IS NOT THE FIRST TIME MY SPECIAL ACCOMMODATION NOTICE XXXXXXXXXXXXXXXXX XXXXXXXX HAS BEEN ALTER., AND IT RESULTED IN INJURY. AS NO DOCTOR HAVE (EVER) MADE CHANGES TO ANY OF MY SPECIAL ACCOMMODATION NOTICE.

ANY MEDICAL STAFF XXXXXX CAN LOG ON TO THE XXXXX COMPUTER AND MAKE CHANGES OR DELETE OR ADD DATES. THIS IS NOT HARD., AND IT'S DONE IN MOST CASE'S WHERE MEDICAL STAFF ARE OVER FRIENDLY WITH CORRECTIONAL OFFICER OR RELATED OR IN A RELATIONSHIP. YET THESE ACTION VIOLATES THE PRIVACY ACT IN SO MANY WAYS.

(I HAVE NOT REQUESTED ANY FOOTWEAR ): FROM NO MEDICAL STAFF. SO MEDICAL XXXXXXX DOCUMENTS HAVE BEEN ALTERED IN THE REQUEST....

I HAVE ONLY ASKED THAT THE VELCRO CLAPS BE REPAIRED AND SOLES ON MY MEDICAL BOOTS/BRACES THESE BOOTS WERE GIVEN TO MEDICAL STAFF AT (URF) JULY 2017 THIRD WEEK AND TAKEN TO A REPAIR SHOP.( DOCUMENTATION FROM THE REPAIR SHOP IS REQUESTED) AS EVIDENCE TO SUPPORT CLAIM.AT THIS TIME THE MEDICAL BOOT/BRACES WERE NOT RETURN TO ME. I WAS TOLD TOO USE WHAT I GOT AND THEY WERE REMOVE FROM MY SPECIAL ACCOMMODATION NOTICE. AFTER MY FAMILY CONTACTED THE STATE OF MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS BUREAU OF PROFESSIONAL LICENSING INVESTIGATION & INSPECTIONS DIVISION. (URF) STAFF TOLD MEDICAL STAFF I ASSAULTED A PRISONER.THIS ASSAULT NEVER HAPPEN, BUT IT DID NOT STOP MEDICAL STAFF FROM PLACING IT IN A MEMO IN MY FILE., I WAS SENT A COMPLAINT PACKET AND I WAS TRANSFERED OUT THE NEXT DAY, LEAVING THE NEXT FACILITY TO DEAL WITH FALSE INFORMATION. THEN TRANSFERED AGAIN, THEN TRANSFERED XXX AGAIN, NOW HERE AT ADRIAN., LET THE RECORD REFLECT I HAVE A COPY OF (ALL) MY SPECIAL ACCOMMODATION NOTICES. EVEN WHAT I WAS GIVEN UPON TRANSFERING TO ADRIAN CORR.FAC. (SO AS TO RN MARINE TELLING ME THE BAD NEWS I QUOTE MY FOOTWEAR HAS DISCONTUINE) I RESPECTFULLY REQUEST THE DOCTOR NAME THAT DID TREATED ME ALONE WITH THE DATES OF THE DOCTORS RECCOMMANDATION AND ORDER. AND THE COPIES WHERE I CEDRIC #1 BELL # MADE (ANY) REQUEST FOR FOOTWEAR....

I HAVE WAIT OVER 2 1/2 YEARS FOR VELCRO REPLACEMENT. YET I AM BEING RETALIATED AGAINST BY MEDICAL STAFF OVER WHAT HAPPEN TO ME AT (MRF) AS WELL (JCF) MEDICAL AS THESE N MEDICAL STAFF NEVER HAD MEDICAL RECORDS AND I WAS NEVER PROVIDE FOLLOW UP TREATMENT,, AS APPOINTMENT ARE MADE BUT I NEVER RECEIVE CALLOUTS.

YET THE ONLY PERSON I HAVE SEEN WAS DOCTOR GRAINER ABOUT MY INFECTED XXXXX LEFT TOE. SHE AS WELL LOOK AT MEDICAL DOCMENTS FROM 3 DIFFERENT OUTSIDE XXX EMERGENCY ROOM TREATMENT ALL DIFFERENT HOSPITAL.......

AS TO MY FOOTWEAR THAT I HAVE AND (AFR) MEDICAL STAFF IS REMOVING WITHOUT A DOCTOR N TREATMENT OR EVALUATION. PLEASE SEE(ABNEY v McGINNIS 380 F.3d 663).

I WOULD LIKE TO RESOLVE THIS MATTER MY HAVING MEDICAL STAFF REPLACE MY BOOTS BACK ON MY MEDICAL ACCOMMODATION AS THEY ARE KRM FOR MY AFO BRACES AND ATHLETIC NEW XXXX BALANCE THAT I ALREADY HAVE.. THE METAL AFO BRACES/BOOTS ARE AT (URF) IT'S BEEN 18 MONTHS WITHOUT THEM NOW AND YES MY HEALTH N DETERIORATED. AS I DONT GET PHYSICAL THERAPY AND REFUSE MEDICATION FOR MUSCLE SPAMS, AS I DONT WANT THE LABEL BY HEALTHCARE AS HAVING DRUG SEEKING BEHAVIOR. I NEED TO DO FOR MYSELF AND FACILITY STAFF AND MEDICAL STAFF ARE STOPING THIS BY FALSE INFORMATION,,

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00037

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE: 11/8/2018

TO: BELL 248097

LOCATION: ARF 159B-3

FROM: Grievance Coordinator: Ream

SUBJECT: Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding **MULTIPLE ISSUES,**
was received in this office on **10/23/2018** and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that you are in violation of PD-03.02.130. This procedure states that you must limit your grievance to one (1) issue per grievance. You have included more than one (1) issue as prescribed in this procedure. Grievance denied at first step.**

Any future references to this grievance should utilize this identifier:

**ARF / 2018 / 10 / 2714 / 28C**

_____     _____     _____     _____
Respondent                          Date        Reviewer                              Date

*THERE'S NO KITE REQUEST WHY? DID BELL GET CALL OVER TO HEALTH CARE ?*

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00038



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

104143
27B

| | |
|---|---|
| **To Prisoner:** | Bell                    #: 248097 |
| **Current Facility:** | *MRF* |
| **Grievance ID #:** | ARF-18-11-2858-27 |
| **Step III Received:** | 1/2/2019 |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**

'JAN 1 4 2019

*R. Russell*
**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

cc: Warden, Filing Facility: *MRF*

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

APPEAL FOR WARDEN #47-3 PageID.1443
WARDEN CAMPBELL

MICHIGAN DEPARTMENT OF CORRECTIONS                        4835-4248  5/09
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**                    CSJ-247B

Date Received by Grievance Coordinator        Grievance Identifier: | A|R|F| |1|8|1|1|9| |2|8|5|8| |2|7|B|
at Step II: _11.20.78_

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
JAN 0 2 2019
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_G.C._ by _11.28.78_. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10/8/18 | 11/17/18 |

**STEP II — Reason for Appeal**     (ISSUE UNRESOLVE AT STEP 1): THE DECISION DID NOT
MENTION THE ISSUE'S I'M CONCERN ABOUT, THIS PERSENT A FACTUAL ISSUE.
   I AM CONFUSE UNDER THESE CIRCUMSTANCE. TO EXHAUST MY ADMINISTRATIVE REMEDIES
BY CALLING THIS PROBLEM TO THE ATTENTION TO HIGHER LEVEL OFFICIAL SO THEY CAN
TAKE WHATEVER ACTION NECESSARY TO MAKE SURE IT NEVER HAPPENS AGAIN. AS THE
ACTIONS OF STAFF ARE WITH DELIBERATE INDIFFERENCE AS YOU CAN REASONABLY
PROVIDE A REMEDY FOR FEMALES YET NONE FOR MALES WITHOUT BEING DISRESPECTFUL
TO RX MAN SEXUALITY TO DRESS IN FEMALE ATIRE AT ANYTIME TO ENTER THE FACILITY
VISITING AND THE ATIRE IS PROVIDE BY STAFF IS WRONG.IS THE FUNDING BEING
EQUALLY DIVIDE. AS WELL X STAFF VIOLATING THERE OWN POLICY.  AS THERES NO
NAMES BEING DISPLAYED. IF THE POLICY HAS CHANGE AS MY COPY DONT STATE IT.

**STEP II — Response**

| Date Received by Step II Respondent: |
|---|
|  |

_See attached_

_S. Campbell Warden_                _S. Campbell_                _11.20.18_          | Date Returned to Grievant: |
Respondent's Name (Print)      Respondent's Signature      Date                    |  |

**STEP III — Reason for Appeal**    (FACTUAL ISSUE'S) FACILITY(s) STATE WIDE SHOULD HAVE
ATIRE FOR MEN VISITOR IF THE DRESS CODE/POLICY IS NOT BEING PROVIDE WITH THE
VISITOR APPROVAL NOTICE. IF THESE HOODED SWEATSHIRT ARE NOT ALLOWED IN ANY
MICHIGAN DEPARTMENT CORRECTION.
   WHY ARE STAFF WEARING HOODED SWEATSHIRT WITHOUT NAMES BEING DISPLAYED OPENLY
AT ALL TIMES. SWEATSHIRT HOODED SHOULD BE BANDED FOR ALL STAFF AS WELL. AS VIDEO
WILL SHOW NO STATE LOGO. AS POLICY CHANGE 2017. WHY NOT VISITOR'S AS WELL.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name | Number | Institution | Lock | Date of Incident |
|---|---|---|---|---|
| **Bell** | **248097** | **ARF** | **3-159-B** | **11/8/2018** |
| Respondent | Title | Date | Grievance Identifier | |
| **Warden Campbell** | **ARF Warden** | **11/20/2018** | **ARF/ 2018/11/2858/27B** | |

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 Prisoner/Parolee Grievances and the rejection is upheld at Step II.

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __11-8-18__    Grievance Identifier: |A|R|A| |R| |1| | |2|8|6|8| |2|7|B|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10/28/18 | 11/1/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?   10/28/18 SPOKE
If none, explain why.   DIRECTLY TO SHIFT COMMANDER Lt.STARR IN THE FACILITY VISITING ROOM AS WELL MY DAUGHTER ATTEMPTED TO EXPLAIN THE SITUATION. AS WELL I SENT A KX KITE TO ADMINISTRATIVE ASSISTANT S.KINDINGER ON 10/1/18 AS WELL SENT A KITE TO ADMINISTRATIVE OFFICER A.JOHNSON ON 10-29-18, I NEVER GOT A RESPONSE FROM (ANYONE) NOT ONE STAFF MEMBER. AS OF THE ABOVE DATE.
* State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.   THIS GRIEVANCE COMPLAINT IS FILED TIMELY AS I NEVER GOT A RESPONSE FROM ANY FACILITY STAFF,NOR DID SHIFT COMMANDER Lt.STARR COME BACK AS HE PERSONALLY TOLD ME HE WOULD.

VIOLATION:
(FIRST ADMENDMENT,EIGHTH ADMENDMENT,FIFTH AND FOURTEEN ADMENDMENT;

STATEMENT OF FACTS:

ON THE ABOVE DATE STAFF UNKNOWN TO ME,BUT WITH DIRECT CONTACT WITH FAMILY MEMBER FIRST TIME VISITOR (ERIC PRIOR) WHO IS MY SON CAME TO THE FACILITY ALONE WITH DAUGHTERS DOROTHEA PRIOR,DOROTHY CRAWFORD, GRANDCHILDRENS HONESTY,TRUE AND CAHSE CRAWFORD.) WAS DENIED TO VISIT ME AS HE HAD ON A HOODED SWEATSHIRT.AT NO TIME XX DID (ANY ) FACILITY STAFF MAIL A DRESS CODE ALONE WITH THE APPROVAL VISITOR NOTIFICATION.,HE WAS OFFER FEMALE ATTIRE BY FACILITY STAFF. AS THIS IS VERY DISRESPECTFUL TO XX (MAN) AS WELL DEMEANING,(THE DISCRIMANATION BY STAFF AS WELL RETALIATORY ACTIONS OF VISITOR DENIAL). AS THESE FACILITY STAFF PROVIDES SMOCKS TO ANY XXXX X FEMALE's VISITOR THAT THEY DEEM NOT PROPERLY DRESS. THE FACILITY STAFF MEMBER(S) WHO DECIDE*S WHATS XXXXXXXX PROPER ATTIRE FOR A FIRST TIME XXXXX VISITOR.,OR WHAT'S ALLOWED IN THE FACILITY BY VISITOR
(see attach 4 pages per policy)    Grievant's Signature

RESPONSE (Grievant Interviewed?)  ☐ Yes  ☒ No    If No, give explanation. If resolved, explain resolution.)

See attached

P.D. 05.03.140 X - visitor attire
P.D. 02.03.103 A - C/o Attire

| | | | |
|---|---|---|---|
| Respondent's Signature | 11-8-18 Date | ADW.white Reviewer's Signature | 11-13-18 Date |
| Respondent's Name (Print) | CRP Working Title | ADW.WHITE Reviewer's Name (Print) | ADW.3 Working Title |

| Date Returned to Grievant: 11-14-18 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

STEP 1 GRIEVANCE ATTACHMENT PER POLICY

TO:

GRIEVANCE COORDINATOR

CEDRIC BELL #248097 /// 3-159-8 /// 10-28-18 /// 11-1-18 ///

AS WELL STAFF MEMBERS, AS IT IS ERIC PRIOR IN MY SON YET HE IS LISTED AS A FRIEND., AS THIS COMPLAINT IS BEING FILED BY ME YET THE FOLLOW UP WILL BE DONE BY ERIC PRIOR AS WELL CEDRIC BELL #248097, AS ERIC PRIOR IS NOT VERSED IN FACILITY POLICY AND PROCEDURES AS WELL ADMINISTRATIVE RULES, POLICY AND PROCEDURES AND THERE STANDARDS AS HE WAS TOLD ONE THING IN A VERY DEGREADING MANNER.*(I HOPE YOU LIKE DRIVING UP NORTH). THIS STATEMENT BY STAFF IMPLY'S THAT CEDRIC BELL #248097 WILL BE TRANSFERED UP NORTH, AS WELL IT IMPLY'S RETALIATION AS I HAVE UTILIZED THE GRIEVANCE PROCESS AT THE FACILITY IN OTHER MATTERS TO BE SUBMITTED TO THE COURTS AS ATTACHMENTS/EXHIBIT IN A 42 U.S.C. 1983 CLAIM AS WELL THE APPEAL CASE 17-899-AA. AS WELL FACILITY STAFF ARE IN VIOLATION OF THREE EM OWN POLICY DIRECTIVE PD 02.03.103 ATTACHMEN (A),(B),(C),(D),(E),(F) EMPLOYEE UNIFORMS/DRESS CODE.(NO HOODED SWEAT SHIRTS ) ARE LISTED YET STAFF THOURGH OUT THE FACILITY WEAR THEM WITHOUT NAME TAGS AS IDENTIFIER, AS THIS POLICY IS THE UPDATED PROVIDED IN THE FACILITY LAW LIBRARY AND FACILITY VIDEO SURVEILLANCE WITH A LONG LIST OF NAMES OF EACH STAFF THAT ARE IN VIOLATION OF THE ABOVE. AS MY SON WAS TARGETED BY STAFF AND TREATED DIFFERENTLY. IS IT SAFE FOR MY FAMILY TO COME TO THE FACILITY ON SUNDAY TO VISIT ME OR WILL I BE TARGETED AS WELL FOR MORE RETALIATION AS I MAY BE IN SEGREGATION FOR A WEAPON OF SUCH THAT JUST SO HAPPEN TO BE FOUND IN MY AREA OF CONTROL. THATS NEVER HAPPEN IN THE 22 1/2 YEARS, YET THE SHIFT COMMANDER NEVER ATTEMPTED TO RETURN TO SPEAK WITH ME IN THE MATTER, OR ANYOTHER TIME.(THIS IS A DISCRIMINATION COMPLAINT/GRIEVANCE) AS I'M SURE IT WILL BE REJECTED BY THE GRIEVANCE COORDINATOR REAM, AS THE STATEMENT OF FACTS WILL NOT MEET HIS/HER STANDARDS AND THE INTERVIEW IN THE ABOVE MATTER WILL BE DENIED, A COPY OF THIS COMPLAINT SHOULD BE FORWARDED TO ERIC PRIOR AT 15360 APPOLINE STREET, DETROIT, MI 48228. I WILL HAVE A NOTARIZE AFFIDAVIT FROM ERIC PRIOR AS WELL 2 DECLARATION IN SUPPORT FROM DOROTHEA PRIOR AND DOROTHY CRAWFORD, TO ATTACH TO STEP 2/STEP 3 APPEAL.

RELIEF SOUGHT:

I WOULD LIKE TO BE COMPENSATED IN THE ABOVE MATTER $50,000.00 AS WELL $50,000.00 FOR ATTORNEY FEES FOR DAMAGES IN THE DISCRIMINATION AND RETALIATORY ACTION OF THE STAFF AS WELL UNKNOWN STAFF THAT OFFER THE FEMALE ATTIRE, AS THIS COULD AND WOULD LEAD TO BELITTLEMENT AND HOSTILE ENVIRONMENT FOR PRISONER THAT SAW PRISONER CEDRIC BELL #248097 SON/FAMILY IM FEMALE ATTIRE. FACILITY STAFF IS ATTEMPTING TO DISCOURAGE FAMILY FROM COMING TO THE FACILITY TO VISIT. I WOULD LIKE THE FACILITY AND MDOC STAFF TO PROVIDE WRITTEN NOTICE OF DRESS CODE TO ALL APPROVE VISITOR BY E-MAIL ONCE APPROVE, AS WELL THE FACILITY TO PROVIDE A PROPER ATTIRE FOR MALE VISITOR'S, IF NEED BE ..

PROPOSE DISCIPLINARY ACTION:

I REQUEST A THE FOLLOWING STATE ADMINISTRATOR BE CONTACTED AND IMPOSE THE APPROPIATE DISCIPLINARY MEASURE TO MCL 791.203 AND 791.206 AS WELL TO THE MICHIGAN CIVIL SERVICE COMMISSION,RULE 2-10 AND MICHIGAN CIVIL SERVICE RULE ON DISMISSAL OR SUSPENSION UNDER SEC.,32 AS THOSE RULES ARE INTERPREED THROUGH MDOC EMPLOYEE DISCIPLINE POLICY DIRECTIVE PD 02.03.100 AND MDOC CORRECTIVE ACTIONS FOR EMPLOYEE PREFORMANCE PROBLEM.(see PLOICY DIRECTIVE-PD 02.03.130) AMERICAN CORRECTIONS ASSOCIATION STANDARD AND BHR ADMINISTRATOR

VERIFICATION:

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.EXECUTED AT ADRIAN CORR.FAC. IN ADRIAN,MICHIGAN. ON NOVEMBER 1,2018 BY CEDRIC BELL #248097. COULD THE GRIEVANCE COORDINATOR PLEASE USE A BLANK ENVEOCPE TO PROTECT MY FAMILY ADDRESS THATS LISTED ABOVE.

4

Michigan Department of Corrections
**GRIEVANCE REJECTION LETTER**

DATE:     11/8/2018

TO:     **BELL**     **248097**     LOCATION:   ARF     159B-3

FROM:   Grievance Coordinator:   **Ream**

SUBJECT:   Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding     Content of Dept. wide policy/proc. 05.03.118 OOO
was received in this office on   11/8/2018     and was rejected due to the following reason:
A grievant may not grieve the content of policy or procedure except as it was specifically applied to
the grievant.  If a CFA prisoner has a concern with the content of a policy or procedure, s/he may
direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit
Representatives/Warden's Forum".

Any future references to this grievance should utilize this identifier:   ARF  /   2018  /  11  / 2858    / 27B

_Ream_ _____     11.8'18          _ADW.wht_   11-13-18
**Respondent**     **Date**     **Reviewer**     **Date**



STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

103588
27C

**To Prisoner:** Bell     **#:** 248097
**Current Facility:** ARF
**Grievance ID #:** ARF-18-10-2721-27C
**Step III Received:** 12/5/2018

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**     DEC 1 0 2018

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

cc: Warden, Filing Facility: ARF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

*4 PAGES 41-44*

*To: WARDEN CAMPBELL*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: **11-2-18**

Grievance Identifier: **ARF 18 10 2724 27C**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (OR the photocopy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

*RECEIVED*
*DEC 05 2018*
*Office of Legal Affairs*

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
**G.C.** by **11-8-18** . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248D97 248D-97 | ADRIAN | 3-159-B | 10/2218 | 10/30/18 |

**STEP II — Reason for Appeal** (ISSUE UNRESOLVE AT STEP 1) DUE TO DIRECT BIAS BY AN
INVIDIOUS DISCRIMINATION BASED ON RACE., AS I STATED CLEARLY MY VIOLATION BY
STAFF, THEN THE STATEMENT OF FACTS. APPEAL SHOULD BE GRANTED AS GRIEVANCE
COORDINATOR VIOLATED THE ABOVE BY SAYING MY COMPLAINT IS(adm rule/DECISION FROM
CFA). THEN ATTACH LEVEL 1 POSTED HOUSING UNIT RULES EFFECTIVE DATE 10/01/14. THE
ACTIONS OF THIS HIGHER LEVER OFFICIAL THATS VERSE IN LAW/ADMINISTRATION RULES/
PROCEDURES/CIVIL PROCEDURES/ MDOC ADMINISTRATIVE RULE POLICY AND PROCEDURES.
IS CLEARLY ATTEMPTING TO ALTER THE COMPLAINT AS WELL CHANGE THE FACTS THIS
IS CLEARLY STAFF CORRUPTION, AS I AM A LEVEL 2 PRISONERS ATTEMPTING TO HAVE A
GRIEVANCE INTERVIEW REGARDING THE STEP 1 COMPLAINT. THE DECISION OF THE BOTH
(see attached 4 copies per policy)

**STEP II — Response**

*See attached*

| | Date Received by Step II Respondent: |
|---|---|

| Respondent's Name (Print) S. Campbell Warden | Respondent's Signature S. Campbell | Date 11-5-18 | Date Returned to Grievant: |
|---|---|---|---|

**STEP III — Reason for Appeal** DUE PROCESS VIOLATION(S) BY ABOVE STAFF. IN THIS
MATTER ACTUAL INJURY PRISON OFFICIALS LISTED IN STEP 1 AS WELL,(URF STAFF
,SRF STAFF,JCF STAFF AND NOW ARF STAFF ARE USING A POSTED RULE STOPING ME FROM
PREPARING A SUPREME COURT BRIEF BY WITH HOLDING THE OUTGOING MAIL TO THE
COURTS,CLAIMS FILED,AND THE FILING OF 42 U.S.C 1983. THESE ARE NONFRIVOLOUS
CLAIMS, AS I AM INDIGENT,AND NOT VERSE IN THE LAW AND FILING SO I'M SOLW WITH
PROCESSING MY COMPLAINT AS I AM NOT AN ATTORNEY. I AM BEING RETALIATED AGAINST.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name Bell | Number 248097 | Institution ARF | Lock 159-B-3 | Date of Incident 10/22/2018 |
|---|---|---|---|---|
| Respondent Warden Campbell | Title ARF Warden | Date 11/3/2018 | Grievance Identifier ARF/ 2018/10/2721/27C | |

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 Prisoner/Parolee Grievances and the rejection is upheld at Step II.



MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I  **10·24·18**    Grievance Identifier: **ARF/18/10/2721/27C**

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10/22/18 | 10/23/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **10/22/18**
If none, explain why. SPOKE DIRECTLY TO ARUS SKELTON AS WELL THE DEPUTY WARDEN
KENDELL WHO WAS IN THE OFFICE: AT THIS TIME I ASK HIS NAME AND HE TOLD ME
DEPUTY WARDEN KENDELL. THIS STAFF MEMBER/DEPUTY WARDEN KENDELL AND C/O REASONER
VIOLATED THE CONSTITUTIONAL RIGHTS

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.    ON THE ABOVE DATE XXXX
I WAS DISCRIMINATED AGAINST AS WELL PROVIDE FALSE INFORMATION AS TO THE STAFF
IDENTITY, AS THIS STAFF TOLD ME HIS NAME AND TITLE.
                    VIOLATION: FIRST,FIFTH,FOURTEENTH AMENDMENT AND
                    ( INVIDIOUS DISCRIMINATION BASED ON RACE) :
                    STATEMENT OF FACTS :
    ON THE ABOVE DATE I WAS ATTEMPTING TO GO INTO XXXX DAYROOM #173 IN UNIT 3
WHERE I AM HOUSED I HAD MY TYPEWRITER, LEGAL BOOK OF CASE LAWS AND CITES TO TYPE
OUT A LEGAL BRIEF FOR FILING IN THE CASE #17-895-AA THIS IS AN ACTIVE APPEAL IN
THE MICHIGAN SUPREME COURT. CEDRIC BELL v MICHIGAN DEPARTMENT OF CORRECTION:
I WAS STOP AT THE UNIT BASE DESK BY OFFICER REASONER: WHO TOLD ME I AM NOT ALLOWED
TO TYPE OR HAVE A TYPEWRITER IN THE UNIT DAYROOM #173 OR ANYWHERE ELSE #175 OR
#176. IF I WANT TO TYPE DO IT IN YOUR CELL., AS I STATED MY CELLMATE WAS SLEEPING
AND THIS WOULD CREATE A HOSTILE ENVIRONMENT AS WELL LIVING CONDITION.,HE STATED
TAKE YOUR APPLIANCE BACK TO YOUR CELL. YOU CAN USE THE DAYROOM TO WRITE OUT WHAT
YOU NEED AND TYPE IN YOUR CELL. NOW GO LOOK AT DAYROOM RULE (G). I READ THIS
RULE AS WELL THIS STAFF MEMBER SHOWED ME STAFF COPY OF RULE (G).PART (RADIO/
MP-3 PLAYERS ONLY.NO OTHER APPLICANCE ARE ALLOW IN THE ACTIVITIES ROOM):

        (see attached 4 pages per policy)              *Cedric Bell*
_____        Grievant's Signature

RESPONSE (Grievant Interviewed?    ☐ Yes   ☒ No    If No, give explanation. If resolved, explain resolution.)
                                                    *See attached*

_____        _____        _____        _____
Respondent's Signature            Date            Reviewer's Signature              Date
                               10-24-18                                          10/24/2018
_____        _____        _____        _____
Respondent's Name (Print)      Working Title      Reviewer's Name (Print)         Working Title
Reem                           CRC               B Evens                          ADW

| Date Returned to Grievant: **10·23·18** | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod → Grievant

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:     10/24/2018

TO:     BELL          248097            LOCATION:   ARF       159B-3

FROM:   Grievance Coordinator:  Ream

SUBJECT:  Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding     adm rule/Decisions from CFA
was received in this office on   10/24/2018   and was rejected due to the following reason:
The content of Department-Wide policy and Director's Office Memoranda are non-grievable per
PD 03.02.130.

Any future references to this grievance should utilize this identifier:   ARF  /  2018  /  10  / 2721    / 27C

HOW CAN REAM CHANGE MY VIOLATION
TO WHAT THEY HE/SHE WANT'S THATS
INVIDIOUS DISCRIMINATION BASED ON RACE

_Ream_                    10 24 18
**Respondent**            **Date**

_[signature]_             10/24/2018
**Reviewer**              **Date**

## STEP 1 GRIEVANCE ATTACHMENT (DISCRIMINATION):

C B

CEDRIC BELL/// ## 248097 // ADRIAN // 3-159-B // 10/22/18 // 10/23/18 //

I COMPLIED WITH C/O REASONER ORDER AND RETURN THE LEGAL DOCUMENTS
AND TYPEWRITER TO CELL 159. I THEN WENT TO NEW ARUS OFFICE SKELTON WHO WAS
ON THE COMPUTER STANDING NEXT TO HIM WAS A WHITE MALE UNKNOWN TO ME SO I ASK
HIM HIS NAME AND HE STATED DEPUTY WARDEN KENDELL. I TOLD THE DEPUTY WARDEN
KENDELL I HAVE A COURT DEADLINE THAT WAS MISSED AND I'M SHOWING THE COURT
MY REASONABLE EXCUSE AS TO FILING LATE, AS PART OF THIS FILING IS M.D.O.C.
STAFF RETALIATION FROM (URF,SRF,JCF) GRIEVANCE(s) FILED IN ALL MATTERS AND
USED AS ATTACHMENT AND EXHIBITS TO THE COURT.AS WELL NOW AT ADRIAN CORR.FAC.
MY CASE AND ACTION HAVE BECOME ESTOPPED AND ESTOPEL: BY THE ABOVE STAFF
AND MY FILING THE U.S.C. 1983 CLAIM SEEKING RELIEF AS ALL MY REMEDIES HAVE
BEED EXHAUSTED.
  AS THE DISCRIMINATION BY THE ABOVE STAFF MEMBERS ARE CLEAR AS VIDEO TAPE
EVIDENCE&&&&&SECURITY WILL SHOW US ALL THE ACTION OF DEPUTY WARDEN KENDELL
KENDELL TELLING ME TO SPEAK TO RUM THOMAS.THIS VIOLATES THE CONSTITUTION/
AMENDMENTS AND MY ACCESS TO THE COURTS AMONG OTHER VIOLATIONS OF APPEALING TO
HIGHER LEVEL OFFICIAL AT THE FACILITY.AS HIS ACTION ALONG MADE MY ACCESS TO
COURTS STATE AND FEDERAL ESTOPPEL. AND FOR THE RECORD THIS IS MY SECOND
ATTEMPT APPEAL TO THE WARDEN FOR REDRESS AND SEEN RUM THOMAS AND I MY PROPERTY
IS STILL IN DISMAY. I REQUEST A LOANER TV AS M.D.O.C. STAFF DESTROY MINE IN
THERE SOLE POSSESSION. I STILL HAVE NOT HEARD FROM STAFF. YET OTHER PRISONERS
AT THE FACILITY GET ACCESS TO THEM..  MOST IMPORTANTLY, DAYROOM #175 IS CLOSED
FROM 6:00 AM TIL 10:30 AM TO ALL UNIT-3 PRISONER GENERAL POPULATION SO THE
(JACKSON COLLEGE PROGRAM ) IS THIS STATE AND FEDERAL FUNDING I AM NOT SURE
AS I AM NOT PART OF THE PROGRAM(BUT) THEY USE APPLICANCE IN THIS DAYROOM AS
PART OF THE PROGRAM. YET MY CONSTITUTIONAL RIGHTS AND ACCESS TO THE COURTS
DONT APPLY TO THE USE OF THESE DAYROOM. I UNDERSTAND IT'S NOT  A LIBRARY OR
LAW LIBRARY., AS WAS POINTED OUT TO ME..FROM WHAT I SEE NOR IS IT A SCHOOL
CLASSROOM EITHER SO WHY WOULD UNIT STAFF HAVE DOUBLE STANDARDS ASWELL TREAT ME
DIFFERENTLY FROM OTHER PRISONER AS MY LEGAL LITIGATION, (NOT AS) IMPORTANT
AS A FUNDED COLLEGE &&&&&&& PROGRAM. ,DELIBERATE INDIFFERENCE IS CLEARLY
SHOWN AS WELL INVIDIOUS DISCRIMINATION BASED ON RACE. ALL ADMINISTRATIVE
REMEDIES EXHAUSTED.,

### RELIEF SOUGHT:

  I WOULD LIKE TO BE COMPENSATED IN THIS MATTER NOMINAL DAMAGES,COMPENSATORY
DAMAGES, AND PUNITIVE DAMAGES BY THE MDOC AS WELL FROM EACH STAFF MEMBER
THAT HAS VIOLATED MY RIGHTS AS WELL POSED AS A DEPUTY WARDEN, AS  WELL STAFF
THAT PLAYED ALONG WITH THE #### ##### RUSE, I WOULD LIKE TO BE COMPENSATED
$100,000.00 AS WELL $100,000.00 FOR ATTORNEY FEES AS THE ACTIONS OF MDOC STAFF
EFFECTED MY LEGAL FILING AND ACCESS TO THE COURTS AND THESE STAFF VIOLATED
THEIR OWN POSTED RULES AS WELL SET A DOUBLE STANDARD AND ### TREATED ME ######
DIFFERENTLY THAN OTHER PRISONERS AND DISREGARDED MY PENDING CASE 17-895-AA
BY VIOLATING MY CIVIL RIGHTS BY RETALIATION WHEN TRYING TO RESOLVE. AS THIS
GRIEVANCE WILL BE ATTACHED ALONG WITH PROPERTY CLAIM FILED AT THE FACILITY
TO THE COURTS AS PART OF THE RETALIATION AND DESTRUCTION OF PROPERTY IN THE SOL
POSSESSION OF M.D.O.C STAFF HANDS. THIS GRIEVANCE ALONG WITH MY AFFIDAVIT AN
DECLARATION OF THE ABOVE FACTS. I NOW REQUEST VIDEO SURVEILLANCE OF THE DAYROOM
AND DAY OF INCIDENT TO BE PERSERVE FOR LEGALLITIGATION AND EVIDENCE TO SUPPORT.
AS WELL AN OUTSIDE INVESTIGATION INTO ALL MATTERS.

### PROPOSE DISCIPINARY ACTION:

I REQUEST THE FOLLOWING STATE ADMINISTRATOR BE CONTACTED AND IMPOSE THE

page 1 of 2

00050

## GRIEVANCE ATTACHMENT STEP 1  PART 2 :

APPROPIATE DISCIPLINARY MEASURE TO MCL 791.203 AND 791.206 AS WELL TO THE MICHIGAN CIVIL SERVICE COMMION, RULE 2-10 AND MICHIGAN CIVIL SERVICE RULE ON MISS DISMISSAL OR SUSPENSION UNDER SEC..32. AS THOSE ARE INTERPRETED THROUGH MDOC EMPLOYEE ACKKKKKKKKK DISCIPLINE POLICY DIRECTIVE PD02.03.100 AND MDOC CORRECTIVE ACTIONS FOR EMPLOYEE PERFROMANCE PROBLEM. (SEE POLICY DIRECTIVE RKK PD 02.03.130) AMERICAN CORRECTIONS ASSOCIATION STANDARDS AND BHR ADMINISTRATOR.

IN SUMMARYKK AS TO THIS COMPLAINT/ GRIEVANCE STEP 1 HAS BEEN SUBMITTED IN COMPLIANCE WITH PROPER PROCEDURES THIS COMPLAINT PRAYS THAT HE WILL NOT BE SUBJECTED TO ANYMORE RETALIATION AND RETALIATORY ACTION BY OTHER CORRECTIONAL OFFICER EMPLOYED BY THE MICHIGAN DEPARTMENT OF CORRECTION. SEE JCF-2018-05-1110-270,,JCF-2018-05-1111-27Z,,JCF-2018-05-1112-27Z,, AFR-2018-10-2535-28G AS WELL CLAIM FILED AT ARF-JCF19-10-0046-19C #7492 AND CLAIM FILED AT COTTON-SFR-18-05-0012-19C #7280.

### VERIFICATION:

I DECLARES UNDER PENALTY OF PERJURY THAT THE FORGOING IS A TRUE AND CORRECT. EXECUTED AT ADRIAN CORR.FAC. IN ADRIAN MICHIGAN ON OCTOBER 23,2018 BY CEDRIC BELL #248097.
00000000000000000000000000000000000000000000000000000000000000000000000000000000
********************************************************************************

page 2 of2

(APPEAL) GRIEVANCE ATTACHMENT STEP ? 4 PAGES :

CEDRIC BELL // 248097 // ADRIAN// 3-159-B // 10/22/18 // 10/30/18 // :

RESPONDENT REAM AND ADW INVESTIGATOR B.EVERS DID NOT MENTION THE ISSUE'S
I'M CONCERN ABOUT., THIS PRESENT(S) A FACTUAL ISSUE. I AM CONFUSED UNDER
THESE CIRCUMSTANCE.
 I DO NOT KNOW WHEATHER  THIS IS ANOTHER FORM OF DISCRIMINATION,CONSPIRACY,
OR RETALIATORY MOTIVE BUT THESE POSSIBILITIES SHOULD BE STRONGLY
INVESTIGATED. AS I HAVE A PENDING LITIGATION IN THE COURTS CASE #17-895-AA
CEDRIC BELL  v  MICHIGAN DEPARTMENT OF CORRECTION (URF) STAFF.
TO EXHAUST MY ADMINISTRATIVE REMEDIES BY CALLING THIS COMPLAINT TO THE
XXXX ATTENTION TO ANOTHER HIGHER LEVEL OFFICIAL SO THEY CAN TAKE WHATEVER
ACTION NECESSARY TO MAKE SURE THIS NEVER HAPPENS AGAIN.
 AS THE ABOVE ADMINISTRATIVE REMEDIES ARE EXHAUSTED  THIS XXX GRIEVANCE
COMPLAINT WAS AND THE ACTIONS OF ALL LISTED STAFF HAVE MADE MY ACCESS TO THE
COURTS ESTOPPED. AS FACILITY STAFF AND UNITX STAFF IN THIS COMPLAINT HAVE
DISPLAYED TRUE DISCRIMINATION AND SUPPORT BY HIGHER LEVEL OFFICIAL(s) AT
THE FACILITY. BY CHANGING MY COMPLAINT VIOLATION TO (HIS/HER'S) PERSONAL
PREFERENCE(s).
 I WOULD LIKE TO BE COMPENSATED IN THIS MATTER AS IT'S ANOTHER FORM OF
XXXXXXX RETALIATION I AM DEALING WITH FROM MICHIGAN DEPARTMENT OF CORRECTION
STAFF SINCE APPEALING TO THE COURTS AS WELLX FILING GRIEVANCES OF PROPERTY
XXXXXX DESTRUCTION AS WELL CLAIMS DTMB 1104 ADMINISTRATIVE BOARD PRISONER
CLAIM(s) (see #7280 AND #7492 ) ALL PENDING AND I AM BEING DENIED COPYS AND
XXXX STATUS RECEIPTS AS POLICY AND PROCEDURES ARE BEING VIOLATED IN THESE
CLAIM FILING.
I WOULD LIKE TO BE COMPENSATED $50,000.00 TO SETTLE THIS MATTER CONSIDERING
FACILITY STAFF ARE CONSPIRING AS WELL TREATING ME DIFFERENTLY FROM OTHER
PRISONER WHO CAN USE A DAYROOM FOR SCHOOL STUDIES AND IT'S NOT A SCHOOL
CLASSROOM OR 300 BUILDING, (BUT ) I CANT DO XXXXXX LEGAL FILING IN THIS SAME
XXXXXXX DAYROOM OR ANOTHER DAYROOM ie ACTIVITIES ROOMS., I RESPECTFULLY REQUEST
XXXXXXXXXXXXXXXX THE SAME ACCESS SINCE THESE OTHER PRISONERS USE CALCULATOR
AND THIS IS CONSIDERED XXXXXXXXX APPLIANCE UNDER THE STANDARDS.
 IF THIS MATTER PROCEEDS AND SHALL BE PART OF  42 U.S.C 1983 FILING INTHE
COURTS I WILL REQUEST THE ORIGINAL AMOUNT IN STEP 1 GRIEVANCE WITH THE
SUPPORT OF SECURITY VIDEO SURVEILLANCE TAPE(s) AS EVIDENCE AND  POLYGRAPH
TEST OF STAFF AS OUTLINE IN THE HEARING HANDBOOK. SEE GRIEVANCES
JCF-2018-05-1110-27B,,. XXXXXXXXXXXXXXXXXXXXXXXXXXXX JCF-2018-05-1111-27Z,,.
JCF-2018-05-1112-27Z,,.ARF-2018-10-2535-28G AS WELL SRF-2018-03-0293-07A
THESE AND ALL MATTERS SHALL BE SUBMITTED TO THE COURTS ALONE NAMES AS I AM NOW
BEING DENIED GRIEVANT INTERVIEWS IN TIS MATTER AS I NEVER SEEN A STEP 2 APPEAL
INTERVIEW WITH A STAFF MEMBER WARDEN/ DEPUTY WARDEN/ASSISTANT DEPUTY WARDEN.
AS THIS ABOVE MATTER IS SERIOUS.,
                                        SINCERELY SUBMITTED

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00052



STATE OF MICHIGAN

RICK SNYDER
GOVERNOR

DEPARTMENT OF CORRECTIONS
LANSING

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

103585
28c

To Prisoner:       Bell           #:    248097

Current Facility:   ARF

Grievance ID #:     ARF-18-10-2635-28C

Step III Received:  12/5/2018

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

Date Mailed:

DEC 10 2018

cc: Warden, Filing Facility:   ARF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00053

TO:WARDEN OFFICE:
WARDEN CAMPBELL

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II:  **11·5 '18**

Grievance Identifier: |A|R|F|1|8|1|1|0| |2|6|3|5| |2|8|C|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED BY MDOC

DEC 05 2018

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
**G.C.** by **11-7-18**. If it is not submitted by this date it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3/159/B | 10-12-18 | 11-1-18 |

**STEP II** — Reason for Appeal   (ISSUES UNRESOLVE AT STEP 1) THE GRIEVANCE (IS) A DUE PROCESS VIOLATION: AX THE RESPONDENT REAM AND INVESTIGATOR D.MESSER: LABEL THE COMPLAINT MULTIPLE ISSUES.,AND REJECTED THE COMPLAINT AFTER READING THE STATEMENT OF FACTS: APPEAL SHOULD BE GRANTED BASED ON THE EVIDENCE,AND THE WARDEN NEVER ADDRESS THE APPEAL AS POLICY STATES,AS IT IS STAFF ARE IN VIOLATION OF THERE ON POLICY(s). THE DECISION DID NOT MENTION THE ISSUE'S I AM CONCERN ABOUT .,THIS PRESENT'S A FACTUAL ISSUES.I AM CONFUSED UNDER THESEXXXXXXXXXXX CIRCUMSTANCE. I DO NOT KNOW WHEATHER DISCRIMINATION,CONSPIRACY,OR RETALIATORY MOTIVE AT HAND BUT THESE POSSIBILITIES SHOULD X BE STRONGLY INVESTIGATED AS I HAVE PENDING LITIGATION #17-895-AA IN THE COURTS AS WELL FILED GRIEVANCES REGARDING PROPERTY MISSING AS WELL BEEN DESTROYED BY MDOC STAFF. DIRECT BIAS.

**STEP II** — Response

| Date Received by Step II Respondent: |
|---|

*See attached*

S. Campbell Warden   S. Campbell   11-13-18

Respondent's Name (Print)   Respondent's Signature   Date

| Date Returned to Grievant: **11-13-18** |
|---|

**STEP III** — Reason for Appeal   AT NO TIME HAVE I SEEN A (FACILITY DOCTOR) TO REMOVE ANY ITEMS FROM THE SPECIAL ACCOMMODATION NOTICE. I (AM QUOTE) NEVER BEEN EVALUATE AS MY MEDICAL CONDITION ARE PERMANENT.THIS IS A TITLEX 2 CLAIM, AS I KEEP PROVIDING STAFF A COPY OF MY ACCOMMODATION NOTICE, ANDIT'S GOOD ENOUGH FOR THEM. YET MEDICAL SUPPLIES ARE BEING TAKEN AWAY THAT I NEED AND IT'S NOT BY A DOCTOR OR PROPERXX PROCEDURES AS POLICY STATES.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name<br>Bell | 248097 | Institution<br>ARF | ARF | 10/12/18 |
|---|---|---|---|---|
| Campbell, S. | Title<br>Warden | 11/10/18 | ARF 2018/10/2635/28C | |

MDOC Policy Directive 04.07.112 Prisoner Personal Property, MDOC Policy Directive 03.02.130 Prisoner/Parolee Grievances, and MDOC Policy Directive 04.06.160 Medical Details and Special Accommodation Notice were reviewed.

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 04.07.112 "Prisoner Personal Property", PD 03.02.130 "Prisoner/Parolee Grievance", and PD 04.06.160 "Medical Details and Special Accommodation Notices. The REJECTION IS UPHELD AT STEP II.

4 PAGES
ATTACHED

MICHIGAN DEPARTMENT OF CORRECTIONS                                    4835-4247 10/94
**PRISONER/PAROLEE GRIEVANCE FORM**                                   CSJ-247A

Date Received at Step I  10-15-18   Grievance Identifier: |A|R|A|18|10| |2|6|3|5| |2|8|C|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance
procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 10/12/18 | 10/12/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __10/9/18 OR 10/10/__

If none, explain why. 18. HAD AN INTERVEIW WITH RUM THOMAS OR ACTING/DEPUTY WARDEN
THOMAS. REGARDING MY PROPERTY MISCONDUCT CLASS 3. GUILTY FINDING.THAT I APPEALED
TO THE WARDEN OFFICE. AS POLICY STATES. THIS WAS NOT AN ADMINISTRATIVE HEARING
SOMETHING I REQUESTED . REGARDING THE PROPERTY STAFF/HEARING OFFICER WANTS TO
DESTROY.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. ON 10/12/18 ARUS XXX
SIEGEL TOLD ME SHE WAS GOING TO CONDUCT ANOTHER N MISCONDUCT HEARING REGARDING
THE CONTRABAND PROPERTY THAT WAS REMOVED ON 9/24/18.
   ARUS SIEGEL  TOLD ME SHE SPOKE WITH THE(DOCTOR). AND WAS TOLD. I CEDRIC BELL
DO NOT HAVE A VAILD SPECIAL ACCOMMODATION NOTICE FOR ORTHOPEDIC BOOTS OR
ORTHOPEDIC ATHLETIC NEW BALANCE THESE UNDERLINE FOOTWEAR ARE IN ARUS POSSESSION
MY PERSONAL ORTHOPEDIC BOOTS THAT I WAS USING ARE AT (DWH) MY FAMILY PAID FOR
THESE BOOTS AS WELL THE AFO BRACE(s) I AM WEARING NOW.ON SEPTEMBER 2015 MDOC
MEDICAL DOCTOR MD.RAMESH C.KILARU : PROVIDED AUTHORIZATION BY SPEICAL ACCOMMODAT
ION NOTICE,SPEICAL ACCOMMODATION ORDER FOR METAL  AFO BRACES AND BOOTS, I WAS
ORDERED TO HEALTHCARE WHERE ALL THE MEDICAL BOOTS/BRACES WKXX DISPLAYED ON A
FLOOR I WAS ORDER TO SIT IN A CHAIR BEHIND THESE ITEMS AND PICTURES WERE TAKEN
AND PLACED IN MY FILED MEDICAL AS WELL THE INSPECTOR OFFICE AS WELL LANSING
RECORDS... ON THE THIRD WEEK OF JULY 2017 AT(URF) I TURN IN THE ABOVE AFO BRACES
/BOOTS TO MEDICAL TO GO OUT TO REPAIR VELCRO STRAPS,AND SOLES ON BOTH BOOTS, I N
I NEVER RECEIVE THE BACK. AS IWAS ATTACKED AUGUST 4,2017 BY GANG MEMBERS AND
PLACED IN THE HOLE..,IN SEPTEMBERXX 18,2018 XXXX (URF STAFF AN 2 MEDICAL STAFF)
STATED I ASSAULTED A PRISONER. AND NEVER RETURN THE AFO METAL BRACES/BOOTS TO

(SEE ATTACH)                                        _____ Grievant Signature

---

RESPONSE (Grievant Interviewed?  ☐ Yes  ☒ No   If No, give explanation. If resolved, explain resolution.)

See attached

_____      10-15-18    _Deputy Messer___      10/15/18
Respondent's Signature        Date       Reviewer's Signature      Date
_Rein_                        _CPP_      _D Messer_             _DW_
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

| Date Returned to Grievant 10-17-18 | If resolved at Step One, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink – Process to Step One; Goldenrod – Grievant

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:     10/15/2018

TO:       BELL           248097          LOCATION:   ARF        159B-3

FROM:     Grievance Coordinator:  Ream

SUBJECT:  Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding    MULTIPLE ISSUES,
was received in this office on   10/15/2018     and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that you are in violation
of PD-03.02.130. This procedure states that you must limit your grievance to one (1) issue per
grievance. You have included more than one (1) issue as prescribed in this procedure. Grievance
denied at first step.**

Any future references to this grievance should utilize this identifier:   ARF  /   2018  /  10  / 2635    /  28C

_Ream_                      10·15·18            _Deputy Messer_  10/15/18
**Respondent**                  **Date**          **Reviewer**                    **Date**

GRIEVACE ATTACHMENT STEP 1

CEDRIC BELL// #248097 // ADRIAN // 3-159-B // 10-12-16 ///10-12-18

ME.( THIS ASSAULT ON A PRISONER NEVER HAPPEN AT ANY TIME) I QUOTE. NEVER HAPPEN . THIS WAS DONE OUT OF RETALIATION BEHIND CASE #17-895-AA  THATS PENDING AND STILL OUT ON APPEAL AND BASED ON THE VIDEO SURVEILLANCE SECURITY TAPE AS EVIDENCE I WILL BE VINDICATED.

AS I HAVE BEEN RETAILATED AGAINST AT EVERY RAÐNE FACILITY SINCE I STARTED LITIGATING  17-895-AA AND THE FOOTWEAR ARE AT THE HEART OF THE MATTER, THESE (1)NEW GLANCE ATHLETIC SHOE ARUS SIEGEL HAS AND RUM THOMAS/DEPUTY WARDEN THOMAS SPOKE TO ME ABOUT, THAT WAS APPROVE 2014 AND I PROVIDE DOCUMENTS AS WELL SPEICAL ACCOMMODATION FOR BY(DOCTORS)  HEAR ARE THEIR NAMES ,ANITA M.NORONHA MD. ARDESHIR FAGHIHNIA MD. , MICHAEL R.ENGELSGJERD MD. , ROBERT A. WESTOVER MD. , RAMESH C.KILARU MD. , DIENVENIDO B.CANIAS MD., THERE THERE ARE MORE DOCTORS I WILL PROVIDE THE NAMES AT STEP 2 APPEAL I'LL CONTACT MY FAMILY AS  THE COPY FROM STANDISH CORR.FAC. 1996 UNTIL NOW REGARDING MY DROP FEET, NEWERNERVE DAMAGE AND  NEAR PARARYXXX PARALYSIS CONCERNING MY LEFT/RIGHT FEET, RIGHT LEG.. AS WELL THE NEW ISSUE(s) NOT BEING ADDRESS IN THE PAST 1 1/2 YEARS ALMOST 2 YEARS. AS I AM USING  PLASTIC AFO BRACES AS I DONT HAVE THE BOOTS NOR HAVE I BEEN TO (DWH) TO REPAIR THE AFO BRACES, OR RECEIVE MY PERSONAL BOOTS BACK EITHER. YES I HAVE INJURY(s) JUST LOST A TOE NAIL THAT WAS INFECTED. I GOT TREATMENT AT ARF STAFF AND DOCTOR GRAINER., AND I DONT RECEIVE DOCTOR DISCUSS MY MEDICAL ISSUES WITH ARUS SIEGEL OTHER THAN I HAVE A XXXX VALID ACCOMMODATON ORDER TO HAVE FOOTWEAR AS WELL PERSONAL FOOTWEAR, AS TO ALL THE CHANGES THAT HAVE BEEN DONE AND NOT MY DOCTOR(s) AS POLICY STATES IN PD 04.06.160 NOW STAFF HAVE VIOLATED THE GRIEVANCE RESPONSE FROM MRF-2016-10-1906-12I THERE WHERE IT STATES ATM STEP 2 BY CAA IN JACKSON HEALTHCARE OFFICE ADMINISTRATION(SUBRINA AIKEN) THE ONLY THING WAS REMOVE WAS DUPLICATE ORDERS THAT WAS LISTED IN ERROR. AS FOR MY RARÐCA TV THAT WAS IN MDOC POSSESSION WHEN THE SAMX DAMAGE OCCURED AND I JUST BEEN BOUNCED FROM FACILITY., I WOULD LIKE TO GET A LOANER , UNTIL MDOC REPAIR OR REPLACE MY TV AS I REQUESTED IN MY CLAIM. AS(ARF) ARE LOANING TV(s) TO PRISONERS. WHY TREAT ME DIFFERENTLY. AS FOR MY SHORTS MSI YES I PUT POCKETS ON THEM. THE SHORTS ARE NEW AND  VERY FUNCTIONAL AS TO ITS INTENDED PURPOSE UNLESS THE ITEM CAN BE REPAIRED THROUGH THE INSTITUTION BY AN APPROVED VENDOR. BUT THERE ARE 2 PRISONER WITH SEWING MACHINE THAT COMES TO THE HOUSING UNIT REPAIRING ALL TYPES OF KN CLOTHING AS WELL I HAVE A SEWING KIT I CAN REMOVE THE POCKETS AND GIVE THEM TO ARUS SIEGEL. AND MY MSI SHORTS ARE REPAIRED. OR IS I'M BEING TREATED DIFFERENTLY AND THIS POLICY 04.07.112 (DO) INPANT DONT APPLY TO ME.

I WOULD LIKE TO RESOLVE THIS MATTER, AND JUST DEAL WITH MY ONGOING LEGAL MATTERES AND NOT BE RETAILATED AGAINST BY EMPOLYEES IN THE ABOVE MATTERS REGARDING 17-895-AA OR THE PENDING GRIEVANCE(S) THE THAT WILL BE SUBMITTED AS SUPPORTING DOCUMENTS INBOTH STATE AND FEDERAL COURTS.........

SINCERELY

0000000000000000000330000000000003000000003000000003000000000000000000000030300000000000

Cedric Bell #248097 v SOM Administrative Board of Claims, et al.
USDC-ED No. 2:20-cv-10193

00058



STATE OF MICHIGAN
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

103587
28G

To Prisoner:  Bell  #:  248097
Current Facility:  ARF
Grievance ID #:  ARF-18-10-2535-28G
Step III Received:  12/5/2018

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

Date Mailed:

DEC 1 0 2018

cc: Warden, Filing Facility: ARF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

MICHIGAN DEPARTMENT OF CORRECTIONS                        4835-4248  5/09
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**                     CSJ-247B

Date Received by Grievance Coordinator          Grievance Identifier: |A|R|F| |1|8| |1|0| |2|5|3|5| |2|8|6|
at Step II: _10-15-18_

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parole Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a white copy of I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED

DEC 05 2018

Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_G.C._ by _10-19-18_. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | ADRIAN | 3-159-B | 7/9/18 | 10/12/18 |

**STEP II** — Reason for Appeal     (ISSUE UNRESOLVE AT STEP 1)  I TRANSFERED TOANN (ARF)
9/19/18 AND DID NOT RECEIVE MY PERSONAL PROPERTY WITHIN 24 HOURS AS POLICY DIREC-
TIVE STATES AS WELL OPERATING PROCEDRUES 04.07.112. YET I RECEIVEXXX THE PROPERTY
9/26/18. I FILED THE ABOVE AND. THE DECISION DID NOT MENTION THE ISSUE'S I'M
CONCERN ABOUT, XNXXX THIS PRESENTS A FACTUAL ISSUE, I'M CONFUSED UNDER THESE
CIRCUMSTANCES. I DO NOT KNOW WHEATHER THERE WAS ANY DISCRIMINATION, CONSPIRACY,
OR RETAILATORY MOTIVE, BUT THESE POSSIBILITIES SHOULD BE STRONGLY INVESTIGATIVE.
TO EXHAUST MY ADMINISTRATIVE REMEDIES BY CALLING THIS PROBLEM TO THE ATTENTION
OF HIGHER-LEVEL OFFICIALS SO THEY CAN TAKE WHATEVER ACTION NECESSARY TO MAKE SURE
THIS NEVER HAPPENS AGAIN. (ADMINISTRATIVE REMEDIES EXHAUSTED SEEKING RELEIF
UNDER 42 U.S.C. 1983).

**STEP II** — Response                                  | Date Received by |
                                                        | Step II Respondent: |

*See attached*

| | | | | Date Returned to |
| S. Campbell Work | S. Campbell | 10-18-18 | | Grievant: 10-22-18 |
| Respondent's Name (Print) | Respondent's Signature | Date | | |

**STEP III** — Reason for Appeal     MDOC STAFF WAS IN SOLE POSSESSION OF MY PERSONAL
PROPERTY, I HAD NO CONTROL OVER THE WHO DID WHAT IN THIS RETALIATION MATTER BY
ALL THE LISTED STAFF, AS I ATTEMPTED TO PROTECT MY SELF AND EVIDENCE BY FILING
(JCF/2018/08/1943/28I), (JCF/2018/09/1964/28E). AS THESE STAFF MADE MY ADMINISTR-
RATIVE REMEDIES N EXHAUSTED. BY DENIEING ME ACCESS TO A FAIR HEARING, AND PLACING
IN SEGREGATION FOR A NON-RULE VIOLATION WHEN THE (BOND) WAS NOT REVOKED. BUTNOW
NOW PROPERTY IS MISSING SEE CLAIM FILED #7492, SEEKING RELEIF 42 U.S.C 1983.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

## STEP II PRISONER GRIEVANCE RESPONSE

| Prisoner Name | Number | Institution | Lock | Date of Incident |
|---|---|---|---|---|
| **Bell** | **248097** | **ARF** | **3-159-B** | **7/9/2018** |
| Respondent | Title | Date | Grievance Identifier | |
| **Warden Campbell** | **ARF Warden** | **10/18/2018** | **ARF/ 2018/10/2535/28G** | |

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 Prisoner/Parolee Grievances and the rejection is upheld at Step II.

PROPERTY                    SEE ATTACHED PAGES

MICHIGAN DEPARTMENT OF CORRECTIONS                          4835-4247 10/94
**PRISONER/PAROLEE GRIEVANCE FORM**                          CSJ-247A

Date Received at Step I  10-1-18     Grievance Identifier: ARF 18 10 2635 28C

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| CEDRIC BELL | 248097 | COTTON ADRIAN | TRANSFERED 3-159-B | 7/9/18 | 9/25/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date?  NONE I NEVER

- If none, explain why.  HAD ACCESS TO MY PROPERTY, ARUS CHADWELL, RUM PRICE, ACTING/DEPU WARDEN PERSONLY TOLD ME I AM NOT ALLOW MY PERSONAL PROPERTY WHILE BEING HELD IN L-UNIT.(EVEN THROUGH I WAS NOT HELD PENDING A MISC MISCONDUCT ).
  I NEVER SAW ANY OF MY PERSONAL PROPERTY FROM JULY 9,2018 THRU SEPT 26,2018 THE SEALS WERE DIFFERENT I GAVE NO AUTHORIZATION TO ANYONE TO GO IN MY PROPERTY.
- State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
  Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.  ON JULY 9,2018 I WAS PLACED IN L-UNIT BY SGTROOT UPGRADED MISCONDUCT,WRITTEN BY KXX C/O PAYNE IN UNIT B MY LOCK WAS B-11. VIDEO KXXXX SURVEILLANCE EVIDENCE OF THIS INCIDENT WAS REQUE BY ME AS WELL THE HEARING OFFICER. VIDEO SURVEILLANCE EVIDENCE WAS WITH-HELD AT BOTH HEARINGS, I WAS FOUND GUILTY BY THE HEARING OFFICER.,AT SOME POINT AND TIME THE VIDEO WAS FOUND AND TURN OVER TO THE ADMINISTRATIVE LAW JUDGE WHO REVERSED THE CHARGE.AS I WAS NEVER ON THE LEFT SIDE OR RAN FROM C/O PAYNE AS HE STATED. MY PERSONAL PROPERTY WAS PACKED UP BY C/O PAYNE AND SEALS XXXXX PLACED ON 2 GRAY FOOTLOCKERS AND 1 DUFFLE BAG. THIS OFFICER PAYNE FAILURE TO FOLLOW OPERATING PROCEDURES AND POLICY DIRECTIVE 04-07-112 IN SECUREING MY PROPERTY THIS STAFF DID NOT ITEMIZE MY PROPERTY AND I AM MISSING ALOT OF PROPERTY THAT WAS IN THE XX MY CELL AS WELL IN MY FOOTLOCKER, I HAVE A COPY OF THE CSJ-241-A PRISONER PERSO- NAL PROPERTY RECEIPT OF WHAT I TRANSFERED IN WITH FROM SAGINAW CORR.FAC. AS WELL THE SECUREPAK ORDERED RECEIVED 5/27/18. THE PROPERTY THATS MISSING I WOULD LIKE (REPLACED) AS THESE/THIS STAFF ACTED IN XXXXXX RETALIATION.I WILL NOT GIVE UP MY RIGHTS IN A DTMB 1104 CLAIM AS I WANT WHAT I HAD AS MANY ITEMS WERE STILL BRAND NEW IF THE PBF REPLACE OR FULLXXXXXXXXXXXX REIMBURSMENT.AS WELL ON AUGUST 7,2018 C/O SIMS CAME TO L-UNIT CELL-10 SECOND SHIFT BETWEEN 2:00 AND 3:00 PM,SEE VIDEO SURVEILLANCE TAPE OF KX L-UNIT AS EVIDENCE HE WAS WITH XXXX STAFF THAT OPEN THE
(SEE ATTACHED 4 PAGES)                                    Grievant's Signature

RESPONSE (Grievant Interviewed?) ☐ Yes ☒ No   (If No, give explanation. If resolved, explain resolution.)

Need to grieve Cotton, not ARF. Also untimely        See attached

| Ron | 10-1-18 | Deputy Messer | 10/1/18 |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| Kean | CGF | D Messer | DW |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 10-2-18 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink - Process to Step I   Goldenrod - Grievant

STEP 1 GRIEVANCE ATTACHMENT 4 PAGES :

CEDRIC BELL/// #248097/// COTTON // TRANSFERED /// 7/9/18 /// 9/25/18// ADRIAN

THE FOOD SLOT AND SIMS STATED IN A CLEAR LOUD VOICE I FOUND THIS IN YOUR FOOTLOCKER AN A (EXTENSION CORD) THAT WAS ALTERED..THIS STAFF MEMBER NEVER TOLD ME WHY WAS HE IN MY PROPERTY NOR DID HE PROVIDE ME WITH NEW PROPERTY SEALS ON AUGUST 7,2018. THIS VIOLATES POLICY AND PROCEDURES. I AM MISSING THE FOLLOWING ITEMS, EVIDENCE PRIOR PERSONAL PROPERTY RECEIPT PRISONER CSJ-241-A FROM CHIPPEWA CORR.FAC AND SAGINAW CORR.FAC. AND RECEIPTS FROM SALE, 1 MITTENS,2 SWEATSHIRT FOREST GREEN AN MAROON,4 BOXERS BREIFS GREY AND WHITE, 3 T-SHIRTS, 1 JOCKEY JOCKEY BRIEF, 2 SWEATPANTS FOREST GREEN AN MAROON,, 1 NAVY BLUE WINTER GOOSE DOWN COATBY EDDIE BAUER,1ELECTRIC 3 HEADED SHAVER, 2 LEGAL BOOKS( BATTLING THE ADMINISTRATION BYDAVID J. MEISTER AN WINNING HABEAS CORPUS &POST CONVICTION RELIEF 2015 EDITION),6 BATH TOWELS GREEN, 6 HAND TOWELS BLUE/GREEN/FOREST GREEN, 3DEODORANT SPEED STICK,6 SOAPS COCOA BUTTER,1 BLUE MAGIC HAIR CONDITION, 3 COLGATE TOOTHPASE, 6 HOT CHILI W/BEANS 9 COFFEE COLOMBIAN,2INSTANT TEA/LEMON,8 HOT SUMMER SAUSAGE, 4 RICES, 6 CUPS OF SOUPS CAJUN SHRIMP. ALL THE ABOVE ITEMS WERE NEW AND UNOPEN 99% MY WINTER COAT AND MITTEN WERE GRANDFATHER IN I RECEIVED IN STANDISH MAX CORR.FAC. A SECUREPAK RECEIVED MAY 27,2018 FOR XX $84.82 ALL THESE ITEM WERE SECURED IN B-11 AND STAFF HAD SOLE POSSESSION. AS WELL ON SEPT 18,2018 C/O SIMS CAME TO L-UNIT SEGREGATION AND TOOK MY MAIL TO XXXX XX PLACE IN MY PROPERTY FOR TRANSFER,. I WAS HELD IN L-UNIT WITHOUT (ANY) PROPERTY,CLOTHEING OF ANY KIND FROM JULY 25,2018 TIL' SEPT 25,2018 VIDEO SURVEILLANCE OF SECURITY WILL SHOW ACTUAL PROOF OF THIS TREATMENT AND UNIT STAFF KNEW THIS CONDITION AS WEI HIGHER LEVEL OFFICIAL ARUS, CHADWELL,RUM PRICE,3 TO 4 DIFFERENT WARDENS THEY ALL WITNESS MY CONDITION,SGT CURTIS STATED I WAS NOT ALLOWED TO GO GET MY SEGREGATION PROPERTY THEY HAD LEGAL. OPINX°AND COURT ORDERS FOR A BRIEF THAT WAS DUE,XX ARUS CHADWELL;HAD ME XXXX SIGN FOR THE LEGAL MAIL,.AS FAR AS I KNOW THE 3rd SHIFT MEXICAN UNIT OFFICER HAD THE PROPERTY THAT WAS IN A WHITE XXXX LAUNDRY BAG ALONE WITH OTHER PERSONAL MAIL AND SEGREGATION PROPERTY. THAT SGT CURTIS FAIL TO SECURE BUT ACKNOWLEDGED IN HIS MISCONDUCT REPORT. THE CRUEL AND UNUAUSAL PUNISHMENT AND RETAILATION OF FALSE REPORTS OF MISCONDUCTS DENIAL OF MEDICAL ACCOMMODATION STATUS,AND XXXX MISHANDLING/ LOST PROPERTY..AS I CAN NOT GRIEVE THE MISCONDUCT REPORT,BUT THE FILING OF 42 U.S.C 1983 AS MY CIVIL RIGHTS WERE VIOLATED BY C/O PAYNE XXXXX AN SGT ROOT AND THE RETAILATION OF DESTROYING MY PROPERTY ABOVE AND XXXX RETAILATIO BY SGT XXXXXXX CURTIS AND C/O RUAL AND RN RUSSELL;.

RELIEF SOUGHT:

I WOULD LIKE C/O PAYNE AND XXXX SGT ROOT TO (REPLACE) THE ABOVE PROPERTY AS IT WAS IN THE SINGLE CELL B-11 WHERE I WAS LOCKING PRIOR TO THE FALSE REPORT FILED AND UPGRADED.OR IF I HAVE TO FILE OR LIST THE PROPERTY AS PART OF THE 42 U.S.C 1983 CLAIM AND THE EVIDENCE I WOULD LIKE TO BE COMPENSATED FOR GOING WITHOUT $25,000.00 FOR PROPERTY DAMAGES AND VIOLATIONS OF WORK CODE OF ETHIC AS WELL $25,000.00 FOR ATTORNEY FEES. AS THESE TWO STAFF MEMBERS HAD SOLE POSSESSION OF MY PROPERTY,AS WELL YOU FALSIFY A MISCONDUCT REPORT AND VIDEO SURVEILLANCE PROVE THAT AFTER 19 DAYS IN A DETENTION CELL WITHOUT A 1 HOUR A DAY REC. AS YOU INFLICTED CRUEL AN XXXX UNUAUSAL PUNISHMENT, AND TREATED ME DIFFERENTLY FROM OTHER PRISONERS.

PROPOSED DISCIPLINARY ACTION :

I REQUEST THE FOLLOWING STATE ADMINISTRATOR BE CONTACTED AND IMPOSE THE APPROPIATE DISCIPLINARY MEASURE PURSUANT TO XXX MCL 791.203, 791.206 AS WELL PURSUANT TO MICHIGAN CIVIL SERVICE COMMISSION,RULE 2-10`AND MICHIGAN CIVIL SERVICE RULEON DISMISSAL OR SUSPENSION UNDER SEC`.32. AS THOSE RULES ARE INTERPRETED THROUGHMDOC EMPOLYEE DISCIPLINE POLICY DIRECTIVE PD 02.03.100 XX06

PAGE 1 OF 2

AND MDOC CORRECTIVE ACTIONS FOR EMPLOYEE PREFORMANCE PROBLEMS.(see POLICY DIRECTIVE PD 02.03.XAA 130) AMERICAN CORRECTIONS ASSOCIATION STANDARDS AN 8HR ADMINISTRATOR. IN SUMMARY AS TO XXXX THIS COMPLAINT AN GRIEVANCE HAS BEEN SUBMITTED IN COMPLIANCE WITH PROPER PROCEDURES THIS   COMPLAINT PRAYS THAT HE WILL NOTBE SUBJECTED TO XXXXXXX ANYMORE RETAILIATORY ACTIONS BY OTHER CORRECTIONAL OFFICERS EMPLOYED BY MICHIGAN DEPARTMENT OF CORRECTION PLEASE SEE JCF-2018-05-1110-27B ,JCF-2018-05-1111-27Z, JCF-2018-05-1112-27Z.

### VERIFICATION:

I,THE COMPLAINANT HAVE THE FOREGOING COMPLAINT/GRIEVANCE AND VERIFY THE MATTERS ALLEGED HEREIN ARE TRUE EXECPT AS TO MATTERS ON INFORMATION AND BELIE AND AS XXXXXXXXXX TO THOSE I BELEIVE THEM TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED: SEPT 25,2018

                                        SINCERELY SUBMITTED BY

                                        CEDRIC BELL #248097
                                        ADRIAN CORR.FAC.
                                        2727 BEECHER STREET
                                        ADRIAN,MICHIGAN
                                                    49221

PAGE 2 OF 2

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE:    10/1/2018

TO:      BELL          248097        LOCATION:   ARF      159B-3

FROM:    Grievance Coordinator:  Ream

SUBJECT:  Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding      lack of jurisdiction-out side agency
was received in this office on   10/1/2018      and was rejected due to the following reason:
Your grievance is being returned to you without processing for the reason that is lacks jurisdiction.

Any future references to this grievance should utilize this identifier:   ARF  /   2018  /  10  /  2535   / 28G

_Ream_ _____   10-1-18        _Deputy Mesner_ 10/1/18
Respondent                Date        Reviewer                  Date