UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097

       Plaintiff,                    Civil Action No. 20-cv-10193
                                            HON. BERNARD A. FRIEDMAN
                                            MAG. ANTHONY P. PATTI

vs.

STATE OF MICHIGAN
ADMINISTRATIVE
BOARD OF CLAIMS, *et al.*,

       Defendants.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION (ECF NO. 146)

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Anthony P. Patti recommending that the Court dismiss without prejudice plaintiff's claims against defendant H. Cooper in accordance with Fed. R. Civ. P. 4(m). (ECF No. 146).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's R&R (ECF No. 146) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that claims against defendant H. Cooper are DISMISSED WITHOUT PREJUDICE in accordance with Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: July 6, 2023
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on July 6, 2023.

**Cedric Bell** #248097
KINROSS CORRECTIONAL FACILITY
4533 W. Industrial Park Drive
KINCHELOE, MI 49788

s/Johnetta M. Curry-Williams
Case Manager