UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL,

      Plaintiff,

v.

      Case No. 20-cv-10193
      Hon. Matthew F. Leitman

STATE OF MICHIGAN
ADMINISTRATIVE BOARD
OF CLAIMS, *et al.*,

      Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE LEGIBLE COPY OF OBJECTIONS TO REPORT AND RECOMMENDATION

In this action, Plaintiff Cedric Bell alleges that he received inadequate medical care while he was a state inmate in the custody of the Michigan Department of Corrections. (*See* Sec. Am. Compl., ECF No. 16.) Defendants Jeffrey White, Christopher Nethercott, and Debrah Marine moved for summary judgment on Bell's claims against them. (*See* Mot., ECF No. 147.) On January 18, 2024, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court grant the motion and dismiss Bell's claims against White, Nethercott, and Marine with prejudice due to his failure to exhaust those claims (the "R&R"). (*See* R&R, ECF No. 168.)

On April 17, 2024, Bell filed objections to the R&R. (*See* Objections, ECF No. 173.) The typewriting on most of Bell's objections is faint and illegible. The Court therefore cannot read most of Bell's filing.

Before ruling on Bell's objections, the Court will provide Bell one final opportunity to file a **legible** copy of his objections to the R&R. Bell shall file those objections by no later than **June 10, 2024**. If Bell does not file legible objections by that date, the Court will rule on the objections Bell has previously filed.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2