UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL,

      Plaintiff,

Case No. 20-cv-10193
Hon. Matthew F. Leitman

v.

CORIZON HEALTH INC.,

      Defendant.
_____/

### ORDER STAYING CASE IN LIGHT OF BANKRUPTCY OF DEFENDANT CORIZON HEALTH, INC.

The sole remaining Defendant in this action is Corizon Health, Inc. ("Corizon"). Corizon is currently involved in bankruptcy proceedings. The Court anticipates that those proceedings may be completed within the next six months. Accordingly, **IT IS HEREBY ORDERED** that this action is **STAYED** until **January 24, 2025.** At that time, the Court will review the status of Corizon's bankruptcy proceedings and determine next steps.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: September 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126