UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL,

      Plaintiff,

Case No. 20-cv-10193
Hon. Matthew F. Leitman

v.

CORIZON HEALTH INC.,

      Defendant.

_____/

### ORDER TERMINATING APPEARANCES OF ATTORNEYS JEFFREY BOMBER AND DEVLIN K. SCARBER

On May 2, 2025, the Court held an on-the-record status conference. For the reasons stated on the record during the status conference, the Appearances of Attorneys Jeffrey Bomber and Devlin K. Scarber are hereby **TERMINATED.**

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 6, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126