UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL,

    Plaintiff,

v.

CORIZON HEALTH INC.,

    Defendant.

Case No. 20-cv-10193
Hon. Matthew F. Leitman

_____/

## ORDER DENYING REQUEST FOR STATUS CONFERENCE UPDATE (ECF No. 201)

This is a prisoner civil rights action that Plaintiff Cedric Bell filed against several Defendants. As of May 12, 2025, the sole remaining Defendant was Corizon Health Inc. Corizon recently underwent bankruptcy proceedings. The Court held an on-the-record status conference on May 2, 2025 during which it discussed the status of the bankruptcy proceedings with the parties. During the conference, Bell confirmed that he had opted into the plan confirmed by the Bankruptcy Court in Corizon's bankruptcy proceedings and that he expects to be compensated for his claims through his participation in the plan. On May 12, 2025, pursuant to the agreement of the parties as expressed on the record during the May 2 status conference, the Court dismissed the remaining claim against Corizon based upon Bell's acceptance of the plan.

On May 13, 2025, Bell filed a "Request for Status Conference Update" (ECF No. 201) which he appears to have sent to both this Court and the United States Bankruptcy

1

Court for the Southern District of Texas (where the Corizon bankruptcy action has been pending). In that request, Bell suggests that he believed attorneys in the bankruptcy proceeding would be present at the Court's May 2 status conference and that he had questions for those attorneys. (*See id.*, PageID.2022.) He claims he has still "not been treated" for his medical needs. (*Id.*, PageID.2023.) And he requests "a writ to appear before the Court" for the next proceedings because he was unable to see the Court and the parties during the May 2 status conference.[1] (*Id.*)

As noted above, this action has been dismissed. The issues Bell raises in his request are thus not properly before this Court. Bell's claim against Corizon will be resolved through his inclusion in the bankruptcy plan that has been confirmed by the United States Bankruptcy Court for the Southern District of Texas. He should direct any questions or concerns to that court and/or to the attorneys participating in the bankruptcy proceedings. Accordingly, Bell's request for status conference is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2025

---

[1] Bell was able to hear and engage with the Court during the status conference. The Court is satisfied that his inability to see the other parties who participated in the conference did not prejudice him.

3

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2025, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126